**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-02765-RBJ-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## PROTECTIVE ORDER

---

The Court orders that PAUL WANG ("Defendant") and his attorneys, and any persons in active concert or participation with Defendant, may not publicly reveal the identity of Plaintiff in connection with the above captioned action, including to any member of the media.

The Court further orders the following documents and information to be filed under seal in accordance with FRCP 5.2 and D.C. Colo. LCivR 7.2:

1) All documents and information containing Plaintiff's personally identifiable information, including but not limited to true name, date of birth, social security number, driver's license's number, webpage, blogs, social media, home/email address etc.

2) All documents and information that reveal Plaintiff's financial and medical information.

SO ORDERED.

Dated at Denver, Colorado, this 10th day of November, 2020.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge