AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| JANE DOE <br><br> *Plaintiff(s)* <br> v. <br> PAUL WANG <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-02765-RBJ-MEH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* PAUL WANG
8935 Southurst St
Littleton, Colorado, 80129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JANE DOE
11151 Valley Blvd #4886,
El Monte, CA 91734

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/14/2021

s/C. Madrid
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02765-RBJ-MEH

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Paul Wang was received by me on (date) 1/19/2021 .

☒ I personally served the summons on the individual at (place) 8935 Southurst Street, Littleton, Colorado 80129 on (date) 1/25/2021 at 6:25 PM; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ as _____ who is designated by law to accept service of process on behalf of (name of organization) _____ on (date)_____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

Fees have been charged in this matter and have been submitted to the Service Requestor by separate invoice:

I declare under penalty of perjury that this information is true.

Date: February 5, 2021

_Brian Olds_
Server's signature

Brian Olds
Printed name and title

5910 S. University Blvd., C18-146
Greenwood Village, CO 80121
Server's address

Additional information regarding attempted service, etc:

ADAPTED FROM FORM AO 440 (Rev. 12/09) Summons in a Civil Action PROOF OF SERVICE
Service Provider: Dispatch Legal, 5910 S. University Blvd., C18-146, Greenwood Village, CO 80121; 303-317-3133
To serve on: Paul Wang / Case #: 1:20-cv-02765-RBJ-MEH / Service Request Number: 1CO-6513
Page 1 of 1