IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RBJ-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

# ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is Plaintiff's Amended Complaint and Notice of Filing Amended Pleading. ECF 46, 47. In light of the Amended Complaint, Defendant's Motion to Dismiss [filed February 18, 2021; ECF 36] is **denied without prejudice** with leave to re-file, if Defendant so chooses, in response to the Amended Complaint. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB-CBS, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) (citation omitted) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").

    Additionally, the Court notes that Plaintiff filed a motion to strike in response to Defendant's motion to dismiss. ECF 41. Plaintiff requested that the Court strike Defendant's motion for summary judgment (ECF 35, denied without prejudice for failure to comply with Local

Rules) and the motion to dismiss (ECF 36). Because the Court has now denied Defendant's motion to dismiss, Plaintiff's motion [filed February 25, 2021; ECF 41] is **denied as moot.**

Dated at Denver, Colorado, this 3rd day of March, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge