IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| Civil Action No: | 20-cv-2765-RBJ-MEH | Date: | March 18, 2021 |
|---|---|---|---|
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*                                                     *Counsel:*

JANE DOE,                                         Clarissa Collier

    Plaintiff,

v.

PAUL WANG,                                    Katayoun Donnelly

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     **11:11 a.m.**

Court calls case. Appearances of counsel by telephone.

Discussion held regarding the current status of the case and the potential of scheduling a settlement conference. The parties and the Court agree to engage in off-the-record, informal discussions by Zoom on **Monday, March 22, 2021 at 10:00 a.m.** and Plaintiff's counsel shall set up the Zoom meeting.

**Court in recess:**     **11:22 a.m.**         Hearing concluded.
Total in-court time:    00:11

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.