IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:20-cv-02765-RMR-MEH

JANE DOE,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

**ORDER ON MOTION TO RESTRICT
PUBLIC ACCESS (LEVEL 2) TO ATTACHMENT FILED TO PLAINTIFF'S
RESPONSE TO DEFENDANT'S RENEWED MOTION TO DISMISS (ECF 79)**

This matter comes before the Court on Plaintiff's Motion to Restrict Public Access to the Attachment filed to Plaintiff's Response to Defendant's Renewed Motion to Dismiss (ECF 79). The Court being fully advised in the premises, having reviewed the pleadings and submissions of counsel,

HEREBY ORDERS that Plaintiff's Motion to Restrict is GRANTED. The Clerk of Court shall maintain Level Two restriction on the Attachment.

SO ORDERED this 21st day of July, 2021.

2

                                BY THE COURT:

                                _____
                                REGINA M. RODRIGUEZ
                                United States District Judge