# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MOTION FOR LEAVE TO RESTRICT
---

Mr. Paul Wang, pursuant to D.C.COLO.LCivR 7.2(b) and the Court's November 10, 2020 Order (Doc. 13), respectfully requests the Court's leave to file the unredacted version of the Motion to Reconsider the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym and its Attachments (A-L) under Level 1 restriction.

Respectfully submitted this 27th day of August 2021.

                                              */s/ Katayoun A. Donnelly*
                                              Katayoun A. Donnelly (#38439)
                                              Azizpour Donnelly, LLC
                                              2373 Central Park Blvd., Suite 100
                                              Denver, CO  80238
                                              Tel. (720) 675-8584
                                              katy@kdonnellylaw.com

                                              *Attorney for Paul Wang*

1

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 27, 2021, I served an electronic copy of the foregoing via CM/ECF to counsel of record.

Clarissa M. Collier
David J. Schaller
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303.244.1800
collier@wtotrial.com
schaller@wtotrial.com

                                               */s/ Katayoun A. Donnelly*
                                               Katayoun A. Donnelly