# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MOTION FOR LEAVE TO RESTRICT
---

Mr. Paul Wang, pursuant to D.C.COLO.LCivR 7.2(b) and the Court's November 10, 2020 Order (Doc. 13), respectfully requests that the Court impose Level 1 restriction to his "Motion for Reconsideration of the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym" (Doc. 96) and to replace it with "Motion to Reconsider the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym (with additional redactions)", filed today, which adds a couple additional redactions to ensure that Plaintiff's true identity is not revealed.

Respectfully submitted this 31st day of August 2021.

    */s/ Katayoun A. Donnelly*
    Katayoun A. Donnelly (#38439)
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO  80238
    Tel. (720) 675-8584
    katy@kdonnellylaw.com

*Attorney for Paul Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I served an electronic copy of the foregoing via CM/ECF to counsel of record.

Clarissa M. Collier
David J. Schaller
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303.244.1800
collier@wtotrial.com
schaller@wtotrial.com

                                                   */s/ Katayoun A. Donnelly*
                                                   Katayoun A. Donnelly