IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

JANE DOE,

     Plaintiff,

v.

PAUL WANG,

     Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2021.**

Pursuant to D.C.Colo.LCivR 7.2, Defendant's first "Motion for Leave to Restrict" [filed August 27, 2021; ECF 95] and second "Motion for Leave to Restrict" [filed August 31, 2021; ECF 100] are **granted**. The Clerk of the Court is directed to maintain under Restriction Level One the document filed at ECF 94 until further order of the Court. Additionally, the Clerk of the Court is directed to place and maintain under Restriction Level One the motion filed at ECF 96 until further order of the Court.

Furthermore, because the motion for reconsideration filed at ECF 101 seeks the same relief as the motion filed at ECF 96, Defendant's motion [filed August 27, 2021; ECF 96] is **denied as moot**.