**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:20-cv-02765-RMR-MEH


JANE DOE,

      Plaintiff,

v.

PAUL WANG,

      Defendant.

---

**MOTION FOR LEAVE TO RESTRICT**

---

Mr. Paul Wang, pursuant to D.C.COLO.LCivR 7.2(b) and the Court's November 10, 2020 Order (Doc. 13), respectfully requests that the Court impose Level 1 restriction to his "Unredacted Reply in Support of Motion for Reconsideration of the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym Doc. 94" to ensure that Plaintiff's true identity is not revealed.


Respectfully submitted this 30th day of September 2021.


        */s/ Katayoun A. Donnelly*
        Katayoun A. Donnelly (#38439)
        Azizpour Donnelly, LLC
        2373 Central Park Blvd., Suite 100
        Denver, CO  80238
        Tel. (720) 675-8584
        katy@kdonnellylaw.com

        *Attorney for Paul Wang*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 30, 2021, I served an electronic copy of the foregoing

via CM/ECF to counsel of record.


Clarissa M. Collier
David J. Schaller
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303.244.1800
collier@wtotrial.com
schaller@wtotrial.com


*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly