IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2, Defendant's Motion for Leave to Restrict [filed September 30, 2021; ECF 108] is **granted**. The Clerk of the Court is directed to maintain under Restriction Level One the document filed at ECF 107 until further order of the Court.