IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

___

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2021.**

    Before the Court is Plaintiff's emailed request as to clarification of this Court's March 9, 2021 order. ECF 57. In that order, the Court granted the parties' joint motion to stay all deadlines. *Id.* There has not been an order to lift the stay. Accordingly, since that date, "[a]ll pending deadlines [have been] stayed until further order of the Court." *Id.*

    However, based on subsequent events in this matter, the Court finds that it and the parties did not intend for a permanent stay at that time. At a status conference on April 8, 2021, the Court addressed the fact that the matter was stayed and indicated that discovery should not start until Defendant had the opportunity to look at the anticipated second amended complaint ("SAC"). ECF 74 at 10:18–11:3; 12:9–13. In discussing Defendant's response to the SAC, the Court directed that "if [Defendant does] file a motion to dismiss and [Defendant does] intend to request a stay, [Defendant needs] to file two separate motions simultaneously, okay? But I will go ahead and have plaintiff's counsel be in charge of drafting a scheduling order." *Id.* at 14:1–5. The Court was then going to keep the proposed scheduling order "on [its] desk and enter it at an appropriate time relative to seeing what [Defendant files] in response to the [SAC]." *Id.* at 19:14–17.

    No proposed scheduling order was sent to the Court. Nor was a proper motion to dismiss filed in relation to the SAC. Defendant attempted to file a motion (ECF 69), but District Judge R. Brooke Jackson (then assigned to this case) denied the motion for failure to comply with his practice standards. ECF 70. Following a series of other events, the case is now at the point in which Plaintiff has filed her third amended complaint (ECF 85) and Defendant has filed a motion to dismiss that pleading (ECF 92). Based on the Court's discussion with the parties at the April 8 status conference, the intention was for a schedule to be set and for Defendant to file a motion to stay, if he chose to do so. Consistent with that understanding, the Court now **lifts** the stay currently in place and sets a scheduling conference.

The scheduling conference shall be held on **December 1, 2021**, at **10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

If this date is not convenient, the parties shall confer and contact my Chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

Litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least two business days prior to the scheduling conference to arrange appearance by telephone. Litigants and counsel appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and submitted to Chambers by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this minute order.

It is further ORDERED that counsel for the parties and any unrepresented non-prisoner parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **November 17, 2021** and jointly prepare a proposed Scheduling Order. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

The parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website, www.cod.uscourts.gov.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in an editable format (i.e., Word) by email to Magistrate Judge Hegarty at** *hegarty_chambers@cod.uscourts.gov.*

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

Finally, the parties or counsel attending the Scheduling Conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is no requirement to submit confidential position statements/letters to the Court at the Scheduling Conference nor to have the parties present.

Any out-of-state counsel shall comply with D.C.Colo.LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by the Court may result in the imposition of sanctions.

In addition, **before filing a motion relating to a discovery dispute, the movant must request a conference with the Court** by submitting an email, copied to all parties, to *hegarty_chambers@cod.uscourts.gov*.  *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment.  The Court will determine at the conference whether to grant the movant leave to file the motion.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.**  *See* **D.C.Colo.LCivR 83.2(b).**