UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

---

## PLAINTIFF'S MOTION TO WITHDRAW ECF 118

---

Plaintiff moves to withdraw her previously filed Motion for Leave to Restrict Objections to Magistrate Judge Hegarty's November 8, 2021 Order Granting Defendant's Motion to Reconsider (ECF 118), which was filed on November 22, 2021. Plaintiff seeks to withdraw ECF 118 based on an inadvertent clerical error. Specifically, ECF 118 cites to the incorrect docket number for the document it seeks to restrict (i.e., Plaintiff's Objections to Magistrate Judge Hegarty's November 8, 2021 Order Granting Defendant's Motion to Reconsider). Plaintiff will file a subsequent Motion for Leave to Restrict that will cite the correct docket number for the Objections it seeks to restrict—or ECF 117.

Dated: November 22, 2021          Respectfully submitted,

*s/ Clarissa M. Collier*

David J. Schaller
Clarissa M. Collier
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   schaller@wtotrial.com
           collier@wtotrial.com

*Attorneys for Plaintiff Jane Doe*

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on November 22, 2021, I electronically filed the foregoing **PLAINTIFF'S MOTION TO WITHDRAW ECF 118** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Katayoun A. Donnelly**
  katy@kdonnellylaw.com, katayouna@hotmail.com


*s/ Clarissa M. Collier*