UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

       Plaintiff,

v.

PAUL WANG,

       Defendant.

## ORDER ON PLAINTIFF'S MOTION TO WITHDRAW ECF 118

This matter comes before the Court on Plaintiff's Motion to Withdraw ECF 118. The Court being fully advised in the premises, having reviewed the pleadings and submissions of counsel,

HEREBY ORDERS that ECF 118 is withdrawn as requested by Plaintiff.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
United States District Judge