UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO RESTRICT OBJECTIONS TO MAGISTRATE JUDGE HEGARTY'S NOVEMBER 8, 2021 ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER**

Pursuant to D.C.COLO.LCivR 7.2(b), and the Court's November 8, 2021 Order (ECF 113), Plaintiff respectfully requests that the Court impose Level 1 restriction to her Objections to Magistrate Judge Hegarty's November 8, 2021 Order Granting Defendant's Motion to Reconsider (ECF 117). In Judge Hegarty's November 8, 2021 Order, he directed the Clerk of Court to place Level 1 restriction on the Order (ECF 113), the Motion (ECF 101), the Response (ECF 105), and the Reply (ECF 109). (ECF 113 p. 10.) In the Order, Judge Hegarty identified, why the interests to be protected outweighed the presumption of public access, identified a clearly defined and serious injury that would result if access was not restricted, and explained why no alternative to restriction was practicable. Plaintiff submits that this same reasoning applies to her request to place her Objections to that Order under the same level of restriction as the Order itself—or Level 1 restriction.

WHEREFORE, Plaintiff respectfully requests that the Court impose Level 1 restriction on the Objections to Magistrate Judge Hegarty's November 8, 2021 Order Granting Defendant's Motion to Reconsider filed at ECF 117.

Dated: November 22, 2021 	Respectfully submitted,

*s/ Clarissa M. Collier*
David J. Schaller
Clarissa M. Collier
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   schaller@wtotrial.com
             collier@wtotrial.com

*Attorneys for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on November 22, 2021, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO RESTRICT OBJECTIONS TO MAGISTRATE JUDGE HEGARTY'S NOVEMBER 8, 2021 ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Katayoun A. Donnelly**
  katy@kdonnellylaw.com, katayouna@hotmail.com

*s/ Clarissa M. Collier*