IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:   20-cv-2765-RMR-MEH | Date:   December 1, 2021 |
| Courtroom Deputy:   Christopher Thompson | FTR:   Courtroom A 501 |

*Parties:*                                                                                       *Counsel:*

XINGFEI LUO,                                                                         Clarissa Collier

  Plaintiff,

v.

PAUL WANG,                                                                         Katayoun Donnelly

  Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     10:48 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the pending motions and the current status of the case.   The Court will enter a Scheduling Order as the motions are still pending and there is not a STAY entered at this time.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:** August 1, 2022
**Dispositive Motion Deadline:** September 16, 2022
**Initial Rule 26(a)(2) Disclosures:** April 16, 2022
**Rebuttal Rule 26(a)(2) Disclosures:** May 31, 2022

**Court in recess:**      11:21 a.m.      (Hearing concluded)
**Total time in Court:** 00:33

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.