IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2021.**

Before the Court is the parties' Joint Motion for Entry of Stipulated Protective Order ("Motion") [filed December 2, 2021; ECF 129] and the proposed stipulated protective order. For good cause shown, the Motion is **granted**. For issuance of the stipulated protective order, the parties are directed to send a Word copy of the proposed stipulated protective order to hegarty_chambers@cod.uscourts.gov.