RE: Doe v. Wang: 20-cv-02765-RMR-MEH

From: Collier, Clarissa (collier@wtotrial.com)
To: katy@kdonnellylaw.com
Cc: schaller@wtotrial.com
Date: Friday, December 3, 2021, 02:39 PM MST

Dear counsel,

We have satisfied our Rule 26(a)(1) disclosure obligations by providing Defendant a copy of all documents that we have in our possession, custody and control and that Plaintiff may use to support her claims. My office produced the document you are referencing in the same form that it was provided to us and I did not retrieve the document from the internet. So your request for a "link" is puzzling, especially in light of your knowledge of the bases for my client's claim.

For example, you are well-aware from our explicit statements in prior briefing that Plaintiff's position regarding the statute of limitations is based on the discovery rule and Plaintiff's discovery of the statements at issue in 2020. (ECF 104 p. 6.) In fact, you made this very same argument and Plaintiff took the exact same position in the parties' letters to Judge Jackson regarding Defendant's request to file a motion to dismiss. (ECF 71 p. 2; ECF 75 p. 2 § III). And, as I am sure you recall, after being presented with the exact same arguments the parties are making now, Judge Jackson denied your request to file the motion to dismiss deeming it to be "a waste of time." (ECF 76.) What is more is the communication you focus on is not the only communication at issue (e.g., Plaintiff_000026) and circumstantial evidence is evidence. All of the "facts" you are relying on to support your threatened Rule 11 motion and email below are currently in dispute, but could be fleshed out during discovery. Yet, instead of proceeding with some discovery to mount a defense, you have chosen this improper and unnecessarily antagonistic route.

In light of Judge Jackson's ruling, your knowledge of the basis for Plaintiff's position as stated in her briefing, and the side bar we had with Judge Hegarty on Wednesday regarding your threatened motion, your repeated threats of a Rule 11 motion are improper. In fact, your bullying and threatening of my client and her counsel appear to be an abuse of Rule 11 themselves. I suggest you consider your acknowledged obligation "not to impose costs and burdens on opposing parties or the court without conducting independent due diligence . . ." The threatening and filing of a Rule 11 motion, which you know to be baseless, is inconsistent with your duties and the purpose of Rule 11. So, while I cannot control whether or not you file your baseless motion, I can assure you that we will seek all rights and remedies legally available to us in opposing your motion, including seeking costs and fees, if appropriate.

Clarissa

**Clarissa M. Collier | Of Counsel**

**Wheeler Trigg O'Donnell LLP**

370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.0155 | F 303.244.1879

**collier@wtotrial.com** | **wtotrial.com** | **vCard**



**From:** Katayoun Donnelly <katy@kdonnellylaw.com>
**Sent:** Friday, December 3, 2021 10:28 AM
**To:** Collier, Clarissa <Collier@wtotrial.com>; Schaller, David <schaller@wtotrial.com>
**Cc:** Katayoun Donnelly <katy@kdonnellylaw.com>
**Subject:** Re: Doe v. Wang: 20-cv-02765-RMR-MEH

External Email

Good morning,

We have reviewed your Rule 26(a)(1) disclosures, and I am writing to you to ask, respectfully, once again, to please provide us the link to the publication(s) authored



by my client that you believe support your client's claim that he (not Morgann Paraskevas) published that she falsely claimed she'd been raped in China. The attached document is the only written statement (for which you have not yet produced a URL) so claiming—which as Ms. Luo and you know (and have been told previously) was posted in December 2013 (and Ms. Luo has been aware of it since 2013) by Mr. Paraskevas in response to Ms. Luo's public postings about him. *Compare* attached (published in 2013 by Mr. Paraskevas [morgann070]) *with* https://cserinusa.wordpress.com/.




I am assuming that by now you have asked Ms. Luo about this and her relationship with Mr. Paraskevas, whose evidence she tired to suppress in the criminal case. http://xingfeiluo.blogspot.com/2018/11/xingfei-luo.html

I have been completely straight with you from day one. This is about our duties, as Officers of the Court, not to impose costs and burdens on opposing parties or the court without conducting independent due diligence into our clients' claims. That's what Rule 11 commands. And, it applies equally to *pro bono* and appointed counsel. Your client has a right to zealous advocacy on her behalf, but she does not have the right to have you subject yourself and your firm to monetary sanctions for violating your duties under Rule 11. I have an ethical duty to pursue all avenues of recovery of my client's fees incurred as a result of Ms. Luo's vexatious litigation against him. Because she is proceeding *in forma pauperis*, that includes any attorney or firm that litigates on her behalf without having any actual proof to support her claims.

So, respectfully, we ask you to please produce the evidence that you believe, in good faith, supports Ms. Luo's claims by COB today or we will have no choice but to file the Rule 11 motion previously served upon you.

Best,

Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**

**Denver | Colorado | 80238**

**Phone:(720) 675-8584**

**Fax:(720) 880-3142**

**katy@kdonnellylaw.com**

http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

On Friday, November 5, 2021, 08:48:20 AM MDT, Katayoun Donnelly <katy@kdonnellylaw.com> wrote:

Dear Ms. Collier and Mr. Schaller:

Please acknowledge that you have received this email and that you can successfully access the attachments.

Thank you, in advance, for your cooperation.

Regards,

Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**

**Denver | Colorado | 80238**

**Phone:(720) 675-8584**

**Fax:(720) 880-3142**

**katy@kdonnellylaw.com**

http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

**Attachment to December 3, 2021 Email**

2/26/2020 REDACT BETTER KNOWN AS O REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS...

...of this scammer.

...ER KNOWN AS OPHELIA ..., AND HER CHINESE SCAM. ...ARE-DEFAMATION SPECIALIST.

16 Monday Dec 2013

POSTED BY ANONYMOUS123177 IN UNCATEGORIZED

≈ 3 COMMENTS

" REDACT born in December of 1977 is a chinese woman who is a scammer. After hiring a private investigator, I found out that I am not the only target of this person."

"She posted a blog defaming my good name and coincidence, got 2 calls in the following months from a so-called company to have the blog removed first for $10,000 and the second call for $4,000. She changes her name frequently from O REDACT to O REDAC and she has made numerous victims. She post pictures or defamatory post and later someone contacts you to take them out for a fee. I have received several calls from other victims."

REDACTED

"If you see or meet this person, be aware, she has already made false allegation of rape, false claims about other people as well, filed a frivolous police report in Colorado about losing her passport then ironically used that same passport at a San Francisco airport on December 2nd 2013."

REDACTED

1/4

**EXHIBIT 5**

2/26/2020  REDACT BETTER KNOWN AS REDACTED D , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS…

*"I have filed a police report about her stealing money from me as well."*

There are a lot of lawsuits in which she is involved. As of now, we cannot reveal yet all the information since the cases are pending.

Advertisements

REDACTED

2/4

EXHIBIT 5

CONFIDENTIAL                           Plaintiff_000038

2/26/2020 [REDACT] BETTER KNOWN AS [REDACTED], AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS…

Powered by wordads.co

Seen ad many times

Not relevant

Offensive

Covers content

Broken

REPORT THIS AD

Advertisements

[REDACTED]

3/4

EXHIBIT 5

CONFIDENTIAL          Plaintiff_000039

2/26/2020   REDAC BETTER KNOWN AS ( REDACTED  , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS...

Powered by wordads.co

Seen ad many times

Not relevant

Offensive

Covers content

Broken

REPORT THIS AD

thoughts on "REDACTED ) BETTER KNOWN AS REDACTED ) or REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIST."

1. *said:*Secretagent

   April 23, 2015 at 10:49 pm

   She is back in the U.S. – living in old town Pasadena. I saw her on Wechat (the Chinese chatting app). Her alias there is REDACT . Thanks for posting this and warning others.

   **REPLY**

   - *said:*morgann070

     April 24, 2015 at 2:28 am

     **REPLY**

     - *said:*anonymous123177

       September 26, 2018 at 7:09 am

       Much appreciated.

Blog at WordPress.com.

REDACTED

4/4

**EXHIBIT 5**

CONFIDENTIAL                                                   Plaintiff_000040

### RE: Doe v. Wang: 20-cv-02765-RMR-MEH

**From:** Collier, Clarissa (collier@wtotrial.com)

**To:** katy@kdonnellylaw.com; schaller@wtotrial.com

**Date:** Friday, November 5, 2021, 11:02 AM MDT

Received.

---

**From:** Katayoun Donnelly <katy@kdonnellylaw.com>
**Sent:** Friday, November 5, 2021 8:48 AM
**To:** Collier, Clarissa <Collier@wtotrial.com>; Schaller, David <schaller@wtotrial.com>
**Subject:** Doe v. Wang: 20-cv-02765-RMR-MEH

**External Email**

Dear Ms. Collier and Mr. Schaller:

Please acknowledge that you have received this email and that you can successfully access the attachments.

Thank you, in advance, for your cooperation.

Regards,

Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**

**Denver | Colorado | 80238**

**Phone:** (720) 675-8584

**Fax:** (720) 880-3142

katy@kdonnellylaw.com

http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE: The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.