1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Case No. 20-cv-2765-RBJ-MEH
3    _____

4    JANE DOE,

5         Plaintiff,

6    vs.

7    PAUL WANG,

8         Defendant.
     _____
9

10        Proceedings before MICHAEL E. HEGARTY, United

11   States Magistrate Judge, United States District Court for the

12   District of Colorado, commencing 1:04 p.m., April 8, 2021, in

13   the United States Courthouse, Denver, Colorado.

14   _____

15        WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17   _____

18                          APPEARANCES

19        CLARISSA COLLIER, Attorneys at Law,

20   appearing for the Plaintiff.

21        KATAYOUN DONNELLY, Attorney at Law, appearing for

22   the Defendant.

23   _____

24                       STATUS CONFERENCE

25
```

**PATTERSON TRANSCRIPTION COMPANY**
scheduling@pattersontranscription.com

**EXHIBIT 1**

```
 1              MS. DONNELLY:  -- stayed.
 2              THE COURT:  Okay.  Would you like to set a motion
 3   date now?
 4              MS. DONNELLY:  So our question would actually be,
 5   in the interest of justice -- I understand that counsel has
 6   -- was not aware of the last amended complaint that was
 7   filed.  So we would be amenable to giving that opportunity to
 8   amend the complaint without us filing a motion --
 9              THE COURT:  I agree completely.  So the best
10   process would be for you two to talk, for you to discuss with
11   her what you think the infirmities are and -- not to tell her
12   how to get around them, but just what the infirmities are.
13   And instead of mooting a motion to dismiss by the filing of
14   an amended complaint, just go to -- you know, go all the way
15   around the board and pass Go and -- without doing that
16   motions practice.
17              I think that would be a good idea.  Are you stating
18   your nonopposition to the filing of a second amended
19   complaint now?
20              MS. DONNELLY:  Yes, Your Honor.
21              THE COURT:  Okay.
22              MS. COLLIER:  Okay.
23              THE COURT:  Okay.  So we -- do we need a deadline
24   for that?
25              MS. COLLIER:  Yes.
```

**EXHIBIT 1**

 1    status, based on all the cases that are currently pending in

 2    multiple states.  And also asking that the Court would allow

 3    us to communicate with other counsel in all of those cases

 4    and get information so the Court can take judicial notice of

 5    every proceeding that is held to this case.

 6            So I would ask that -- the criminal prosecution of

 7    Ms. Doe is going to be a very important part of this big

 8    picture that would have a huge impact on our case.

 9            So in a way, it would -- it might make sense to, to

10    some extent, stay discovery until the trial is over.  Can Ms.

11    Doe provide the Court some information as to what is the

12    current status?

13            THE COURT:  The last we heard, there was an

14    appearance set for May, I think it was.  But what's your

15    understanding of it right now?

16            MS. COLLIER:  There's no trial date been set yet.

17            THE COURT:  Right.  But I thought we had seen that

18    an appearance was set for some kind of preliminary

19    proceeding, either --

20            MS. DONNELLY:  The pretrial hearing.

21            THE COURT:  -- pretrial hearing?

22            MS. COLLIER:  There's one set for May 7.

23            THE COURT:  That's what I thought.  Sometime end of

24    May.

25            Okay.  So yeah, I mean, you know, stays are

 1   assuming that you're going with the understanding that at

 2   some point we might need to push back, at least, on the

 3   deposition date --

 4            THE COURT:  Yeah.

 5            MS. DONNELLY:  -- we still have the issue of the

 6   Jane Doe status that has been granted here without the

 7   discussion of the realities of what Ms. Doe has been doing in

 8   various litigations and the fact that actually, if there's

 9   anyone who needs to protected, it is Mr. Wang here, not Ms.

10   Doe.

11            So we would be asking that we address that issue.

12   And if the Court is willing to provide us with some

13   scheduling deadlines on that --

14            THE COURT:  That's fine.

15            MS. DONNELLY:  -- we would appreciate it.

16            THE COURT:  Yeah.  I mean, and -- you know, I will

17   just say this:  I think there's a strong presumption that

18   proceedings in federal court are open.  That's just the way

19   it is.

20            So -- but I think there's -- I'm not putting any

21   limits on you.  So you can file that at any time, because

22   it's ripe right now, right?

23            MS. DONNELLY:  Okay, Your Honor.  Thank you so

24   much.

25            THE COURT:  Okay.  Then just have a briefing

                                                                    24

1               TRANSCRIBER'S CERTIFICATION

2    I certify that the foregoing is a correct transcript to the

3    best of my ability to hear and understand the audio recording

4    and based on the quality of the audio recording from the

5    above-entitled matter.

6

7    /s/ Dyann Labo                       June 4, 2021

8    Signature of Transcriber             Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 1**