| | |
|---|---|
| **From:** | Katayoun Donnelly <katy@kdonnellylaw.com> |
| **Sent:** | Thursday, April 8, 2021 5:31 PM |
| **To:** | Collier, Clarissa |
| **Subject:** | Re: Doe v. Wang: Follow Up on Status Conference |

**External Email**

Hi,

It was nice seeing you too! Loved the photo of your daughter :) She is adorable.

I think you are referring to the Judge's comments regarding the pending pro se amended complaint. Since we agreed to allow Ms. Doe to file a second amended complaint now that she is represented by counsel, that issue is moot. I would be happy, though, to confer and share my thoughts after I get a chance to review your second amended complaint.

Talk soon,
Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*
**2373 Central Park Blvd. | Suite 100**
**Denver | Colorado | 80238**
**Phone:(720) 675-8584**
**Fax:(720) 880-3142**
katy@kdonnellylaw.com
http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

On Thursday, April 8, 2021, 4:28:44 PM MDT, Collier, Clarissa <collier@wtotrial.com> wrote:

Hi Katy,

It was nice seeing you today. Per the discussion in Court today, and in an attempt to confer on your potential motion to dismiss, can you send me what grounds you will seek dismissal of the complaint on with relevant authority?

Thank you,

**EXHIBIT 2**

Clarissa

**Clarissa M. Collier | Of Counsel**

**Wheeler Trigg O'Donnell LLP**

370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.0155 | F 303.244.1879

collier@wtotrial.com | wtotrial.com | vCard



2

**EXHIBIT 2**