| | |
|---|---|
| **From:** | Collier, Clarissa |
| **Sent:** | Monday, May 10, 2021 10:30 AM |
| **To:** | Katayoun Donnelly |
| **Subject:** | Re: $65 service of process check and conferral |

No objection. Thanks.

Clarissa M. Collier
Ph: 303.244.0155
Sent from my iPhone

> On May 10, 2021, at 10:29 AM, Katayoun Donnelly <katy@kdonnellylaw.com> wrote:
>
> **External Email**
>
> Great. Considering the current deadline. I need to file it early afternoon. Would appreciate a response by then.
>
> Thanks,
> Katy
>
> **Katayoun A. Donnelly**
>
> ***Azizpour Donnelly LLC***
> **2373 Central Park Blvd. | Suite 100**
> **Denver | Colorado | 80238**
> **Phone:(720) 675-8584**
> **Fax:(720) 880-3142**
> **katy@kdonnellylaw.com**
> http://www.kdonnellylaw.com
>
> This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.
>
> IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.
>
>> On Monday, May 10, 2021, 8:26:34 AM MDT, Collier, Clarissa <collier@wtotrial.com> wrote:
>>
>> Hi, and I did. I hope you did as well. I'll follow up with my client and let you know. I assume we will have no objection, but need to confirm. Thx.

**EXHIBIT 3**

Clarissa

**From:** Katayoun Donnelly <katy@kdonnellylaw.com>
**Sent:** Monday, May 10, 2021 7:20 AM
**To:** Collier, Clarissa <Collier@wtotrial.com>
**Subject:** Re: $65 service of process check and conferral

**External Email**

Good morning,

Hope you had a great Mother's Day weekend!

Could you please let me know if you have an objection? (See below.)

Best,

Katy

Sent from my iPhone

On Friday, May 7, 2021, 5:29 PM, Katayoun Donnelly <katy@kdonnellylaw.com> wrote:

> Can we make it 14 days, May 25?
>
> Best,
>
> Katy
>
> **Katayoun A. Donnelly**
>
> *Azizpour Donnelly LLC*
>
> **2373 Central Park Blvd. | Suite 100**
>
> **Denver | Colorado | 80238**
>
> **Phone:(720) 675-8584**

**EXHIBIT 3**

Fax:(720) 880-3142

katy@kdonnellylaw.com

http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

On Monday, May 3, 2021, 9:24:14 AM MDT, Collier, Clarissa <collier@wtotrial.com> wrote:

No objection.

Thanks.

Clarissa

**From:** Katayoun Donnelly <katy@kdonnellylaw.com>
**Sent:** Monday, May 3, 2021 8:18 AM
**To:** Collier, Clarissa <Collier@wtotrial.com>
**Subject:** Re: $65 service of process check and conferral

**External Email**

Good morning,

Sure. Will do.

3

**EXHIBIT 3**

Also, I wanted to check to see if you have an objection to a 10-day extension for our response to the amended complaint. I had to file a cert petition in an expedited case last week and have oral arguments at the supreme court this week.

Thanks,

Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**

**Denver | Colorado | 80238**

Phone:(720) 675-8584

Fax:(720) 880-3142

katy@kdonnellylaw.com

http://www.kdonnellylaw.com

**EXHIBIT 3**