| | |
|---|---|
| **From:** | Collier, Clarissa <Collier@wtotrial.com> |
| **Sent:** | Wednesday, November 3, 2021 1:02 PM |
| **To:** | hegarty_chambers@cod.uscourts.gov |
| **Cc:** | Katayoun Donnelly |
| **Subject:** | Doe v. Wang: 20-cv-02765-RMR-MEH: Clarification Regarding ECF 57 |
| **Attachments:** | RE: Doe v. Wang: Time for Rule 26(f) Conference; ECF 057 - Minute Order Granting Joint Motion to Stay all Deadlines - Status Conference March 18 - 03-09-2021.PDF |

Good afternoon,

I write to obtain the Court's procedure to request clarification of the attached Order that Judge Hegarty entered back in March 2021.

For context, Plaintiff is seeking to hold the Rule 26(f) conference and proceed with discovery since the Federal Rules do not provide for an automatic stay of discovery pending adjudication of a Motion to Dismiss. Defendant contends that all discovery has been stayed pursuant to ECF 57, which was entered by Judge Hegarty on March 9, 2021. Plaintiff does not believe that ECF 57 has continued to stay all discovery given all of the events that have happened in the case after entry of the Order and pursuant to various deadlines. Defendant disagrees, has objected to this communication and requested that I include his position, which is as follows:

"As you know, all deadlines have been stayed. If you are planning to file a motion to lift the stay, please note in your motion that we object for all the reasons stated in our motions to dismiss and for reconsideration of the Nov. 10 order allowing plaintiff to proceed under pseudonym, and for the reasons discussed in our email exchanges preceding the filing of those motions, where you confirmed compliance with Rule 11. Mr. Wang objects to initiation of any off-record conversations with the court regarding substantive matters, such as this."

The parties full conferral is attached. In spite of Defendant's objection, Plaintiff requests clarification regarding whether all discovery deadlines are stayed pursuant to ECF 57. Please let me know whether this will require a separate motion, and if so, Plaintiff will get one on file. Also, if this request should be handled by Judge Martinez, please let us know that as well but I wanted to first send to Judge Hegarty since he entered the Order.

Thank you,
Clarissa

**Clarissa M. Collier | Of Counsel**
**Wheeler Trigg O'Donnell LLP**
370 17th Street | Suite 4500 | Denver CO  80202
P 303.244.0155 | F 303.244.1879
collier@wtotrial.com | wtotrial.com | vCard

WheelerTriggO'Donnell LLP