| | |
|---|---|
| **From:** | Katayoun Donnelly <katy@kdonnellylaw.com> |
| **Sent:** | Friday, November 5, 2021 8:48 AM |
| **To:** | Collier, Clarissa; Schaller, David |
| **Subject:** | Doe v. Wang: 20-cv-02765-RMR-MEH |
| **Attachments:** | Doe.v.Wang.20-cv-02765.Rule11.Mot.Nov.5.2021.pdf; Exhibit 2 - Doe v. Wang. Rule 11. Mot.pdf; Exhibit 3 - Doe v. Wang.Rule 11. Mot.pdf |

**External Email**

Dear Ms. Collier and Mr. Schaller:

Please acknowledge that you have received this email and that you can successfully access the attachments.

Thank you, in advance, for your cooperation.

Regards,
Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*
**2373 Central Park Blvd. | Suite 100**
**Denver | Colorado | 80238**
**Phone:(720) 675-8584**
**Fax:(720) 880-3142**
**katy@kdonnellylaw.com**
http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

**EXHIBIT 7**