UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

### DECLARATION IN SUPPORT OF RESPONSE TO MOTION FOR SANCTIONS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am the Plaintiff in the above-captioned action.

2. Unless otherwise stated, I have personal knowledge of the facts in this declaration. If called on to testify, I could and would competently do so under oath.

3. In 2020, I filed a lawsuit in California against a defendant that is referred to in this case as "Weamer." On June 17, 2020, Weamer propounded discovery relating to sexual assault allegations that I made against a man named Chen GuoChang while living in China and dating the Defendant in this action, Paul Wang. Weamer stated that he propounded the discovery because he "believed" the discovery related to a former Chinese classmate that I had falsely accused of rape.

4. I believe that Paul Wang, the Defendant in this action, made those statements and provided that information to Weamer. I believe this is so because Paul Wang was the only person in the United States who knew the name of the perpetrator (Chen GuoChang) and my specific allegations against Chen GuoChang.

**EXHIBIT 9**

5. Additionally, in that same case, I propounded written discovery on Weamer requesting all communications either sent or received by Weamer that related to me. In response, on August 23, 2020, Weamer produced a statement from Defendant wherein he states that I "filed a false police report claiming [my] passport got stolen and was issued a refund from the travel insurance company for half the ticket." This statement serves as a basis for my First Claim for Relief in the Third Amended Complaint and was served on Defendant Paul Wang as Plaintiff_000026.

6. On January 4, 2021, and prior to filing my Third Amended Complaint, I learned through federal litigation involving two cities and others as defendants (collectively, the "City") that Paul Wang also posted this same statement online. Specifically, the defendants in that case produced the document attached as Exhibit 10 to Plaintiff's Response to the Rule 11 Motion. That is when I discovered this posting. Therefore, when preparing my Second Amended Complaint and TAC, I included this information as additional support for my Second Claim for Relief.

7. On information and belief, Defendant Paul Wang authored this document. Again, for the same reasons as above, but also because the blog post contains statements regarding the passport I reported as lost in 2013 and contains specific information regarding me traveling to San Francisco on certain dates. Defendant Paul Wang is the only person who knew that I filed a police report regarding my lost passport and the only person who would know the specific dates of my travel to San Francisco, since he purchased my original airline ticket.

8. I did not know that Defendant Paul Wang had made any false statements regarding the sexual assault or the police report I filed in relation to my lost passport until 2020.

9. Defendant Paul Wang was not a testifying witness in the Weamer or City litigations. He never testified at a deposition or hearing in those cases.

10. On information and belief, Defendant Paul Wang was not subpoenaed in the Weamer or City Litigations.

11. I have produced to Defendant Paul Wang all of the above-referenced written statements and written discovery from these lawsuits that I may rely on to support my claims in this case with my Rule 26(a)(1) Initial Disclosures. I produced the documents pursuant to the parties' Stipulated Protective Order (ECF 134) because I am proceeding under a pseudonym in the above-referenced cases.

12. I declare under penalty of perjury, that the foregoing is true and correct.

Dated: December 8, 2021

_____
Xingfei Luo

**EXHIBIT 9**