2/26/2020   REDACT BETTER KNOWN AS O REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS…

…of this scammer.

…ER KNOWN AS OPHELIA
…, AND HER CHINESE SCAM.
…TION SPECIALIST.

Sponsored by Gundry MD

**16 Monday Dec 2013**

POSTED BY ANONYMOUS123177 IN UNCATEGORIZED

≈ 3 COMMENTS

" REDACT born in December of 1977 is a chinese woman who is a scammer. After hiring a private investigator, I found out that I am not the only target of this person."

"She posted a blog defaming my good name and coincidence, got 2 calls in the following months from a so-called company to have the blog removed first for $10,000 and the second call for $4,000. She changes her name frequently from O REDACT to O REDAC and she has made numerous victims. She post pictures or defamatory post and later someone contacts you to take them out for a fee. I have received several calls from other victims."

REDACTED

"If you see or meet this person, be aware, she has already made false allegation of rape, false claims about other people as well, filed a frivolous police report in Colorado about losing her passport then ironically used that same passport at a San Francisco airport on December 2nd 2013."

REDACTED

1/4

**EXHIBIT 5**

CONFIDENTIAL          Plaintiff_000037
**EXHIBIT 10**