IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**MOTION REAGRDING LEAVE TO RESTRICT**

---

    Mr. Paul Wang, pursuant to D.C.COLO.LCivR 7.2(b), the Court's December 22, 2021 Order (ECF 143), and the Protective Order in place, submits, under Level 1 restriction, the unredacted versions of Exhibits 3 and 5 to his Reply in Support of Defendant's Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel. Despite Ms. Luo's designation of the documents contained in Exhibit 3 as confidential, Mr. Wang does not believe that Exhibit 3 should be restricted. Mr. Wang seeks guidance on whether instead of restricting Exhibit 5 a redacted version of it should be filed.

    Respectfully submitted this 23rd day of December 2021.

    */s/ Katayoun A. Donnelly*
    Katayoun A. Donnelly (#38439)
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO  80238
    katy@kdonnellylaw.com

    *Attorney for Paul Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2021, I served an electronic copy of the foregoing via CM/ECF to counsel of record.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly