UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

## PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS

Plaintiff Xingfei Luo ("Plaintiff"), by and through her undersigned counsel, hereby submits the following responses and objections to Defendant's First Set of Discovery Requests, pursuant to Federal Rules of Civil Procedure 33, 34 and 36.

### PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

Plaintiff has made a reasonable and good faith effort to respond to those Discovery Requests that are intelligible in the context of this case, and are not otherwise objectionable. Plaintiff has not yet completed her investigation of the facts related to this case, interviewed all witnesses in connection with this case, or completed her discovery or preparation of the factual and legal issues in this case. Each of the following responses, therefore, is based upon information known to Plaintiff at this time and specifically known to her after a reasonable inquiry.

**REQUEST FOR ADMISSION NO. 3:**

Admit that you, or someone with whom you communicated prior to publication, published the information attached to these Discovery Requests as Exhibit 3 (https://cserinusa.wordpress.com).

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Plaintiff objects to this request for admission because seeks information that is not relevant to the claims or defenses of any party. Defendant has not answered Plaintiff's Complaint or asserted any counterclaims against Plaintiff. Therefore, the publisher of Exhibit 3 is irrelevant.

Subject to and without waiving these objections, Plaintiff admits that she published Exhibit 3.

**REQUEST FOR ADMISSION NO. 4:**

Admit that you, or someone with whom you communicated prior to publication, published the information attached to these Discovery Requests as Exhibit 4 (https://pppwang.wordpress.com/).

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Plaintiff objects to this request for admission because seeks information that is not relevant to the claims or defenses of any party. Defendant has not answered Plaintiff's Complaint or asserted any counterclaims against Plaintiff. Therefore, the publisher of Exhibit 4 is irrelevant. Plaintiff also objects to the completeness of the portion of Exhibit 4 that purports to be part of Mr. Edward Weamer's production in the Weamer litigation.

Subject to and without waiving these objections, Plaintiff denies the request.

Dated:  May 4, 2022.                                        AS TO OBJECTIONS,


*s/ Clarissa M. Collier*
David J. Schaller
Clarissa M. Collier
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   schaller@wtotrial.com
              collier@wtotrial.com

Attorneys for Plaintiff

28

## VERIFICATION PAGE

I, Xingfei Luo, being duly sworn, affirm that I have read the interrogatory responses set forth in Plaintiff's Responses and Objections to Defendant's First Set of Written Discovery Requests, that I know the contents thereof, and that the answers to the interrogatories are true and correct to the best of my knowledge, information, and belief.

DATED: 5/4/2022

_____
Xingfei Luo