Declaration of Amanda Papac

I, Amanda G. Papac, declare and state as follows:

1. I am licensed to practice law in California and was an associate with the law firm of Collins Collins Muir + Stewart, LLP. I was the counsel of record for defendants Liliana Jara and Richard Ruiz in the lawsuit titled O.L. v. City of El Monte, et al., Case Number 2:20-CV-00797-RGK-JDE, in the Central District of California, which is now pending in the Ninth Circuit Court of Appeals in O.L. v. Jara, et al., Case Number 21-55740. This declaration is based upon my personal knowledge and my review of the pleadings and filings in the aforementioned actions. If called upon as a witness, I could and would testify truthfully under oath as to the facts stated herein. I understand that this declaration will be filed under seal for use in the case Luo v. Wang (Civil Action No. 1:20-cv-02765-RMR-MEH).

2. Based on my review of the Third Amended Complaint filed on July 28, 2021, in Luo v. Paul Wang (Civil Action No. 1:20-cv-02765-RMR-MEH) in the United States District Court for the District of Colorado; the Complaint in Doe v. Weamer, Case No. C20-00827 (Super. Ct. Cali. 2020) cited at paragraph number 47 in the Luo v. Wang action; my communication with counsel for Mr. Wang; my communications with O.L.; as well as other research I have performed as to the various names and aliases for O.L., the plaintiff "O.L." in our case is the plaintiff "Jane Doe" in the Doe v. Weamer case and Xingfei Luo in Luo v. Wang case.

3. Ms. Luo's Third Amended Complaint, in paragraphs 86 and 103, references my name as the recipient of alleged statements made by Mr. Wang. I have not received any statements from Mr. Wang and my declaration, which I understand Ms. Luo has produced in discovery in Luo v. Paul Wang (Civil Action No. 1:20-cv-02765-RMR-MEH) as the basis of this claim, does not have any reference to Mr. Paul Wang. See attached, Exhibit A (a copy of my full declaration and its exhibits, which have been redacted to comply with the court order in O.L. v. City of El Monte, et al., Case Number 2:20-CV-00797-RGK-JDE).

4. In O.L. v. City of El Monte, et al., Case Number 2:20-CV-00797-RGK-JDE, we provided O.L. the unredacted links to all websites cited in my declaration and unredacted copies of their contents were attached as exhibits to the declaration.

5. To this date, December 21, 2021, I have not been contacted by Ms. Luo's counsel in Luo v. Wang, Case No. 20-cv-02765-RMR-MEH (D. Colo).

FURTHER AFFIANT SAYETH NAUGHT

I declare under penalty of perjury under the law of the State of California that the foregoing affidavit is true and correct.

Executed this 21st day of December 2021, at Los Angeles, California.

*Amanda Papac*
Amanda Papac

# EXHIBIT A

1  Erin R. Dunkerly, Esq. (State Bar No. 260220)
2  Amanda G. Papac, Esq. (State Bar No. 328899)
   **COLLINS COLLINS MUIR + STEWART LLP**
3  1100 El Centro Street
4  South Pasadena, CA 91030
   (626) 243-1100 – FAX (626) 243-1111
5  Email: edunkerly@ccmslaw.com
   Email: apapac@ccmslaw.com
6
7  Attorneys for Defendants,
   LILIANA JARA and RICHARD RUIZ
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| O.L., | CASE NO. 2:20-CV-00797-RGK-JDE |
|---|---|
| Plaintiff, | *[Reassigned to Magistrate Judge John D. Early – Courtroom 6A]* |
| vs. | **DECLARATION OF AMANDA G. PAPAC IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| CITY OF EL MONTE; COUNY OF LOS ANGELES; DAVID REYNOSO; MARTHA TATE; MICHAEL BUCKHANNON; ALEX VILLANUEVA; LILIANA JARA; RICHARD RUIZ; JACKIE LACEY; PETER CAGNEY; KAREN THORP; JUNE CHUNG; and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: 2/3/2020 |
| | Trial Date: None |

///
///

*22240*

1

**DECLARATION OF AMANDA G. PAPAC RE: JOINT STIPULATION**

# DECLARATION OF AMANDA G. PAPAC

I, Amanda G. Papac, declare and state as follows:

1. I am licensed to practice law in California, and am an associate with the law firm of Collins Collins Muir + Stewart, LLP, counsel of record for defendants Liliana Jara and Richard Ruiz. I make this declaration in support of the Defendants' Motion for Protective Order. This declaration is based upon my personal knowledge, and if called upon as a witness, I could and would testify truthfully under oath as to the facts stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of defendant Jara's Responses to O.L.'s Interrogatories, Set One.

3. Attached hereto as **Exhibit B** is a true and correct copy of defendant Jara's Responses to O.L.'s Requests for Production of Documents, Set One.

4. Attached hereto as **Exhibit C** is a true and correct copy of defendant Ruiz's Responses to O.L.'s Interrogatories, Set One.

5. Attached hereto as **Exhibit D** is a true and correct copy of defendant Ruiz's Responses to O.L.'s Interrogatories, Set Three.

6. Attached hereto as **Exhibit E** is a true and correct copy of defendant Ruiz's Responses to O.L.'s Requests for Production of Documents, Set One.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Los Angeles Sheriff's Department's Responses to O.L.'s subpoena for production of business records to the Los Angeles Sheriff's Department.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Los Angeles Sheriff's Department's Responses to O.L.'s second subpoena for production of business records to the Los Angeles Sheriff's Department.

9. On October 19, 2020, O.L. filed an Ex Parte Application to Stay a Pending Deposition, by which she sought: (1) to stay her deposition, noticed by Defendants on September 28, 2020, which was to take place on November 5, 2020; (2) to limit the length and topics covered at the deposition; (3) a protective order directing that she

22240

2

DECLARATION OF AMANDA G. PAPAC RE: JOINT STIPULATION

need not produce certain categories of documents requested by Defendants; and (4) an award of sanctions against Defendants. (See Document No. 99, attached hereto as **Exhibit H** for the convenience of the Court).

10. On October 30, 2020, this Court denied O.L.'s Ex Parte Application, finding that her request to limit the duration and scope of her deposition was not supported by good cause and overruling her objections to Defendants' requests for production of documents. (See Document No. 112, also attached hereto as **Exhibit I** for the convenience of the Court).

11. On October 30, 2020, after the Court denied her ex parte application, O.L. emailed me stating that she would not appear for her deposition "until the motion for protective order in regards to the production of documents is heard." I reminded O.L. that her request to stay the deposition had been denied and her objections to the document requests had been overruled. In response, O.L. stated: "I will not attend any deposition pending discovery disputes. I requested you to limit the time and scope of your deposition and you refused to do so. My objections to the production of documents were not complete. The court should not rule on a drafted stipulation. The court's so called ruling was improper. You will proceed your deposition without me on Nov 5, 2020." Attached hereto as **Exhibit J** is a true and correct copy of O.L.'s email and our colloquy dated October 30, 2020.

12. On November 5, 2020, O.L. failed to appear for her deposition. Attached hereto as **Exhibit K** is a true and correct copy of an affidavit of non-appearance certifying O.L.'s failure to appear for her November 5, 2020 deposition.

13. On February 26, 2020, I conducted an internet search using O.L.'s name. In my search, I discovered the following internet postings, among others:

    a. On December 16, 2013, an individual posted a blog describing O.L.'s use of defamation, revenge porn, extortion, and frivolous police reports. Attached hereto as **Exhibit L** is a true and correct copy of the individual's blog post, which I accessed at

*22240*

3

**DECLARATION OF AMANDA G. PAPAC RE: JOINT STIPULATION**

1   https://REDACT.wordpress.com/ on February 26, 2020. Pursuant to this Court's Order dated March 20, 2020 (Document No. 42), one of the names associated with O.L. appears in the URL and as such, defendants are barred from filing the unredacted URL. In the event the Court requires the full URL, defendants would request an exception from the March 20, 2020 order for the limited purpose of filing the unredacted URL under seal.

b. On November 11, 2018, O.L. posted a public blog with derogatory remarks about a man, which contained his phone number and home address. Attached hereto as **Exhibit M** is a true and correct copy of O.L.'s November 11, 2018 blog, which I accessed at http://morgannparaskevas.blogspot.com/ on December 11, 2020.

c. On November 12, 2018, O.L. posted a public blog accusing another man of sexual harassment. Attached hereto as **Exhibit N** is a true and correct copy of O.L.'s November 12, 2018 blog, which I accessed at http://REDACT.blogspot.com/ on February 26, 2020. Pursuant to this Court's Order dated March 20, 2020 (Document No. 42), one of the names associated with O.L. appears in the URL and as such, defendants are barred from filing the unredacted URL. In the event the Court requires the full URL, defendants would request an exception from the March 20, 2020 Order for the limited purpose of filing the unredacted URL under seal.

14.   During my internet search using O.L.'s true name, I also discovered an unpublished opinion from O.L.'s appeal of the Superior Court of Orange County's issuance of a domestic violence restraining order against her. The unpublished opinion contains a resuscitation of facts that led to the Superior Court's decision to issue a restraining order against O.L. (see **Exhibit O**, at page 1.) Based on my reading of the unpublished opinion, one of O.L.'s previous online dating companions (further

*22240*

4

**DECLARATION OF AMANDA G. PAPAC RE: JOINT STIPULATION**

referenced as O.L.'s "ex-boyfriend" to preserve his anonymity) obtained a restraining order against O.L. on the grounds that she posted revenge porn and vandalized the ex-boyfriend's home. Upon hearing of the ex-boyfriend's desire to terminate the very short-lived relationship, O.L. created fake Facebook, Instagram, and Yelp accounts with the ex-boyfriend's name and showing nude photos of him. O.L. sent the revenge porn to the ex-boyfriend's family, friends, and clients. She also appeared at the ex-boyfriend's home and "scratched [his] door for about 20 minutes." Attached hereto as **Exhibit O** is a true and correct copy of the unpublished opinion for O.L.'s appeal from the Superior Court of Orange County's domestic violence restraining order, case No. G056955.

15. As of April 9, 2020, O.L.'s GoFundMe webpage was accessible on the internet, which I accessed at : https://www.gofundme.com/f/2twqa2 on April 8, 2020, and have attached a true and correct copy as **Exhibit P**. In advance of preparing this declaration, I again tried to access the GoFundMe webpage from the same link and found that the contents are not currently available on the internet. The same GoFundMe Page was referenced in O.L.'s operative pleading and produced by defendants in discovery. That it is now no longer in existence on the internet and therefore prior versions cannot be explored leads me to believe that O.L. has caused evidence in this pending lawsuit to not be preserved.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on January 4, 2021, in Los Angeles, California.

By: *Amanda G. Papac*
AMANDA G. PAPAC

*22240*

5

**DECLARATION OF AMANDA G. PAPAC RE: JOINT STIPULATION**

# EXHIBIT "L"

REDACTED ~ Beware of this scammer.

# REDACTED BETTER KNOWN AS REDACTED REDACTED or REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIST.

Sponsored by Gundry MD

16 Monday Dec 2013

POSTED BY ANONYMOUS123177 IN UNCATEGORIZED

≈ 3 COMMENTS

"REDACT born in December of 1977 is a chinese woman who is a scammer. After hiring a private investigator, I found out that I am not the only target of this person."

"She posted a blog defaming my good name and coincidence, got 2 calls in the following months from a so-called company to have the blog removed first for $10,000 and the second call for $4,000. She changes her name frequently from O REDACT to O REDAC and she has made numerous victims. She post pictures or defamatory post and later someone contacts you to take them out for a fee. I have received several calls from other victims."



"If you see or meet this person, be aware, she has already made false allegation of rape, false claims about other people as well, filed a frivolous police report in Colorado about losing her passport then ironically used that same passport at a San Francisco airport on December 2nd 2013."

2/26/2020    REDACT BETTER KNOWN AS REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS…

*"I have filed a police report about her stealing money from me as well."*

There are a lot of lawsuits in which she is involved. As of now, we cannot reveal yet all the information since the cases are pending.

Advertisements

2/26/2020   REDACT BETTER KNOWN AS REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS…

Powered by wordads.co

Seen ad many times

Not relevant

Offensive

Covers content

Broken

REPORT THIS AD

Advertisements

Powered by wordads.co

Seen ad many times

Not relevant

Offensive

Covers content

Broken

REPORT THIS AD

# thoughts on " REDACTED ) BETTER KNOWN AS REDACTED ) or REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIST."

1. *said:* Secretagent

   April 23, 2015 at 10:49 pm

   She is back in the U.S. – living in old town Pasadena. I saw her on Wechat (the Chinese chatting app). Her alias there is REDACT . Thanks for posting this and warning others.

   REPLY

   - *said:* **morgann070**

     April 24, 2015 at 2:28 am

     REPLY

     - *said:* **anonymous123177**

       September 26, 2018 at 7:09 am

       Much appreciated.