**Affidavit of Dawn Ceizler**

1. My name is Dawn Ceizler. I am an attorney in the State of California and I represented Mr. Edward Weamer in *Doe v. Weamer,* Case No. C20-00827 (Contra Costa Super. Ct. Cali. 2020), the case referenced in the Second Amended Complaint in *Doe v. Wang*, Case No. 20-cv-02765-RMR-MEH (D. Colo).
2. I came across Paul Wang's name as a potential witness when I was doing research on other lawsuits and claims published by Ms. Doe in which she claimed emotional distress due to alleged sexual assaults in furtherance of my investigations of her claims against my client. During that research, I found information that she apparently posted about Mr. Wang.
3. The only times and places in which I recollect Mr. Wang's name has been mentioned in *Doe v. Weamer,* Case No. C20-00827 (Super. Ct. Cali. 2020) have been in discovery requests, responses, and related discovery motions. Attached hereto as Exhibit A (WEAMER 0002-0004) is a copy of the post about Mr. Wang that I found and produced in Mr. Weamer's lawsuit as part of Mr. Weamer's discovery responses. Also attached, as Exhibit B are copies of the posts involving Morgann Paraskevas that I found and produced as part of Mr. Weamer's document production in response to discovery, in August 2020 (WEAMER 0005-0009).
4. On November 10, 2021, the case was dismissed with prejudice as the result of terminating sanctions imposed for Ms. Doe's refusal to comply with her discovery obligations. Mr. Wang remained on my witness list as a potential witness for trial.
5. To this date, December 10, 2021, I have not been contacted by Ms. Doe's counsel in Doe v. Wang, Case No. 20-cv-02765-RMR-MEH (D. Colo).

FURTHER AFFIANT SAYETH NAUGHT

    I declare under penalty of perjury under the law of the State of California that the foregoing affidavit is true and correct.

*/s/ Dawn Ceizler*

# EXHIBIT A

# pppwang ~ A fine WordPress.com site

Image

# Paul Ming Wang

## 06 Tuesday May 2014

Posted by pppwang in Uncategorized

≈ Leave a comment

Paul Wang cheats a lot. He has a profile on okcupid named zerogas in order to fufill his gross purpose. He's a complete pig in a suit.

Create a free website or blog at WordPress.com.   Do Not Sell My Personal Information

WEAMER 0002



transvestism →

# 1 thought on "Paul Wang, Highlands Ranch, CO"



**Paul Wang**
at 4:28 am

Xingfei "Ophelia" Luo is my classmate from middle school. We met for the first time in almost 20 years in a class reunion in China in October 2012, and started a long distance relationship. In the summer of 2013, I invited her to come visit me in the states. After living with her for a while, I started to find out more and more about her. She had hidden much from me, and her true personality was shown to both vindictive and vile. At the time we were supposed to be dating, she would constantly flirt with other men online. In August she left my place to go to New York to "visit her friends", who turned out to be another man she been dating online, I decided to break off the relationship with her. After about a month or two, she kept calling me to beg me to take her back. Being the nice person, I said okay, and took her back in. However, things were never back to normal. And our relationship was extremely strained to say the least. I originally purchased the round trip non refundable plane tickets for her to go back to China in early October, but she decided to stay in the US by any means. I don't have a problem with that, but she demanded that buy her a new ticket for departure after Xmas. I told her to buy her own ticket back. She later filed a false police report claiming her passport got stolen, and was issued a refund from the travel insurance company for half the ticket price. She used that refund to purchase a ticket to California. On the way to the airport, I once again broke up with her. This time I told her there's no chance we are getting back together.

After she went to California, she kept emailing and texting me, showing pictures of convertible she was riding in, or guns that her new boyfriend owns etc. I blocked her number and repeatedly told her in email response that I don't want to hear from her again. I don't want to have anything to do with such a crazy person.

A week later, I was at work when I was called into the HR department to explain some mysterious emails. Apparently someone created an email with my full name @163.net which is a free email service in China, and had been sending emails in my name to everyone I know, including my parents, friends, coworkers and my supervisor who is a female. In some of the emails was an attachedment of a photo that I immediately recognized as one of my most private pictures. This was a scanned Polaroid picture of a celebration of my 21st birthday in a gentleman's club in Dallas, Texas. It depicts me holding a naked porn star in a very compromised position, and the picture was signed by the porn star. I have never shown this picture to anyone. It had been kept in my private collection for sentimental reasons. I was in shocked but soon realized what happened and who sent those emails. It was Ophelia, who is the only person with unlimited access to all my personal properties when living at my house. She had stolen my private property and try to use it to make me look like a pervert. Fortunately everyone who knows me understood that these emails came from someone else. She was trying to get me into trouble but my company HR department stands by me and blocked this email address.

I confronted her via instance messages on a Wechat group for our classmates, and she uploaded the same picture to show that she was the one sending those emails. That's when I blocked her on Wechat as well and that was the last time I had any contact with this vile woman.

I got married in 2015, and have a young daughter now. Just a couple of days ago, a co worker called me and told me that when he searched for my name in google this page came up. I don't want my daughter or any one who doesn't know me came to this page to see this fabricated accusation without having the full context of what really happened. The cheater was her, not me.

If you have any questions regarding anything in this letter, you can contact me at my cell above. I will try to get this page removed from everywhere if it is possible. If not possible at least I can tell my side of the story.

Thanks

Paul

WEAMER 0004

# EXHIBIT B

# Xingfei Luo ~ Beware of this scammer.

IMAGE

## Xingfei Luo, or Olivia Luo.

**16** *Monday Dec 2013*



POSTED BY ANONYMOUS123177 | FILED UNDER UNCATEGORIZED

≈ LEAVE A COMMENT

## XINGFEI LUO BETTER KNOWN AS OPHELIA LUO or OLIVIA LUO , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIST.

**16** *Monday Dec 2013*

POSTED BY ANONYMOUS123177 IN UNCATEGORIZED

≈ COMMENTS

WEAMER 0005

" XingFei Luo born in December of 1977 is a chinese woman who is a scammer. After hiring a private investigator, I found out that I am not the only target of this person."

"She posted a blog defaming my good name and coincidence, got 2 calls in the following months from a so-called company to have the blog removed first for $10,000 and the second call for $4,000. She changes her name frequently from Ophelia Luo to Olivia Luo and she has made numerous victims. She post pictures or defamatory post and later someone contacts you to take them out for a fee. I have received several calls from other victims."



"

"If you see or meet this person, be aware, she has already made false allegation of rape, false claims about other people as well, filed a frivolous police report in Colorado about losing her passport then ironically used that same passport at a San Francisco airport on December 2nd 2013."

"I have filed a police report about her stealing money from me as well."

There are a lot of lawsuits in which she is involved. As of now, we cannot reveal yet all the information since the cases are pending.

Advertisements

More     Create Blog   Sign In

# Xingfei Luo

**MONDAY, NOVEMBER 12, 2018**

## Xingfei Luo - victim of sexual harassment

Xingfei Luo, born in China, has tremendous and tracked financial experience in multiple industries. She is a huge fan of traveling and photography. She holds traditional values with great sense of ethics.

While Xingfei Luo was traveling alone in 2013 she met a man named Morgann Paraskevas in Rockville, MD. Morgann Paraskevas sent her invitation via couchsurfing as he wanted to host her when she's visiting DC. During her stay with Morgann Paraskevas he sexually harassed her and forced her to leave after she refused to show him her breast as his request. She left Morgann Paraskevas a negative review on couchsurfing and that's the beginning of her getting various threats from Morgann Paraskevas and his friends. In order to seek retaliation Morgann Paraskevas also spread false statement about her character.

For more about Morgann Paraskevas, search Morgann Paraskevas in Google.



**ABOUT ME**

**Xingfei Luo**

View my complete profile

**BLOG ARCHIVE**

▼ 2018 (1)
   ▼ November (1)
      Xingfei Luo - victim of sexual harassment











Posted by Xingfei Luo at 8:45 AM

# Home

Subscribe to: Posts (Atom)

Picture Window theme. Powered by Blogger.

WEAMER 0009