2/26/2020 REDACT BETTER KNOWN AS O REDACTED , AND HER CHINESE SCAM. BEWARE, DEFAMATION SPECIALIS...

of this scammer.

ER KNOWN AS OPHELIA

, AND HER CHINESE SCAM.

E TION SPECIALIST.

Watch the Unbelievable Result

Every Morning

Sponsored by Gundry MD

*16 Monday Dec 2013*

POSTED BY ANONYMOUS123177 IN UNCATEGORIZED

≈ 3 COMMENTS

" REDACT *born in December of 1977 is a chinese woman who is a scammer. After hiring a private investigator, I found out that I am not the only target of this person."*

*"She posted a blog defaming my good name and coincidence, got 2 calls in the following months from a so-called company to have the blog removed first for $10,000 and the second call for $4,000. She changes her name frequently from O* REDACT *to O* REDAC *and she has made numerous victims. She post pictures or defamatory post and later someone contacts you to take them out for a fee. I have received several calls from other victims. "*

REDACTED

*"If you see or meet this person, be aware, she has already made false allegation of rape, false claims about other people as well, filed a frivolous police report in Colorado about losing her passport then*
3 *ironically used that same passport at a San Francisco airport on December 2nd 2013."*

REDACTED

1/4

**EXHIBIT 5**

**CONFIDENTIAL**                    **Plaintiff_000037**
                              **EXHIBIT 10**