IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 20-cv-2765-RMR-MEH | Date: | * |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

<u>Parties:</u>                                                                  <u>Counsel:</u>

XINGFEI LUO,                                                          Clarissa Collier

   Plaintiff,

v.

PAUL WANG,                                                            Katayoun Donnelly

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**     3:34 p.m.

Court calls case. Appearances of counsel.

Discussion held regarding the parties' discovery disputes related to the Plaintiff's request for the Defendant to supplement or amend their discovery responses because they believe the responses are inadequate and improper. The Defendant agrees to amend the responses, as stated on the record.

Discussion held regarding the parties' discovery dispute related to the Plaintiff's request for the Defendant to supplement or amend their responses to the Plaintiff's *Requests for Admissions #1, #2, and #3*. The Defendant agrees to amend their responses, as stated on the record.

Discussion held regarding the Plaintiff's medical records. Plaintiff's counsel notifies the Court she is actively working on obtaining her client's medical records and once received, will provide the Court the records for *In Camera* review.

Discussion held regarding the damages the Plaintiff are requesting, the Plaintiff's income, and the Defendant's request for the Plaintiff to produce the unredacted copy of the document discussed on the record. The Plaintiff claimed no income at the beginning of the case and the Defendant believes her circumstances may have changed. The Plaintiff agrees to update the financial information found in [ECF 2] *Restricted Document* and will produce the unredacted document in question to the Defendant, as stated on the record.

**Court in recess:**     **5:03 p.m.**     Hearing concluded.
Total in-court time:   01:29

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.