IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2022.**

In light of the discussion held at the discovery conference on May 31, 2022 (ECF 163), and especially considering both parties' counsels' availability over the next several weeks, the Court issues a stay of all discovery and briefing for thirty (30) days. The Court will hold a status conference to discuss next steps following this stay on **July 7, 2022,** at **2:00 p.m.,** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

Counsel is expected to appear for the conference in person. However, litigants and counsel whose offices are located outside of the Denver metropolitan area or who cannot reasonably make a personal appearance may appear at the conference by telephone. Please contact Chambers at (303) 844-4507 at least two business days prior to the conference to arrange appearance by telephone.