**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

      Plaintiff,

v.

PAUL WANG,

      Defendant.

---

**ANSWER TO THIRD AMENDED COMPLAINT**

---

      Defendant, Paul Wang, by his attorney, answers Plaintiff's Third Amended Complaint and alleges as follows:

**ADMISSIONS AND DENIALS**

1. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 1, and therefore denies them.

2. Admit that Mr. Wang resides in Colorado.

3. As to the allegations appearing under the title "Jurisdiction and Venue," Mr. Wang is without information sufficient to form a belief as to the truth of the allegations concerning whether there is diversity of citizenship among the parties, and therefore denies them.

4. As to the allegations appearing under the title "Jurisdiction and Venue," Mr. Wang is without information sufficient to form a belief as to the truth of the allegations

1

concerning whether there is diversity of citizenship among the parties, and therefore denies them.

5.   Admit.

6.   Admit that Mr. Wang left China to attend college in United States, and otherwise deny the allegations of ¶ 6.

7.   Admit.

8.   Admit that during Mr. Wang's visit, the parties reconnected and began a relationship, and otherwise deny the allegations of ¶ 8. Mr. Wang also denies Ms. Luo's characterization of their relationship in ¶ 8 and throughout the Third Amended Complaint.

9.   Admit that Mr. Wang returned to the United States and the parties continued their relationship, and otherwise deny the allegations of ¶ 9.

10.  Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 10, and therefore denies them.

11.  Admit that Mr. Chen Guochang is a mutual friend of the parties. Mr. Wang is without sufficient information to admit or deny the remaining allegations in paragraph 11, and therefore denies them.

12.  Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 12, and therefore denies them.

13.  Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 13, and therefore denies them.

14.  Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 14, and therefore denies them.

15. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 15, and therefore denies them.

16. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 16, and therefore denies them.

17. Deny.

18. Deny.

19. Admit that Mr. Wang encouraged Ms. Luo to get a rape kit and to report the incident. Mr. Wang is without sufficient information to admit or deny the remaining allegations in paragraph 19, and therefore denies them.

20. Deny.

21. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 21, and therefore denies them.

22. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 22, and therefore denies them.

23. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 23, and therefore denies them.

24. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 24, and therefore denies them.

25. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 25, and therefore denies them.

26. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 26, and therefore denies them.

27. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 27, and therefore denies them.

28. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 28, and therefore denies them.

29. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 29, and therefore denies them.

30. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 30, and therefore denies them.

31. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 31, and therefore denies them.

32. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 32, and therefore denies them.

33. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 33, and therefore denies them.

34. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 34, and therefore denies them.

35. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 35, and therefore denies them.

36. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 36, and therefore denies them.

37. Deny. Mr. Wang also denies Ms. Luo's characterization of their relationship in ¶ 37 and throughout the Third Amended Complaint.

38. Deny. Mr. Wang also denies Ms. Luo's characterization of their relationship in ¶ 38 and throughout the Third Amended Complaint.

39. Admit that Mr. Wang purchased plane tickets for Ms. Luo and deny the remaining allegations in ¶ 39.

40. Deny.

41. Deny.

42. Deny and to the extent Ms. Luo is discussing the recommendations of the United States Department of State, Mr. Wang is without sufficient information to admit or deny those allegations, and therefore denies them.

43. Deny.

44. Deny.

45. Deny.

46. Deny.

47. Mr. Wang denies Ms. Luo's characterization of his statements as "false and incredibly damaging," in this paragraph and throughout the complaint. Mr. Wang does not have sufficient information to admit or deny Ms. Luo's allegations regarding the timing of when during the *Weamer* case she learned that Mr. Wang is a witness in that case, and therefore denies those allegations, and he denies the remaining allegations in ¶ 47.

48. Admit that Mr. Wang posted a comment in response to the defamatory statements Ms. Luo's posted about him on the page she created on cheaterland.com (Reply in Support of Defendant's Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel ["Motion for

Sanctions"], Exhibit A to Exhibit 4 [WEAMER 0003- 0004). Mr. Wang is without sufficient information to admit or deny the remaining allegations in paragraph 48, and therefore denies them.

49. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 49, and therefore denies them.

50. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 50, and therefore denies them. *But see* Declaration of Ms. Dawn Ceizler Esq., Motion for Sanctions, Exhibit 4.

51. Mr. Wang admits that his response to Ms. Luo's defamatory statements about him was posted long before Ms. Luo filed the Weamer Litigation.

52. Mr. Wang's response, *see* "Motion for Sanctions", Exhibit A to Exhibit 4 (WEAMER 0003- 0004), speaks for itself.

53. Deny.

54. Admit that Mr. Wang purchased the tickets and travel insurance and deny the remaining allegations (implied) in ¶ 54.

55. Deny.

56. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 56, and therefore denies them.

57. Deny.

58. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 58, and therefore denies them.

59. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 59, and therefore denies them.

60. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 60, and therefore denies them.

61. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 61, and therefore denies them. Mr. Wang also denies Ms. Luo's characterization and speculations regarding Ms. Ceizler's beliefs and their basis.

62. Deny.

63. Deny.

64. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 64, and therefore denies them.

65. Mr. Wang is without sufficient information to admit or deny the allegations in paragraph 65, and therefore denies them.

66. To the extent Ms. Luo is describing her views regarding the Chinese culture, no response is necessary, and Mr. Wang denies the remaining allegations in paragraph 66.

67. Deny.

68. Deny and Mr. Wang denies Ms. Luo's characterizations.

69. Deny.

70. Deny.

71. Deny.

72. Deny.

73. Deny.

74. Deny.

75. Paragraph 75 is a statement of incorporation to which no response is required. To the extent a response is required, Mr. Wang incorporates his responses to paragraphs 1-74.

76. The allegations in paragraph 76 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

77. The allegations in paragraph 77 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

78. The allegations in paragraph 78 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

79. The allegations in paragraph 79 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

80. The allegations in paragraph 80 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

81. The allegations in paragraph 81 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

82. The allegations in paragraph 82 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

83. The allegations in paragraph 83 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

84. Paragraph 84 is a statement of incorporation to which no response is required. To the extent a response is required, Mr. Wang incorporates his responses to paragraphs 1-83.

85. The allegations in paragraph 85 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

86. The allegations in paragraph 86 of the Third Amended Complaint are legal conclusions to which no response is required. T the extent a response is required, Mr. Wang denies the allegations.

87. The allegations in paragraph 87 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

88. The allegations in paragraph 88 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

89. The allegations in paragraph 89 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

90. The allegations in paragraph 90 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

91. The allegations in paragraph 91 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

92. The allegations in paragraph 92 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

93. Paragraph 93 is a statement of incorporation to which no response is required. To the extent a response is required, Mr. Wang incorporates his responses to paragraphs 1-92.

94. The allegations in paragraph 94 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

95. The allegations in paragraph 95 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

96. The allegations in paragraph 96 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

97. The allegations in paragraph 97 of the Third Amended Complaint are legal conclusions to which no response is required; to the extent a response is required, Mr. Wang denies the allegations.

98. The allegations in paragraph 98 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

99. The allegations in paragraph 99 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

100.    The allegations in paragraph 100 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

101.    Paragraph 101 is a statement of incorporation to which no response is required. To the extent a response is required, Mr. Wang incorporates his responses to paragraphs 1-100.

102.    The allegations in paragraph 102 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

103.    The allegations in paragraph 103 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

104.    The allegations in paragraph 104 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

105.    The allegations in paragraph 105 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

106.    The allegations in paragraph 106 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

107.    The allegations in paragraph 107 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

108.    The allegations in paragraph 108 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

109.    The allegations in paragraph 109 of the Third Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Mr. Wang denies the allegations.

## SEPARATE AND ADDITIONAL DEFENSES

Plaintiff's claims are barred, in whole or in part, by statute of limitations and the substantial truth doctrine.

Defendant's statements are privileged under the absolute privilege doctrine and Plaintiff's claims are barred on grounds that all or material portions of Defendant's statements were made in his capacity as a witness.

Defendant's publication involved a matter of public or general concern, and as a consequence, Plaintiff may not recover unless Plaintiff proves, by clear and convincing evidence, that Defendant published materially false and defamatory facts about her, while knowing they were false, or with a high degree of awareness of their probable falsity.

Plaintiff's claims are barred, in whole or in part, by the incremental harm doctrine.

Defendant's publication is privileged, and the plaintiff's claims are barred, by article II, section 10 of the Constitution of Colorado, and by the First and Fourteenth Amendments to the Constitution of the United States.

To the extent Plaintiff has sustained any injuries, such injuries are due to the conduct of plaintiff or third persons over whom Defendant had no control.

Plaintiff has failed to mitigate her damages as required by law.

Plaintiff's claims for non-economic damages are subject to the limitations provided for under the laws of the State of Colorado.

Defendant reserves the right to assert additional affirmative defenses should discovery and investigation reveal facts in support.

**JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Defendant hereby demands a trial by jury on all issues so triable.

WHEREFORE, Defendant Paul Wang, having answered Plaintiff's Third Amended Complaint, prays that it be dismissed, that Plaintiff takes nothing, and that judgment be entered against Plaintiff for his costs, attorneys' fees, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted this 27th day of June 2022.

/s/ Katayoun A. Donnelly
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

*Attorney for Paul Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I served an electronic copy of the foregoing via

CM/ECF to counsel of record.


*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly