# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2022

JEFFREY P. COLWELL
CLERK

---

## NOTICE OF APPEAL FROM AN APPEALABLE ORDER

---

XINGFEI LUO appeal(s) to the United States Court of Appeals for the Tenth Circuit from the order, entered on June 13, 2022, granting Defendant's motion to reconsider Magistrate Judge Hegarty's November 8, 2021 Pseudonym Order.

Dated: June 23, 2022

Signature
**XINGFEI LUO**
Printed Name
PO BOX 4886
Street Address
El Monte, CA 91734
City    State    Zip

*Rev. 12/2021*

## CERTIFICATE OF SERVICE (CM/ECF)

     I HEREBY CERTIFY that on June 23, 2022 I filed by mail the foregoing **Notice of Appeal** with the Clerk of Court. CM/ECF system will send notification of such filing to the following email addresses:

- **Katayoun A. Donnelly**
  katy@kdonnellylaw.com, katayouna@hotmail.com

                                                                                                  */s/ Xingfei Luo*

PO Box 4886,
El Monte, CA 91734

SANTA ANA CA 926
23 JUN 2022 PM 2 L
FOREVER USA

Alfred A. Arraj Courthouse
Clerk's Office
901 19th St.
Denver, CO 80294

80294-250099