ALLMTN,APPEAL,JD1,STAYDI

# U.S. District Court – District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:20–cv–02765–RMR–MEH

| | |
|---|---|
| Luo v. Wang | Date Filed: 09/11/2020 |
| Assigned to: Judge Regina M. Rodriguez | Jury Demand: Both |
| Referred to: Magistrate Judge Michael E. Hegarty | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity–Injunctive & Declaratory Relief | Jurisdiction: Diversity |

**Plaintiff**

**Xingfei Luo**  represented by  **Clarissa M. Collier**
Wheeler Trigg O'Donnell LLP–Denver
370 17th Street
Suite 4500
Denver, CO 80202–5647
303–244–0155
Fax: 303–244–1879
Email: collier@wtotrial.com
*ATTORNEY TO BE NOTICED*

**David Jonathan Schaller**
Wheeler Trigg O'Donnell LLP–Denver
370 17th Street
Suite 4500
Denver, CO 80202–5647
303–244–1836
Fax: 303–294–1879
Email: schaller@wtotrial.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Paul Wang**  represented by  **Katayoun A. Donnelly**
Azizpour Donnelly LLC
2373 Central Park Boulevard
Suite 100
Denver, CO 80238
720–675–8584
Fax: 720–880–8584
Email: katy@kdonnellylaw.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Eugene Volokh**  represented by  **Eugene Volokh**
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095

1

310–206–3926  
Fax: 310–206–7010  
Email: volokh@law.ucla.edu  
PRO SE

**Eugene Volokh**  
UCLA School of Law  
385 Charles Young Drive. East  
Los Angeles, CA 90095  
310–206–3926  
Email: volokh@law.ucla.edu  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/11/2020 | 1 | | COMPLAINT against Paul Wang, filed by Jane Doe. (Attachments: # 1 Civil Cover Sheet, # 2 Request for Protective Order, # 3 Proposed Order, # 4 Request for Service via USMS, # 5 Magistrate Judge Consent Form, # 6 Electronic Filing Application, # 7 Proposed Document, # 8 Envelope)(cpomm, ) (Entered: 09/11/2020) |
| 09/11/2020 | 2 | | RESTRICTED DOCUMENT – Level 3: by Plaintiff Jane Doe.. (cpomm, ) (Entered: 09/11/2020) |
| 09/11/2020 | 3 | | Case assigned to Magistrate Judge Gordon P. Gallagher. Text Only Entry (cpomm, ) (Entered: 09/11/2020) |
| 09/11/2020 | 4 | | Application to Proceed in District Court Without Prepaying Fees or Costs. by Plaintiff Jane Doe. Public Entry for ECF No. 2 (cpomm, ) Modified to correct text on 9/16/2020 (rvill, ). (Entered: 09/11/2020) |
| 09/14/2020 | 5 | | ORDER Granting Leave to Proceed In Forma Pauperis and Drawing Case. Upon completion of the Court's review of the Complaint (ECF No. 1 ) pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Case randomly reassigned to Judge R. Brooke Jackson for all further proceedings and drawn to Magistrate Judge Michael E. Hegarty. All future pleadings should be designated as 20−cv−02765−RBJ. The Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 4 ) is GRANTED. By Magistrate Judge Gordon P. Gallagher on September 14, 2020. (rvill, ) Modified to correct text on 9/14/2020 (rvill, ). (Entered: 09/14/2020) |
| 09/14/2020 | 6 | | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). (rvill, ) (Entered: 09/14/2020) |
| 09/15/2020 | 7 | | ORDER OF REFERENCE to United States Magistrate Judge Michael E. Hegarty by Judge R. Brooke Jackson on September 15, 2020. (rvill, ) (Entered: 09/15/2020) |
| 09/15/2020 | 8 | | CERTIFICATE of Service by Clerk of Court re 1 Complaint and Jury Trial Demand for Service of Process. (Attachments: # 1 U.S. Marshal Service Form) (trvo, ) (Entered: 09/15/2020) |

| | | | |
|---|---|---|---|
| 09/15/2020 | 9 | | MINUTE ORDER by Magistrate Judge Michael E. Hegarty on 15 September 2020. This Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on November 30, 2020, at 10:30 a.m. in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Proposed Scheduling Order due 11/23/2020. (cmadr, ) (Entered: 09/15/2020) |
| 11/04/2020 | 10 | | MOTION to Continue *Rule16(b) Scheduling Conference* by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order (PDF Only))(Doe, Jane) (Entered: 11/04/2020) |
| 11/04/2020 | 11 | | MOTION for Protective Order *and to proceed under a pseudonym* by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order (PDF Only))(Doe, Jane) (Entered: 11/04/2020) |
| 11/05/2020 | 12 | | MEMORANDUM regarding 10 MOTION to Continue *Rule16(b) Scheduling Conference* filed by Jane Doe, 11 MOTION for Protective Order *and to proceed under a pseudonym* filed by Jane Doe. Motions 10 and 11 are referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 11/5/2020. Text Only Entry (rbjsec. ) (Entered: 11/05/2020) |
| 11/10/2020 | 13 | | PROTECTIVE ORDER by Magistrate Judge Michael E. Hegarty on 10 November 2020. (cmadr, ) (Entered: 11/10/2020) |
| 11/13/2020 | 14 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 13 November 2020. For good cause shown, Plaintiff's "Motion for Continuance of Rule 16(b) Scheduling Conference" 10 is granted. The Fed. R. Civ. P. 16(b) Scheduling Conference set for November 30, 2020 is vacated and rescheduled for January 25, 2021, at 10:15 a.m. in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Proposed Scheduling Order due 1/18/2021.(cmadr, ) (Entered: 11/13/2020) |
| 12/02/2020 | 15 | | Summons Returned Unexecuted as to Paul Wang. (rvill, ) (Entered: 12/02/2020) |
| 12/03/2020 | 16 | | MOTION for Extension of Time to *Complete Service* by Plaintiff Jane Doe. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Doe, Jane) (Entered: 12/03/2020) |
| 12/04/2020 | 17 | | MEMORANDUM regarding 16 MOTION for Extension of Time to *Complete Service* filed by Jane Doe. Motion 16 is referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 12/4/2020. Text Only Entry (rbjsec, ) (Entered: 12/04/2020) |
| 12/04/2020 | 18 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 4 December 2020. For good cause shown, Plaintiff's "Motion for Extension of Time for Service" 16 is granted. Plaintiff shall serve her Complaint upon Defendant on or before March 10, 2021.(cmadr, ) (Entered: 12/04/2020) |
| 01/11/2021 | 19 | | MOTION for Order to *direct the clerk to issue a new summons and continue the Rule 16(b) scheduling conference* by Plaintiff Jane Doe. (Attachments: # 1 Summons Proposed summons)(Doe, Jane) (Entered: 01/11/2021) |
| 01/12/2021 | 20 | | MEMORANDUM regarding 19 MOTION for Order to *direct the clerk to issue a new summons and continue the Rule 16(b) scheduling conference* filed |

| | | | |
|---|---|---|---|
| | | | by Jane Doe. Motion 19 is referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 1/12/2021. Text Only Entry (rbjsec.) (Entered: 01/12/2021) |
| 01/14/2021 | 21 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 14 January 2021. For good cause shown, Plaintiff's "Motion for Issuance of New Summons and Continuance of Rule 16(b) Scheduling Conference" 19 is granted. The Court directs the Clerk of the Court to issue an amended summons to reflect the Defendant's current address listed at ECF 19−1. Additionally. the Fed. R. Civ. P. 16(b) Scheduling Conference set for January 25, 2021 is **vacated and rescheduled for April 19, 2021, at 10:00 a.m.** in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Proposed Scheduling Order due4/12/2021 Scheduling Conference set for 4/19/2021 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. by Magistrate Judge Michael E. Hegarty on 14 January 2021.(cmadr, ) (Entered: 01/14/2021) |
| 01/14/2021 | 22 | | SUMMONS issued by Clerk. (cmadr, ) (Entered: 01/14/2021) |
| 02/05/2021 | 23 | | SUMMONS Returned Executed by Jane Doe. Paul Wang served on 1/25/2021, answer due 2/15/2021. (Doe, Jane) (Entered: 02/05/2021) |
| 02/08/2021 | 24 | | ANSWER to 1 Complaint, by Paul Wang.(rvill, ) (Entered: 02/08/2021) |
| 02/08/2021 | 25 | | ANSWER to 1 Complaint, by Paul Wang.(rvill, ) (Entered: 02/09/2021) |
| 02/09/2021 | 26 | | MOTION to Appoint Counsel by Plaintiff Jane Doe. (Doe, Jane) (Entered: 02/09/2021) |
| 02/10/2021 | 27 | | MEMORANDUM regarding 26 MOTION to Appoint Counsel filed by Jane Doe. Motion 26 referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 2/10/2021. Text Only Entry (rbjsec.) (Entered: 02/10/2021) |
| 02/10/2021 | 28 | | CERTIFICATE of Mailing/Service re 24 Answer to Complaint by Defendant Paul Wang. (rvill, ) (Entered: 02/10/2021) |
| 02/11/2021 | 29 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 11 February 2021. Before the Court is Plaintiff's "Motion for Appointment of Counsel" 26 . Plaintiff's motion is denied without prejudice with leave to refile in compliance with the conferral requirement of the Local Rules. (cmadr, ) (Entered: 02/11/2021) |
| 02/15/2021 | 30 | | Second MOTION to Appoint Counsel by Plaintiff Jane Doe. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Doe, Jane) (Entered: 02/15/2021) |
| 02/15/2021 | 31 | | MOTION for Order to *Pay expenses incurred in making service of summons* by Plaintiff Jane Doe. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Doe, Jane) (Entered: 02/15/2021) |
| 02/16/2021 | 32 | | MEMORANDUM regarding 30 Second MOTION to Appoint Counsel filed by Jane Doe, 31 MOTION for Order to Pay expenses incurred in making service of summons filed by Jane Doe. Motion 30 and 31 are referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 2/16/2021. Text Only Entry (rbjsec. ) (Entered: 02/16/2021) |
| 02/16/2021 | 33 | | |

| | | | |
|---|---|---|---|
| | | | ORDER APPOINTING PRO BONO COUNSEL by Magistrate Judge Michael E. Hegarty on 16 February 2021. Plaintiff is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case selected as part of the Civil Pro Bono Panel program. The Court cautions that Plaintiff remains responsible for all discovery requirements and scheduled matters, including hearings, depositions, motions, and trial.(cmadr, ) (Entered: 02/16/2021) |
| 02/16/2021 | 34 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 16 February 2021. Before the Court is Plaintiff's "Motion for Defendant's Payment of Service Fee" (ECF 31 ). Defendant shall file a response to the motion on or before March 9, 2021. Plaintiff may file a reply in support of the motion on or before fourteen days after the filing of the response. (cmadr, ) (Entered: 02/16/2021) |
| 02/18/2021 | 35 | | MOTION for Summary Judgment by Defendant Paul Wang. (rvill, ) (Entered: 02/18/2021) |
| 02/18/2021 | 36 | | MOTION to Dismiss (12(B)(6)) by Defendant Paul Wang. (rvill, ) (Entered: 02/18/2021) |
| 02/18/2021 | 37 | | MOTION to Strike 35 MOTION for Summary Judgment, 25 Answer to Complaint by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order (PDF Only))(Doe, Jane) (Entered: 02/18/2021) |
| 02/19/2021 | 38 | | MEMORANDUM regarding 35 MOTION for Summary Judgment filed by Paul Wang, 36 MOTION to Dismiss filed by Paul Wang, 37 MOTION to Strike 35 MOTION for Summary Judgment, 25 Answer to Complaint filed by Jane Doe. Motions 35 , 36 , and 37 are referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 2/19/2021. Text Only Entry (rbjsec. ) (Entered: 02/19/2021) |
| 02/24/2021 | 39 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 24 February 2021. Plaintiff's "Motion to Strike Defendant's Motions for Summary Judgment" 37 is denied without prejudice for failure to comply with D.C.Colo.LCivR 7.1(a).(cmadr, ) (Entered: 02/24/2021) |
| 02/24/2021 | 40 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 24 February 2021. Due to a conflict on the Court's calendar. the Fed. R. Civ. P. 16(b) Scheduling Conference set for April 19, 2021 is vacated and rescheduled for March 18, 2021, at 11:00 a.m. in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. (cmadr, ) (Entered: 02/24/2021) |
| 02/25/2021 | 41 | | Second MOTION to Strike 35 MOTION for Summary Judgment, 25 Answer to Complaint by Plaintiff Jane Doe. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Doe, Jane) (Entered: 02/25/2021) |
| 02/25/2021 | 42 | | MEMORANDUM regarding 41 Second MOTION to Strike 35 MOTION for Summary Judgment, 25 Answer to Complaint filed by Jane Doe. Motion 41 is referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 2/25/2021. Text Only Entry (rbjsec, ) (Entered: 02/25/2021) |
| 02/26/2021 | 43 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 26 February 2021. This matter comes before the Court sua sponte. Before the Court is |

| | | | |
|---|---|---|---|
| | | | Defendant's "Motion for Summary Judgment" 35 . Defendant has failed to comply with D.C.Colo.LCivR. 56.1(a). Defendant's Motion does not contain a statement of undisputed facts or legal authority incorporated in the Motion. Therefore, the Motion is denied without prejudice, with leave to re−file in compliance with the Local Rules and Federal Rules of Civil Procedure.(cmadr, ) (Entered: 02/26/2021) |
| 02/26/2021 | 44 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 26 February 2021. Before the Court is Plaintiff's "Second Motion to Strike" (ECF 41 ). Defendant shall file a response to that motion on or before March 17, 2021.Additionally, the Court reminds the parties that the Scheduling Conference is set for March 18, 2021. ECF 40 . In addition to discussing the scheduling of the case, the parties should be prepared to discuss the pending motion to dismiss (ECF 36 ) and Plaintiff's motion to strike (ECF 41 ). (cmadr, ) (Entered: 02/26/2021) |
| 02/28/2021 | 45 | | MOTION to Dismiss *Defendant's Counterclaims* by Plaintiff Jane Doe. (Attachments: # 1 Exhibit, # 2 Proposed Order (PDF Only))(Doe, Jane) (Entered: 02/28/2021) |
| 02/28/2021 | 46 | | NOTICE of Filing Amended Pleading re 1 Complaint, by Plaintiff Jane Doe (Attachments: # 1 Exhibit)(Doe, Jane) (Entered: 02/28/2021) |
| 02/28/2021 | 47 | | AMENDED COMPLAINT against Paul Wang, filed by Jane Doe.(Doe, Jane) (Entered: 02/28/2021) |
| 03/01/2021 | 48 | | MEMORANDUM regarding 45 MOTION to Dismiss *Defendant's Counterclaims* filed by Jane Doe. Motions 45 referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 3/1/2021. Text Only Entry (rbjsec. ) (Entered: 03/01/2021) |
| 03/01/2021 | 49 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 1 March 2021. Before the Court is Plaintiff's "Motion to Dismiss Defendant's Purported Counterclaims" (ECF 12 ). Defendant shall file a response to that motion on or before March 24, 2021. (cmadr, ) (Entered: 03/01/2021) |
| 03/03/2021 | 50 | | ORDER by Magistrate Judge Michael E. Hegarty on 3 March 2021. In light of the Amended Complaint, Defendant's Motion to Dismiss 36 is denied without prejudice with leave to re−file, if Defendant so chooses, in response to the Amended Complaint. Because the Court has now denied Defendant's motion to dismiss, Plaintiff's motion 41 is denied as moot.(cmadr, ) (Entered: 03/03/2021) |
| 03/04/2021 | 51 | | Notice of Pro Bono Appointment: Attorneys Clarissa Collier and David Schaller of the firm Wheeler Trigg ODonnell LLP have been selected as counsel to represent the Plaintiff, in accordance with the Court's Order of February 16, 2021 and D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice. Counsel have thirty days to either enter their appearances in the case or to file a Notice Declining Appointment. This Notice of Appointment will be sent to the pro se litigant and selected counsel by the undersigned designated clerk. (kmont) (Entered: 03/04/2021) |
| 03/05/2021 | 52 | | NOTICE of Entry of Appearance *of Clarissa M. Collier* by Clarissa M. Collier on behalf of Jane DoeAttorney Clarissa M. Collier added to party Jane Doe(pty:pla) (Collier, Clarissa) (Entered: 03/05/2021) |

| | | | |
|---|---|---|---|
| 03/05/2021 | 53 | | NOTICE of Entry of Appearance *of David J. Schaller* by David Jonathan Schaller on behalf of Jane DoeAttorney David Jonathan Schaller added to party Jane Doe(pty:pla) (Schaller, David) (Entered: 03/05/2021) |
| 03/08/2021 | 54 | | NOTICE of Entry of Appearance by Katayoun A. Donnelly on behalf of Paul WangAttorney Katayoun A. Donnelly added to party Paul Wang(pty:dft) (Donnelly, Katayoun) (Entered: 03/08/2021) |
| 03/08/2021 | 55 | | MOTION to Stay *JOINT MOTION TO STAY ALL DEADLINES AND CONVERT THE MARCH 18 SCHEDULING CONFERENCE TO A STATUS CONFERENCE* by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 03/08/2021) |
| 03/09/2021 | 56 | | MEMORANDUM regarding 55 MOTION to Stay *JOINT MOTION TO STAY ALL DEADLINES AND CONVERT THE MARCH 18 SCHEDULING CONFERENCE TO A STATUS CONFERENCE* filed by Paul Wang. Motion 55 is referred to Magistrate Judge Michael E. Hegarty, by Judge R. Brooke Jackson on 3/9/2021. Text Only Entry (rbjsec, ) (Entered: 03/09/2021) |
| 03/09/2021 | 57 | | MINUTE ORDER granting 55 Joint Motion to Stay All Deadlines and Convert the March 18 Scheduling Conference to a Status Conference by Magistrate Judge Michael E. Hegarty on 3/9/2021. Status Conference set for 3/18/2021 11:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (jgonz, ) (Entered: 03/09/2021) |
| 03/15/2021 | 58 | | NOTICE re 40 Order, *To Set Teleconference for Status Conference on 3/18/2021* by Plaintiff Jane Doe (Collier, Clarissa) (Entered: 03/15/2021) |
| 03/16/2021 | 59 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 16 March 2021. Before the Court is Plaintiff's "Notice to Set Teleconference for Status Conference on 3/18/21." ECF 58 . On March 9, 2021, at the request of the parties (see ECF 55 ), the Court issued an order converting the Scheduling Conference in this case to a Status Conference. In doing so, the Court did not explicitly state how the parties could participate in the Status Conference. As was the case with the original Scheduling Conference, the litigants (counsel and parties) and the public may appear at the Status Conference either in person or by telephone. Anyone appearing by telephone shall call the following conference line at the appointed time: Number: 888–278–0296 Access code: 8212991# (cmadr, ) (Entered: 03/16/2021) |
| 03/18/2021 | 60 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Status Conference held on 3/18/2021. FTR: A501. (cthom, ) (Entered: 03/18/2021) |
| 03/19/2021 | 61 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 19 March 2021. At the request of the parties, this Court will hold a settlement conference in this case on March 24, 2021 at 10:30 a.m. in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The litigants (counsel and parties) are permitted to appear at the conference either in person or by video. Anyone appearing in person must comply with General Order 2021–3, which may be accessed at www.cod.uscourts.gov. Anyone appearing by video shall provide the Court with a meeting ID and password using the Zoom platform; this information may be emailed to hegarty_chambers@cod.uscourts.gov. (cmadr, ) (Entered: 03/19/2021) |

| | | | |
|---|---|---|---|
| 03/24/2021 | 62 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 24 March 2021. The Court will hold a status conference regarding scheduling on April 8, 2021 at 1:00 p.m. in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel for the parties and the parties themselves shall appear at the conference in person. The wearing of masks and social distancing will be honored. See General Order 2021−3, available at www.cod.uscourts.gov. The case remains stayed until the status conference. (cmadr, ) (Entered: 03/24/2021) |
| 03/24/2021 | 63 | | MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Settlement Conference held on 3/24/2021. (cthom, ) (Entered: 03/25/2021) |
| 04/08/2021 | 64 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Status Conference held on 4/8/2021. FTR: A501. (cthom, ) (Entered: 04/08/2021) |
| 04/22/2021 | 65 | | AMENDED COMPLAINT − *Second Amended Complaint and Jury Demand* against Paul Wang, filed by Jane Doe.(Collier, Clarissa) (Entered: 04/22/2021) |
| 05/10/2021 | 66 | | MOTION for Extension of Time to *Respond to Second Amended Complaint* by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 05/10/2021) |
| 05/10/2021 | 67 | | MEMORANDUM regarding 66 MOTION for Extension of Time to *Respond to Second Amended Complaint* filed by Paul Wang. Motion 66 is referred to Magistrate Judge Michael E. Hegarty. By Judge R. Brooke Jackson on 5/10/2021. Text Only Entry (rbjsec. ) (Entered: 05/10/2021) |
| 05/10/2021 | 68 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 10 May 2021. For good cause shown, Defendant's Unopposed Motion for Extension to Respond to the Second Amended Complaint 66 is granted. Defendant shall file his answer or other response to the operative Second Amended Complaint on or before May 25, 2021.(cmadr, ) (Entered: 05/10/2021) |
| 05/25/2021 | 69 | | MOTION to Dismiss *Second Amended Complaint* by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 05/25/2021) |
| 05/26/2021 | 70 | | ORDER denying 69 MOTION to Dismiss Second Amended Complaint. Denied without prejudice. Please see this Court's Practice Standards regarding the letter procedure for motions to dismiss. By Judge R. Brooke Jackson on 5/26/2021. Text Only Entry(rbjsec. ) (Entered: 05/26/2021) |
| 05/27/2021 | 71 | | LETTER *Re Motion to Dismiss* by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 05/27/2021) |
| 06/01/2021 | 72 | | Unopposed MOTION for Extension of Time to *Respond to Defendant's Letter Regarding Motion to Dismiss* by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order (PDF Only))(Collier, Clarissa) (Entered: 06/01/2021) |
| 06/02/2021 | 73 | | ORDER granting 72 Unopposed MOTION for Extension of Time to Respond to Defendant's Letter Regarding Motion to Dismiss. By Judge R. Brooke Jackson on 6/2/2021. Text Only Entry(rbjsec.) (Entered: 06/02/2021) |
| 06/07/2021 | 74 | | TRANSCRIPT of Status Conference held on April 8, 2021 before Magistrate Judge Hegarty. Pages: 1−24. |

| | | | |
|---|---|---|---|
| | | | **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Patterson Transcription Company, ) (Entered: 06/07/2021) |
| 06/10/2021 | 75 | | RESPONSE to 71 Letter *Regarding Motion to Dismiss* by Plaintiff Jane Doe. (Attachments: # 1 Exhibit 1 – 2021–04–08 – Status Conference Hearing Transcript)(Collier, Clarissa) (Entered: 06/10/2021) |
| 06/11/2021 | 76 | | MINUTE ORDER re: 71 Letter filed by Paul Wang The Court has reviewed the parties' letters and 75 Response filed by Jane Doe. The Court agrees with Judge Hegarty's advice. The two parties are now represented by experienced and able counsel. A motion to dismiss is likely to be denied and a waste of time. You good lawyers should confer and either resolve this case or agree that plaintiff will file one more amended complaint that takes into account defendant's issues and pleads only what she believes she has evidence to prove. This does appear to be Marbury v. Madison. By Judge R. Brooke Jackson on 6/11/2021. Text Only Entry (rbjsec. ) (Entered: 06/11/2021) |
| 07/06/2021 | 77 | | This action is reassigned to Judge Regina M. Rodriguez upon her appointment. Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Judge Rodriguez in Courtroom A–702. Her chambers are located in A–738 of the Alfred A. Arraj Courthouse. Her telephone number is 303–335–2170. All future pleadings should be designated as **20–cv–2765–RMR**. Text only entry. (angar, ) (Entered: 07/06/2021) |
| 07/09/2021 | 78 | | Renewed MOTION to Dismiss by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 07/09/2021) |
| 07/20/2021 | 79 | | RESPONSE to 78 Renewed MOTION to Dismiss filed by Plaintiff Jane Doe. (Attachments: # 1 [Proposed] Third Amended Complaint and Jury Demand)(Collier, Clarissa) (Entered: 07/20/2021) |
| 07/20/2021 | 80 | | MOTION for Leave to Restrict by Plaintiff Jane Doe. (Attachments: # 1 Proposed Order (PDF Only))(Collier, Clarissa) (Entered: 07/20/2021) |
| 07/20/2021 | 81 | | NOTICE re 79 Response to Motion *Notice Of Filing Of Attachment To Plaintiffs Response To Defendants Renewed Motion To Dismiss* by Plaintiff Jane Doe (Attachments: # 1 Redlined Third Amended Complaint and Jury Demand)(Collier, Clarissa) (Entered: 07/20/2021) |
| 07/21/2021 | 82 | | MEMORANDUM regarding 78 Renewed MOTION to Dismiss filed by Paul Wang. Motions referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 7/21/2021. Text Only Entry (rmrja) (Entered: 07/21/2021) |
| 07/21/2021 | 83 | | |

| | | | |
|---|---|---|---|
| | | | ORDER on 80 Motion to Restrict Public Access to 79 –1 Attachment filed to Plaintiff's Response to Defendant's Renewed Motion to Dismiss. ORDERED by Judge Regina M Rodriguez on 7/21/2021.(angar, ) (Entered: 07/21/2021) |
| 07/27/2021 | 84 | | ORDER denying without prejudice 78 Defendants Renewed Motion to Dismiss, by Magistrate Judge Michael E. Hegarty on 7/27/2021.(jgonz, ) (Entered: 07/27/2021) |
| 07/28/2021 | 85 | | AMENDED COMPLAINT *Third Amended Complaint and Jury Demand* against Paul Wang, filed by Jane Doe.(Collier, Clarissa) (Entered: 07/28/2021) |
| 08/09/2021 | 86 | | First MOTION for Extension of Time to File Answer or Otherwise Respond re 85 Amended Complaint by Defendant Paul Wang. (Attachments: # 1 Proposed Order (PDF Only))(Donnelly, Katayoun) (Entered: 08/09/2021) |
| 08/09/2021 | 87 | | RESPONSE to 86 First MOTION for Extension of Time to File Answer or Otherwise Respond re 85 Amended Complaint filed by Plaintiff Jane Doe. (Collier, Clarissa) (Entered: 08/09/2021) |
| 08/09/2021 | 88 | | MEMORANDUM regarding 86 First MOTION for Extension of Time to File Answer or Otherwise Respond re 85 Amended Complaint filed by Paul Wang. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 8/9/2021. Text Only Entry (rmrja) (Entered: 08/09/2021) |
| 08/10/2021 | 89 | | ORDER by Magistrate Judge Michael E. Hegarty on 10 August 2021. Accordingly, Defendant's Motion for Extension to Respond to the Third Amended Complaint 86 is granted in part. Defendant shall file a responsive pleading to the TAC on or before August 25, 2021.(cmadr, ) (Entered: 08/10/2021) |
| 08/25/2021 | 90 | | RESTRICTED DOCUMENT – Level 1 – Public version available at 92 : by Defendant Paul Wang.. (Donnelly, Katayoun) Modified on 8/26/2021 to add to title (angar, ). (Entered: 08/25/2021) |
| 08/25/2021 | 91 | | MOTION for Leave to Restrict by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 08/25/2021) |
| 08/25/2021 | 92 | | MOTION to Dismiss *the Third Amended Complaint* by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 08/25/2021) |
| 08/26/2021 | 93 | | ORDER granting 91 Defendant's Motion for Leave to Restrict. The Clerk of the Court is DIRECTED to MAINTAIN a Level 1 Restriction for document 90 . SO ORDERED by Judge Regina M Rodriguez on 8/26/2021. Text Only Entry(rmrja) (Entered: 08/26/2021) |
| 08/27/2021 | 94 | | RESTRICTED DOCUMENT – Level 1: by Defendant Paul Wang.. (Donnelly, Katayoun) (Entered: 08/27/2021) |
| 08/27/2021 | 95 | | MOTION for Leave to Restrict by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 08/27/2021) |
| 08/27/2021 | 96 | | MOTION for Reconsideration *of the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym* by Defendant Paul Wang. (Donnelly, Katayoun) Modified to restrict pursuant to ECF 103 on 9/8/2021 (cmadr, ). (Entered: 08/27/2021) |
| 08/30/2021 | 97 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM regarding 96 MOTION for Reconsideration *of the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym* filed by Paul Wang. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 8/30/2021. Text Only Entry (rmrja) (Entered: 08/30/2021) |
| 08/30/2021 | 98 | | MEMORANDUM regarding 95 MOTION for Leave to Restrict filed by Paul Wang. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 8/30/2021. Text Only Entry (rmrja) (Entered: 08/30/2021) |
| 08/31/2021 | 99 | | NOTICE re 95 MOTION for Leave to Restrict by Plaintiff Jane Doe (Collier, Clarissa) (Entered: 08/31/2021) |
| 08/31/2021 | 100 | | MOTION for Leave to Restrict by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 08/31/2021) |
| 08/31/2021 | 101 | | MOTION for Reconsideration re 13 Protective Order by Defendant Paul Wang. (Donnelly, Katayoun) Modified to restrict pursuant to ECF 114 on 11/8/2021 (cmadr, ). (Entered: 08/31/2021) |
| 09/02/2021 | 102 | | MEMORANDUM regarding 100 MOTION for Leave to Restrict filed by Paul Wang, 101 MOTION for Reconsideration re 13 Protective Order filed by Paul Wang. Motions referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 9/2/2021. Text Only Entry (rmrja) (Entered: 09/02/2021) |
| 09/08/2021 | 103 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 8 September 2021. Pursuant to D.C.Colo.LCivR 7.2, Defendant's first Motion for Leave to Restrict 95 and second Motion for Leave to Restrict 100 are granted. The Clerk of the Court is directed to maintain under Restriction Level One the document filed at ECF 94 until further order of the Court. Additionally, the Clerk of the Court is directed to place and maintain under Restriction Level One the motion filed at ECF 96 until further order of the Court. Furthermore, because the motion for reconsideration filed at ECF 101 seeks the same relief as the motion filed at ECF 96, Defendant's motion [filed August 27, 2021; ECF 96] is denied as moot.(cmadr, ) (Entered: 09/08/2021) |
| 09/14/2021 | 104 | | RESPONSE to 92 MOTION to Dismiss *the Third Amended Complaint* filed by Plaintiff Jane Doe. (Collier, Clarissa) (Entered: 09/14/2021) |
| 09/16/2021 | 105 | | RESPONSE to 96 MOTION for Reconsideration *of the November 10, 2020 Order Allowing Plaintiff to Proceed Under Pseudonym* filed by Plaintiff Jane Doe. (Collier, Clarissa) Modified restrict pursuant to ECF 114 on 11/8/2021 (cmadr, ). (Entered: 09/16/2021) |
| 09/28/2021 | 106 | | REPLY to Response to 92 MOTION to Dismiss *the Third Amended Complaint REPLY IN SUPPORT OF MOTION TO DISMISS THE THIRD AMENDED COMPLAINT (Doc. 90)* filed by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 09/28/2021) |
| 09/30/2021 | 107 | | RESTRICTED DOCUMENT – Level 1: by Defendant Paul Wang.. (Donnelly, Katayoun) Modified on 10/1/2021 public entry filed at 109 (angar, ). (Entered: 09/30/2021) |
| 09/30/2021 | 108 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Leave to Restrict by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 09/30/2021) |
| 09/30/2021 | 109 | | REPLY to Response to 101 MOTION for Reconsideration re 13 Protective Order *REDACTED REPLY IN SUPPORT OF MOTION TO RECONSIDER THE NOVEMBER 10, 2020 ORDER ALLOWING PLAINTIFF TO PROCEED UNDER PSEUDONYM (DOC. 94)* filed by Defendant Paul Wang. (Donnelly, Katayoun) Modified restrict pursuant to ECF 114 on 11/8/2021 (cmadr, ). (Entered: 09/30/2021) |
| 10/05/2021 | 110 | | MEMORANDUM regarding 108 MOTION for Leave to Restrict filed by Paul Wang. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 10/5/2021. Text Only Entry (rmrja) (Entered: 10/05/2021) |
| 10/07/2021 | 111 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 7 October 2021. Pursuant to D.C.Colo.LCivR 7.2, Defendant's Motion for Leave to Restrict 108 is granted. The Clerk of the Court is directed to maintain under Restriction Level One the document filed at ECF 107 until further order of the Court.(cmadr, ) (Entered: 10/07/2021) |
| 11/04/2021 | 112 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 4 November 2021. The Court now lifts the stay currently in place and sets a scheduling conference. The scheduling conference shall be held on December 1, 2021, at 10:30 a.m. in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. (cmadr, ) (Entered: 11/04/2021) |
| 11/08/2021 | 113 | | RESTRICTED DOCUMENT – Level 1:. (cmadr, ) (Entered: 11/08/2021) |
| 11/08/2021 | 114 | | ORDER granting 101 Motion for Reconsideration by Magistrate Judge Michael E. Hegarty on 8 November 2021. **(Public Entry for ECF 113 )**(cmadr, ) (Entered: 11/08/2021) |
| 11/18/2021 | 115 | | Proposed Scheduling Order by Plaintiff Xingfei Luo. (Collier, Clarissa) (Entered: 11/18/2021) |
| 11/19/2021 | 116 | | MOTION to Intervene , MOTION to Unrestrict Document by Intervenor Eugene Volokh. (Volokh, Eugene) (Entered: 11/19/2021) |
| 11/22/2021 | 117 | | RESTRICTED DOCUMENT – Level 1: by Plaintiff Xingfei Luo.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Collier, Clarissa) (Entered: 11/22/2021) |
| 11/22/2021 | 118 | | **WITHDRAWN** MOTION for Leave to Restrict by Plaintiff Xingfei Luo. (Attachments: # 1 Proposed Order (PDF Only))(Collier, Clarissa) Modified on 11/22/2021 to show as withdrawn pursuant to 121 Order (angar, ). (Entered: 11/22/2021) |
| 11/22/2021 | 119 | | MOTION to Withdraw Document re 118 MOTION for Leave to Restrict by Plaintiff Xingfei Luo. (Attachments: # 1 Proposed Order (PDF Only))(Collier, Clarissa) (Entered: 11/22/2021) |
| 11/22/2021 | 120 | | MOTION for Leave to Restrict by Plaintiff Xingfei Luo. (Attachments: # 1 Proposed Order (PDF Only))(Collier, Clarissa) (Entered: 11/22/2021) |

| | | | |
|---|---|---|---|
| 11/22/2021 | 121 | | ORDER granting 119 MOTION to Withdraw Document re 118 MOTION for Leave to Restrict . Plaintiff's motion is GRANTED and 118 is hereby WITHDRAWN. SO ORDERED by Judge Regina M Rodriguez on 11/22/2021. Text Only Entry(rmrja) (Entered: 11/22/2021) |
| 11/22/2021 | 123 | | Plaintiff's Objections to Magistrate Judge Hegarty's November 8, 2021 Order Granting Defendant's Motion to Reconsider ( 113 ), by Plaintiff Xingfei Luo. (Public Entry to 117 Restricted Level 1) Text Only Entry (angar, ) (Entered: 11/24/2021) |
| 11/23/2021 | 122 | | **WITHDRAWN** MOTION to Unrestrict Document 120 MOTION for Leave to Restrict filed by Xingfei Luo *(Motion to Unrestrict Nos. 101, 105, 109 & Objection to No. 120)* by Intervenor Eugene Volokh. (Volokh, Eugene) Modified on 12/6/2021 to withdraw motion pursuant to [#135] Order. (sphil, ). (Entered: 11/23/2021) |
| 11/29/2021 | 124 | | MOTION to Withdraw Document re 122 MOTION to Unrestrict Document 120 MOTION for Leave to Restrict filed by Xingfei Luo *(Motion to Unrestrict Nos. 101, 105, 109 & Objection to No. 120)* by Intervenor Eugene Volokh. (Attachments: # 1 Proposed Order (PDF Only))(Volokh, Eugene) (Entered: 11/29/2021) |
| 11/29/2021 | 125 | | MOTION to Unrestrict Document *101, 105, 109* by Intervenor Eugene Volokh. (Volokh, Eugene) (Entered: 11/29/2021) |
| 11/29/2021 | 126 | | RESPONSE to 120 MOTION for Leave to Restrict filed by Intervenor Eugene Volokh. (Volokh, Eugene) (Entered: 11/29/2021) |
| 12/01/2021 | 127 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Scheduling Conference held on 12/1/2021. FTR: A501. (cthom, ) (Entered: 12/01/2021) |
| 12/01/2021 | 128 | | SCHEDULING ORDER by Magistrate Judge Michael E. Hegarty on 1 December 2021. (cmadr, ) (Entered: 12/01/2021) |
| 12/02/2021 | 129 | | Joint MOTION for Protective Order *(Stipulated) to be Entered* by Plaintiff Xingfei Luo. (Attachments: # 1 Exhibit 1 – Stipulated Protective Order)(Collier, Clarissa) (Entered: 12/02/2021) |
| 12/02/2021 | 130 | | MEMORANDUM regarding 129 Joint MOTION for Protective Order *(Stipulated) to be Entered* filed by Xingfei Luo. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 12/2/2021. Text Only Entry (rmrja) (Entered: 12/02/2021) |
| 12/03/2021 | 131 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 3 December 2021. Before the Court is the parties' Joint Motion for Entry of Stipulated Protective Order 129 and the proposed stipulated protective order. For good cause shown, the Motion is granted. For issuance of the stipulated protective order, the parties are directed to send a Word copy of the proposed stipulated protective order to hegarty_chambers@cod.uscourts.gov.(cmadr, ) (Entered: 12/03/2021) |
| 12/03/2021 | 132 | | MOTION for Sanctions *Defendants Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel by Defendant Paul Wang* by Defendant Paul Wang. (Attachments: # 1 Exhibit Exhibit 1 to Defendants Motion for Imposition of |

| | | | |
|---|---|---|---|
| | | | Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel, # 2 Exhibit Exhibit 2 to Defendants Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel, # 3 Exhibit Exhibit 3 to Defendants Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel)(Donnelly, Katayoun) (Entered: 12/03/2021) |
| 12/06/2021 | 133 | | RESPONSE to 123 Objection/Appeal of Magistrate Judge Decision *Response to Plaintiffs Objections to Magistrate Judge Hegartys November 8, 2021 Order Granting Defendants Motion to Reconsider Doc. 117* filed by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 12/06/2021) |
| 12/06/2021 | 134 | | STIPULATED PROTECTIVE ORDER by Magistrate Judge Michael E. Hegarty on 6 December 2021. (cmadr, ) (Entered: 12/06/2021) |
| 12/06/2021 | 135 | | ORDER granting 124 MOTION to Withdraw Document re 122 MOTION to Unrestrict Document 120 MOTION for Leave to Restrict filed by Xingfei Luo *(Motion to Unrestrict Nos. 101, 105, 109 & Objection to No. 120)* . The Clerk of the Court is DIRECTED to withdraw ECF No. 122. SO ORDERED by Judge Regina M Rodriguez on 12/6/2021. Text Only Entry(rmrja) (Entered: 12/06/2021) |
| 12/06/2021 | 136 | | MEMORANDUM regarding 120 MOTION for Leave to Restrict filed by Xingfei Luo, 122 MOTION to Unrestrict Document 120 MOTION for Leave to Restrict filed by Xingfei Luo *(Motion to Unrestrict Nos. 101, 105, 109 & Objection to No. 120)* filed by Eugene Volokh, 116 MOTION to Intervene MOTION to Unrestrict Document filed by Eugene Volokh, 125 MOTION to Unrestrict Document *101, 105, 109* filed by Eugene Volokh. Motions referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 12/6/2021. Text Only Entry (rmrja) (Entered: 12/06/2021) |
| 12/09/2021 | 137 | | RESPONSE to 132 MOTION for Sanctions *Defendants Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel by Defendant Paul Wang* filed by Plaintiff Xingfei Luo. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Collier, Clarissa) (Entered: 12/09/2021) |
| 12/10/2021 | 138 | | Plaintiff's Response to 116 Motion to Intervene and Unrestrict Document, filed by Plaintiff Xingfei Luo. (Collier, Clarissa) Modified on 12/10/2021 to correct title (angar, ). (Entered: 12/10/2021) |
| 12/10/2021 | 139 | | REPLY to Response to 116 MOTION to Intervene MOTION to Unrestrict Document filed by Intervenor Eugene Volokh. (Volokh, Eugene) (Entered: 12/10/2021) |
| 12/13/2021 | 140 | | REPLY to Response to 120 MOTION for Leave to Restrict *Objections to Magistrate Judge Hegarty's November 8, 2021 Order Granting Defendant's Motion to Reconsider* filed by Plaintiff Xingfei Luo. (Collier, Clarissa) (Entered: 12/13/2021) |
| 12/17/2021 | 141 | | REPLY to Response to 123 OBJECTION/Appeal of Magistrate Judge Decision to District Court re 114 Order on Motion for Reconsideration, 117 Restricted Document – Level 1, 113 Restricted Document – Level 1 by |

| | | | |
|---|---|---|---|
| | | | Plaintiff Xingfei Luo. filed by Plaintiff Xingfei Luo. (Collier, Clarissa) (Entered: 12/17/2021) |
| 12/20/2021 | 142 | | RESPONSE to 125 MOTION to Unrestrict Document *101, 105, 109* filed by Plaintiff Xingfei Luo. (Collier, Clarissa) (Entered: 12/20/2021) |
| 12/22/2021 | 143 | | ORDER by Magistrate Judge Michael E. Hegarty on 22 December 2021. Accordingly, Professor Volokh's motion to intervene 116 and motion to un−restrict 125 are granted in part as stated herein. Plaintiff's motion to restrict 120 is granted, understanding that a redacted version of Plaintiffs objections will be filed.(cmadr, ) (Entered: 12/22/2021) |
| 12/23/2021 | 144 | | REPLY to Response to 132 MOTION for Sanctions *Defendants Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel by Defendant Paul Wang* filed by Defendant Paul Wang. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhiibit 2, # 3 Exhibit Exhibit 4, # 4 Exhibit Exhibit 6, # 5 Exhibit Exhibit 7, # 6 Exhibit Exhibit 8)(Donnelly, Katayoun) (Entered: 12/23/2021) |
| 12/23/2021 | 145 | | RESTRICTED DOCUMENT – Level 1: EXHIBIT 3 to 144 Reply by Defendant Paul Wang.. (Donnelly, Katayoun)(Modified on 12/27/2021 edited the title of the text to reflect the title of the document filed)(evana, ). (Entered: 12/23/2021) |
| 12/23/2021 | 146 | | RESTRICTED DOCUMENT – Level 1: EXHIBIT 5 to 144 Reply by Defendant Paul Wang.. (Donnelly, Katayoun) (Modified on 12/27/2021 edited the title of the text to reflect the title of the document filed) (evana, ). (Entered: 12/23/2021) |
| 12/23/2021 | 147 | | MOTION for Leave to Restrict by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 12/23/2021) |
| 12/27/2021 | 148 | | MOTION to Stay *Defendants Motion to Stay Discovery Pending the Courts Ruling on The Motion to Dismiss the Third Amended Complaint* by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 12/27/2021) |
| 12/29/2021 | 149 | | MEMORANDUM regarding 148 MOTION to Stay *Defendants Motion to Stay Discovery Pending the Courts Ruling on The Motion to Dismiss the Third Amended Complaint* filed by Paul Wang. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 12/29/2021. Text Only Entry (rmrja) (Entered: 12/29/2021) |
| 01/04/2022 | 150 | | MEMORANDUM regarding 147 MOTION for Leave to Restrict filed by Paul Wang. Motion referred to Magistrate Judge Michael E. Hegarty. By Judge Regina M Rodriguez on 1/4/2022. Text Only Entry (rmrja) (Entered: 01/04/2022) |
| 01/06/2022 | 151 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 6 January 2022. This matter comes before the Court following Plaintiff's email to Chambers regarding redactions of certain documents pursuant to this Court's December 22, 2021 order. ECF 143 . Attached to this Minute Order as exhibits are the redacted versions of ECF 101 , 109 , 113 , and 117 . After further review, the Court agrees with Plaintiff that ECF 105 needs no further redactions. The Court attaches that original filing as an exhibit as well. (Attachments: # 1 Exhibit 101, # 2 Exhibit 105, # 3 Exhibit 109, # 4 Exhibit 113, # 5 Exhibit |

| | | | |
|---|---|---|---|
| | | | 117) (cmadr, ) (Entered: 01/06/2022) |
| 01/17/2022 | 152 | | RESPONSE to 148 MOTION to Stay *Defendants Motion to Stay Discovery Pending the Courts Ruling on The Motion to Dismiss the Third Amended Complaint* filed by Plaintiff Xingfei Luo. (Collier, Clarissa) (Entered: 01/17/2022) |
| 01/24/2022 | 153 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 24 January 2022. Pursuant to D.C.Colo.LCivR 7.2, Defendant's motion to restrict 147 is granted. The Clerk of the Court is directed to maintain under Restriction Level One Exhibits 3 and 5 filed at ECF 145 and 146 , respectively, until further order of the Court.(cmadr, ) (Entered: 01/24/2022) |
| 01/26/2022 | 154 | | REPLY to Response to 148 MOTION to Stay *Defendants Motion to Stay Discovery Pending the Courts Ruling on The Motion to Dismiss the Third Amended Complaint* filed by Defendant Paul Wang. (Donnelly, Katayoun) (Entered: 01/26/2022) |
| 02/09/2022 | 155 | | ORDER denying 148 Motion to Stay by Magistrate Judge Michael E. Hegarty on 9 February 2022. Defendant's burden in proceeding with discovery is not exceptional or unduly burdensome in light of the fact that it is not clear that the pending motion to dismiss would resolve this case in its entirety.(cmadr, ) (Entered: 02/09/2022) |
| 04/13/2022 | 156 | | Joint MOTION to Amend/Correct/Modify *Scheduling Order* by Plaintiff Xingfei Luo. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Joint Motion to Modify Scheduling Order)(Collier, Clarissa) (Entered: 04/13/2022) |
| 04/13/2022 | 157 | | MEMORANDUM regarding 156 Joint MOTION to Amend/Correct/Modify *Scheduling Order* filed by Xingfei Luo. Motion referred to Magistrate Judge Michael E. Hegarty, by Judge Regina M. Rodriguez on 4/13/2022. Text Only Entry (rmrja) (Entered: 04/13/2022) |
| 04/14/2022 | 158 | | MINUTE ORDER by Magistrate Judge Michael E. Hegarty on 04/14/2022. For good cause shown, the parties' "Joint Motion to Modify Scheduling Order" ECF 156 is granted. The Court modifies Section 9 of the Scheduling Order as follows: Discovery Cut−off: September 1, 2022. Dispositive Motion Deadline: October 17, 2022. Affirmative Expert Disclosure Deadline: May 16, 2022. Rebuttal Expert Disclosure Deadline: June 30, 2022. (alave, ) (Entered: 04/14/2022) |
| 05/03/2022 | 159 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 3 May 2022. At the parties' emailed request, the Court will hold a Discovery Conference on May 31, 2022, at 3:30 p.m. in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and provide the statements and any other documents/information that may assist in the resolution of the issues by email to hegarty_chambers@cod.uscourts.gov. These materials shall be submitted before noon on May 26, 2022. (cmadr, ) (Entered: 05/03/2022) |
| 05/20/2022 | 160 | | SUPPLEMENT/AMENDMENT to 144 Reply to Response to Motion, by Defendant Paul Wang. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit C)(Donnelly, Katayoun) (Entered: 05/20/2022) |

| 05/23/2022 | 161 | | MOTION to Strike 160 Supplement/Amendment by Plaintiff Xingfei Luo. (Collier, Clarissa) (Entered: 05/23/2022) |
|---|---|---|---|
| 05/24/2022 | 162 | | RESPONSE to 161 MOTION to Strike 160 Supplement/Amendment filed by Defendant Paul Wang. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Donnelly, Katayoun) (Entered: 05/24/2022) |
| 05/31/2022 | 163 | | COURTROOM MINUTES for proceedings held before Magistrate Judge Michael E. Hegarty: Discovery Hearing held on 5/31/2022. FTR: A501. (cthom, ) (Entered: 05/31/2022) |
| 06/02/2022 | 164 | | Minute ORDER by Magistrate Judge Michael E. Hegarty on 2 June 2022. In light of the discussion held at the discovery conference on May 31, 2022 (ECF 163 ), and especially considering both parties' counsels' availability over the next several weeks, the Court issues a stay of all discovery and briefing for thirty (30) days. The Court will hold a status conference to discuss next steps following this stay on July 7, 2022, at 2:00 p.m., in Courtroom A−501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel is expected to appear for the conference in person. (cmadr, ) (Entered: 06/02/2022) |
| 06/13/2022 | 165 | | RESTRICTED DOCUMENT – Level 1: ORDER, by Judge Regina Rodriguez on 6/13/2022 (angar, ) (Entered: 06/13/2022) |
| 06/23/2022 | 166 | | Unopposed MOTION to Unrestrict Document by Intervenor Eugene Volokh. (Attachments: # 1 Proposed Order (PDF Only))(Volokh, Eugene) (Entered: 06/23/2022) |
| 06/27/2022 | 167 | | ANSWER to 85 Amended Complaint *Answer to Third Amended Complaint* by Paul Wang.(Donnelly, Katayoun) (Entered: 06/27/2022) |
| 06/27/2022 | 168 | | NOTICE OF APPEAL as to 165 Restricted Document – Level 1 – Order by Judge Regina M. Rodriguez, by Plaintiff Xingfei Luo. (angar, ) (Entered: 06/29/2022) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 27 2022

JEFFREY P. COLWELL
CLERK

---

## NOTICE OF APPEAL FROM AN APPEALABLE ORDER

---

XINGFEI LUO appeal(s) to the United States Court of Appeals for the Tenth Circuit from the order, entered on June 13, 2022, granting Defendant's motion to reconsider Magistrate Judge Hegarty's November 8, 2021 Pseudonym Order.

Dated: June 23, 2022

Signature
**XINGFEI LUO**
Printed Name
PO BOX 4886
Street Address
El Monte, CA 91734
City      State      Zip

*Rev. 12/2021*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on June 23, 2022 I filed by mail the foregoing **Notice of Appeal** with the Clerk of Court. CM/ECF system will send notification of such filing to the following email addresses:

- **Katayoun A. Donnelly**
  katy@kdonnellylaw.com, katayouna@hotmail.com

*/s/ Xingfei Luo*

*Rev. 12/2021*

PO Box 4886,
El Monte, CA 91734

SANTA ANA CA 926
23 JUN 2022 PM 2 L

Alfred A. Arraj Courthouse
Clerk's Office
901 19th St,
Denver, CO 80.294

80294-250099