IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| XINGFEI LUO,<br>   Plaintiff,<br><br>v.<br><br>PAUL WANG,<br>   Defendant. | Case No. 1:20-cv-02765-RMR-MEH |

**Unopposed Motion to Expedite Consideration
of June 23, 2022 Motion to Unrestrict Document (ECF No. 166)**

Intervenor Eugene Volokh moves to expedite this Court's consideration of his June 23, 2022 motion to unrestrict access to this Court's June 13, 2022 Order (ECF No. 165). Both parties have stated to Volokh that they have no objection to this motion.

Volokh appreciates the press of business that this Court is facing, and is hesitant to ask for expedited consideration. But because Plaintiff has filed a Notice of Appeal from the June 13 order, Volokh needs to decide whether to move to intervene in the Court of Appeals or at least to move for leave to file an amicus brief in that Court. He continues to be interested in this case, and in the Nov. 8, 2021 order, which he has written about. *See* Eugene Volokh, *The Law of Pseudonymous Litigation*, 73 Hastings L.J. __ n.88 (forthcoming 2022), https://www.law.ucla.edu/volokh/pseudonym.pdf); Eugene Volokh, *Court Depseudonymizes Plaintiff, After Evidence Related to Plaintiff's Past Cases Emerges*, Reason, Jan. 12, 2022, https://reason.com/volokh/2022/01/12/court-depseudonymizes-plaintiff-after-evidence-arises-related-to-plaintiffs-past-cases-emerges/. But he cannot decide whether to get involved in the appeal without being able to see the order that is being appealed. *See* Decl. below, ¶¶ 1-2.

1

Volokh has also tried to act expeditiously in seeking to file the June 23 motion to unrestrict, and in seeking to file this motion. He reached out to counsel for the parties on June 14 to confer about the motion to unrestrict the June 13 order, but at the request of plaintiff's counsel, who was in trial, waited for an answer until June 22; he then promptly filed the motion on June 23. He also reached out to counsel for the parties to confer about this motion to expedite on June 29, the day he received the Notice of Electronic Filing of the Notice of Appeal; he just got the answer from plaintiff's counsel today, July 5. *See* Decl. below, ¶¶ 3-4.

For these reasons, Volokh asks that his motion to unrestrict the June 13 order—the order that is now being appealed—be considered on an expedited basis.

Date: July 5, 2022

Respectfully submitted,

*Eugene Volokh*

Eugene Volokh, pro se
Scott & Cyan Banister
First Amendment Clinic
UCLA School of Law
385 Charles E. Young Dr. E
Los Angeles, CA 90095
(310) 206-3926
volokh@law.ucla.edu

## Certificate of Service

I certify that on July 5, 2022, I served this material by ECF on all parties.

*Eugene Volokh*

Eugene Volokh, pro se

2

## Declaration

I, Eugene Volokh, declare under penalty of perjury under California law:

1.  I need to decide whether to move to intervene in the Court of Appeals in this case, or at least to move for leave to file an amicus brief in that Court. But I cannot decide whether to do so without being able to see the order that is being appealed.

2.  I continue to be interested in this case, and in the Nov. 8, 2021 order, which I have written about. *See* Eugene Volokh, *The Law of Pseudonymous Litigation*, 73 Hastings L.J. __ n.88 (forthcoming 2022), https://www.law.ucla.edu/volokh/pseudonym.pdf), and Eugene Volokh, *Court Depseudonymizes Plaintiff, After Evidence Related to Plaintiff's Past Cases Emerges*, Reason, Jan. 12, 2022, https://reason.com/volokh/2022/01/12/court-depseudonymizes-plaintiff-after-evidence-arises-related-to-plaintiffs-past-cases-emerges/.

3.  I reached out to counsel for the parties on June 14 to confer about my motion to unrestrict the June 13 order, but at the request of plaintiff's counsel, who was in trial, waited for an answer until June 22; I then filed the motion on June 23.

4.  I reached out to counsel for the parties on June 29, the day I received the Notice of Electronic Filing of the Notice of Appeal, to confer about this motion to expedite. I just got the answer from plaintiff's counsel today, July 5.

Date: July 5, 2022

*Eugene Volokh* (signature)

Eugene Volokh