UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b) and Rule 1.16 of the Colorado Rules of Professional Conduct, Clarissa M. Collier, Esq., David J. Schaller, Esq., and the firm of Wheeler Trigg O'Donnell LLP (collectively, "Counsel") hereby submit this Motion to Withdraw as Counsel for Plaintiff Xingfei Luo. In support of this Motion, Counsel states as follows:[1]

    1.    D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon a showing of good cause.

    2.    Good cause exists for Counsel to withdraw from representation of Plaintiff based on Rule 1.16(1) and (7) of the Colorado Rules of Professional Conduct. *See* D.C.COLO.LAttyR 5(b) ("A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct.")

---

[1] Pursuant to D.C.COLO.LCivR 7.1(b)(4), a certificate of conferral is not necessary for this Motion.

3. In accordance with D.C.COLO.LAttyR 5(b), Counsel has served a Notice of Withdrawal "on all counsel of record, any unrepresented party, and" Plaintiff. *See* Notice of Withdrawal, attached hereto as **Exhibit 1**.

4. Plaintiff has been notified that she is "personally responsible for complying with all court orders and time limitations established by applicable statutes and rules." *Id.*

5. Plaintiff has also been notified that she has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served; that she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject her to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by this withdrawal.

6. This Motion is not made for purposes of delay and the relief requested is sought in good faith.

WHEREFORE, Counsel respectfully request the Court grant this Motion and enter an Order allowing them to withdraw as counsel for Plaintiff.

Dated: July 7, 2022.                                     Respectfully submitted,


*s/ Clarissa M. Collier*
David J. Schaller
Clarissa M. Collier
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: schaller@wtotrial.com
          collier@wtotrial.com

Attorneys for Plaintiff,

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on July 7, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Xingfei Luo**
  Courtproceeding9@gmail.com

- **Katayoun A. Donnelly**
  katy@kdonnellylaw.com

- **Eugene Volokh**
  volokh@law.ucla.edu

*s/ Catherine Lacey*