UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), Clarissa M. Collier, Esq., David J. Schaller, Esq., and the firm of Wheeler Trigg O'Donnell LLP (collectively, "Counsel") hereby serve this Notice of Withdrawal as Counsel "on all counsel of record, any unrepresented party, and" Plaintiff. Counsel notifies Plaintiff as follows:

    1.    Counsel has filed a Motion to Withdraw as Counsel.

    2.    Through the Motion, Counsel seeks to withdraw from representation of Plaintiff pursuant to D.C.COLO.LAttyR 5(b) and Rule 1.16(1) and (7) of the Colorado Rules of Professional Conduct.

    3.    Counsel's withdrawal "shall be effectively only on court order entered after service" of this Notice. *See* D.C.COLO.LAttyR 5(b).

    4.    Upon Counsel's withdrawal, Plaintiff will be personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

5. Plaintiff has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served.

6. Plaintiff has the obligation to prepare for trial or have other counsel prepare for trial.

7. Plaintiff's failure or refusal to meet these burdens may subject her to legal consequences such as dismissal or default.

8. The dates of any proceedings including trial and the holding of such proceedings will not be affected by this withdrawal.

9. Because Counsel was appointed through the FFA Pro Bono Program, they have also notified Plaintiff that she may re-apply for the appointment of pro bono counsel. Whether the Court decides to appoint new pro bono counsel though the FFA Pro Bono Program is within the Court's discretion.

Dated: July 7, 2022.                             Respectfully submitted,


*s/ Clarissa M. Collier*
David J. Schaller
Clarissa M. Collier
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:  303.244.1800
Facsimile:   303.244.1879
Email:   schaller@wtotrial.com
            collier@wtotrial.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2022, I electronically served the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** via email to the following:

- **Xingfei Luo**
  Courtproceeding9@gmail.com

- **Katayoun A. Donnelly**
  katy@kdonnellylaw.com

- **Eugene Volokh**
  volokh@law.ucla.edu

*s/ Catherine Lacey*