IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 20-cv-2765-RMR-MEH | Date: | July 7, 2022 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:*                                                                 *Counsel:*

XINGFEI LUO,                                                         Clarissa Collier

    Plaintiff,

v.

PAUL WANG,                                                          Katayounn Donnelly

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**   2:04 p.m.

Court calls case.   Appearances of counsel.

Discussion held regarding Plaintiff's counsel's [ECF 174] *Motion to Withdraw*.   The Defendant requests the case to be stayed for 30 days pursuant to the filing of the *motion* and asks the Court for the previously requested medical records to be sent to the Court for Judge Hegarty's review.

**ORDERED:**   The case is **STAYED** for 30 days and Plaintiff's medical records should be directed to Judge Hegarty's Chambers for *in camera review* by the end of the month.

**Court in recess:**   2:29 p.m.          Hearing concluded.
Total in-court time:   00:25

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.