IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

**OBJECTION TO MOTION TO WITHDRAW AS COUNSEL**

On July 7, 2022, Plaintiff Xingfei Luo's counsel, Clarissa M. Collier, Esq., David J. Schaller, Esq., and the firm of Wheeler Trigg O'Donnell LLP (collectively, "Counsel"), filed a motion to withdraw.

Ms. Luo's counsel, however, have not taken any remedial action to correct the material inaccurate representations made in this case, some of which have been summarized in Mr. Wang's pleadings, incorporated herein. *See* Supplement to Reply in Support of Defendant's Motion for Imposition of Sanctions, Pursuant to Rule 11 of The Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel (Doc. 160) and Response to Plaintiff's Motion to Strike and Reply to Plaintiff's Response to Defendant's Supplement to His Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Against Plaintiff and Her Counsel (Doc. 162).

1

Because of Counsel's continued described conduct, Mr. Wang will be filing a second Federal Rule of Civil Procedure 11 motion, *see*, *e.g., Matter of Olsen*, 326 P.3d 1004, 1008 (Colo. 2014), requesting reimbursement for the attorney's fees and costs he has incurred and continues to incur because of their actions, which have prejudiced the administration of justice. In addition, as explained during the July 7, 2022 hearing, allowing withdrawal at this stage of litigation will further prejudice administration of justice.

Based on the foregoing, Mr. Wang objects to Ms. Luo's counsel's motion to withdraw and respectfully requests that the Court deny the motion.

Respectfully submitted this 8th day of July 2022.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

*Attorney for Paul Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I served an electronic copy of the foregoing via CM/ECF to counsel of record.

Clarissa M. Collier
David J. Schaller
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
303.244.1800
collier@wtotrial.com
schaller@wtotrial.com

                                              */s/ Katayoun A. Donnelly*
                                              Katayoun A. Donnelly