IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2022.**

    Before the Court is the Motion to Withdraw as Counsel by Clarissa M. Collier and David J. Schaller (ECF 174) to which Defendant responded (ECF 177). The Court held a status conference yesterday at which it discussed the motion with all parties and also discussed how to proceed in the case in light of the motion. ECF 175. Following that conference, and relying on the entire record, the Court ORDERS as follows:

(1)     The Court previously ordered a thirty-day stay. ECF 163. That stay, which included a stay of all discovery and briefing in this case, is **continued** for another thirty days (except for the medical records discussed below).

(2)     As previously ordered (ECF 163), Plaintiff will direct all relevant medical records to be sent to the Chambers of U.S. Magistrate Judge Michael E. Hegarty for an *in camera* review. These records are due to Chambers no later than thirty days from the date of this Minute Order (*i.e.,* August 8, 2022). Ms. Collier is **directed** to provide notice of this Order to Plaintiff within one business day of receiving this Minute Order. The medical records can be sent to:

    Chambers of United States Magistrate Judge Michael E. Hegarty
    Alfred A. Arraj United States Courthouse
    901 19th Street
    Denver, CO 80294

(3)     The Motion to Withdraw as Counsel [filed July 7, 2022; ECF 174] is **granted**. Ms. Collier's and Mr. Schaller's representation of Plaintiff in this case is terminated. The Court cautions that Plaintiff remains responsible for all discovery requirements and scheduled matters, including hearings, depositions, motions, and trial.

(4)   All *pro se* parties (including Ms. Luo) and counsel shall appear in courtroom A-501 (no remote video or telephonic attendance permitted) on **August 22, 2022 at 1:00 p.m**. to discuss the issue of the medical records and to discuss the status of the case and, if necessary, schedule further proceedings designed to bring a resolution to this lawsuit. If this date is inconvenient for any party or counsel, both sides should contact the Court (either by telephone at 303-844-4507 or email at hegarty_chambers@cod.uscourts.gov) to obtain a more convenient setting.