IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 12, 2022.**

At the request of Plaintiff (and without opposition from Defendant), the status conference set for August 22, 2022 is **vacated** and **rescheduled** for **August 24, 2022**, at **1:00 p.m.**, in courtroom A-501 of the Alfred A. Arraj United States Courthouse. As a reminder, all pro se parties (including Ms. Luo) and counsel shall appear in courtroom A-501 (no remote video or telephonic attendance permitted) to discuss the issue of the medical records and to discuss the status of the case and, if necessary, schedule further proceedings designed to bring a resolution to this lawsuit. If this date is inconvenient for any party or counsel, both sides should contact the Court (either by telephone at 303-844-4507 or email at hegarty_chambers@cod.uscourts.gov) no later than two business days before the conference to obtain a more convenient setting.

Also, pursuant to D.C.Colo.LCivR 5.1(c), Plaintiff is directed to provide her current contact information (e.g., mailing address, telephone number, email address, etc.) to the Court. The Clerk's Office (303-844-3433) may be able to assist in providing that information, if needed.