**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

      Plaintiff,

v.

PAUL WANG,

      Defendant.

---

## ORDER

---

This matter comes before the Court following Plaintiff's email to Chambers regarding redactions of the Court's June 13, 2022 Order, ECF No. 165. On July 5, 2022, the Court granted in part Intervenor Eugene Volokh's Unopposed Motion to Unrestrict that order, ECF No. 166, and ordered that within five days, Plaintiff shall email to Chambers her proposed redactions to the June 13, 2022 Order. ECF No. 173. The Court received Plaintiff's email attaching the June 13, 2022 Order with a proposed redaction on July 15, 2022. The Court has reviewed Plaintiff's proposed redaction and agrees with it. Attached to this Order as an exhibit is the redacted version of the Court's June 13, 2022 Order, ECF No. 165.

The Court reminds Plaintiff that, following her counsel's withdrawal, *see* ECF Nos. 174, 178, she remains personally responsible for complying with all court orders, deadlines, and time limitations.

DATED:  July 25, 2022

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge