IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 20-cv-2765-RMR-MEH | Date: | August 24, 2022 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:*  *Counsel:*

XINGFEI LUO,                                                        Pro Se

    Plaintiff,

v.

PAUL WANG,                                                         Katayoun A. Donnelly

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     1:01 p.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the issue of the Plaintiff's medical records.   The Court has revised the medical records and will release them to the Defendant under the Protective Order previously entered in the case.

Discussion held regarding the remaining discovery disputes related to the Plaintiff believing the Defendant's supplemental discovery responses are insufficient and the Defendant's request for admissions pertaining to the blog post in question.

**ORDERED:**   The Court releases the Plaintiff's medical records to the Defendant under the guidance of the previously stipulated Protective Order.

**Court in recess:**     2:01 p.m.
**Court in session:**     2:44 p.m.

Discussion held regarding the parties remaining discovery disputes.   The Court grants the Plaintiff's request for appointment of counsel and will attempt to find an attorney to represent for either the limited representation to complete her deposition or for full representation moving forward in the case.

**ORDERED:**   Any of Plaintiff's claims regarding economic damages are hereby WITHDRAWN,

as stated on the record, and the Plaintiff states she is seeking $200,000.00 in damages related to emotional distress.

The Plaintiff's deposition will take place in Courtroom A501 of the Alfred A. Arraj Courthouse on **September 22, 2022, at 9:00 a.m.**   At the time of the deposition, the Court will set a schedule for the remainder of the case.

The Plaintiff's oral Motion for Appointment of Counsel is GRANTED and the Court will attempt to find the Plaintiff Pro Bono Counsel.

**Court in recess:**     3:03 p.m.          Hearing concluded.
Total in-court time:    01:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.