FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2022

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff,

v.

PAUL WANG,

        Defendant.

---

### RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE THE IDENTITY OF THE AUTHOR(S) OF XINGFEI LUO'S FILINGS

---

Plaintiff submits the following Response to Defendant's motion to disclose the identity of the author(s) of XINGFEI LUO'S filings. ECF 187.

On Aug 24, 2022, in an open court[1], Paul Wang (Defendant) through his counsel mocked at Plaintiff's broken English by specifically alleging that Plaintiff could not complete a sentence when speaking English, which is the sole basis for his speculation that Plaintiff was not the author of multiple filings to the Courts.

Naturally, after being insulted for her broken spoken English Plaintiff requested service of an interpreter to improve her confidence while testifying in a deposition. Just because a

---

[1] When the birth date of Defendant's daughter is critical evidence as to when Defendant posted his online statement alleging Plaintiff committed insurance fraud, he initially lied to the court that his daughter was born in September 2019. Upon Plaintiff's request and the court's further inquiry, Defendant finally disclosed his daughter was in fact born on December 3rd, 2019. During the same hearing, Plaintiff admitted that she did plead only what she believed she had evidence to prove.

deponent requests an interpreter does not necessarily mean he or she does not understand English. The deponent may just feel more comfortable speaking in his or her native language, especially when he or she does not speak in English in his or her daily life.

However, despite Defendant's own abusive litigation behavior[2], after mocking at Plaintiff's broken English, Defendant mischaracterizes Plaintiff's request for service of an interpreter as abusive litigation behavior and refused to let her testify comfortably, e.g. in her native language.

Reading, writing, speaking and listening are independent skills. Just because a person speaks in a language does not necessarily mean he or she can read or write it. Likewise, receptive bilingualism occurs when a person understands but does not speak a language.

On Sep 6, 2022 Defendant filed a motion to disclose the identity of the author(s) of Plaintiff's filings solely based on his speculation. Defendant's attachments include only two filings with the Tenth Circuit. Defendant failed to provide any legal authority suggesting that this court has jurisdiction to order Plaintiff to disclose the identity of the author of her filings with **Tenth Circuit or other courts**. In arguing the sophistication of the legal content and presentation of Plaintiff's filing Defendant's reliance on Dkt. 183 is absurdly misplaced since Dkt. 183 was denied by the court for failure to provide appropriate legal analysis. Dkt. 185. Therefore, Defendant failed to articulate which specific filings to this court was not authored by Plaintiff.

Based on the foregoing, the Court should deny Defendant's motion to disclose the identity of the author(s) of Plaintiff's filings.

_____

Sep 8, 2022
/s/ Xingfei Luo

[2] See declaration of Xingfei Luo.

## DECLARATION OF XINGFEI LUO

I, Xingfei Luo, declare and state:

1. I am the plaintiff in this case. I have personal knowledge of the facts in this declaration. If called on to testify, I could and would competently do so under oath.

2. PAUL WANG (WANG) came to the U.S. as an international student. Prior to Wang's first marriage he did not date any obese women. However, Wang's first wife is not only obese but also six years older than Wang. Oddly, Wang's second wife is a complete opposite to his first wife, neither obese nor older. It is not difficult to believe Wang married his first wife for immigration benefit. Despite Wang's own immigration fraud and the fact that I am a legal resident in the U.S., through his counsel, Wang fabricated that I would need marriage to stay in this country and posted a man's nude photos after being rejected for marriage. A true and correct copy of the transcript is attached hereto as Exhibit 1.

3. Despite I never took down any webpage related to Wang, through his counsel, Wang fabricated that I took down a website upon his counsel's request. If Wang truly wants to find out who is the author of a website he should subpoena the website hosting company but instead he wants to search all my private cell phone data. The vicious purpose is so visible to know. A true and correct copy of the transcript is attached hereto as Exhibit 1.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: Sep 8, 2022

/s/ Xingfei Luo

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that I filed by USPS mail the foregoing with the Clerk of Court. Users registered with CM/ECF system will receive notification of such filing electronically.

Dated: Sep 8, 2022

/s/Xingfei Luo

1    THE COURT: So all that means is that you were
2 permitted to create a record --
3    MS. DONNELLY: Yes.
4    THE COURT: -- of asking for it.
5    MS. DONNELLY: I'm just putting it in context,
6 Your Honor.
7    THE COURT: Okay.
8    MS. DONNELLY: Yes. There is no allegation that
9 there was an order or any violation of an order.
10    The point is that she has been -- she has this
11 pattern of having created websites about the guys that she
12 got mad at since 2013. She posts, she obtains information
13 from them, including sensitive information such as photos,
14 including nude photos, and she posted them online. If the
15 Court recalls, she was prosecuted and convicted for one of
16 them in California, a few months ago, same pattern.
17    THE COURT: All right. What --
18    MS. DONNELLY: She goes out, she makes claims.
19 The guy says, no, I'm not going to marry you so you can stay
20 here in this country. She goes out and posts --
21    THE COURT: I understand. What --
22    MS. DONNELLY: -- naked photos.
23    THE COURT: -- your allegation is.
24    MS. DONNELLY: We provided similar information
25 about a website that she created about Mr. Wang. There were

1  similarly photos in very sensitive context that she posted
2  online. She took it down the day after I made a request in
3  this classroom. Now she, in her response to discovery, she
4  claims that she was not the author of the website, of that
5  blog, that she never created it.
6  　　　　　So we are going to have to go and subpoena that
7  information, subpoena the information from the Sheriff's
8  Office that has the information from her phone during a
9  similar period of time where she has created all these
10 things. We asked for the username for the profile
11 information for all of these websites, including the one that
12 she has admitted she created. To this day, she has not
13 produced a single username, single profile, as to what she
14 used to create these things.
15 　　　　　So denial, denial, denial, and we have no way to
16 get information other than from third parties at this point,
17 which is going to, as the Court knows, is going to be the
18 costly process of multiple subpoenas and motions to squash.
19 Because I cannot imagine that our friend here would not be
20 moving to quash our subpoenas.
21 　　　　　THE COURT: But what is your request?
22 　　　　　MS. DONNELLY: My request is to stay until at
23 least the motion to dismiss on the Rule 11 are decided. I
24 understand that the Court is not in a position, and based on
25 the relationship it appears that, you know, there's an



Alfred A. Arraj Courthouse
Clerk's Office
901 19th Street
Denver, CO 80294

80294-250151

SANTA ANA CA 925
8 SEP 2022 PM 2 L