UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

SEP 12 2022

JEFFREY P. COLWELL
CLERK

        Plaintiff,

v.

PAUL WANG,

        Defendant.

## PLAINTIFF'S MOTION TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND/OR FOR A PROTECTIVE ORDER

Pursuant to Federal Rule of Civil (FRCP) Rules 30 and 45, Plaintiff respectfully submits the following motion to quash subpoena to testify at a deposition in a civil action and/or for a protective order.

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff has conferred with Paul Wang (Defendant) and he has indicated he would oppose.

### ARGUMENT

Under FRCP Rule 45(d)(3)(A), on timely motion, the court for the district where compliance is required must quash or modify a subpoena if the subpoena requires a person to comply beyond the geographical limits specified in Rule 45(c) or subjects a person to undue burden.

On September 4, 2022 Defendant electronically served Plaintiff with a subpoena to testify at a deposition in a civil action which requires Plaintiff to appear in person in Denver for the deposition. The subpoena fails to comply with FRCP Rule 45(c)(1)(B) which provides that a

subpoena may command a person to attend a deposition only within the state where the person resides, is employed, or regularly transacts business in person, if the person is a party. Plaintiff resides in Los Angeles County, California and the place set for deposition is not within the state of California.

The subpoena fails to comply with FRCP Rule 45(d)(1) as it imposes undue burden[1] and expense on Plaintiff. The deposition is set over 1,000 miles away from where Plaintiff resides despite the alternatives of a telephone or other remote means are available. See FRCP Rule 30(b)(4). Defendant made no efforts to ease this burden on Plaintiff by attempting to effectuate such deposition by alternative means during pandemic. Plaintiff should not have to bear the burdensome expenses when the deposition should or could have been taken place remotely or in California.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully request that this Court quash Defendant's subpoena or issue a protective order requiring Defendant to pay for all Plaintiff's travel expenses, including, but not limited to, airfare, food, ground transportation, lodging, and other incidentals necessary for the September 22, 2022 deposition, and, for such further and additional relief as this Court deems just and proper.

Dated: September 6, 2022                    Respectfully submitted,

                                            /s/ Xingfei Luo

---

[1] Plaintiff travelled to Denver to appear in person for the August 24, 2022 status conference. After her trip back to California she was tested positive for Covid despite she was fully vaccinated and wearing a mask all the time.

## DECLARATION OF XINGFEI LUO

I, Xingfei Luo, declare and state:

1.   I am the plaintiff in this case. I have personal knowledge of the facts in this declaration. If called on to testify, I could and would competently do so under oath.

2.   A true and correct copy of defendant's subpoena to testify at a deposition in a civil action dated on September 4, 2022 is attached hereto as Exhibit 1.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: September 6, 2022

*/s/ Xingfei Luo*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court. Parties registered with the CM/ECF system will be notified of such filing through CM/ECF system.

Dated: September 6, 2022

*/s/ Xingfei Luo*

EXHIBIT 1

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | | |
|---|---|---|
| XINGFEI LUO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:20-cv-02765-RMR-MEH |
| PAUL WANG | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                          XINGFEI LUO

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Judge Hegarty's Courtroom, Alfred A. Arraj United States Courthouse A542 / Courtroom A501, 901 19th St, Denver, CO 80294 | Date and Time: 09/22/2022 9:00 am |
|---|---|

The deposition will be recorded by this method:   Audio and Video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: List of all cases you have been deposed in or have been called as a witness.
Transcripts of all depositions where you have been deposed.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/04/2022

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | /s/ Katayoun A. Donnelly |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   (Paul Wang)
Katayoun A. Donnelly, Azizpour Donnelly LLC                       , who issues or requests this subpoena, are:
2373 Central Park Blvd., Suite 100, Denver, Colorado 80238, katy@kdonnellylaw.com, (720)675-8584

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).