UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

Plaintiff,

v.

PAUL WANG,

Defendant.

## PLAINTIFF'S MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Pursuant to Federal Rule of Civil (FRCP) Rules 26 and 45, Plaintiff respectfully submits the following motion to quash subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action.

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff has conferred with Paul Wang (Defendant) and he has indicated he would oppose.

### ARGUMENT

Under FRCP Rule 45(d)(3)(A), on timely motion, the court for the district where compliance is required must quash or modify a subpoena if the subpoena subjects a person to undue burden. Per FRCP 26(b)(2)(C), on motion or on its own, the court must limit the frequency or extent of discovery otherwise allowed by these rules or by local rule if it determines that: (i) the discovery sought is unreasonably cumulative or duplicative, or can be obtained from some other source that is **more convenient, less burdensome, or less expensive**; (ii) the party

seeking discovery has had ample opportunity to obtain the information by discovery in the action; or (iii) the proposed discovery is **outside the scope permitted by Rule 26(b)(1)**.

## I.      FAILURE TO ESTABLISH RELEVANCY

The remaining issue, as discussed during the August 24, 2022 status conference[1], is whether Plaintiff filed a false police report to commit insurance fraud in 2013. Decl, Luo ¶3-11. It is absurd that Defendant never subpoenaed the insurance company, nor did he subpoena the bank that issued the check.

On September 4, 2022 Defendant electronically served Plaintiff with a subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action which is propounded to Los Angeles County Sheriff's Department (LASD). The subpoena demands production of all of Plaintiff's electronic data, including but not limited to call logs, device locations, passwords, searched items, web history, texts, databases, documents, user accounts, calendar, emails, photographs, bank information, videos, and audio. Decl, Luo ¶12.

Courts have routinely held that "it is a generally accepted rule that standards for non-party discovery require a stronger showing of relevance than for party discovery." See, e.g., *Pinehaven Plantation Prop., LLC v. Mountcastle Family LLC*, No. 1:12-CV-62, 2013 WL 6734117 (M.D. Ga. Dec. 19, 2013).

---

[1] When the birth date of Defendant's daughter is critical evidence as to when Defendant posted his online statement alleging Plaintiff committed fraud he initially lied to the court that his daughter was born in September 2019. Upon Plaintiff's request and the court inquiry, Defendant finally disclosed his daughter was in fact born in December 3rd, 2019.

First, what the subpoena demands is all of Plaintiff's private cell phone data that was unlawfully downloaded by LASD in July 2019[2]. It is difficult to see how Plaintiff's 2019 cell phone data have anything to do with her "insurance fraud" committed in 2013.

Second, Defendant never tried to directly propound Plaintiff to produce her cell phone data. If Plaintiff possesses whatever relevant to the claim and defense at issue here it is unreasonable to propound and burden a third-party to produce the information that is readily in Plaintiff's possession.

## II.      FAILURE TO COMPLY WITH RULE 26(b)

Rule 26(b)'s proportionality limitations apply equally to subpoenas to non-parties. Concern for the unwanted burden thrust upon non-parties is a factor entitled to special weight in evaluating the balance of competing needs. *Cusumano v. Microsoft Corp.*, 162 F.3d 708, 717 (1st. Cir. 1998).

A third-party subpoena requesting production of documents or electronically stored information must describe the documents or information sought with a reasonable amount of precision. Parties to a lawsuit cannot use third-party subpoenas to conduct "fishing expeditions" for evidence. A subpoena cannot compel production of information or communications covered by a legal privilege, such as attorney-client privilege, joint defense privilege, or other statutory or common law privileges, or which constitute protected work product.

Defendant's catch-all subpoena with no time and scope is overly broad, vague, ambiguous, confusing, harassing, and oppressive as it seeks information that is unlikely to lead to the discovery of admissible evidence. It also seeks the disclosure of privileged and

---

[2] A petition for a writ of certiorari is currently pending in the Supreme Court of United States. A litigation is pending in the state court.

confidential information, including information is protected by court orders and Plaintiff's right

of privacy. It also seeks the disclosure of information that would violate the right of privacy of

Plaintiff's family members, friends, and co-workers. It further seeks information already

obtained or obtainable from sources that are more convenient, less burdensome, or less

expensive, as set out in the Federal Rules of Civil Procedure. In the event that Defendant wants

to find out who posted what particular online post Defendant should subpoena the website

hosting company as Plaintiff never posted anything online using her cell phone. Decl, Luo ¶2.

### III.    FAILURE TO COMPLY WITH RULE 26(b)

The subpoena fails to comply with FRCP Rule 45(d)(1) as it imposes undue burden  and

expense on a third party. The subpoenaed data was created using a proprietary forensic software.

The data is unreadable without proprietary software used by law enforcement. Decl, Luo ¶13. It

is unclear how Defendant wants to read the unreadable data without proprietary software used by

law enforcement.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully request that this

Court quash Defendant's subpoena to produce documents, information, or objects or to permit

inspection of premises in a civil action dated on September 4, 2022 in its entirety, and, for such

further and additional relief as this Court deems just and proper.

Dated: September 6, 2022                      Respectfully submitted,

                                              */s/ Xingfei Luo*

## DECLARATION OF XINGFEI LUO

I, Xingfei Luo, declare and state:

1.   I am the plaintiff in this case. I have personal knowledge of the facts in this declaration. If called on to testify, I could and would competently do so under oath.

2.   I did not use cell phone to post anything online. Had I posted anything online I would have used my laptop. I have been using laptop since 2005.

3.   On Sep 2, 2013 proof of claim was signed and submitted by Paul Wang as claimant. A true and correct copy of the signed proof of claim is attached hereto as Exhibit 1.

4.   On Sep 3, 2013 at 3:40 pm Claim was initiated by Paul Wang. Email was sent to student007@hotmail.com, the exact same email address he provided to this court. See Dkt. 28. A true and correct copy of the correspondence is attached hereto as Exhibit 2.

5.   On Sep 4, 2013 Paul Wang emailed Travelex to claim trip interruption with attachment of police report. On Sep 5, 2013 Paul Wang emailed Travelex the cancellation of reservation.  A true and correct copy of the email correspondence is attached hereto as Exhibit 3.

6.   On Sep 11, 2013 at 2:34pm Paul called to check status. Email was sent to student007@hotmail.com, the exact same email address he provided to this court. See Dkt. 28. A true and correct copy of the call log is attached hereto as Exhibit 2.

7.   On Sep 11, 2013 at 2:59 pm Paul Wang emailed his credit card statement to Travelex, indicating that he paid $1337 for the air tickets and $62 for the insurance. A true and correct copy of the email correspondence is attached hereto as Exhibit 4.

8.   On Sep 18, 2013 at 6:02 pm Paul called for status and insisted on the inquiry of the claim amount. A true and correct copy of the call log is attached hereto as Exhibit 2.

9.   All of the above insurance related documents were disclosed to Defendant and his counsel on July 7, 2022.

10.  In 2013 I was a foreign visitor in the U.S. which was well aware by defendant Paul Wang. I did not have a social security number in 2013. I did not have a bank account in 2013 in the U.S. I did not cash the check issued by the insurance company. In fact,

Paul Wang cashed the check and took the money. I received not a single dime from the insurance company. I never made any contact with the insurance company for any claim. Everything was done and controlled by Paul Wang. Despite Wang was the claimant and pocketed all the insurance money he fabricated that I committed insurance fraud and filed a false police report.

11.  Defendant never subpoenaed the insurance company or Chase bank. After Defendant filed the insurance claim, Chase issued a check to my name but was cashed by Paul Wang. A true and correct copy of the subpoena served on Chase is attached hereto as Exhibit 5.

12.  A true and correct copy of defendant's subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action is attached hereto as Exhibit 6.

13.  My phone data was created using a proprietary forensic software. The data is unreadable without proprietary software used by law enforcement. A true and correct copy of the statement made by LASD in a prior litigation is attached hereto as Exhibit 7.

14.  A true and correct copy of the conferral is attached hereto as Exhibit 8.

I declare under penalty of perjury, that the foregoing is true and correct.

Dated: September 6, 2022

*/s/ Xingfei Luo*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court. Parties registered with the CM/ECF system will be notified of such filing through CM/ECF system.

Dated: September 6, 2022

*/s/ Xingfei Luo*

# EXHIBIT 1

**Claims Administration Office for Stonebridge Casualty Insurance**
**Travelex Claims**
4600 Witmer Industrial Estates, Suite 6
Niagara Falls, NY 14305
Telephone: 1-855-876-3447  Fax: 877-367-2496

| TRIP INTERRUPTION |
| NON MEDICAL CLAIM FORM |

**Please Note:**  *Benefits under any coverage will not be paid for expenses reimbursed or services provided by any other source.*
*Benefits cannot be duplicated under this Protection Plan.*

### PROOF OF CLAIM MUST BE SUBMITTED WITHIN 90 DAYS OF THE OCCURRENCE

| Part I | GENERAL INFORMATION |
|---|---|

Claimant's Name *(Last, First)*  WANG , PAUL   Claimant is Paul Wang
Conf. No./Booking No.  16641208
Date of Birth  ▓▓▓▓▓

Full Address  11505 E. Virginia Place, Aurora, CO 80012 Paul Wang's residence in 2013.

Home Phone No.  720 323 1113 Same phone # as Dkt. 28
Business Phone No.

Full name of all persons claiming
1) N/A
2)
3)
4)

Ages / Relationship to Claimant / Policy No.

Tour Operator's Name (e.g. Cruise Line, Airline, etc)
Cheap Oair

Travel Suppliers Name  Cheap O air
Telephone No.

Travel Supplier's Address  135 W 50th Street, Suite 500, New York, NY 10020

| Date Initial Deposit Paid for Trip | Date of Final Payment for Trip | Departure Date | Scheduled Return Date | Actual Return Date |
|---|---|---|---|---|
| 06/17/2013 | 06/17/2013 | 07/03/2013 | 09/11/2013 | |
| *(MM / DD / YY)* | *(MM / DD / YY)* | *(MM / DD / YY)* | *(MM / DD / YY)* | *(MM / DD / YY)* |

Departure City  Hong Kong, China
Destination *(City, Country)*  Denver, USA

| Part II | EXPLANATION OF LOSS |
|---|---|

Type of claim   ☐ Cancellation   ☒ Interruption

Reason for cancellation/interruption/delay
Passport lost /stolen

| Total Amount of Claim (in US $) | Tour Cost Per Person (in US $) | Cruise Cost Per Person (in US $) | Air Fare Per Person (in US $) |
|---|---|---|---|
| 1364 00 | 1364.00 | N/A | 1364.00 |

| Date trip was cancelled, interrupted or delayed  08/31/2013  *(MM / DD / YY)* | Length of delay (hours, days)  N/A | Did you receive a refund from the Travel Agent/Tour Operator after cancellation?  ☐ Yes  ☒ No | If Yes, please indicate amount  N/A |
|---|---|---|---|

**For Trip Interruption, please indicate any additional transportation cost incurred**

| Type of Expense | Date Incurred *(MM / DD / YY)* | Amount |
|---|---|---|
| 1) N/A | | |
| 2) | | |
| 3) | | |

**Please enclose the original receipts for the above claimed expenses**

**IMPORTANT – CLAIM CANNOT BE PROCESSED IF THIS FORM IS INCOMPLETE. PLEASE COMPLETE ALL APPLICABLE AREAS.**

## EXPLANATION OF LOSS CONTINUED

| Scheduled number of nights on Trip | Number of nights missed due to Interruption | Was the Interruption caused by the Common Carrier? (i.e. Airline, Cruise Line, etc)  ☐ Yes  ☒ No | If Yes, was any compensation received?  ☐ Yes  ☐ No |
|---|---|---|---|
| N/A | N/A | | |

| If Yes, please explain or indicate amount (In US $) | Name of Airline on which you returned home or rejoined Trip |
|---|---|
| N/A | |

| Point of departure | Destination |
|---|---|
| Denver, CO, USA | Hong Kong, China |

| Date returned home or rejoined Trip | Was this the lowest fare available? | Was a substitute flight provided by the Tour Operator/Airline? | Did you receive a credit for future travel? |
|---|---|---|---|
| N/A  (MM / DD / YY) | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

| Is the original unused return ticked enclosed? | If Not, Please Explain |
|---|---|
| ☒ Yes  ☐ No | N/A |

IF THE INTERRUPTION WAS CAUSED BY THE COMMON CARRIER, PLEASE ATTACH WRITTEN NOTIFICATION FROM THE COMMON CARRIER REGARDING CANCELLATION OR PROVIDE DETAILS REGARDING DELAY AND TIMES.

## Part III                                    OTHER COVERAGE

| Did you purchase any portion of your trip on a Credit Card?  ☒ Yes  ☐ No | If Yes, name and type of Credit Card (e.g. Visa Gold card)  Chase Sapphire |
|---|---|

| Do you have any other Insurance Coverage/Plans? (e.g. Travel, Credit Cards, etc)  ☐ Yes  ☒ No | Has your loss been reported to any other Insurance Company?  ☐ Yes  ☒ No | If Yes, which Company?  N/A |
|---|---|---|

| 1) Name of Insurance Company | Policy No. | Telephone No. |
|---|---|---|
| | | |

Address of Insurance Company

| 2) Name of Insurance Company | Policy No. | Telephone No. |
|---|---|---|
| | | |

Address of Insurance Company

**I DECLARE THAT THE ABOVE INFORMATION IS TRUE, COMPLETE AND CORRECT.**
*I/We authorize any other Insurance plan, under which I/We have coverage, to disclose information as may be necessary or to make payment in respect of my/our claim to Stonebridge Casualty Insurance Company directly. I/We also authorize Stonebridge Casualty Insurance Company to disclose to any other Plan, under which I/We have coverage, any and all information as may be necessary with respect to my/our claim.*

| Signature of Insured/Claimant      Same signature as Dkt. 28 | 9/2/2013  Date        (MM / DD / YY) |
|---|---|

| Signature of Insured/Claimant | Date        (MM / DD / YY) |
|---|---|

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment | or | Blueprint Payment |
|---|---|---|---|---|---|
| 08/01/13 | $1,905.64 | $25.00 | $84.00 | | $123.86 |

**Account number:** ████████ 6643

$ _____

**Make your check payable to:**
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

████████████4300008400001905640001238600000000

3847 BEX Z 18513 D
PAUL M WANG
11509 E VIRGINIA PL
AURORA CO 80012-2257

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

Paul Wang's residence in 2013

5000 1602 8   ████████   66436

# CHASE ❖
## SAPPHIRE™

Manage your account online: www.chase.com
Customer Service 1-800-493-3319
Additional contact information on back ➡

| ACCOUNT SUMMARY | |
|---|---|
| Account Number: 4147 2021 1930 6643 | |
| Previous Balance | $313.90 |
| Payment, Credits | $0.00 |
| Purchases | +$1,551.63 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$25.00 |
| Interest Charged | +$15.11 |
| New Balance | $1,905.64 |
| Opening/Closing Date | 06/05/13 - 07/04/13 |
| Credit Access Line | $18,700 |
| Available Credit | $0 |
| Cash Access Line | $3,740 |
| Available for Cash | $0 |

**PAYMENT INFORMATION**

| | |
|---|---|
| New Balance | $1,905.64 |
| Payment Due Date | 08/01/13 |
| Minimum Payment Due | $59.00 |
| Past Due Amount | $25.00 |
| Total Minimum Payment Due | $84.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $3,462 |
| $66 | 3 years | $2,390 (Savings=$1,072) |

If you would like information about credit counseling services, call 1-866-797-2885.

**Please pay the Minimum Payment shown at the top of this statement.** It includes any past due and amounts over the credit access line.  The minimum payments used to calculate the estimates shown in the above table do not include past due or amounts over the credit access line.

| ULTIMATE REWARDS® SUMMARY | | |
|---|---|---|
| Previous points balance | 321 | Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com |
| + 1 Point per $1 on all other purchases | 1,552 | |
| + 1 Point per $1 earned on dining | 67 | |
| + Bonus points on Ultimate Rewards Travel | 0 | |
| + Points transferred to another account | -321 | |
| = Total points available for redemption | 1,619 | |

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

| BLUEPRINT SUMMARY | | | |
|---|---|---|---|
| Here is a summary of your plan totals for this month: | | | |
| 💳 Full Pay | 🔀 Split | 🏁 Finish It | **BLUEPRINT Payment**  $123.86 |
| $66.94 | For details go to www.chase.com/blueprint | For details go to www.chase.com/blueprint | NOTE: Pay this amount to stay on track with your Blueprint plan(s). This amount includes your minimum payment due, so only one payment is needed. |

See the BLUEPRINT Feature Activity section of this statement for more details on this month's activity.

Statement Date:   06/05/13 - 07/04/13
Account Number:   4147 2021 1930 6643
Page 2 of 3
OVER

Paul Wang's credit card statement. In June 2013 Plaintiff was not in the U.S.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | **PURCHASES** | |
| 06/03 | IKEA CENTENNIAL CENTENNIAL CO | |
| 06/02 | THE HOME DEPOT 1501 AURORA CO | 8.83 |
| 06/05 | BROCK & COMPANY - 352 MALVERN PA | 53.31 |
| 06/03 | HARBOR FREIGHT TOOLS 59 AURORA CO | 3.42 |
| 06/15 | SUSHI KATSU GREENWOOD VLG CO | 32.38 |
| 06/19 | CHEAPOAIR.COM AIR 888-793-4229 NY | 29.69 |
| 06/18 | AMERICAN AI 0017287055136 NEW YORK NY | 62.00 |
| | | 1,337.00 |
| | 070313  1 N     HKG     NRT | |
| | 2 N     NRT     LAX | |
| | 3 NX    LAX     DEN | |
| | 4 NO    DEN     ORD | |
| 06/22 | SUSHI KATSU GREENWOOD VLG CO | 25.00 |
| | **FEES CHARGED** | |
| 07/01 | LATE FEE | 25.00 |
| | TOTAL FEES FOR THIS PERIOD | $25.00 |
| | **INTEREST CHARGED** | |
| 07/04 | PURCHASE INTEREST CHARGE | 15.11 |
| | TOTAL INTEREST FOR THIS PERIOD | $15.11 |

$62 paid for insurance.
$1337 paid for air tickets.
All was paid by Paul Wang.

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $25.00 |
| Total interest charged in 2013 | $15.11 |
| Year-to-date totals reflect all charges minus any refunds applied to your account. | |

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 15.24% (v) | $1,206.28 | $15.11 |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 15.24% (v) | -0- | -0- |

(v) = Variable Rate                                          30 Days In Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other Important Information, as applicable.

## BLUEPRINT FEATURE ACTIVITY

 Full Pay                                 **Full Pay Payment Due: $66.94**

Below is your spending in your Full Pay categories. You can avoid Interest when you pay these purchases in full each month, even when you carry a balance. Remember, you can change your categories any time.

| Full Pay Category | Category Spending | Number of Transactions |
|---|---|---|
| Restaurants | $66.94 | 4 |
| Department/Clothing Store | $0.00 | 0 |
| Drugstores | $0.00 | 0 |
| Entertainment | $0.00 | 0 |
| Gas Stations | $0.00 | 0 |
| Grocery Stores | $0.00 | 0 |
| Health Club/Memberships | $0.00 | 0 |
| Dry Cleaner/Laundromats | $0.00 | 0 |
| Office Supply Stores | $0.00 | 0 |
| Salon/Beauty Supply | $0.00 | 0 |
| Transit | $0.00 | 0 |
| Utilities | $0.00 | 0 |
| Wholesale/Discount Club | $0.00 | 0 |
| All Blink Purchases | $0.00 | 0 |
| **Total** | **$66.94** | |

X 0000001  FIS33338 D 13          000  N  Z  04  13/07/04          06530   MA MA  33847   1851000013000338470Z          Page 2 of 3

EXHIBIT 2

3/10/22, 9:21 AM

ORIS - PROD

RPOLICELLI

Log Out

ORIS - PROD - Version 4.1.0.38439

| Home | Organization | Policy | Claims | Reports | Accounting | Activities | Utilities |

Claim: 201A713842-1   Policy: 201A713842

[Return]   Connections: [ 201A713842-1 ]   [ /CLOSED / Trip Interruption ⌄ ]

| | |
|---|---|
| Insured: | |
| Plan: | 201A - cheapOair Base (TXS-OaBase) |
| Benefit: | Trip Interruption (TI) |

| Opened: | jbotelho (09/06/2013) |
| Closed: | dmcnally (09/17/2013) |
| Loss Date: | 08/31/2013 |

| Travel Dates: | 07/03/2013 - 09/12/2013 |
| Application Date: | 06/18/2013 |
| Effective Date: | 06/19/2013 |

| Branch: | FAREPORTAL INC (32-0493) |
| Reserve Available: | 0.00 |
| EOC Num: | 201A-0112 |

Admin Overview:   Not Available

**View**

Claim Info

Policy Connections (0)

Activities (17) »

Documents (11)

Tasks (0/3)

Notes (0)

Workflows (0)

Policy Summary

Events (9)

Payees (0)

**Actions**

Change Status

Add Payment

Add Recovery

Authorize Payments (0)

Delete Claim

**Activities**

Ref Num: [(all) ⌄]   Activity Type: [(all) ⌄]

[Add Activity]

| ! | Created | Context | Ref Num | Acty Type | Title | Details | Email Subject | Email To | Email Body | Document(s) | Operator | Actions |
|---|---------|---------|---------|-----------|-------|---------|---------------|----------|------------|-------------|----------|---------|
| | 12/15/2021 01:10 PM | Claim | 201A713842-1 | Miscellaneous | Miscellaneous | Documents from file have been uploaded. | | | | Copy of RA Sheets & Notes from Examiner (394883).pdf TINM form (394984).pdf Email from Mutesh Thakur (394885).pdf Emails from Paul Wang (394886).pdf CC Statement (394887).pdf Police Report (394888).pdf | Sarah Williams | |
| | 12/15/2021 09:59 AM | Claim | 201A713842-1 | Review | Note to File | File retrieved from to storage. File contents to be scanned to ORIS and original file to be held in the office. No action needed regarding subpoena at until received. | | | | | Mamie English | |
| | 12/07/2021 01:18 PM | Claim | 201A713842-1 | Review | Note to File | Emailed management regarding possible subpoena. | | | | | Debbie McNally | |
| | 12/07/2021 01:11 PM | Claim | 201A713842-1 | Incoming Email | CL-Legal | Dec 7, 2021 Email from Paul Wang

Hello Traveler,

Please preserve all documents for Policy #: 201A713842

We will be sending subpoena for all documents and cashed check copies/information soon for a federal lawsuit.

Thanks, | | | | FW Auto Reply RE:EXTERNAL - Re Policy # 201A713842 Correspondence Letter (Thread 807495) (393190).pdf | Cindy Dungavel | |

1/3

3/10/22, 9:21 AM

ORIS - PROD

| | | | | Paul | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | show less | | | | | | | | |
| 07/14/2021 11:23 AM | Claim | 201A713842-1 | Review | Note to File | Management has already been advised of the email received from Paul Wang, Transamerica is being contacted as per CT's activity below. Emailed CT to advise an email is now submitted from lawyer. | | | | | | | Debbie McNally |
| 07/14/2021 11:17 AM | Claim | 201A713842-1 | Incoming Email | CL-Legal | July 14, 2021<br>Email from Azizpour Donnelly, LLC | | | FW EXTERNAL Legal Hold - Re Policy # 201A713842 i368161).pdf | | | | Cindy Dungavel |
| | | | | | From: Cassandra Timms<br>Sent: Wednesday, July 14, 2021 11:15 AM<br>To: Angela Madathil<br>Cc: TIS Reviews ; CC Supervisor<br>Subject: RE: [EXTERNAL]Policy #: 201A713842 Correspondence Letter - claims documentation request<br><br>Good morning Angela –<br><br>We are aware of an inquiry from an individual by the name of Paul Wang and his attorney. This is not the insured on this policy, so are unable to provide policy/claim details. We will be consulting Transamerica.<br><br>Thanks for providing the heads-up.<br><br>Cass<br><br>Cassandra Timms<br>Vice President | A&S Operations<br><br>T: 905.523.5936 x1353 | F: 866.551.1704 | TF: 800.465.0661 x1353<br>ctimms@orican.com<br>Old Republic Canada | Old Republic Insurance Group<br>100 King St.W., Hamilton, ON L8N 3K9<br>www.orican.com<br>show less | | | | | | | |
| 07/14/2021 11:16 AM | Policy | 201A713842 | Incoming Email | CL-Legal | | | | RE EXTERNALPolicy # 201A713842 Correspondense Letter - claims documentation request i368154).msg | | | | Brenda Lupton |
| 03/12/2021 04:36 PM | Claim | 201A713842-1 | Incoming Call | CL-Insured | Insured's friend called to ask about status of claim. He asked if payment was issued. Explained that yes, however I cannot release details as I can only provide to insured directly. He advised that this person has filed lawsuit against him. Apologized but advised legally without written auth I cannot provide at this time. He wanted me note to note that they may have to subpoena records for lawsuits. Advised would note file.<br>show less | | | | | | | Melissa Charko |
| 09/18/2013 06:02 PM | Claim | 201A713842-1 | Incoming Call | CL-Insured | Insured boyfriend called for status. I adv check issued Sept 17th. He insisted on the amount adv to have the insured contact us. | | | | | | | Emmanuel Kimenyi |

3/10/22, 9.21 AM

ORIS - PROD

| Date/Time | Type | Claim No. | Activity | Status | Description | Document | User |
|---|---|---|---|---|---|---|---|
| 09/17/2013 11:02 AM | Claim | 201A713842-1 | Incoming Mail | CL-Insured | Sept 17, 2013 Note from Mukesh Thakur  TICKET COST IS $1346.00. INSURANCE IS NON-REF.  UNUSED RETURN TICKET IS $673.00. | | Cindy Dungavel |
| 09/17/2013 08:32 AM | Claim | 201A713842-1 | Review | File to Checking | ALSO - POLICY IS FOR XINGFEI LUO. ALL DOCS ON FILE RELATE TO THIS PERSON. PAYMENT IS TO THE INSURED. THERE IS NO AUTH ON FILE TO PAY A THIRD PARTY. show less | | Debbie McNally |
| 09/12/2013 08:40 AM | Claim | 201A713842-1 | Incoming Email | CL-Insured | Sept 11, 2013 Note from Paul Wang CC Stat ement | | Cindy Dungavel |
| 09/11/2013 02:34 PM | Claim | 201A713842-1 | Incoming Call | CL-Insured | Paul called to check status. Advised requesting POP. He advised insured hasnt returned home and has cancelled return ticket.  Emailed correspondence to student007@hotmail.com | | Maja Dodik |
| 09/10/2013 01:39 PM | Claim | 201A713842-1 | Outgoing Letter | CL-Insured | requesting proof of payment for TINM -- if insured incurred a change fee as passport was stolen. No pop on file. Just police report.  emailed fareportal  file to: pending. | Correspondence Merge(LTR001 - Blank with Tokens)- ENGLISH.docx | Brittany Bienker |
| 09/06/2013 03:43 PM | Claim | 201A713842-1 | Incoming Email | CL-Insured | Sept 5, 2013 Email from Insured TINM Form. Police Report Email from Insured Email from CheapOair | | Jennifer Botelho |
| 09/04/2013 02:52 PM | Policy | 201A713842 | Incoming Call | CL-Insured | Insured called with general process questions - advised. Advised claim forms sent by e-mail not yet registered. | | Robert Steele |
| 09/03/2013 03:40 PM | Policy | 201A713842 | Outgoing Email | CL-Claim Form Sent | Claim initiated. Paul requested TINM emailed to: student007@hotmail.com. He advised passport was stolen. Advised of report. | Correspondence Merge(FORM-PKG010A-Trip Interruption Non-Medical)- ENGLISH.docx | Maja Dodik |

EXHIBIT 3

SOIA713842

**Shelly Fozard**

| | |
|---|---|
| From: | TravelexClaims |
| Sent: | Thursday, September 05, 2013 5:28 PM |
| To: | Shelly Fozard; Cindy Dungavel |
| Subject: | FW: CheapOair.com Booking # 16641208 |

**From:** Paul Wang [mailto:stealthzeus@gmail.com]
**Sent:** Thursday, September 05, 2013 5:24 PM
**To:** TravelexClaims
**Subject:** Fwd: CheapOair.com Booking # 16641208

This is regarding the claim for booking number 16681208. The attached email is from cheapoair confirming the cancellation of reservation.

Paul

Sent from my Samsung Galaxy Note® II

-------- Original message --------
From: cheapoair@cheapoair.com
Date: 09/05/2013 3:20 PM (GMT-07:00)
To: stealthzeus@gmail.com
Subject: CheapOair.com Booking # 16641208

Dear ███████

Thank you for choosing CheapOair.com.

This is in reference to booking #16641208
As per our telephone conversation, we would like to reconfirm the following details:
The ticket you have purchased is non-refundable but can be changed with a penalty of $103.00 plus difference in fare if any. The Changes have to be made prior to the departure date.  We have cancelled the return reservation as per your request.
Please reply to this email to confirm this conversation.

Thank You,
CheapOair.com

1

**Shelly Fozard**

| | |
|---|---|
| From: | TravelexClaims |
| Sent: | Wednesday, September 04, 2013 4:29 PM |
| To: | Shelly Fozard |
| Cc: | Cindy Dungavel |
| Subject: | FW: Booking Number 16641208 Trip Interruption Claim |
| Attachments: | OpheliaClaim023.pdf |

**From:** Paul Wang [mailto:student007@hotmail.com]
**Sent:** Wednesday, September 04, 2013 4:25 PM
**To:** TravelexClaims; Me Haha
**Subject:** Booking Number 16641208 Trip Interruption Claim

Hi,

I am claiming trip interruption for booking number 16641208 due to theft of passport.
Please find the form and police report attached. Please let me know what else we need to provide.

Thank you.

Paul

1

EXHIBIT 4

**Cindy Dungavel**

201A7138HZ

| | |
|---|---|
| **From:** | TravelexClaims |
| **Sent:** | Wednesday, September 11, 2013 3:46 PM |
| **To:** | Shelly Fozard; Cindy Dungavel |
| **Subject:** | FW: Credit card statement |
| **Attachments:** | creditcard.pdf |

**From:** Paul Wang [mailto:stealthzeus@gmail.com]
**Sent:** Wednesday, September 11, 2013 2:59 PM
**To:** TravelexClaims
**Subject:** Fwd: Credit card statement

Hi, this is regarding booking number 16641208. In the attached statement there are two transactions. One for the tickets, $1337, the other for the insurance $62.

Paul

Sent from my Samsung Galaxy Note® II

1

EXHIBIT 5

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| Xingfei Luo | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:20-cv-02765-RMR-MEH |
| Paul Wang | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                          JPMorgan Chase Bank, N.A.
          c/o CT Corporation Systems (700 Kansas Lane, Mail Code LA4-7300, Monroe, LA 71203)
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents, communications or other tangible things related to the check #4410030999 issued on Sep 17, 2013 by Stonebridge Casualty Insurance Company Claims Administration Office (4600 Witmer Industrial Estates, Suite 6, Niagara Falls, NY 14305.)

| Place: Electronic service is required to co20_2765@mail.com | Date and Time: |
|---|---|
| | 10/11/2022 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/11/2022

_____                          OR          _____
*Signature of Clerk or Deputy Clerk*                                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Xingfei Luo
_____, who issues or requests this subpoena, are:

PO BOX 4886, El Monte, CA 91734; co20_2765@mail.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT 6

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| XINGFEI LUO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:20-cv-02765-RMR-MEH |
| PAUL WANG | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   County of Los Angeles, Sheriff's Department, Los Angeles Civil Process Branch, 110 N. Grand Ave., Room 525, Los Angeles, California 90012

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Xingfei Luo's electronic data, including but not limited to call logs, device locations, passwords, searched items, web history, texts, databases, documents, user accounts, calendar, emails, photographs, bank information, videos, and audio, as described in ███████████████████████, attached.

| Place: County of Los Angeles, Sheriff's Department, Los Angeles Civil Process Branch, 110 N. Grand Ave., Room 525, Los Angeles, California 90012 | Date and Time: 09/20/2022 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   09/06/2022

*CLERK OF COURT*

OR

_____          /s/ Katayoun A. Donnelly
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   (Paul Wang)
Katayoun Donnelly, Azizpour Donnelly LLC_____, who issues or requests this subpoena, are:
2373 Central Park Blvd., Suite 100, Denver, Colorado 80238, katy@kdonnellylaw.com, (720)675-8584

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT 7



**F.   Issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced**

The Los Angeles County Sherriff's Department is in possession of a copy of some of the contents of ▮▮▮ cell phone, which was created using a proprietary forensic software. The data is unreadable without proprietary software used by law enforcement. That copy of data is in evidentiary storage and Defendants are currently enjoined from accessing or doing anything with that evidence, pursuant to this Court's order dated ▮▮▮▮. (See Docket No. 54.) ▮▮▮▮ ▮ ▮

///
///
///

COLLINS COLLINS
MUIR + STEWART LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax   (626) 243-1111

*22240*

7

**DEFENDANTS' CASE MANAGEMENT REPORT**

EXHIBIT 8



## Re: Notice of Deposition and Subpoena

**From:**   co20_2765@mail.com
**To:**   katy@kdonnellylaw.com
**Cc:**   "Katayoun Donnelly" <katy@kdonnellylaw.com>
**Date:**   Sep 4, 2022 4:55:20 PM

Attached please find plaintiff's request for service of interpreter.
I will be filing two motions to (1) quash your subpoena to LASD and (2) quash your deposition subpoena and for a protective order requiring defendant to pay plaintiff's travel costs, including but not limited to airfares, hotel, ground transportation, and meals.
In order to engage in meaningful conferral, please provide the following information regarding your subpoena to LASD:
call logs: what time frame, what subject, calls to and from whom

device locations: what time frame for what purposes

passwords: what specific passwords for what purposes

searched items: what time frame, what subject, for what purposes

web history: what time frame, what subject, for what purposes

texts: what time frame, what subject, texts to and from whom

databases: : what specific data for what purposes

documents: : what specific documents for what purposes

user accounts: what specific user accounts for what purposes

calendar: what time frame for what purposes

emails: what time frame, what subject, emails to and from whom

photographs: what specific photographs for what purposes

bank information: what specific bank for what purposes

videos: what specific videos for what purposes

audio: what specific audio for what purposes

Please let me know your position.

Thank you.

> **Sent:** Sunday, September 04, 2022 at 2:45 PM
> **From:** "Katayoun Donnelly" <katy@kdonnellylaw.com>
> **To:** "co20_2765@mail.com" <co20_2765@mail.com>
> **Cc:** "Katayoun Donnelly" <katy@kdonnellylaw.com>
> **Subject:** Notice of Deposition and Subpoena
>
> Good afternoon,



Clerk's Office
901 19th Street
Denver, CO 80294