IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2022.**

    Plaintiff's Motion to Quash Subpoena to Testify at a Deposition [filed September 12, 2022; ECF 192] is **denied**. Plaintiff's deposition is occurring pursuant to the Court's own order.

    The Court reminds Plaintiff that pursuant to D.C.Colo.LCivR 5.1(c), she is directed to provide her current contact information (e.g., mailing address, telephone number, email address, etc.) to the Court. The Clerk's Office (303-844-3433) may be able to assist in providing that information, if needed. On July 12, 2022, the Court ordered her to provide contact information at ECF 180, but to date, she has not complied. She shall bring herself into compliance by **September 22, 2022** (the date of her courtroom deposition).

    Because the Court has no contact information for Plaintiff, counsel for Defendant shall forward a copy of this Minute Order to Plaintiff via the email address(es) that she has for her.