IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

### NOTICE OF APPOINTMENT OF PRO BONO COUNSEL

AS DIRECTED by U.S. District Court Magistrate Judge Michael E. Hegarty's September 7, 2022 Order Granting Motion to Appoint Pro Bono Counsel in part, and in accordance with D.C.COLO.LAttyR 15(f) of the U.S. District Court's Local Rules of Practice, the undersigned designated clerk has selected pro bono counsel.

THE CLERK hereby notifies the court and the parties that attorneys Alan D. Schindler and Jacob D. Jones of Greenspoon Marder LLP have been selected for this limited appearance for the purpose of assisting Plaintiff in her deposition. Selected counsel and their staff have preliminarily reviewed this case to determine if a conflict exists or other impediment to accepting this case; as it appears there is no such conflict at this time, they have informed the court of their availability.  Under D.C.COLO.LAttyR 15(g), appointed counsel has thirty days to either enter their appearance in the case or file a Notice Declining Appointment.  The Clerk cautions Plaintiff that in the interim, she is responsible for all other scheduled matters by

-2-

court order or operation of the federal courts' rules of procedure, including appearances at hearings or depositions, and submitting responses to motions, discovery requests, etc.

ACCORDINGLY, the Clerk hereby enters this Notice of Appointment in this case, and will also send a copy of this Notice, the Appointment Order, and a copy of local rule D.C.COLO.LAttyR 15 - Civil Pro Bono Representation to the pro se litigant via the E-mail address Chambers has on file. A copy of this Notice will also be sent to appointed counsel by the undersigned designated clerk.

Dated at Denver, Colorado this __14th__ day of September, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward Butler
Edward Butler, Legal Officer / Deputy Clerk