**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02765-RMR-MEH

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:55 am, Sep 15, 2022
**JEFFREY P. COLWELL, CLERK**

XINGFEI LUO

      Plaintiff(s),

v.

PAUL WANG

      Defendant(s).

---

## NOTICE OF CHANGE OF ADDRESS OR TELEPHONE NUMBER

      I, XINGFEI LUO, the plaintiff in this case, hereby notify the Court that my contact information has changed as described below, effective immediately.

[X] **My address has changed.**

      New Address:

      PO BOX 4886,

      El Monte, CA 91734

[X] **My telephone number has changed.**

      New telephone number:

      626-319-2568

Dated at Rosemead, CA, September 15, 2022.


*/s/ Xingfei Luo*

Plaintiff in Pro Se

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court. The CM/ECF system will send notification of such filing to all CM/ECF registers.

*/s/ Xingfei Luo*