IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**MOTION FOR PANEL APPOINTMENT UNDER THE U.S. DISTRICT COURT**

---

    Jacob D. Jones, Esq., hereby submits this Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 15, and 5(a)-(b), and in support thereof, states as follows.[1]

<u><b>REQUEST FOR RELIEF</b></u>

**A.**    **Pro Bono Panel Appointment**

    1.    Pursuant to D.C.COLO.LAttyR 15, undersigned counsel requests to be appointed as counsel from the Civil Pro Bono Program on behalf of Plaintiff Xingfei Luo for limited representation. Undersigned counsel is a member of the Civil Pro Bono Panel and in good standing of the bar of this court.

    2.    Plaintiff Xingfei Luo is eligible for appointment of pro bono counsel pursuant to D.C.COLO.LAttyR 15(e). Plaintiff Xingfei Luo is an unrepresented non-prisoner who paid the

---

[1] Effective Dec. 1, 2017, there is no longer a need for a Certificate of Conferral for matters concerning entry and withdrawal of appearances of counsel. See D.C.COLO.LCivR 7.1(b)(4).

filing fee in full but has demonstrably limited financial means.

3. The factors set forth in D.C.COLO.LAttyR 15(f)(1)(B) are the nature and complexity of the action; the potential merit of the claims or defenses of the unrepresented party; the demonstrated inability of the unrepresented party to retain an attorney by other means; and the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel. These factors weigh in favor of appointing counsel as evidenced by the Court granting Plaintiff's oral Motion for Appointment of Counsel on August 24, 2022.

4. Undersigned counsel, at the request of Plaintiff Xingfei Luo, asks the Court to authorize the Panel appointment for limited representation.

**B.    Limited Scope Representation**

5. D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation to unrepresented parties in civil actions in accordance with Colo. RPC 1.2(c), when ordered by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

6. Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

7. Here, undersigned counsel seeks to enter a limited appearance to represent Plaintiff in this action at her request for the limited purpose of defending her deposition, scheduled for September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse.

8. Accordingly, undersigned counsel respectfully requests that this Court permit him to enter a limited appearance for the purpose of representing Plaintiff in this action to assist defending her deposition, scheduled for September 22, 2022 at 9 a.m. in Courtroom A501 of the

Alfred A. Arraj Courthouse. Attached hereto is undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

9. Plaintiff is currently not represented by counsel. As Plaintiff is a pro se party in this civil action, Plaintiff qualifies for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

10. Undersigned counsel is an active member in good standing of the bar of this Court, and thus is permitted to appear on the pro se party's behalf. Undersigned counsel certifies that Plaintiff has both requested and consented to limited representation as proposed herein.

11. In addition, undersigned counsel certifies that, in providing limited scope representation to Plaintiff, counsel will comply with all rules of this Court, including the Federal Rules of Civil Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

12. Undersigned counsel requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been granted permission to withdraw from this case. Undersigned counsel also acknowledges that Plaintiff will continue to receive from the court or from the opposing counsel or parties' notice of all documents filed in this case by mail.

13. Undersigned counsel certifies that, at the conclusion of defending her deposition, scheduled September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

14. At the conclusion of this limited appearance, the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers

may be served and understands that she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject her to a possible default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion for Leave to Provide Limited Representation to Plaintiff pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) for the purpose set forth in paragraph three of this motion, permit undersigned counsel to file the attached Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED September 16, 2022.

Respectfully submitted,

*/s/ Jacob D. Jones*
Jacob D. Jones, Colorado Bar No. 55984
Greenspoon Marder LLP
1144 15th Street, Suite 2700
Denver, Colorado  80202
Phone: (303)741-1111
Email: Jacob.Jones@gmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of September 2022 I served an electronic copy of the foregoing via CM/ECF to counsel of record.

Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd, Ste 100
Denver, CO 80238
Tel. (720) 675-8584
Fax (720) 880-3142
katy@kdonnellylaw.com

                                                             */s/ Jacob D. Jones*
                                                      Jacob D. Jones, Colorado Bar No. 55984
                                                      Greenspoon Marder LLP
                                                      1144 15th Street, Suite 2700
                                                      Denver, Colorado  80202
                                                      Phone: (303)741-1111
                                                      Email: Jacob.Jones@gmlaw.com