IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Xingfei Luo

    Undersigned counsel seeks to enter a limited appearance to represent the pro se party in this action at her request for the limited purpose of defending her deposition, scheduled September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse.

    I hereby certify that my client, Xingfei Luo, approves the limited representation.

DATED:  September 16, 2022.

Respectfully submitted,

*/s/ Jacob D. Jones*
Jacob D. Jones, Colorado Bar No. 55984
Greenspoon Marder LLP
1144 15th Street, Suite 2700
Denver, Colorado  80202
Phone: (303)741-1111
Email: Jacob.Jones@gmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2022 I served an electronic copy of the foregoing via CM/ECF to counsel of record.

Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Ste 100
Denver, CO 80238
Tel. (720) 675-8584
Fax (720) 880-3142
katy@kdonnellylaw.com

/s/ Jacob D. Jones
Jacob D. Jones, Colorado Bar No. 55984
Greenspoon Marder LLP
1144 15th Street, Suite 2700
Denver, Colorado  80202
Phone: (303)741-1111
Email: Jacob.Jones@gmlaw.com