IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**[PROPOSED] ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 2(b)(1) AND LAttyR 5(a)**

---

PURSUANT to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) of the District of Colorado Local Rules of Practice and for good cause shown, the Motion for Leave to Provide Limited Scope Representation filed by Jacob D. Jones, Esq. [filed September 16, 2022; ECF No. __] is **GRANTED**. Mr. Jones may represent Plaintiff Xingfei Luo for the limited purpose of defending her deposition, scheduled for September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse.

At the conclusion of this limited representation, Mr. Jones shall file a motion for leave to withdraw from providing limited scope representation.

DATED at Denver, Colorado, this __ day of _____, 202__.

                                                BY THE COURT:

                                                United States District/Magistrate Judge