UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

                Plaintiff,

v.

PAUL WANG,

                Defendant.

---

## DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF

      Pursuant to Federal Rules of Civil Procedure 33, 34, and 36, Defendant directs the following First Set of Written Discovery Requests (collectively, "Discovery Requests") to Xingfei Luo ("Plaintiff").

## <u>INSTRUCTIONS</u>

      1.     Please restate verbatim the request to which the response is directed immediately prior to each response.

      2.     Please use the definitions provided below in making each response. To the extent you object to any definition, please provide the alternative definition used in your responses.

      3.     If an interrogatory calls for an answer that involves more than one part, please make sure that each part your answers are clearly set out in subparts.

      4.     The expectation is that your responses are based upon information in the possession, custody, or control of Plaintiff, her attorneys, and/or her agents, investigators,

consultants, experts, or other representatives or information available to such persons or representatives.

5.      Please supplement your responses, as you obtain any additional information that would correct, clarify, or otherwise modify your initial responses.

6.      Please provide a copy of your written answers and objections, if any, to Defendant's counsel, Katayoun Donnelly, Azizpour Donnelly LLC, 2373 Central Park Blvd. | Suite 100, Denver | Colorado | 80238, Phone:(720) 675-8584, katy@kdonnellylaw.com, no later than thirty (30) days from the date of service of this discovery.

7.      If you object to any request based on claims of privilege or confidentiality, please identify the factual and legal basis for each claim.  If you are required to provide a privilege log based on your responses, please (1) identify each document for which the privilege is claimed, together with (2) date, sender(s), recipient(s), (3) description of the circumstances surrounding the communication as to which the privilege or claim of confidentiality is being asserted, and (4) the legal basis for assertion of each claim.

## **DEFINITIONS**

1.       "And" and "or" shall be construed conjunctively or disjunctively as necessary in order to bring within the scope of the interrogatory all information that might otherwise be construed to fall outside its scope.

2.       "Communication" means every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information whether orally or by document, or whether face-to-face, by telephone, mail, email, personal delivery, or otherwise between any persons including, but not limited to, the parties in this action.

3.       "Complaint" refers to Plaintiff's Third Amended Complaint.

4.       "Claim for Relief" or "Claims for Relief" refer to Plaintiff's Claims for Relief as alleged in Plaintiff's Third Amended Complaint.

5.       "Document" means or refers to every original, draft, and duplicate of every writing and recording of every type and description, including, but not limited to, all writings, recordings, electronic or magnetic recordings or transmissions of information, and photographs, and all documents or tangible things, as those terms are used in Federal Rules of Civil Procedure.

6.       "Identify" or "describe" when used in reference to a person means to state his or her full name, present or last known business and home addresses, present or last known business and home telephone numbers, and relationship to you.

7.       "Identify" or "describe" when used in reference to a document means to state its type (e.g., letter, facsimile, memorandum, sales receipt), its subject matter, date, author(s), addressee(s), and recipient(s).

8.       "Identify" or "describe," when used in reference to an oral

communication or event, means to state the date on which it occurred, the identity of the

speaker, the identity of each person who was present when it occurred, the substance of

the communication, and the identity of each document which refers to or is related to the

oral communication.

9.      "Plaintiff," "you," or "your" means Xingfei Luo, her legal counsel, and any

other persons working on their behalf in both their individual and representative capacities.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each person who supplied any factual information that is included in your

responses to these discovery requests. For each person, please identify the interrogatories

and/or requests for production for which that person supplied any information.

### INTERROGATORY NO. 2:

Have you or anyone on your behalf interviewed any individual concerning the

allegations made in the Complaint or Mr. Wang's defenses thereto?

If so, for each individual state: (a) the name, address, and telephone number of the

individual interviewed; (b) the date of the interview; and (c) the name, address, and

telephone number of the person or entity who conducted the interview.

### INTERROGATORY NO. 3:

Identify all communications between you or anyone acting on your behalf and any

other person or entity relating to the allegations made in the Complaint and Mr. Wang's

defenses thereto. For each such communication, please: (a) identify to whom the statement

was made; (b) state whether the statement was oral or written and, if oral, state whether the

statement was recorded; (c) state when and where the statement was made; and (d) provide

the name and address of all persons present when the statement was made.

**INTERROGATORY NO. 4:**

Identify every blog, forum, or other website or online forum on which you have posted and/or commented regarding Mr. Wang, or any matter related to the allegations made in your Complaint or Mr. Wang's defenses thereto. For each such blog/forum/website, identify the URL link, the first and last date you accessed the blog/forum/website, and the username/handle under which you made the post and/or comment.

**INTERROGATORY NO. 5:**

Other than your legal counsel in this above-captioned action, identify each person you have written or spoken to since 2012 regarding Mr. Wang and/or the allegations made in the Complaint.

**INTERROGATORY NO. 6:**

Identify all documents regarding Mr. Wang that you authored in full or in part or shared online.

**INTERROGATORY NO. 7:**

Identify any screen names, user names, e-mail addresses and/or aliases you have used and/or continue to use in connection with any communications or other writings you have authored or shared about Mr. Wang, or any matter related to the allegations made in your Complaint or Mr. Wang's defenses thereto.

**INTERROGATORY NO. 8:**

Other than your legal counsel in this above-captioned action, identify each person you have written or spoken to since 2012 regarding Mr. Chen Guochang.

**INTERROGATORY NO. 9:**

Identify all written documents that you authored in full or in part, including blogs; and all forums, or websites or online forums, on which you have posted and/or commented on matters related to your allegations in the Complaint regarding Mr. Chen Guochang (regardless of whether he is mentioned by name).

**INTERROGATORY NO. 10:**

Other than this lawsuit, identify all lawsuits, litigation, or other legal action in which you have been involved (as a plaintiff, defendant, or witness) in the past ten years. In your answer, please: identify (a) the first date you became involved in the lawsuit/litigation/legal action, (b) the jurisdiction and case number for each case, (c) the nature of the claims asserted by and/or against you, and (d) the resolution of the litigation.

**INTERROGATORY NO. 11:**

Identify each person or place you visited outside of the Denver area from the time you arrived in the United States in July 2013 until December 2013.

**INTERROGATORY NO. 12:**

Identify any and all individuals you or anyone acting on your behalf have communicated with regarding your report in 2013 of a stolen/lost passport.

**INTERROGATORY NO. 13:**

For each Request for Admission ("RFA") set forth below that you have failed to provide any response other than an unqualified admission, please: (a) state each and every fact, premise, or conclusion upon which you base your failure to unqualifiedly admit the RFA; (b) identify each and every document and/or piece of evidence that supports your denial or failure to unqualifiedly admit the RFA, in addition to any document and/or piece of evidence that supports and/or contradicts your answers provided in response to this

interrogatory; (c) identify each and every person who has knowledge of or information regarding the facts and/or documents identified in subparts (a) and (b) above, indicating which person has knowledge or information concerning each fact and/or document.

## **REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents identified, referred to, or relied on to answer any of these Interrogatories.

**REQUEST FOR PRODUCTION NO. 2:**

Produce any and all communications you, or anyone acting on your behalf, have had with Mr. Morgann Paraskevas and/or anyone acting on his behalf.

**REQUEST FOR PRODUCTION NO. 3:**

Produce any and all communications you, or anyone acting on your behalf, have had with any law enforcement agency, insurance company, or other private or government institutions and/or anyone acting on their behalves regarding your claim of stolen/lost passport.

**REQUEST FOR PRODUCTION NO. 4:**

Produce any and all communications you, or anyone acting on your behalf, have had with Guochang Chen and/or anyone acting on his behalf.

**REQUEST FOR PRODUCTION NO. 5:**

Produce any and all communications you, or anyone acting on your behalf, have had withTomas Czodor and/or anyone acting on his behalf.

**REQUEST FOR PRODUCTION NO. 6:**

Produce any and all communications you, or anyone acting on your behalf, have had

with Edward Weamer and/or anyone acting on his behalf.

**REQUEST FOR PRODUCTION NO. 7:**

Produce all non-privileged documents and communications between you or anyone acting on your behalf and any other person or entity relating to the allegations made in the Complaint, this lawsuit, or Mr. Wang's defenses thereto.

**REQUEST FOR PRODUCTION NO. 8:**

Produce all litigation holds and/or requests to preserve documents that you, or anyone acting on your behalf, have sent to anyone relating to this lawsuit.

**REQUEST FOR PRODUCTION NO. 9:**

Produce all copies of any photographs, diagrams, films, or video that relate, in any way, to the allegations made in the Complaint and/or Mr. Wang's defenses thereto.

**REQUEST FOR PRODUCTION NO. 10:**

Produce all journals, diaries, notes, letters, calendars, electronic mail, text messages, and all comments, posting and messages from all social media or business networking websites (including but not limited to Facebook, Twitter, LinkedIn, Google+, and YouTube) that relate to the allegations made in the Complaint, this lawsuit, and/or Mr. Wang's defenses thereto.

**REQUEST FOR PRODUCTION NO. 11:**

Produce all written documents and/or online postings that you have authored in full or in part regarding Mr. Wang, this lawsuit, and/or Mr. Wang's defenses thereto.

**REQUEST FOR PRODUCTION NO. 12:**

Produce complete copies of all non-privileged investigation files related to the allegations made in the Complaint, this lawsuit, and/or Mr. Wang's defenses thereto.

**REQUEST FOR PRODUCTION NO. 13:**

Produce all documents in support of your claims in the Complaint.

**REQUEST FOR PRODUCTION NO. 14:**

Produce all statements you, or someone on your behalf, have made, electronically or otherwise, regarding or related to Mr. Wang.

**REQUEST FOR PRODUCTION NO. 15:**

Produce any and all communications and documents that you have received from, or provided to, any third party that relate in any way to the allegations made in the Complaint, Mr. Wang's defenses thereto, or this lawsuit.

**REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

Admit that you, or someone with whom you communicated prior to publication, published the information attached to these Discovery Requests as Exhibit 1 (https://cheaterland.com/paul-wang-highlands-ranch-co.html), at p.1.

**REQUEST FOR ADMISSION NO. 2:**

Admit that you, or someone with whom you communicated prior to publication, published the information attached to these Discovery Requests as Exhibit 2 (http://xingfeiluo.blogspot.com).

**REQUESTS FOR ADMISSION NO. 3:**

Admit that you, or someone with whom you communicated prior to publication, published the information attached to these Discovery Requests as Exhibit 3 (https://cserinusa.wordpress.com).

**REQUESTS FOR ADMISSION NO. 4:**

Admit that you, or someone with whom you communicated prior to publication,

published the information attached to these Discovery Requests as Exhibit 4

(https://pppwang.wordpress.com/).

**REQUEST FOR ADMISSION NO. 5:**

Admit that you, or someone with whom you communicated prior to publication,

published the information in:

https://www.reportacheater.com/paul-wang-colorado

https://reportedcheaters.co/31039/paul-wang-colorado

https://worstcheaters.com/paul-wang-colorado

https://www.complainboard.com/paul-wang-colorado

https://www.dirtyex.com/paul-wang-colorado

https://www.ripofflist.com/paul-wang-colorado

https://cheatersdiaries.com/paul-wang-colorado

https://www.iripoff.com/paul-wang-colorado

https://www.cheaterarchive.com/paul-wang-colorado

https://reportedcheaters.co/31039/paul-wang-colorado

http://xingfeiluo.blogspot.com/2018/11/xingfei-luo.html

https://morgannparaskevas.blogspot.com

**REQUEST FOR ADMISSION NO. 6:**

Admit that you did not use the United States to China leg of the roundtrip ticket Mr.

Wang purchased for you in 2013.

**REQUEST FOR ADMISSION NO. 7:**

Admit that you received a check from an insurance company to reimburse you for the United States to China leg of the roundtrip ticket you did not use.

**REQUEST FOR ADMISSION NO. 8:**

Admit that in 2018 you contacted WordPress.com regarding https://morgann070.wordpress.com/2013/12/16/xingfei-luo-better-known-as-ophelia-luo-and-her-chinese-scam/.

**REQUEST FOR ADMISSION NO. 9:**

Admit that you registered with Blogspot, or some other webhosting service, for the rights to use the URL http://xingfeiluo.blogspot.com.


Dated: April 4, 2022.


*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on April 4, 2022, I electronically served the foregoing **DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF** to the following email addresses:

Clarissa M. Collier
David J. Schaller
Wheeler Trigg O'Donnell LLP
collier@wtotrial.com
schaller@wtotrial.com

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly

**EXHIBIT 1 TO DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF**



transvestism →

## 1 thought on "Paul Wang, Highlands Ranch, CO"



**Paul Wang**
at 4:28 am

Xingfei "Ophelia" Luo is my classmate from middle school. We met for the first time in almost 20 years in a class reunion in China in October 2012, and started a long distance relationship. In the summer of 2013, I invited her to come visit me in the states. After living with her for a while, I started to find out more and more about her. She had hidden much from me, and her true personality was shown to both vindictive and vile. At the time we were supposed to be dating, she would constantly flirt with other men online. In August she left my place to go to New York to "visit her friends", who turned out to be another man she been dating online. I decided to break off the relationship with her. After about a month or two, she kept calling me to beg me to take her back. Being the nice person, I said okay, and took her back in. However, things were never back to normal. And our relationship was extremely strained to say the least. I originally purchased the round trip non refundable plane tickets for her to go back to China in early October, but she decided to stay in the US by any means. I don't have a problem with that, but she demanded that buy her a new ticket for departure after Xmas. I told her to buy her own ticket back. She later filed a false police report claiming her passport got stolen, and was issued a refund from the travel insurance company for half the ticket price. She used that refund to purchase a ticket to California. On the way to the airport, I once again broke up with her. This time I told her there's no chance we are getting back together.

After she went to California, she kept emailing and texting me, showing pictures of convertible she was riding in, or guns that her new boyfriend owns etc. I blocked her number and repeatedly told her in email response that I don't want to hear from her again. I don't want to have anything to do with such a crazy person.

A week later, I was at work when I was called into the HR department to explain some mysterious emails. Apparently someone created an email with my full name @163.net which is a free email service in China, and had been sending emails in my name to everyone I know, including my parents, friends, coworkers and my supervisor who is a female. In some of the emails was an attachement of a photo that I immediately recognized as one of my most private pictures. This was a scanned Polaroid picture of a celebration of my 21st birthday in a gentleman's club in Dallas, Texas. It depicts me holding a naked porn star in a very compromised position, and the picture was signed by the porn star. I have never shown this picture to anyone. It had been kept in my private collection for sentimental reasons. I was in shocked but soon realized what happened and who sent those emails. It was Ophelia, who is the only person with unlimited access to all my personal properties when living at my house. She had stolen my private property and try to use it to make me look like a pervert. Fortunately everyone who knows me understood that these emails came from someone else. She was trying to get me into trouble but my company HR department stands by me and blocked this email address.

I confronted her via instance messages on a Wechat group for our classmates, and she uploaded the same picture to show that she was the one sending those emails. That's when I blocked her on Wechat as well and that was the last time I had any contact with this vile woman.

I got married in 2015, and have a young daughter now. Just a couple of days ago, a co worker called me and told me that when he searched for my name in google this page came up. I don't want my daughter or any one who doesn't know me came to this page to see this fabricated accusation without having the full context of what really happened. The cheater was her, not me.

If you have any questions regarding anything in this letter, you can contact me at my cell above. I will try to get this page removed from everywhere if it is possible. If not possible at least I can tell my side of the story.

Thanks

Paul

WEAMER 0004

**EXHIBIT 2 TO DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF**

5/19/2020                                                                                          Xingfei Luo

[              ]  More                                                      Create Blog   Sign In

# Xingfei Luo

MONDAY, NOVEMBER 12, 2018

## Xingfei Luo - victim of sexual harassment

Xingfei Luo, born in China, has tremendous and tracked financial experience in multiple industries. She is a huge fan of traveling and photography. She holds traditional values with great sense of ethics.

While Xingfei Luo was traveling alone in 2013 she met a man named Morgann Paraskevas in Rockville , MD. Morgann Paraskevas sent her invitation via couchsurfing as he wanted to host her when she's visiting DC. During her stay with Morgann Paraskevas he sexually harassed her and forced her to leave after she refused to show him her breast as his request. She left Morgann Paraskevas a negative review on couchsurfing and that's the beginning of her getting various threats from Morgann Paraskevas and his friends. In order to seek retaliation Morgann Paraskevas also spread false statement about her character.

For more about Morgann Paraskevas, search Morgann Paraskevas in Google.



**Morgann Paraskevas**
have you ever been married?

no. why?

**Morgann Paraskevas**
or had a bf?

had a bf. why?

**Morgann Paraskevas**
ok so you saw a naked guy before then ahhahaha

**Morgann Paraskevas**
you don't mind then if i am naked at my place?

**Morgann Paraskevas**
hello?

**Morgann Paraskevas**
hey no answer?

I appreciate u are not, but if u insist to be, I will close my eyes

ABOUT ME

**Xingfei Luo**

View my complete profile

BLOG ARCHIVE

▼ 2018 (1)

  ▼ November (1)

    Xingfei Luo - victim of sexual harassment

WEAMER 0007

5/19/2020                                                                                      Xingfei Luo











WEAMER 0008

5/19/2020                                                                    Xingfei Luo

Posted by Xingfei Luo at 8:45 AM

# Home

Subscribe to: Posts (Atom)

Picture Window theme. Powered by Blogger.

WEAMER 0009

**EXHIBIT 3 TO DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO PLAINTIFF**

# cserinusa

couchsurfing experience

IMAGE

# Paraskevas Morgann



Morgann Paraskevas, born in Oct 1970, was accused of child abuse. This scumbag used to host tons of female travellers and asked for casual intimacy. This scumbag usually targets foreign female travellers because he knows they are weak without family or friends in US. Some stupid weak travellers had sex with this jerk just for a free stay.

**May 6, 2014**
[https://cserinusa.wordpress.com
/2014/05/06/paraskevas-
morgann/]

Posted in **Uncategorized**

1 **Reply**

IMAGE

# Let's see what a funny jerk did



Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: **Cookie Policy**

Close and accept

Morgann Paraskevas, if you could take legal actions why didn't you do it in Sep? Why did you find out your money was stolen ten days after I left your place? Why could I come back home if you did file a police report? I didn't steal anything so bluffing didn't work for me. I already called police department 1st District Station (Rockville): 240-773-6070 and told them what happened. Why do you think you can bluff me just because you got my private information? I exactly know where you got it from. I look weak but not as weak as you thought. I have bunch friends in legal enforcement too.

**December 17, 2013**            Posted in **Uncategorized**
[https://cserinusa.wordpress.com  **Leave a reply**
/2013/12/17/lets-see-what-
a-funny-jerk-did/]

IMAGE

# Stupid threat doesnt work



**December 16, 2013**            Posted in **Uncategorized**
[https://cserinusa.wordpress.com  **Leave a reply**
/2013/12/16/unnamed-qq-
screenshot20131216190501-
png/]

IMAGE

# Gio Navarrete, what do u want?



Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: **Cookie Policy**

Close and accept



**December 16, 2013**
[https://cserinusa.wordpress.com
/2013/12/16/6-
sc20131128-051146-png/]

Posted in **Uncategorized**
**Leave a reply**

---

IMAGE

# 5-sc20131129-221331.png



**December 16, 2013**
[https://cserinusa.wordpress.com
/2013/12/16/5-
sc20131129-221331-png/]

Posted in **Uncategorized**
**Leave a reply**

---

IMAGE

# 4-sc20131129-220834.png



Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: **Cookie Policy**

Close and accept



**December 16, 2013**
[https://cserinusa.wordpress.com
/2013/12/16/4-
sc20131129-220834-png/]

Posted in **Uncategorized**

**Leave a reply**

---

IMAGE

# What did u want, Gio Navarrete?



**December 16, 2013**
[https://cserinusa.wordpress.com
/2013/12/16/3-
sc20131128-063506-png/]

Posted in **Uncategorized**

**Leave a reply**

---

IMAGE

# 1-sc20131129-221558.png



Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: **Cookie Policy**

Close and accept



**December 16, 2013**
[https://cserinusa.wordpress.com
/2013/12/16/1-
sc20131129-221558-png/]

Posted in **Uncategorized**
Leave a reply

---

IMAGE
# Threats dont work for me



**December 16, 2013**
[https://cserinusa.wordpress.com
/2013/12/16/threats-dont-
work-for-me/]

Posted in **Uncategorized**
Leave a reply

---

IMAGE
# Morgann Paraskevas made a
# woman threaten me



I never met this woman, but obviously she's stupid enough and easy to be manipulated by

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.
To find out more, including how to control cookies, see here: **Cookie Policy**

Close and accept

**August 27, 2013**
**[https://cserinusa.wordpress.com** **Leave a reply**
**/2013/08/27/morgann-**
**paraskevas-made-**
**a-woman-threaten-me/]**

Posted in **Uncategorized**

Privacy & Cookies: This site uses cookies. By continuing to use this website, you agree to their use.

To find out more, including how to control cookies, see here: **Cookie Policy**

Close and accept

**EXHIBIT 4 TO DEFENDANT'S FIRST SET OF WRITTEN DISCOVERY REQUESTS
TO PLAINTIFF**