IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2022.**

    The Motion for Leave to Provide Limited Scope Representation [filed September 16, 2022; ECF 202] is **granted**. Pursuant to D.C.COLO.LAttyR 2(b)(1), 5(a)-(b), and 15, Jacob D. Jones, Esq., may serve as pro bono counsel for the limited purpose of defending Plaintiff at her deposition scheduled on September 22, 2022 in Courtroom A501 of the Arraj Courthouse. At the conclusion of this limited representation, Mr. Jones shall file a motion to withdraw.