# Attachment D: Bloomberg Search Results

# Results for Dockets

Content type | Court Dockets ✖

1 - 9 of 9                                   Sort by  Date    Details

☐ Select All    ✎ Edit Search    ⬇ ▾    ✉ Create Alert    Add to ▾

☐ 1. **Doe v. Wang, Docket No. 22-01200 (10th Cir. Jun 29, 2022), Court Docket**   last viewed 2 days ago

| PARTIES | EUGENE VOLOKH, PAUL WANG, JANE DOE |
| --- | --- |
| DATE FILED | Jun 29, 2022 |
| LAST UPDATED | 2022-07-26 15:55:20 |
| FEDERAL NOS | Personal Injury: Other [4360] |

JANE DOE 11151 Valley Blvd #4886, El Monte, CA Telephone: (626) 208-9665 Plaintiff in Pro Se 4 Appellate Case: 22-1200 Document: 010110706783 Date Filed: 07/07/2022 Page: 22 Case 1:20-cv-02765-RMR-MEH Document 1-1 Filed 09/11/20 Page 1 of 1 23 JS44 (Rev 09/19) D1stnct of Colorado CIVIL COVER SHEET F ~ l ED UNITED STATES DISTRICT COURT DENVER, COLORADO SEP 11 2020 JEFFREY P. COLWELL CLERK The JS 44 civil cover sheet and the infonnation contained herein neither replace nor supplement the filing and service ofpleadm&s or other papers as required by law.

Show more extracts ▾

☐ 2. **Jane Doe v. County of Los Angeles, Docket No. 21STCV44757 (Cal. Super. Ct. Dec 08, 2021), Court Docket**

| PARTIES | Alex Villanueva, Does 1 - 10, Inclusive, Rob Bonta, John Adams, George Gasc?n, Jane Doe, County of Los Angeles |
| --- | --- |
| JUDGE | Richard Fruin |
| DATE FILED | Dec 08, 2021 |
| LAST UPDATED | 2021-12-09 15:00:05 |

11151 Valley Blvd #4886 Monte CA 91734 Defendant

Show more extracts ▾

☐ 3. **Jane Doe v. County of Los Angeles, Docket No. 21STCV44756 (Cal. Super. Ct. Dec 08, 2021), Court Docket**   last viewed less than a minute ago

| PARTIES | Does 1-10, Inclusive, Jane Doe, County of Los Angeles |
| --- | --- |
| JUDGE | Maurice Leiter |
| DATE FILED | Dec 08, 2021 |
| LAST UPDATED | 2021-12-09 15:00:05 |

11151 Valley Blvd #4886 El Monte CA 91734 Defendant

Show more extracts ▾

☐ 4. **JANE DOE VS COUNTY OF CONTRA COSTA, Docket No. CIVMSN20-1440 (Cal. Super. Ct. Sep 22, 2020), Court Docket**

| PARTIES | COUNTY OF CONTRA COSTA, JANE DOE, CITY OF CONCORD |
| --- | --- |
| DATE FILED | Sep 22, 2020 |
| LAST UPDATED | 2020-09-26 22:31:06 |
| CASE TYPE | PETITION FOR WRIT OF MANDATE |

11151 VALLEY BLVD #4886 EL MONTE CA 91734 Party Status: Fees Waived Complaint Number: 1 Pro Per DEFENDANT CITY OF CONCORD Party Status: Serve Required (WaitS) Complaint Number: 1 DEFENDANT COUNTY OF CONTRA COSTA Party Status: Serve Required (WaitS)

☐ 5. **Luo v. Wang, Docket No. 1:20-cv-02765 (D. Colo. Sep 11, 2020), Court Docket**

| PARTIES | Eugene Volokh, Xingfei Luo, Paul Wang |
| --- | --- |
| JUDGE | RODRIGUEZ, REGINA M |

| Filters | Clear All Filters |
|---|---|

**Narrow by Date** ^

Any ▾

○ Dockets   ○ Entries

**Jurisdiction** ^

☐ State (5)
☐ Federal (4)

**Federal Circuit** ^

☐ Ninth Circuit Courts (2)
☐ Tenth Circuit Courts (2)

**State** ^

☐ California (7)
☐ Colorado (1)

**Court** ^

☐ California Superior Court (4)
☐ California Courts Of Appeal (1)
☐ U.S. Court Of Appeals For The Tenth Circuit (1)
☐ U.S. District Court For The Central District Of California (1)
☐ U.S. District Court For The District Of Colorado (1)

**Show More**

**Federal NOS** ^

☐ Civil Rights: Other [440] (2)
☐ Personal Injury: Other [360] (1)
☐ Personal Injury: Other [4360] (1)

**County** ^

☐ Contra Costa (Ca) (2)
☐ Los Angeles (Ca) (2)
☐ Courts Of Appeals (Ca) (1)

**Filing Type** ^

☐ Brief
☐ Summons

---

| | |
|---|---|
| DATE FILED | Sep 11, 2020 |
| LAST UPDATED | 2022-08-10 23:59:10 |
| FEDERAL NOS | Personal Injury: Other [360] |
| CAUSE OF ACTION | 28:1332 Diversity-Injunctive & Declaratory Relief |

| Entry # | Filing Date | PDF | Description | Powered by Docket Key℠ |
|---|---|---|---|---|
| 23 | Feb 05, 2021 | 📄 View | **Summons -** SUMMONS Returned Executed by Jane Doe. Paul Wang served on 1/25/2021, answer due 2/15/2021. (Doe, Jane) . . . <br>. . . CLERK OF COURT Date: Signature of Clerk or Deputy Clerk District of Colorado JANE DOE 1:20-cv-02765-RBJ-MEH PAUL WANG PAUL WANG 8935 Southurst St Littleton, Colorado, 80129 JANE DOE **11151 Valley Blvd #4886**, El Monte, CA 91734 01/14/2021 s/C. Madrid Case 1:20-cv-02765-RBJ-MEH Document 22 Filed 01/14/21 USDC Colorado Page 1 of 2ase 1:20-cv-02765- MR- ocu ent 23 iled 02/05/21 olorado age 1 of 2 Case 1:20-cv-02765-RMR-MEH Document 23 Filed 02/05/21 USDC Colorado Page 2 of 2 | |

1  - Total Matching Entry     View Entry →

☐ 6. **DOE VS WEAMER, Docket No. CIVMSC20-00827 (Cal. Super. Ct. May 07, 2020), Court Docket**

| | |
|---|---|
| PARTIES | JANE DOE, EDWARD WEAMER |
| DATE FILED | May 07, 2020 |
| LAST UPDATED | 2020-05-12 22:20:28 |
| CASE TYPE | PI/PD/NON-MV |

11151 VALLEY BLVD. #4886 EL MONTE CA 91734 Party Status: Fees Waived Complaint Number: 1 Pro Per DEFENDANT EDWARD WEAMER Party Status: Serve Required (WaitS) Complaint Number: 1 09/24/2020 08:30:00 DEPT. 21 CASE MANAGEMENT CONFERENCE

☐ 7. **Doe v. City Of Concord et al, Docket No. 3:20-cv-02432 (N.D. Cal. Apr 09, 2020), Court Docket**

| | |
|---|---|
| PARTIES | Bennet Knight, City of Cotati, Colleen Gleason, Christopher Walpole, Jill Ravitch, Jane Doe, Anne Masterson, Guy Swanger, Tamra Roberts, County of Contra Costa... and 7 more |
| JUDGE | James Joseph Donato |
| DATE FILED | Apr 09, 2020 |
| LAST UPDATED | 2022-03-25 00:02:42 |
| FEDERAL NOS | Civil Rights: Other [440] |
| CAUSE OF ACTION | 42:1983 Civil Rights Act |

| Entry # | Filing Date | PDF | Description | Powered by Docket Key℠ |
|---|---|---|---|---|
| 31 | Sep 10, 2020 | 📄 View | **Brief -** REPLY in Opposition (re 27 MOTION FOR RENEWAL OF PSEUDONYM STATUS) to Contra Costa Defendants' Opposition to Plaintiff's Motion for renewal of pseudonym status filed by Jane Doe. (Doe, Jane) (Filed My business address is **11151 Valley Blvd #4886**, El Monte, CA 91734, in said county and state. On Sep 10, 2020 I electronically filed the following document(s): Reply to Contra Costa County Defendants' opposition to Plaintiff's request to proceed under a pseudonym with the United States District Court, Northern District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. | |

1  - Total Matching Entry     View Entry →

☐ 8. **Jane Doe v. County of Orange et al, Docket No. 8:20-cv-00322 (C.D. Cal. Feb 18, 2020), Court Docket**

| | |
|---|---|
| PARTIES | Devonna Falconer, Rachel Addington, K Mayer, Don Barnes, D Falconer, William Baker, Jane Doe, County of Orange, R Rivera, Mark Stichter... and 7 more |
| JUDGE | John William Holcomb |
| DATE FILED | Feb 18, 2020 |
| LAST UPDATED | 2022-08-11 00:14:19 |
| FEDERAL NOS | Civil Rights: Other [440] |
| CAUSE OF ACTION | 42:1983 Civil Rights Act |

| Entry # | Filing Date | PDF | Description | Powered by Docket Key℠ |
|---|---|---|---|---|

| 28 | Jun 04, 2020 |  View | **Brief -** REPLY in response to Defendants' opposition to Plaintiff's ex parte application for a TRO filed by . . .<br>. . . My business address is **11151 Valley Blvd** #**4886**, El Monte, CA 91734, in said county and state. On Jun 4, 2020 I electronically filed the following document(s): with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. |

1   - Total Matching Entry        View Entry →

☐ 9. **Czodor vs. Luo, Docket No. G056955 (Cal. Ct. App. Oct 19, 2018), Court Docket**

| **PARTIES** | Xingfei Luo, Tomas Czodor |
| --- | --- |
| **DATE FILED** | Oct 19, 2018 |
| **LAST UPDATED** | 2022-02-11 16:30:46 |
| **CASE TYPE** | Civil |

Apr. 03, 2019 Change of address filed for: Xingfei Luo old address 1: 10628 Hallwood Dr new address 1: **11151 Valley Blvd.**, #**4886** old city: Temple City new city: El Monte old zip: 91780 new zip: 91734 19 Apr. 03, 2019 Change of address filed for: Nicolette Glazer old address 1: 1875 Century Park E Ste # 700 new address 1: 79125 Corporate Centre Dr #6351 old city: Los Angeles new city: La Quinta old zip: 90067 new zip: 92253 old fax: {blank} new fax: (310) 407-5354

Per Page   50 ▾