# Attachment E: Doe v. Weamer Docket

## Case Information

MSC20-00827 | DOE VS WEAMER

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| MSC20-00827 | CV - Martinez-Wakefield Taylor Courthouse | Baskin, Barry |
| File Date | Case Type | Case Status |
| 05/07/2020 | 23: Unlimited Other PI/PD/WD | Judgment |

## Party

Plaintiff/Petitioner
DOE, JANE

Active Attorneys ▾
Pro Se

Defendant/Respondent
WEAMER, EDWARD

Active Attorneys ▾
Lead Attorney
CEIZLER, DAWN
Retained

Defendant/Respondent
WEAMER, EDWARD

Active Attorneys ▾
Lead Attorney
CEIZLER, DAWN
Retained

Appellant
DOE, JANE

Active Attorneys ▾
Pro Se

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 12/06/2021 | Appeal | Action | | |
| 05/07/2020 | Complaint | Action | | |

## Disposition Events

11/30/2021 Judgment ▾

Judgment Type
*Dismissal: Other Dismissal - Before Hearing

Comment

Comment (ACA 11/30/2021 Set Aside Case Disposition CSADBT 11/30/2021 Civil SAD Before Trial - CDIT%%. JST 11/30/2021 CASE STATUS CHANGED TO JUDGMENT BOJ 11/30/2021 Judgment on Complaint/Petition JFP 11/30/2021 JUDGMENT ON THE Complaint/Petition FOR PLAINTIFF 10001 JAD 11/30/2021 JUDGMENT ON THE Complaint/Petition AGAINST DEFENDANT 30002 JAM 11/30/2021 PRINCIPAL $2,500.00, ATTORNEY FEES $0.00, INTEREST $0.00, COSTS $435.00 TJ 11/30/2021 TOTAL JUDGMENT 0002 MSCAN 11/30/2021 MICROFILMED/SCANNED ON 11/30/21)

## Events and Hearings

05/07/2020 Complaint Filed - Summons Issued

05/07/2020 Notice of Case Assignment ▾

Comment
TO DEPT. 21

05/07/2020 Original Summons Issued/Filed ▾

Comment
ORIGINAL SUMMONS ON Complaint/Petition FILED

05/07/2020 Hearing set for: ▾

Comment
Case Management Conference was set for 9/24/20 at 8:30 in Dept. 21

05/07/2020 *Order on Fee Waiver Granted

05/07/2020 Request to Waive Court Fees (FW-001) ▾

Comment
(CONFIDENTIAL)

05/07/2020 * ▾

Comment
PLAINTIFF'S REQUEST TO PROCEED UNDER A PSEUDONYM FILED

05/07/2020 Cause Of Action ▾

| Action | File Date |
| --- | --- |
| Complaint | 05/07/2020 |

05/11/2020 Order Filed Re: ▾

Comment
ORDER ON REQUEST TO PROCEED ANONYMOUSLY FILED %%X%%

05/26/2020 Proof of Service ▾

Comment
PROOF OF PERSONAL SERVICE FILED ON Complaint/Petition AS TO WEAMER, EDWARD WITH SERVICE
DATE OF 05/19/20 0000000000000000.del.+

05/28/2020 Hearing set for: ▾

Comment
Clerk`s Tickler to Check for Request for Entry of Default was set for 7/13/20 at 7:00 in dept. 21

06/08/2020 Answer to: ▾

Comment
(U.J.) ANSWER TO Complaint/Petition FILED BY WEAMER, EDWARD 200608-0150-CK ULR/ 435.00 Paymt
Operator Code: KVAQU *FEE: 200608-0150-CK ULR/ 435.00 Paymt

06/08/2020 Proof of Service ▾

Comment
PROOF OF MAIL SERVICE OF ANSWER & PC ON DOE, JANE FILED. SERVED ON 06/08/20

06/08/2020 170.6 Disqualification ▼

Comment

PEREMPTORY CHALLENGE (CCP 170.6) FILED BY WEAMER, EDWARD AS TO JCF PEREMG:
PEREMPTORY CHALLENGE GRANTED CDD1: DEFAULT DEPARTMENT CHANGED TO 23

06/09/2020 * ▼

Comment

ACCEPTED 170.6 W/FILE FORWARDED TO D33 FOR REASSIG NMENT

06/15/2020 Certificate of Mailing ▼

Comment

CLERK'S CERTIFICATE OF MAILING RE: NOTICE AND ORDER OF REASSIGNMENT OF CASE SENT TO
0001-0002 *NOTPP: Notice printed for JANE DOE on 6/15/20 *NOT: NOTICE PRINTED FOR DC19 / ON
6/15/20

06/16/2020 * ▼

Comment

NOTICE & ORDER OF REASSIGNMENT OF CASE FILED %%X%%

06/19/2020 Proof of Service by Mail ▼

Comment

PROOF OF SERVICE BY MAIL FILED RE: PLAINTIFF'S REQUEST FOR PROTECTIVE
ORDER+GOVERNING CONFIDENTIAL INFO SENT TO+DAWN CEIZLER ON 06/16/2

06/22/2020 170.6 Disqualification ▼

Comment

PEREMPTORY CHALLENGE (CCP 170.6) FILED BY DOE, JANE AS TO CBB

06/22/2020 * ▼

Comment

PLTF'S REQ FOR PROTECTIVE ORDER GOV CONF INFO FILED

06/22/2020 Proof of Service by Mail ▼

Comment

PROOF OF SERVICE BY MAIL FILED RE:PLTF'S REQ AND PROTECTIVE ORD GOV CONF INFO MAILED
ON 06/16/20 TO DAWN CEIZLER

06/22/2020 Demurrer to Answer ▼

Comment

DEMURRER TO ANSWER ON THE Complaint/Petition FILED BY DOE, JANE

06/22/2020 Hearing set for: ▾

Comment
Hearing was set for 8/21/20 at 9:00 in Dept. 12

06/22/2020 Proof of Service by Mail ▾

Comment
PROOF OF SERVICE BY MAIL FILED RE:NTC OF DEMURRER AND DEMURRER TO ANSWER/ETC DAWN CEIZLER 06/19/20

06/22/2020 Notice of/to: ▾

Comment
NOTICE OF/TO CASE MANAGEMENT CONFERENCE FILED BY WEAMER, EDWARD

06/29/2020 * ▾

Comment
RECEIVED 170.6 FROM CLERK'S OFFICE

07/01/2020 * ▾

Comment
ACCEPTED 170.6 W/FILE FORWARDED TO D33 FOR FOR PURPOSES OF REASSIGNMENT

07/01/2020 Certificate of Mailing ▾

Comment
CLERK'S CERTIFICATE OF MAILING RE: NOTICE AND ORDER OF REASSIGNMENT SENT TO 0001-0002 *NOTPP: Notice printed for JANE DOE on 7/01/20 *NOT: NOTICE PRINTED FOR DC19 / ON 7/01/20

07/01/2020 * ▾

Comment
NOTICE AND ORDER OF REASSIGNMENT FILED %%X%%

07/01/2020 Peremptory Challenge Granted ▾

Comment
PEREMPTORY CHALLENGE GRANTED

07/13/2020 Correspondence Memo: ▾

Comment
WE CANNOT FILE/ISSUE YOUR RESPONSE TO DEF'S OPPOSITION TO PROTECTIVE ORDER FOR THE FOLLOWING REASON: MIN2: THIS DOCUMENT MUST EITHER HAVE AN ORIGINAL SIGNATURE, OR COMPLY WITH LOCAL RULES REGARDING MIN2: FACSIMILE SIGNATURES. PLEASE CORRECT, AND RESUBMIT. THANK YOU CMPAM: CORRESPONDENCE MEMORANDUM PRINTED AND MAILED THIS DATE TO THE FOLLOWING PARTY(IES): 0001 *NOTPP: Notice printed for JANE DOE on 7/16/20

07/27/2020 Motion Filed To/For ▼

Comment
MOTION TO/FOR FOR SANCTIONS PURS TO CCP 128.7 FILED BY DOE, JANE

07/27/2020 Hearing set for: ▼

Comment
Hearing on Motion was set for 10/16/20 at 9:00 in dept. 12

07/30/2020 * ▼

Comment
PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFORMATION: ORDER NOT GRANTED AS THIS
REQUIRES NOTICED MOTION IF THERE IS NO STIPULATION. ALSO, THIS WAS NOT SERVED ON
OPPONENT. ANYTHING YOU FILE WITH THE COURT MUST BE SERVED, AND PROOF OF SERVICE
FILED.

07/30/2020 Correspondence Memo: ▼

Comment
PROTECTIVE ORDER / REQUEST AND ORDER WAS SUBMITTED TO THE JUDGE. THE ORDER WAS NOT
GRANTED FOR THE FOLLOWING REASON: THIS REQUIRES NOTICED MOTION IF THERE IS NO
STIPULATION. ALSO, THIS WAS NOT SERVED ON: OPPONENT. ANY THING YOU FILE WITH THE COURT
MUST BE SERVED, AND PROOF OF SERVICE FILED." THANK YOU.: Notice printed for JANE DOE on
7/30/20

07/31/2020 Memorandum of Points & Authorities Filed ▼

Comment
IN OPPOSITION TO JANE DOE'S DEMURRER TO ANSWER

07/31/2020 Request for Judicial Notice Filed ▼

Comment
REQUEST OF WEAMER, EDWARD FOR JUDICIAL NOTICE FILED

08/04/2020 Proof of Service ▼

Comment
BY MAIL OF MPA,REQ FOR JUD NTC, SERVED ON 07/29/20

08/06/2020 Objection to: ▼

Comment
DEFT'S REQ FOR JUDICIAL NOTICE FILED

08/10/2020 Motion Filed To/For ▼

Comment
MOTION TO/FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFO FILED BY DOE, JANE

08/10/2020 Hearing set for: ▾

Comment
Hearing on Motion was set for 10/23/20 at 9:00 in dept. 12

08/21/2020 Hearing in Re: ▾

Original Type
Hearing in Re:

Hearing Time
09:00 AM

Result
Demurrer Sustained

Comment
DEMURRER TO ANSWER TO VERIFIED COMPLAINT+FILED BY JANE DOE+

08/27/2020 Case Management Conference Statement Filed ▾

Comment
CASE MANAGEMENT CONFERENCE STATEMENT FILED BYDOE, JANE DD: JURY Trial Requested, Time
Estimate: 3-4 DAYS

09/08/2020 Case Management Conference Statement Filed ▾

Comment
CASE MANAGEMENT CONFERENCE STATEMENT FILED BYWEAMER, EDWARD DD: NONJURY Trial
Requested, Time Estimate: 5 FULL TRIAL DAYS

09/09/2020 Amended Answer/Response/Denial ▾

Comment
AMENDED ANSWER TO Complaint/Petition FILED BY WEAMER, EDWARD

09/09/2020 Hearing set for: ▾

Comment
Hearing on Motion was set for 12/04/20 at 9:00 in dept. 12

09/09/2020 Motion Filed To/For ▾

Comment
MOTION TO/FOR STRIKE DEFT'S AMND ANSWER FILED BY DOE, JANE

09/10/2020 Correspondence Memo: ▾

Comment
CORRESPONDENCE MEMO RE: AMENDED ANSWER TO COMPLAINT MIN2: UNABLE TO FILE THE
AMENDED ANSWER FOR THE FOLLOWING REASON: OUR SYSTEM SHOWS AN AMENDED MIN2:

ANSWER BY DEFENDANT EDWARD WEAMER WAS PREVIOUSLY FILED ON 09/09/20. THANK YOU. CMPAM: CORRESPONDENCE MEMORANDUM PRINTED AND MAILED THIS DATE TO THE FOLLOWING PARTY(IES): 0002 *NOT: NOTICE PRINTED FOR DC19 / ON 9/10/20

---

09/14/2020 Declaration Re: ▼

Comment
DECLARATION OF DAWN CEIZLER FILED RE: ISO DEFT'S OPPOSITION TO PLTF'S MTN FOR SANCTIONNS %%X%%

---

09/14/2020 Memorandum of Points & Authorities Filed ▼

Comment
MEMORANDUM OF POINTS AND AUTHORITIES FILED BY WEAMER, EDWARD IN OPPOSITION TO PLTF'S MTN FOR SANCTIONS

---

09/14/2020 Proof of Service ▼

Comment
PROOF OF SERVICE BY MAIL OF DEC & MPA ON JANE DOE FILED; SERVED ON 09/09/20

---

09/14/2020 Correspondence Memo: ▼

Comment
WE CANNOT FILE/ISSUE YOUR MOTION FOR PROTECTIVE ORDER RE: DISCOVERY FOR THE FOLLOWING REASON:: WHEN SUBMITTING YOUR DOCUMENTS PLEASE STAPLE AND ATTACHED THE EXHIBITS IF YOU WANT THEM TO BE: ATTACHED. THEY NEED TO BE LABELED CORRECTLY AS WELL. EXHIBITS CANNOT BE SEPARATE OR ALONE.: PLEASE MAKE SURE THAT YOU GO TO THE DISCOVERY FACILITATOR PROGRAM PRIOR TO FILING A MOTION: UNLESS YOU ARE EXEMPT THEN PLEASE STATE SO ON YOUR MOTION. THANK YOU!: CORRESPONDENCE MEMORANDUM PRINTED AND MAILED THIS DATE TO THE FOLLOWING PARTY(IES): 0001 *: Notice printed for JANE DOE on 9/17/20

---

09/18/2020 Reply to: ▼

Comment
REPLY TO DEF'S OPP TO MOTION FOR SANCTIONS FILED BY PLAINTIFF

---

09/22/2020 Hearing set for: ▼

Comment
Hearing on Motion was set for 12/04/20 at 9:00 in dept. 12

---

09/22/2020 Motion Filed To/For ▼

Comment
MOTION TO/FOR COMPEL FURTHER RESPONSES TO DISCOVERY FILED BY WEAMER, EDWARD *FEE: 200925-0034-CK MOT/ 60.00 Paymt

---

09/22/2020 Declaration Re: ▼

Comment

DECLARATION OF DAWN CEIZLER FILED RE: ISO DEF WEAMERS MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY

---

09/22/2020 Memorandum of Points & Authorities Filed ▾

Comment

MEMORANDUM OF POINTS AND AUTHORITIES FILED BY WEAMER, EDWARD ISO HIS MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY

---

09/22/2020 * ▾

Comment

DEF'S STMNT OF QUESTIONS AND RESPS IN DISPUTE ISO MOTION TO COMPEL FILED

---

09/22/2020 Proof of Service by Mail ▾

Comment

PROOF OF SERVICE BY MAIL FILED RE:SEE DOC LIST SENT ON 09/18/20 TO JANE DOE- PLAINTIFF

---

09/22/2020 Hearing set for: ▾

Comment

Hearing on Motion was set for 12/04/20 at 9:00 in dept. 12

---

09/22/2020 Motion Filed To/For ▾

Comment

MOTION TO/FOR PRTCTV ORD GOVERNING SCOPE OF DISCOVERY FILED BY DOE, JANE

---

09/23/2020 *Case Management Conference ▾

Hearing Time
8:30 AM

Cancel Reason
Continued

---

09/24/2020 *Case Management Conference ▾

Original Type
*Case Management Conference

Hearing Time
8:30 AM

Cancel Reason
Vacated

---

09/24/2020 *Case Management Conference ▾

Hearing Time
8:30 AM

Cancel Reason
Continued

09/24/2020 *Case Management Conference ▾

Original Type
*Case Management Conference

Hearing Time
09:30 AM

Cancel Reason
Vacated

09/24/2020 * ▾

Comment
DEFT EDWARD WEAMER'S OPPOSITION TO PLTF'S EX PARTE APPL FOR PROTECTIVE ORDER

10/01/2020 Motion Filed To/For ▾

Comment
MOTION TO/FOR COMPEL FURTHER RESPS TO PLTF'S 1ST SET OF DISC REQ FILED BY DOE, JANE

10/01/2020 Hearing set for: ▾

Comment
Hearing on Motion was set for 12/11/20 at 9:00 in dept. 12

10/01/2020 Response ▾

Comment
RESPONSE TO DEFT'S OPPOSITION TO PLTF'S REQ FOR PROTECTIVE ORDER FILED BY DOE, JANE

10/01/2020 Correspondence Memo: ▾

Comment
WE CANNOT FILE/ISSUE YOUR COVERSHEET FOR SUBMITTED STATEMENT OF QUESTIONS FOR THE
FOLLOWING REASON: MIN2: COURT ONLY RECEIVED FIRST PAPER PAGE OF SUBMITTED STATEMENT
OF QUESTIONS &amp; RESPONSES. ORIGINAL NOT MIN2: RECEIVED BY THE COURT. THANK YOU.
CMPAM: CORRESPONDENCE MEMORANDUM PRINTED AND MAILED THIS DATE TO THE FOLLOWING
PARTY(IES): 0001 *NOTPP: Notice printed for JANE DOE on 10/07/20

10/02/2020 Amended ▾

Comment
AMENDED FILED BY MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY+AND FOR
MONETARY SANCTIONS AGAINST JANE DOE+EDWARD W

10/06/2020 Declaration Re: ▾

Comment
DECLARATION OF DAWN CEIZLER FILED RE: ISO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE ANSWER %%X%%

10/06/2020 Memorandum of Points & Authorities Filed ▼

Comment
MEMORANDUM OF POINTS AND AUTHORITIES FILED BY WEAMER, EDWARD IN OPPOSITION TO JANE DOE'S MOTION TO STIKE ANSWER

10/06/2020 Proof of Service ▼

Comment
PROOF OF SERVICE BY EMAIL OF DEC ISO OPPOSITION, MPA IN OPPOSITION ON JANE DOE FILED; SERVED ON 10/02/20

10/16/2020 Motion Hearing/ Minute Order ▼

Hearing Time
09:00 AM

Cancel Reason
Continued

Comment
SANCTIONS PURS TO CCP 128.7+0001+

10/23/2020 Motion Hearing/ Minute Order ▼

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:00 AM

Result
Held

Comment
PROTECTIVE ORDER GOVERNING CONFIDENTIAL INFO+0001+

11/02/2020 Opposition to: ▼

Comment
OPPOSITION TO DEF MTN TO COMPEL FURTHER RESPONSES FILED BY JANE DOE.

11/09/2020 Memorandum of Points & Authorities Filed ▼

Comment
MEMORANDUM OF POINTS AND AUTHORITIES FILED BY WEAMER, EDWARD IN OPPO TO JANE DOES MOTION FOR PROTECTIVE ORDER RE DISCOVERY

11/12/2020 Reply to: ▼

Comment

REPLY TO DEF OPPOSITION TO PLN MTN FOR PROTECTIVE ORDER FILED BY PLAINTIFF

11/16/2020 Reply to: ▼

Comment

REPLY MEMORANDUM OF POINT AND AUTH ISO MTN TO COMPEL FILED

11/19/2020 Response ▼

Comment

RESPONSE TO PLN SEPARATE STATEMETN OF QUESTIONS AND RESP IN DISPUTE FILED BY WEAMER, EDWARD

11/19/2020 Declaration Re: ▼

Comment

DECLARATION OF FILED RE: DAWN CEIZLER+ISO DEF OPPOSITION TO PLN MOTION+TO COMPEL FURTHER+RESPONSES TO DISCOVERY AND FOR SANCT

11/19/2020 Opposition to: ▼

Comment

OPPOSITION TO PLAINTIFF MOTION TO COMPEL FURTHER RESPONSES FILED BY EDWARD WEAMER.

11/19/2020 Proof of Service ▼

Comment

PROOF OF SERVICE BY EMAIL SERVICE OF DEC, OPPS, RESP ON SEE SERVICE LIST FILED; SERVED ON 11/17/20

11/23/2020 Reply to: ▼

Comment

REPLY TO DEF OPPOSITIION TO PLN MOTION TO COMPEL FILED BY PLAINTIFF

12/04/2020 Motion Hearing/ Minute Order ▼

Original Type

Motion Hearing/ Minute Order

Hearing Time

09:00 AM

Result

Denied

Comment

STRIKE DEFT'S AMND ANSWER+0001+

12/04/2020 Motion Hearing/ Minute Order ▼



Original Type
Motion Hearing/ Minute Order

Hearing Time
09:00 AM

Result
Denied

Comment
SANCTIONS PURS TO CCP 128.7+0001+

12/04/2020 Motion Hearing/ Minute Order ▾

Hearing Time
09:00 AM

Cancel Reason
Continued

Comment
COMPEL FURTHER RESPONSES TO DISCOVERY+0002+

12/04/2020 Motion Hearing/ Minute Order ▾

Hearing Time
09:00 AM

Cancel Reason
Continued

Comment
FOR PRTCTV ORD GVRNG SCOPE OF DISCOVERY+0001+

12/11/2020 Motion Hearing/ Minute Order ▾

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:00 AM

Result
Denied

Comment
COMPEL FURTHER RESPS TO PLTF' S 1ST SET OF DISC RE+0001+

12/11/2020 Motion Hearing/ Minute Order ▾

Hearing Time
09:00 AM

Cancel Reason
Continued

Comment
COMPEL FURTHER RESPONSES TO DISCOVERY+0002+

12/11/2020 Motion Hearing/ Minute Order ▼

Hearing Time
09:00 AM

Cancel Reason
Continued

Comment
FOR PRTCTV ORD GVRNG SCOPE OF DISCOVERY+0001+

12/11/2020 Motion Hearing/ Minute Order ▼

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:01 AM

Result
Denied

Comment
FOR PRTCTV ORD GVRNG SCOPE OF DISCOVERY+0001+

12/11/2020 Motion Hearing/ Minute Order ▼

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:01 AM

Result
Granted

Comment
COMPEL FURTHER RESPONSES TO DISCOVERY+0002+

12/11/2020 Hearing set for: ▼

Comment
Hearing on Motion was set for at in dept. 12/11/20+ 9:01+12 - RESCHEDULED TO:

12/11/2020 Hearing set for: ▼

Comment
Hearing on Motion was set for at in dept. 12/11/20+ 9:01+07

12/21/2020 Motion Filed To/For ▼

Comment
MOTION TO/FOR VACATE CMC PENDING A PTN FOR WRIT OF MANDATE FILED BY DOE, JANE

12/21/2020 Hearing set for: ▼

Comment
Hearing on Motion was set for 3/05/21 at 9:00 in dept. 07

12/21/2020 Motion Filed To/For ▾

Comment
MOTION TO/FOR STAY DISCOVERY ORDER PENDING PTN FILED BY DOE, JANE

12/21/2020 Hearing set for: ▾

Comment
Hearing on Motion was set for 3/05/21 at 9:00 in dept. 07

01/21/2021 Order from DCA Filed re: ▾

Comment
RECEIVED ORDER FROM DCA DENYING PETITION FOR WRIT OF MANDATE & STAY CM: RE: A161713 - SENT TO D12

02/25/2021 Case Management Conference Statement Filed ▾

Comment
CASE MANAGEMENT CONFERENCE STATEMENT FILED BYWEAMER, EDWARD DD: NON JURY Trial Requested, Time Estimate: 7 DAYS

03/01/2021 Case Management Conference Statement Filed ▾

Comment
CASE MANAGEMENT CONFERENCE STATEMENT FILED BYDOE, JANE DD: JURY Trial Requested, Time Estimate: 5-6 DAYS

03/05/2021 Motion Hearing/ Minute Order ▾

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:00 AM

Result
Denied

Comment
VACATE CMC PENDING A PTN FOR WIT OF MANDATE+0001+

03/05/2021 Motion Hearing/ Minute Order ▾

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:00 AM

Result
Denied

Comment
STAY DISCOVERY ORDER PENDING PTN+0001+

03/17/2021 *Further Case Management Conference ▼

Original Type
*Further Case Management Conference

Hearing Time
8:30 AM

Result
Held

03/22/2021 Request for Judicial Notice Filed ▼

Comment
REQUEST OF DOE, JANE FOR JUDICIAL NOTICE FILED

05/21/2021 Motion Filed To/For ▼

Comment
MOTION TO/FOR TERMINATING AND MONETARY SANCTIONS FILED BY WEAMER, EDWARD 210521-0002-CK MOT/ 60.00 Paymt Operator Code: DWAGN *FEE: 210521-0002-CK MOT/ 60.00 Paymt

05/21/2021 Hearing set for: ▼

Comment
Hearing on Motion was set for 7/16/21 at 9:00 in dept. 07

05/21/2021 Memorandum of Points & Authorities Filed ▼

Comment
MEMORANDUM OF POINTS AND AUTHORITIES FILED BY WEAMER, EDWARD IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS %%X%%

05/21/2021 Declaration Re: ▼

Comment
DECLARATION OF DAWN CEIZLER FILED RE: IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS %%X%% %%X%%

05/28/2021 Proof of Service by Mail ▼

Comment
PROOF OF SERVICE BY MAIL FILED RE:NOTICE OF MTN ANF SUPPORTING DOCS MAILED TO JANE DOE ON 5-26-21 %%X%%

06/01/2021 Hearing set for: ▼

Comment

A discovery hearing was set for 7/16/21 at 9:00 in Dept. 07 this date.

06/01/2021 Motion Filed To/For ▾

Comment

MOTION TO/FOR COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FILED BY DOE, JANE

06/15/2021 Opposition to: ▾

Comment

OPPOSITION TO DEFENDANTS MOTION FOR TERMINATING SANCTIONS FILED BY PLAINTIFF.

07/01/2021 Opposition to: ▾

Comment

OPPOSITION TO PLTF'S MTN TO COMPEL FURTHER RESPS FILED BY DEFT.

07/01/2021 Response ▾

Comment

RESPONSE TO PLTF'S SEPARATE STATEMENT OF QUESTIONS & RESPONSE IN DISPUTE FILED BY WEAMER, EDWARD

07/01/2021 Declaration Re: ▾

Comment

DECLARATION OF DAWN CEIZLER FILED RE: ISO DEFT'S OPPOISITION TO PLTF'S MTN %%X%% %%X%%

07/01/2021 Declaration Re: ▾

Comment

DECLARATION OF EDWARD WEAMER FILED RE: IN OPPOSITION TO JANE DOE'S 3RD MTN TO COMPEL %%X%% %%X%%

07/01/2021 Proof of Service ▾

Comment

PROOF OF MAIL SERVICE OF DECS (2), OPPOSITION, RESPONSE ON DOE, JANE FILED. SERVED ON 06/28/21

07/02/2021 Reply to: ▾

Comment

REPLY TO DEF OPPOSITION TO PLN MTN TO COMPEL FURTHER RESP TO DISCVRY REQUEST CM: FILED BY PLAINTIFF

07/06/2021 Reply to: ▾

Comment

REPLY IN SUPPORT OF HIS MOTION FOR TERMINATING SANCTIONS FILED BY EDWARD WEAMER

---

07/16/2021 Motion Hearing/ Minute Order ▾

Hearing Time

09:00 AM

Cancel Reason

Continued

Comment

TERMINATING AND MONETARY SANCTIONS+0002+

---

07/16/2021 Hearing on: ▾

Hearing Time

09:00 AM

Cancel Reason

Continued

Comment

COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS+0001+

---

07/19/2021 Hearing on: ▾

Hearing Time

10:15 AM

Cancel Reason

Continued

Comment

COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS+0001+

---

07/19/2021 Motion Hearing/ Minute Order ▾

Hearing Time

10:15 AM

Cancel Reason

Continued

Comment

TERMINATING AND MONETARY SANCTIONS+0002+

---

07/22/2021 Hearing on: ▾

Original Type

Hearing on:

Hearing Time

09:00 AM

Result

Denied

Comment

COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS+0001+

---

07/22/2021 Motion Hearing/ Minute Order ▾

Hearing Time

09:00 AM

Cancel Reason

Continued

Comment

TERMINATING AND MONETARY SANCTIONS+0002+

---

07/23/2021 * ▾

Comment

ORDER FILED RE: GRANTING DEFT'S MOTION TO COMPEL FROM 12/11/20: The Court adopts the recommendation of the Facilitator as to discovery. The motion is therefore granted. Plaintiff must serve full, verified responses to all contested requests for admission within 30 days after service of an Order After Hearing hereon, provided that a suitable protective order has been entered by then (see Line 18). If not, the discovery responses will be due ten days after entry of the protective order. OTHER: Sanctions in the amount of $500 are assessed against plaintiff, payable to defendant s counsel within 30 days after service of an Order After Hearing hereon. Although the Court agrees with the Facilitator that some of plaintiff's objections were reasonably asserted (particularly those relating to the absence of a protective order for confidential information), most of plaintiff's objections are simply obstructionist and unsupportable, reflecting her apparent view that she is entitled to dictate the manner and scope of how this case is litigated.

---

08/03/2021 * ▾

Comment

ORDER AFTER HEARING FILED FROM 7/22/21 HRG. DENYIN G PLTF'S MOTION TO COMPEL FURTHER RESPONSES TO FFT: DISCOVERY. OTHER: The Plaintiff ignores the discovery facilitator's reasonable suggestions and in the face of them OTHER: seeks to compel further discovery. Plaintiff failed to propound appropriate discovery in the OTHER: first instance. Her ongoing conduct is unreasonable, including obstruction of the meet OTHER: and confer process. The motion is without merit and is denied. The defendant should not have to OTHER: pay the costs of opposing unnecessary and unreasonable motions. As a result the Plaintiff OTHER: is ordered to pay Defendant's counsel $2000 (being the reasonable amount of attorney's fees) OTHER: no later than 7/23/21, regardless of when an order after hearing is eventually entered. OTHER: Plaintiff is admonished that failure to timely pay this by 7/23/21 may result in terminating san OTHER: tions.

---

08/18/2021 Order Filed Re: ▾

Comment

ORDER AFTER HEARING (DOE'S MOTION TO COMPEL) FILED %%X%% FFT: MOTION IS DENIED

---

08/24/2021 * ▾

Comment

DEFT WEAMER'S UPDATE TO THE COURT RE HIS MOTION FOR TERMINATING SANCTIONS

---

08/25/2021 Reply to: ▾

Comment

REPLY OF DOE, JANE TO DEFT WEAMER'S UPDATE TO THE COURT RE HIS MOTION FOR TERMINATING SANCTIONS FILED

---

09/09/2021 Case Management Conference Statement Filed ▼

Comment

DD: NONJURY Trial Requested, Time Estimate: 5 DAYS

---

09/17/2021 Motion Hearing/ Minute Order ▼

Hearing Time

09:00 AM

Cancel Reason

Continued

Comment

TERMINATING AND MONETARY SANCTIONS+0002+

---

09/22/2021 *Further Case Management Conference ▼

Original Type

*Further Case Management Conference

Hearing Time

8:30 AM

Result

Held

---

10/04/2021 * ▼

Comment

ORDER AFTER HEARING FILED FROM 9/17/21 %%X%%: FFT: THE MOTION IS POSTPONED TO 11/12/21 TO ENABEL PLTF TO SEEK LEGAL ADVICE AND TO RECONSIDER HER FFT: POSITION. PLTF IS TO FILE A DECLARATION SHOWING HER COMPLIANCE WITH THE COURT'S ORDER FFT: NO LATER THAN 10/17/21 WITH THE DEFT'S REPLY DUE NO LATER THAN 11/5/21. FAILING A SHOWING OF FULL FFT: COMPLIANCE, IT IS VERY LIKELY THE CASE WILL BE DISMISSED, WITH PREJUDICE

---

10/18/2021 Declaration Re: ▼

Comment

DECLARATION OF PLAINTIFF FILED RE: COMPLIANCE WITH COURT'S ORDER %%X%% %%X%%

---

10/25/2021 Case Management Conference Statement Filed ▼

Comment

DD: NONJURY Trial Requested, Time Estimate: 5 DAYS

---

11/03/2021 Reply to: ▼

Comment

DOE'S DECLARATION AND UPDATE TO THE COURT FILED

11/12/2021 Motion Hearing/ Minute Order ▾

Original Type
Motion Hearing/ Minute Order

Hearing Time
09:00 AM

Result
Granted

Comment
TERMINATING AND MONETARY SANCTIONS+0002+

11/12/2021 *Further Case Management Conference ▾

Hearing Time
09:00 AM

Cancel Reason
Off Calendar

11/30/2021 * ▾

Comment
ORDER WITHOUT HEARING FILED: MOTION FOR TERMINATING SANCTIONS IS GRANTED FOR THE
REASONS STATED IN THE MOVING AND REPLY PAPERS. THE AMOUNT OF FEES AND COSTS
REQUESTED IS REASONABLE AND IS GRANTED. THE CASE IS NOW DISMISSED WITH PREJUDICE.

11/30/2021 * ▾

Comment
JUDGMENT FILED IN FAVOR OF DEFENDANT ACA: Set Aside Case Disposition CSADBT: Civil SAD Before
Trial - CDIT%%. JST: CASE STATUS CHANGED TO JUDGMENT BOJ: Judgment on Complaint/Petition JFP:
JUDGMENT ON THE Complaint/Petition FOR PLAINTIFF 10001 JAD: JUDGMENT ON THE Complaint/Petition
AGAINST DEFENDANT 30002 JAM: PRINCIPAL $2,500.00, ATTORNEY FEES $0.00, INTEREST $0.00,
COSTS $435.00 TJ: TOTAL JUDGMENT 0002 MSCAN: MICROFILMED/SCANNED ON 11/30/21

12/06/2021 Notice of Appeal (Unlimited Civil/Family/Probate) ▾

Notice of Appeal (Unlimited Civil Case)

Comment
Received FW-001 & FW-003 filing fee for DCA, deposit waived for preparation of clerk's transcripts (FW-001 on
file), and proof of service filed on this date with Designation of Record on this date.

12/06/2021 Appellant's Notice Designating Record on Appeal ▾

Appellant's Notice Designating Record on Appeal

Comment
Party elects CRC 8.122 for clerk's transcript, without oral proceedings. Proof of service filed on this date.

12/06/2021 Proof of Service by Mail ▾

Proof of Service - Civil

Comment
RE: NOTICE OF APPEAL & APPELLANT'S NOTICE DESIGNATING SENT VIA USPS BY J. LI ON 12/06/21

12/06/2021 **Cause Of Action** ▾

Action                         File Date
Appeal                         12/06/2021

12/17/2021 Court of Appeal Case Number(s) ▾

Comment
: A164140 (Div. 2)

07/26/2022 Notice of Estimated Cost of Clerk's Transcript ▾

Notice of Estimated Cost of Clerk's Transcript

Comment
APPL: $0 (FW) / RESP: $362.50

## Documents

Notice of Estimated Cost of Clerk's Transcript

Notice of Appeal (Unlimited Civil Case)

Appellant's Notice Designating Record on Appeal

Proof of Service - Civil