Attachment F: Luo v. County of Los Angeles Denial of Motion to Seal

Electronically FILED by Superior Court of California, County of Los Angeles on 09/07/2022 02:28 PM Sherri R. Carter, Executive Officer/Clerk of Court, by E. Gregg, Deputy Clerk

Tomas A. Guterres, Esq. (State Bar No. 152729)
Erin R. Dunkerly, Esq. (State Bar No. 260220)
David C. Moore, Esq. (State Bar No. 156114)
**COLLINS + COLLINS LLP**
790 E. Colorado Boulevard, Suite 600
Pasadena, CA  91101
(626) 243-1100 – FAX (626) 243-1111
tguterres@ccllp.law
edunkerly@ccllp.law
dmoore@ccllp.law

*Exempt from payment of filing fee pursuant to Gov. Code § 6103*

Attorneys for Respondent,
COUNTY OF LOS ANGELES

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| XINGFEI LUO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES; CITY OF EL MONTE; AND DOES 1-10, inclusive,<br><br>　　　　Respondent. | CASE NO. 20STCP03258<br>*[Assigned to Hon. James C. Chalfant, Dept. 85]*<br><br>**NOTICE OF RULING**<br><br><br>**Complaint Filed:**　10/08/2020<br>**Trial Date:**　　　　11/23/2021 |

**TO PETITIONER AND ALL OTHER PARTIES:**

PLEASE TAKE NOTICE that on September 7, 2022 in Department 85 of the above-referenced court, the Honorable James Chalfant presiding, the court heard and considered petitioner's:  (1) ex parte application to seal her declaration; and (2) ex parte application to redact/seal records previously filed in this action. Petitioner appeared on her own behalf telephonically.  Respondent County of Los Angeles ("County") appeared by and through its counsel of record, David C. Moore of Collins + Collins, LLP, who appeared via video link. No other appearances were made.

The Court, after considering the moving and opposition papers as well as the arguments of petitioner and counsel, ruled as follows:

*22683*

1

**NOTICE OF RULING**

1. The application to seal petitioner's declaration is denied, and the court clerk is directed to return the conditionally-sealed declaration to the petitioner and to not file said declaration. During the hearing, the court gave the petitioner the option of either: (a) having the application conditionally granted and a protective order issued restricting dissemination of the declaration, but only if petitioner served the unredacted declaration on counsel for County; or (b) having the unredacted declaration that petitioner had conditionally filed under seal returned to petitioner and not filed. Petitioner chose the latter option.

2. The application to redact (seal) portions of documents previously filed in this action in January, 2022 is denied.

The court ordered counsel for County to give notice.

DATED: September 7, 2022         COLLINS + COLLINS LLP

By: _____
DAVID C. MOORE
ERIN R. DUNKERLY
TOMAS A. GUTERRES
Attorneys for Respondent,
COUNTY OF LOS ANGELES

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax    (626) 243-1111

*22683*

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,         )
                             ) ss.
County of Los Angeles.       )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, California 91101.

On this date, I served the foregoing document described as **NOTICE OF RULING** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

Xingfei Luo
PO BOX #4886,
El Monte, CA 91734
(626) 208-9665
Courtproceeding9@gmail.com
CPRArq@mail.com
**PLAINTIFF IN PRO PER**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC TRANSMISSION)** - Only by emailing the document(s) listed above to the parties in this action using the email addresses identified on the attached Service List. During the period of Emergency Rule #12 declared pursuant to the COVID-19 Pandemic, as well as the Orders of the Governor of California and Mayor of Los Angeles, this office is working remotely, not readily able to send physical mail as usual, and is therefore using only electronic mail as the preferred method of communication.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (626) 243-1111 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **September 7, 2022** at Pasadena, California.

☒ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
NELLY VERDUGO

22683

3
**NOTICE OF RULING**

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600
Pasadena, CA 91101
Phone (626) 243-1100
Fax    (626) 243-1111