IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

**MOTION FOR LEAVE TO WITHDRAW FROM LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 5(b)**

Jacob D. Jones, Esq., hereby submits this Motion for Leave to Withdraw from Limited Scope Representation Pursuant to D.C.COLO. LAttyR 5(b), and in support thereof, states as follows.[1]

**REQUEST FOR RELIEF**

1.     D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon completion of the limited representation scope or objective agreed with counsel's client. D.C.COLO.LAttyR 5(b) provides:

> **(b) Withdrawal of Appearance.** An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of the notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall include a certification by counsel that the service specified in the Entry of

---

[1] Effective Dec. 1, 2017, there is no longer a need for a Certificate of Conferral for matters concerning entry and withdrawal of appearances of counsel. See D.C.COLO.LCivR 7.1(b)(4).

Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

2. Here, undersigned counsel seeks to withdraw from counsel's limited appearance to represent Plaintiff in this action at her request for the limited purpose of defending her deposition, scheduled September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse, as counsel has completed the service and tasks as contemplated and agreed upon by counsel and the party.

3. Accordingly, undersigned counsel respectfully requests that this Court permit him to withdraw from the limited appearance, and on the basis that good cause is shown; counsel **certifies** as completed the service and tasks to satisfaction, evidenced by completion of defending Plaintiff Xingfei Luo at her deposition, scheduled September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse.

4. At the conclusion of this limited appearance, the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

5.  Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel. Undersigned counsel acknowledges that Plaintiff will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing limited representation to Plaintiff pursuant to D.C.COLO.LAttyR 5(b).

DATED this 23rd day of September, 2022.

                                                                                      Respectfully submitted,

                                                                                      */s/ Jacob D. Jones*
                                                                                      Jacob D. Jones, Colorado Bar No. 55984
                                                                                      Greenspoon Marder LLP
                                                                                      1144 15th Street, Suite 2700
                                                                                       Denver, Colorado 80202
                                                                                      Phone: (303)741-1111
                                                                                      Email: Jacob.Jones@gmlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of September 2022 I served an electronic copy of the foregoing via CM/ECF to counsel of record.

Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Ste 100
Denver, CO 80238
Tel. (720) 675-8584
Fax (720) 880-3142
katy@kdonnellylaw.com

                                                         */s/ Jacob D. Jones*
                                                  Jacob D. Jones, Colorado Bar No. 55984
                                                  Greenspoon Marder LLP
                                                  1144 15th Street, Suite 2700
                                                  Denver, Colorado  80202
                                                  Phone: (303)741-1111
                                                  Email: Jacob.Jones@gmlaw.com