IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

___

**[PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW FROM PROVIDING LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 5(b)**
___

PURSUANT to D.C.COLO.LAttyR 2(b)(1) of the District of Colorado Local Rules of Practice, the Motion for Leave to Withdraw from Providing Limited Scope Representation filed by Jacob D. Jones, Esq. [filed September 23, 2022; ECF No. __] is **granted**. Mr. Jones, having represented Plaintiff for the limited purpose(s) of defending her deposition, scheduled September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse, has shown good cause for allowing the withdrawal of counsel's representation of the party, upon completion of the written and mutually agreed-upon objective of defending Plaintiff Xingfei Luo at her deposition, scheduled September 22, 2022 at 9 a.m. in Courtroom A501 of the Alfred A. Arraj Courthouse described in counsel's Entry of Appearance to Provide Limited Representation.

The pro se party is reminded of the party's burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and of understanding that she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or

refusal to meet these burdens may subject her to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

All Notices of Electronic Filing issued in this matter are hereby terminated with respect to counsel. Plaintiff Xingfei Luo, as pro se party, will continue to receive from the Court or from the opposing counsel or parties notice of all documents filed in this case.

DATED at Denver, Colorado, this ____ day of _____, 2022.

BY THE COURT:

_____
United States District/Magistrate Judge