**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:20-cv-02765-RMR-MEH

JANE DOE,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**RESPONSE TO AMENDED MOTION TO RESTRICT AND REDACT (DOC. 206)
(ADOPTING DOC. 213)**

---

    Mr. Paul Wang, by and through his undersigned counsel, joins in Intervenor Eugene Volokh's Objection to Plaintiff's Amended Motion to Restrict and Redact, Doc. 213.

    Respectfully submitted this 23rd day of September 2022.

                                       */s/ Katayoun A. Donnelly*
                                       Katayoun A. Donnelly (#38439)
                                       Azizpour Donnelly, LLC
                                       2373 Central Park Blvd., Suite 100
                                       Denver, CO  80238
                                       Tel. (720) 675-8584
                                       katy@kdonnellylaw.com

                                       *Attorney for Paul Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I served an electronic copy of the foregoing on the parties via CM/ECF and email.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly

2