IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Regina M. Rodriguez entered on October 19, 2022 [ECF No. 222], it is

ORDERED that this action is dismissed with prejudice. It is

FURTHER ORDERED that Defendant shall be awarded his expenses and fees for Plaintiff's September 22, 2022 deposition. It is

FURTHER ORDERED that Defendant shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days after the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 19th day of October, 2022.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/ K. Myhaver
                    K. Myhaver, Deputy Clerk