

ORIS - PROD - Version 4.1.0.38439 RPOLICELLI

Home | Organization | Policy | Claims | Reports | Accounting | Activities | Utilities

Log Out

Claim: 201A713842-1 Policy: 201A713842 Return Connections: 201A713842-1 / XingFei Luo / CLOSED / Trip Interruption

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Insured: | XingFei Luo | Opened: | jbotelho (09/06/2013) | Travel Dates: | 07/03/2013 - 09/12/2013 | Branch: | FAREPORTAL INC (32-0493) | | |
| Plan: | 201A - cheapOair Base (TXS-cOaBase) | Closed: | dmcnally (09/17/2013) | Application Date: | 06/18/2013 | Reserve Available: | 0.00 | | |
| Benefit: | Trip Interruption (TI) | Loss Date: | 08/31/2013 | Effective Date: | 06/19/2013 | EOC Num: | 201A-0112 | Admin Overview: | Not Availab |

**View**

- Claim Info »
- Policy Connections (0)
- Activities (17)
- Documents (11)
- Tasks (0/3)
- Notes (0)
- Workflows (0)
- Policy Summary
- Events (9)
- Payees (0)

**Actions**

- Change Status
- Add Payment
- Add Recovery
- Authorize Payments (0)
- Delete Claim

**Alerts**

- Do NOT send TA form. (195)

**Claim: 201A713842-1 Policy: 201A713842**

**Insured Details** edit

| | |
|---|---|
| Insured: | XingFei Luo (Age: 35, Dob: 12/30/1977) |
| Gender: | Unknown |
| Language: | English |
| Address: | 11505 East Virginia Place, Aurora, CO, 80012 |

**Plan / Benefit Details** edit

| | | | |
|---|---|---|---|
| Plan: | 201A - cheapOair Base (TXS-cOaBase) | Benefit Type: | Sum Insured After |
| Options: | | Maximum: | 1346.00 |
| Benefit: | Trip Interruption (TI) | Coverage Period: | 07/03/2013 - 09/12/2013 |
| Travel Dates: | 03Jul2013 - 12Sep2013 | | |

**Claim Details** edit

| | | | | | |
|---|---|---|---|---|---|
| Status: | CLOSED | Reserve: | $0 | Examiner: | Debbie McNally |
| Reason: | pop | Inpatient: | No | Loss Location: | |
| Opened: | jbotelho (09/06/2013) | Legal: | No | Special Occurrence: | |
| Closed: | dmcnally (09/17/2013) | Complaint: | No | Special Occ Reason: | |
| Loss Date: | 08/31/2013 | Subrogation/COB: | No | Diagnostic Info: | |
| Reported Date: | 09/06/2013 | Reference Num: | 201A0112 | | |
| Booking Date: | | Assistance Case #: | | | |

**Comments**

Claim Closed on 09/17/2013 8:35:21 AM

**Transactions (1)** Filter by Claim: (all) Filter by Type: (all) View payment summary by

Total Payments (CDN): $0.00 Total Payments (USD): $673.00 Total Recoveries (CDN): $0.00 Total Recoveries (USD): $0.00

| ! | Trans Date | Claim Num | Type | Payee Name | Cheque Lang | Provider | Loss Class | Amount | Currency | Base Amt | Status | Payment Type | eTransfer Status | eTransfer Status Date | eTransfer Status Reason | eTransfe Setup Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/17/2013 | **201A713842-1** / XingFei / CLOSED / TI | Claim Payment | XingFei Luo | English | | TXS1345 - Theft Passport/Travel Visa | $673.00 | USD | $673.00 | PAID | Cheque | | | | |

3/10/22, 9:05 AM                                    https://pas.orican.com/ccentrelookups/DisplayCheque.aspx



Confidential                                                                                                                    Plaintiff_000077