# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## PAUL WANG'S SUBMISSION OF ATTORNEYS' FEES AND EXPENSES ACCORDING TO OCTOBER 19, 2022 ORDERS
### (with attachments)

---

Defendant Paul Wang hereby submits his calculation of reasonable attorneys' fees and expenses, with supporting documentation, according to the Court's October 19, 2022 orders. (Docs. 222, 223.)

Respectfully submitted this 2nd day of November 2022.

    */s/ Katayoun A. Donnelly*
    Katayoun A. Donnelly (#38439)
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO  80238
    Tel. (720) 675-8584
    katy@kdonnellylaw.com

    *Attorney for Paul Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I served an electronic copy of the foregoing on:

*Plaintiff*:

Xingfei Luo
co20_2765@mail.com

               */s/ Katayoun A. Donnelly*
               Katayoun A. Donnelly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**DECLARATION OF KATAYOUN DONNELLY IN SUPPORT OF PAUL WANG'S SUBMISSION OF ATTORNEYS' FEES AND EXPENSES ACCORDING TO OCTOBER 19, 2022 ORDERS**

---

Defendant Paul Wang hereby submits his calculation of reasonable attorneys' fees and expenses, with supporting documentation, according to the Court's October 19, 2022 orders. (Docs. 222, 223.)

I, Katayoun A. Donnelly, state upon my personal knowledge as follows:

1.    I am providing this declaration in support of Defendant Paul Wang's submission of attorneys' fees and expenses according to the Court's October 19, 2022 orders. (Docs. 222, 223.)

2.    I am a solo practitioner and represent Mr. Paul Wang in this action.

3.    On September 22, 2022, Ms. Wang took Ms. Luo's deposition.[1]

---

[1] *See* minute order issued on 09/07/2022, Doc 189 ("ORDER denying 187 Motion to Determine Need for an Interpreter. The parties have brought to the Court a dispute concerning the need for an interpreter at Plaintiffs deposition. Defendant seeks Plaintiffs deposition. Plaintiff, proceeding pro se, is a native of China. She requests an interpreter at the deposition at Defendants expense. Defendant opposes. Part of Plaintiffs request is that primary

1

4. On September 26, 2022, Magistrate Judge Hegarty recommended that the Court dismiss the case and award Mr. Wang his attorneys' fees and costs for taking Ms. Luo's deposition. (Doc. 218.) On October 19, 2022, the Court accepted Magistrate Judge Hegarty's recommendations. (Doc. 222.)

5. Ms. Luo's deposition has cost Mr. Wang $18,521.83, $15,428 in attorneys' fees and $3,093.83 in expenses.

6. Mr. Wang's attorneys' fees for the deposition are as follows:

| Date | Time | Attorney | Amount |
|---|---|---|---|
| 9/6/2022 | 1.5 | KAD Conduct research (0.5); Draft, edit, and file emergency motion to determine whether Ms. Luo needs an interpreter for the deposition (1.5). | $570.00 |
| 9/19/2022 | 1.0 | KAD Prepare for deposition. | $380.00 |
| 9/20/2022 | 5.0 | KAD Prepare for deposition. | $1900.00 |
| 9/21/2022 | 14.4 | KAD Prepare for deposition (4.5). SDZ Prepare for deposition (9.9). | $5472.00 |
| 9/22/2022 | 18.7 | KAD Prepare for and conduct deposition (9.0). SDZ Prepare for and conduct deposition (9.7). | $7106.00 |

---

defense counsel is also not a native English speaker and, purportedly, Plaintiff has difficulty understanding defense counsel. Defense counsel has offered to have the deposition conducted by a native English speaker. It appears that in many jurisdictions, when a deponent requests an interpreter for a deposition, the cost for the service is borne by the party seeking the deposition, but the prevailing party may recover interpreter costs pursuant to 28 U.S.C. § 1920. Some courts do engage in a determination of necessity when the parties disagree about whether an interpreter is necessary. I do not believe a hearing is necessary. I have had significant opportunity to perceive Plaintiff in person as well as review her filings with the Court. I believe an interpreter is not factually justified. In addition, I have granted Plaintiffs request to appoint pro bono counsel for a limited purpose, for her deposition. This, in addition to defense counsels offer to have a native English speaker conduct the deposition, constitute sufficient mitigation for any concerns Plaintiff has. Her request to have Defendant provide and pay for an interpreter is denied. SO ORDERED. by Magistrate Judge Michael E. Hegarty on 09/07/2022.) Pursuant to this order, Steven D. Zansberg Esq. assisted in taking Ms. Luo's deposition.

7. Mr. Wang also incurred $2657.05 in expenses for obtaining the transcript of the deposition, $334.65 for obtaining the transcript of the August 24, 2022 hearing, which was used to prepare for the deposition, and $102.13 for hotel reservation for Ms. Luo. Attached here to as **Exhibit A** are true and correct copies of the receipts.

8. The information in this declaration concerning fees and costs incurred by Mr. Wang and charged by my firm is true and correct.

9. Mr. Wang's calculation includes only fees and expenses related to responding to Plaintiff's deposition, not any fees or expenses related to the underlying proceedings.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2022.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly

# Exhibit A



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220275463-14 | 10/6/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6230304 | 9/22/2022 | $2657.05 |

| Case Name |
|---|
| Xingfei Luo v. Paul Wang |

| Case No. |
|---|
| 120CV02765RMRMEH |

SW - COLORADO
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 303-832-5966

Katayoun Azizpour Donnelly , Esquire
Azizpour Donnelly, L.L.C.
2737 Central Park Boulevard Suite 100
Denver CO 80238

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Alfred A Arraj United States Courthouse<br>901 19th Street<br>Denver CO 80294 | Katayoun Azizpour Donnelly , Esquire<br>Azizpour Donnelly, L.L.C.<br>2737 Central Park Boulevard Suite 100<br>Denver CO 80238 | Client Matter No:<br>Claim No:<br>Insured: |

ORIGINAL TRANSCRIPT OF: Xingfei Luo

| | |
|---|---|
| **Total Due** | **$2657.05** |
| AFTER 11/20/2022 PAY | $2,657.05 |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $2657.05 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                                              Phone: 7206758584

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Katayoun Azizpour Donnelly , Esquire
Azizpour Donnelly, L.L.C.
2737 Central Park Boulevard Suite 100
Denver CO 80238

| Invoice No. | 20220275463-14 | Invoice Date | 10/6/2022 |
|---|---|---|---|
| Job No. | 6230304 | Case No. | 120CV02765RMRMEH |
| Total Due | $2657.05 | | |

Remit To:  U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**  

Cardholder's Name:

Card Number:

Exp. Date:                Phone:

Billing Address:

Zip:                       Card Security Code:

Amount to Charge:

Cardholder's Signature:

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Paul Wang
Paul Wang, Pro SE
17 Cottonwood Lane
Greenwood Village, CO 80121

## *Invoice #318063*

| Date | Terms |
|---|---|
| 09/13/2022 | Due Upon Receipt |

| Assignment #213295 on 08/25/2022 | |
|---|---|
| **Case:** Luo v. Paul Wang - DRT-20-cv-02765-RMR-MEH | **Shipped On:** 09/01/2022 |
| **Case Number#:** DRT-20-cv-02765-RMR-MEH | **Shipped Via:** Email |
|  | **Delivery Type:** Transcription |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **STATUS CONFERENCE - 08/24/22** | | | |
| Transcription 7 Day Delivery (69 Pages) | $ 4.85 | 1.00 | $ 334.65 |
| | | | $ 334.65 |
| 8/26/22 CC Deposit | | | $ -400.00 |
| | | | $ -400.00 |
| | | Amount Due: | $ -65.35 |
| | | Paid: | $ -65.35 |

| Balance Due: | $ 0.00 |
|---|---|
| Payment Due: | 10/09/2022 |

**\*\*Please include the invoice number on all payments. Monthly finance charge of .667% applied after 30 days.**

If paying by check, please detach this portion and return with your payment
-------------------------------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 318063
Job No. : 213295
Amount Due: $ 0.00

**Remit To:** AB Litigation Services
216 16th Street, Suite 600
Denver, CO 80202

Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

## Check Your Details

### 11th Avenue Hostel

| | |
|---|---|
| Confirmation number | 3569.525.979 |
| PIN Code | 8800 🔒 |
| Booking Details | 2 nights, 1 selected |
| You booked for | 1 adult |
| Check-in | Wednesday, September 21, 2022 (2:00 PM - 12:00 AM) |
| Check-out | Friday, September 23, 2022 (7:00 AM - 11:00 AM) |

✏️ Change dates    📅 Outlook/iCal    📅 Google calendar

## Payment info

**You got a US$102.13 refund for this booking. You've paid US$100.37 overall.**

**22 Sept 2022**

VISA •••• 8241                              Refunded    **US$102.13**

**Want to track your refund?**
Contact your credit card provider and give them the following reference number: 29903C

**17 Sept 2022**

VISA •••• 8241                              Paid    **US$202.50**