EXHIBIT A TO BILL OF COSTS OF DEFENDANT

Case No. 1:20-cv-02765-RMR-MEH

Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920

| File # | | |
|---|---|---|
| A-1 | Transcript cost for 9-22-2022 | $2,657.05 |
| A-2 | Hotel Booking non refundable | $100.37 |
| A-3 | Pacer Fee Usage From 01-01-2021 to 03-31-2021 | $446.40 |
| A-4 | Pacer Fee Usage From 04-01-2021 to 06-30-2021 | $186.10 |
| A-5 | Pacer Fee Usage From 07-01-2021 to 09-30-2021 | $124.10 |
| A-6 | Pacer Fee Usage From 10-1-2021 to 12-31-2021 | $55.40 |
| A-7 | Pacer Fee Usage From 1-1-2022 to 3-31-2022 | $23.20 |
| A-8 | Pacer Fee Usage from 4-1-2022 to 6-30-2022 | $63.90 |
| A-9 | Pacer Fee Usage from 7-1-2022 to 9-30-2022 | $52.30 |
| A-10 | LA Court Fee | $9.00 |
| A-11 | LA Court Fee | $3.00 |
| A-12 | LA Court Fee | $9.80 |
| A-13 | LA Court Fee | $6.20 |
| A-14 | LA Court Fee | $1.00 |
| A-15 | LA Court Fee | $4.75 |
| A-16 | Obtain Case# 19CM06724 minutes | $46.59 |
| A-17 | Obtain Case# 19CM06724 transcripts and recordings | $147.71 |
| A-18 | LA Court Fee | $1.00 |
| A-19 | Obtain Case# 18V002374 documents | $9.73 |
| A-20 | Obtain Case# 18V002374 documents | $15.90 |
| A-21 | Transcript copy fee | $28.80 |
| A-22 | LA Court Fee | $9.00 |
| A-23 | LA Court Fee | $3.00 |
| A-24 | LA Court Fee | $6.20 |
| A-25 | LA Court Fee | $9.80 |
| A-26 | LA Court Fee | $65.81 |
| A-27 | OC Court Fee | $7.50 |
| A-28 | LA Court Fee | $5.40 |
| A-29 | LA Court Fee | $34.40 |
| A-30 | LA Court Fee | $5.40 |
| A-31 | OC Court Fee | $7.50 |
| A-32 | OC Court Fee 2 | $7.50 |
| A-33 | OC Court Fee | $7.50 |
| A-34 | OC Court Fee | $23.48 |
| A-35 | LA Court Fee 1 | $7.00 |
| A-36 | LA Court Fee 2 | $5.40 |
| A-37 | OC Court Fee | $17.52 |
| A-38 | OC Court Fee | $7.50 |
| A-39 | LA Court Fee | $4.00 |
| A-40 | Transcript copy 5/31/2022 | $68.40 |

| A-41 | LA Court Fee | $1.00 |
|---|---|---|
| A-42 | LA Court Fee | $5.40 |
| A-43 | LA Court Fee | $3.00 |
| A-44 | LA Court Fee | $1.00 |
| A-45 | LA Court Fee | $6.60 |
| A-46 | LA Court Fee | $1.00 |
| A-47 | Transcript copy for 8/24/2022 | $334.65 |
| A-48 | LA Court Fee | $1.00 |
| A-49 | LA Court Fee | $6.60 |
| A-50 | LA Court Fee | $11.80 |
| | | |
| | Total Costs | $4,666.66 |