**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

      Plaintiff,

v.

PAUL WANG,

      Defendant.

---

## ENTRY OF APPEARANCE

---

      Craig Stewart hereby enters his appearance as counsel for Wheeler Trigg O'Donnell and

certifies that he is a member in good standing of the bar of this court pursuant to

D.C.COLO.LAttyR 5(a)(3)(c).


      Dated:  November 3, 2022.

                                         Respectfully submitted,

                                         *s/ Craig Stewart*
                                         Craig Stewart
                                         HOLLAND & HART LLP
                                         555 17th Street, Suite 3200
                                         Denver, CO 80202
                                         Phone: (303) 295-8000
                                         cstewart@hollandhart.com
                                         **ATTORNEYS FOR WHEELER TRIGG**
                                         **O'DONNELL LLP**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I have caused the foregoing to be served on the following via email:

Xingfei Luo
co20_2765@mail.com
**Plaintiff**

Katayoun A. Donnelly
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO 80238
Tel. (720) 675-8584
katy@kdonnellylaw.com
**Attorney for Defendant Paul Wang**

*s/ Craig Stewart*
HOLLAND & HART LLP

20149126_v1

2