IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

### ENTRY OF APPEARANCE

Hannah E. Armentrout hereby enters her appearance as counsel for Wheeler Trigg O'Donnell and certifies that she is a member in good standing of the bar of this court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Dated: November 3, 2022.

    Respectfully submitted,

    *s/ Hannah E. Armentrout*
    Hannah E. Armentrout
    HOLLAND & HART LLP
    555 17th Street, Suite 3200
    Denver, CO 80202
    Phone: (303) 295-8000
    hearmentrout@hollandhart.com
    **ATTORNEYS FOR WHEELER TRIGG O'DONNELL LLP**

## CERTIFICATE OF SERVICE

       I hereby certify that on November 3, 2022, I have caused the foregoing to be served on the following via email:

    Xingfei Luo
    co20_2765@mail.com
    **Plaintiff**

    Katayoun A. Donnelly
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO 80238
    Tel. (720) 675-8584
    katy@kdonnellylaw.com
    **Attorney for Defendant Paul Wang**

*s/ Hannah E. Armentrout*
HOLLAND & HART LLP

20148951_v1