# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

        Plaintiff(s),

v.

PAUL WANG,

        Defendant(s).

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*3:12 pm, Nov 14, 2022*
**JEFFREY P. COLWELL, CLERK**

## NOTICE OF APPEAL FROM FINAL JUDGMENT

Xingfei Luo appeal(s) to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on 10/19/2022.

Dated: 11/14/2022.

*/s/ Xingfei Luo*
Plaintiff, In Pro Per

*Rev. 12/2021*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Clerk of Court. The CM/ECF system will send notification of such filing to all ECF registered users.

Date: November 14, 2022

*/s/ Xingfei Luo*
Plaintiff, In Pro Per

*Rev. 12/2021*