AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| Xingfei Luo | ) | |
| | ) | |
| v. | ) | Case No.: 20-cv-02765-RMR-MEH |
| Paul Wang | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____10/19/2022_____ against ___Xingfei Luo___ ,

the Clerk is requested to tax the following as costs:                     *Date*

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 3,088.90 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (*itemize on page two*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (*please itemize*) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,311.88 |
| TOTAL | $ | 4,400.78 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: ___Email: co20_2765@mail.com___

s/ Attorney:    Katayoun A. Donnelly

Name of Attorney: Katayoun Donnelly

For: _____Paul Wang_____          Date: ___11/17/2022___
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    12/01/2022, 9:00am
*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME , CITY AND STATE OF RESIDENCE** | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | **Total Cost Each Witness** |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | Reset |
|---|---|---|

EXHIBIT A TO BILL OF COSTS OF DEFENDANT

Case No. 1:20-cv-02765-RMR-MEH

Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920

| # | Costs incident to taking of depositions | |
|---|---|---|
| 1 | Transcript cost for the Deposition on 9-22-2022. See invoice attached as Exhibit A-1 | $2,657.05 |
| 2 | Hotel Booking non-refundable for Plaintiff's stay during the deposition period 9-22-2022 to 9-24-2022. See invoice attached as Exhibit A-2 | $100.37 |
| 3 | Cost associated with obtaining evidence for the Deposition on 9-22-2022. See invoice attached as Exhibit A-3 | $194.30 |
| 4 | Cost associated with obtaining evidence for the Deposition on 9-22-2022. See invoice attached as Exhibit A-4 | $65.81 |
| 5 | Transcript copy fee for the court date 8/24/2022. See invoice attached as Exhibit A-5 | $334.65 |
| | **Total Costs incident to taking of depositions** | $3,352.18 |
| | | |
| | **Other costs** | |
| 6 | Pacer Fee Usage From 01-01-2021 to 03-31-2021. See invoice attached as Exhibit A-6 | $446.40 |
| 7 | Pacer Fee Usage From 04-01-2021 to 06-30-2021. See invoice attached as Exhibit A-7 | $186.10 |
| 8 | Pacer Fee Usage From 07-01-2021 to 09-30-2021. See invoice attached as Exhibit A-8 | $124.10 |
| 9 | Pacer Fee Usage From 10-1-2021 to 12-31-2021. See invoice attached as Exhibit A-9 | $55.40 |
| 10 | Pacer Fee Usage From 1-1-2022 to 3-31-2022. See invoice attached as Exhibit A-10 | $23.20 |
| 11 | Pacer Fee Usage from 4-1-2022 to 6-30-2022. See invoice attached as Exhibit A-11 | $63.90 |
| 12 | Pacer Fee Usage from 7-1-2022 to 9-30-2022. See invoice attached as Exhibit A-12 | $52.30 |
| | | |
| 13 | Transcript copy fee for the court date 4/8/2021. Necessary to brief the issues. See invoice attached as Exhibit A-13 | $28.80 |
| | | |
| 14 | Transcript copy fee for the court date 5/31/2022. Necessary to brief the issues. See invoice attached as Exhibit A-14 | $68.40 |
| | | |
| | **Total Other costs** | $1,048.60 |
| | | |
| | Total Costs | $4,400.78 |

Exhibit A-1



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220275463-14 | 10/6/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6230304 | 9/22/2022 | $2657.05 |

| Case Name |
|---|
| Xingfei Luo v. Paul Wang |

| Case No. |
|---|
| 120CV02765RMRMEH |

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-832-5966**

**Katayoun Azizpour Donnelly , Esquire**
**Azizpour Donnelly, L.L.C.**
**2737 Central Park Boulevard Suite 100**
**Denver CO 80238**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Alfred A Arraj United States Courthouse<br>901 19th Street<br>Denver CO 80294 | Katayoun Azizpour Donnelly , Esquire<br>Azizpour Donnelly, L.L.C.<br>2737 Central Park Boulevard Suite 100<br>Denver CO 80238 | Client Matter No:<br>Claim No:<br>Insured: |

ORIGINAL TRANSCRIPT OF: Xingfei Luo

| | |
|---|---|
| **Total Due** | **$2657.05** |
| AFTER 11/20/2022 PAY | $2,657.05 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2657.05** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                   Phone: 7206758584

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Katayoun Azizpour Donnelly , Esquire
Azizpour Donnelly, L.L.C.
2737 Central Park Boulevard Suite 100
Denver CO 80238

| Invoice No. | 20220275463-14 | Invoice Date | 10/6/2022 |
|---|---|---|---|
| Job No. | 6230304 | Case No. | 120CV02765RMRMEH |
| Total Due | **$2657.05** | | |

Remit To:  **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

## PAY BY CREDIT CARD    

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Exhibit A-2

# Check Your Details

## 11th Avenue Hostel

| | |
|---|---|
| **Confirmation number** | 3569.525.979 |
| **PIN Code** | 8800 🔒 |
| **Booking Details** | 2 nights, 1 selected |
| **You booked for** | 1 adult |
| **Check-in** | Wednesday, September 21, 2022 (2:00 PM - 12:00 AM) |
| **Check-out** | Friday, September 23, 2022 (7:00 AM - 11:00 AM) |

✏️ **Change dates**    📅 **Outlook/iCal**    📅 **Google calendar**

# Payment info

You got a **US$102.13** refund for this booking. You've paid **US$100.37** overall.

---

22 Sept 2022

**VISA** •••• 8241                                           Refunded   **US$102.13**

**Want to track your refund?**
Contact your credit card provider and give them the following reference number: 29903C

---

17 Sept 2022

**VISA** •••• 8241                                                Paid   **US$202.50**

Exhibit A-3

# Transaction History

⤓ **Download Transaction History**

### Running Your Errands

Aug 24, 2021

Tasker: Bilel K.

| | |
|---|---|
| $40/hr × 2 hrs | $80.00 |
| **Trust & Support Fee** | $24.71 |
| 0 | |
| Expenses: | $46.00 |
| Tip | $7.00 |
| Promo Value: | $10 |

| | |
|---|---|
| **Total:** | **$147.71** |
| Charged To Card: | $147.71 |

### Errands

Aug 3, 2021

Tasker: Samuel H.

| | |
|---|---|
| $30/hr × 1 hr | $30.00 |
| **Trust & Support Fee** | $10.59 |
| 0 | |
| Tip | $6.00 |

| | |
|---|---|
| **Total:** | **$46.59** |
| Charged To Card: | $46.59 |

# Exhibit A-4



Español   Tiếng Việt   한국어   中文   հայերեն

Search

| Home | Online Services | Forms, Filings & Files | Self-Help | Divisions | Jury | General Info |
|---|---|---|---|---|---|---|
| | Pay Fines, Search Records... | Forms, Filing Fees... | For persons without attorneys | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA ... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

Q & A    My Account

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1220308J2903**. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

**You must click on the "Continue" button to view your search results or view your purchased documents.**

**Case Number:** 21STCV44757

**Case Name:** JANE DOE VS ALEX VILLANUEVA, , IN HIS INDIVIDUAL CAPACITY, ET AL.

**Case Type:** CIVIL

| Case Document Images - 21STCV44757 | Pages | Amount |
|---|---|---|
| 3/4/2022 - Declaration - DECLARATION OF ERIN DUNKERLY IN SUPPORT OF DEMURRER AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT | 1-8 (8 pages total) | $6.20 |
| 3/4/2022 - Motion to Strike (not initial pleading) | 1-10 (10 pages total) | $7.00 |
| 3/4/2022 - Demurrer - with Motion to Strike (CCP 430.10) | 1-24 (24 pages total) | $12.60 |
| 3/4/2022 - Request for Judicial Notice | 1-275 (275 pages total) | $40.00 |
| Total: | | $65.80 |

**Transaction Remark:**   21STCV44757

**Transaction Date:**   03/08/2022 13:34:54

**Credit Card Number:**   ...0067

**Credit Card Type:**   Visa

**Bill to:**        Wang, Paul
                    17 Cottonwood Lane
                    Greenwood Village, CO 80121

A copy of this receipt information has been sent via email to: student007@hotmail.com
Please be patient as there may be delays in receiving emails.

Print this page   Continue

Exhibit A-5

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Paul Wang
Paul Wang, Pro SE
17 Cottonwood Lane
Greenwood Village, CO 80121

## *Invoice #318063*

| Date | Terms |
|---|---|
| 09/13/2022 | Due Upon Receipt |

**Assignment #213295 on 08/25/2022**

**Case:** Luo v. Paul Wang - DRT-20-cv-02765-RMR-MEH
**Case Number#:** DRT-20-cv-02765-RMR-MEH

**Shipped On:** 09/01/2022
**Shipped Via:** Email
**Delivery Type:** Transcription

| Description | Price | Qty | Amount |
|---|---|---|---|
| **STATUS CONFERENCE - 08/24/22** | | | |
| Transcription 7 Day Delivery (69 Pages) | $ 4.85 | 1.00 | $ 334.65 |
| | | | $ 334.65 |
| 8/26/22 CC Deposit | | | $ -400.00 |
| | | | $ -400.00 |

| | |
|---|---|
| Amount Due: | $ -65.35 |
| Paid: | $ -65.35 |

| | |
|---|---|
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **10/09/2022** |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

**If paying by check, please detach this portion and return with your payment**

--------------------------------------------------------------------------------------------------------------------------------------------

**Tax ID 84-1334569**
**Invoice No. : 318063**
**Job No. : 213295**
**Amount Due: $ 0.00**

**Remit To: AB Litigation Services**
            **216 16th Street, Suite 600**
            **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Exhibit A-6


**Public Access to Court Electronic Records**

# INVOICE

Invoice Date: 04/07/2021

Usage From:  01/01/2021    to: 03/31/2021

**Account Summary**

| | |
|---|---|
| **Pages:** | 4,464 |
| Rate: | $0.10 |
| Subtotal: | $446.40 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $446.40 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$446.40** |

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q12021 |
| **Due Date:** | 05/10/2021 |
| **Amount Due:** | $446.40 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?Visit **pacer.uscourts.gov/billing**

**Total Amount Due:**  $446.40

### Eight Courts Convert to NextGen in Q1

In the first quarter, eight courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:
* California Northern Bankruptcy
* Delaware Bankruptcy
* Kentucky Eastern Bankruptcy
* Mississippi Northern District
* New York Eastern Bankruptcy
* Tennessee Western Bankruptcy
* Washington Eastern District
* Wisconsin Eastern Bankruptcy

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* ***Thank you!***


Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 05/10/2021 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $446.40, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-7


Public Access to Court Electronic Records

# INVOICE

Invoice Date: 07/08/2021

Usage From: 04/01/2021   to: 06/30/2021

## Account Summary

| | |
|---|---|
| **Pages:** | 1,861 |
| Rate: | $0.10 |
| Subtotal: | $186.10 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $186.10 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$186.10** |

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q22021 |
| **Due Date:** | 08/10/2021 |
| **Amount Due:** | $186.10 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice? Visit
**pacer.uscourts.gov/billing**

## Total Amount Due:  $186.10

### 14 Courts Convert to NextGen in Q2

In the second quarter, 14 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Middle District
* California Central Bankruptcy
* Florida Middle District
* Illinois Central District
* Illinois Northern Bankruptcy
* JPML
* Maryland Bankruptcy
* Michigan Eastern Bankruptcy

* New York Bankruptcy
* Oklahoma Eastern Bankruptcy
* South Dakota District
* Utah Bankruptcy
* Vermont District
* Virginia Eastern District

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 08/10/2021 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $186.10, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

# Exhibit A-8



**PACER**
Public Access to Court Electronic Records

# INVOICE

Invoice Date: 10/10/2021

Usage From:  07/01/2021     to:  09/30/2021

**Account Summary**

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q32021 |
| **Due Date:** | 11/10/2021 |
| **Amount Due:** | $124.10 |

**Pages:** 1,241
Rate: $0.10
Subtotal: $124.10

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $124.10

**Previous Balance:** $0.00

Current Balance: **$124.10**

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?Visit
**pacer.uscourts.gov/billing**

**Total Amount Due:**  $124.10

### 22 Courts Convert to NextGen in Q3

In the third quarter, 22 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

| | |
|---|---|
| * Arizona Bankruptcy | * Maine Bankruptcy |
| * California Eastern District | * Massachusetts Bankruptcy |
| * Colorado District | * Massachusetts District |
| * Georgia Middle Bankruptcy | * Mississippi Southern District |
| * Georgia Northern Bankruptcy | * North Carolina Western District |
| * Hawaii Bankruptcy | * Ohio Northern Bankruptcy |
| * Illinois Southern Bankruptcy | * Ohio Southern Bankruptcy |
| * Illinois Southern District | * Pennsylvania Eastern District |
| * Kentucky Eastern District | * Rhode Island District |
| * Kentucky Western District | * Texas Southern Bankruptcy |
| * Louisiana Middle Bankruptcy | * West Virginia Northern District |

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



**PACER**
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 11/10/2021 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $124.10, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-9



**Public Access to Court Electronic Records**

# INVOICE

Invoice Date: 01/06/2022

Usage From: 10/01/2021    to: 12/31/2021

**Account Summary**

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q42021 |
| **Due Date:** | 02/10/2022 |
| **Amount Due:** | $55.40 |

**Pages:** 554
Rate: $0.10
Subtotal: $55.40

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $55.40

**Previous Balance:** $0.00

Current Balance: **$55.40**

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is: **74-2747938**

Questions about the invoice?Visit **pacer.uscourts.gov/billing**

## Total Amount Due:  $55.40

### 18 Courts Convert to NextGen in Q4

In the fourth quarter, 18 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* California Eastern Bankruptcy
* California Northern District
* Connecticut Bankruptcy
* Florida Middle Bankruptcy
* Florida Northern Bankruptcy
* Georgia Southern Bankruptcy
* Hawaii District
* Illinois Central Bankruptcy
* Indiana Northern District

* Indiana Southern District
* Nevada Bankruptcy
* New York Western District
* Oklahoma Western Bankruptcy
* Puerto Rico District
* Rhode Island Bankruptcy
* South Carolina District
* Texas Northern Bankruptcy
* West Virginia Southern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 02/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $55.40, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-10



## PACER
Public Access to Court Electronic Records

# *Statement of Account*

Statement Date: 04/07/2022

Usage From: 01/01/2022 to: 03/31/2022

**Account Summary**

| | | |
|---|---|---|
| **Pages:** | 232 | |
| Rate: | $0.10 | |
| Subtotal: | $23.20 | |
| **Audio Files:** | 0 | |
| Rate: | $2.40 | |
| Subtotal: | $0.00 | |
| **Current Billed Usage:** | $23.20 | |
| Credit for Usage not Exceeding $30: | <$23.20> | |
| **Previous Balance:** | $0.00 | |
| Current Balance: | **$0.00** | |

**Account #:** 6657336

**Statement #:** 6657336-Q12022

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

## *No payment is due at this time.*

### 17 Courts Convert to NextGen in Q1

IIn the first quarter, 17 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Northern District
* Alaska District
* Arizona District
* Iowa Southern District
* Kentucky Western Bankruptcy
* Louisiana Western Bankruptcy
* Maryland District
* North Carolina Middle District
* N. Mariana Islands Bankruptcy

* N. Mariana Islands District
* Pennsylvania Western Bankruptcy
* Puerto Rico Bankruptcy
* Tennessee Eastern Bankruptcy
* Tennessee Middle Bankruptcy
* Tennessee Middle District
* Texas Southern District
* Virginia Eastern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

## *This Statement of Account is for your information. This is not a bill.*

## *No payment is due at this time.*

Usage for this account was $30 or less for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

6657336

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129





## PACER
Public Access to Court Electronic Records

Exhibit A-11



Public Access to Court Electronic Records

*Invoice*

Invoice Date: 07/07/2022

Usage From:  04/01/2022      to:  06/30/2022

### Account Summary

**Pages:** 639
Rate: $0.10
Subtotal: $63.90

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $63.90

**Previous Balance:** $0.00

Current Balance: **$63.90**

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q22022 |
| **Due Date:** | 08/10/2022 |
| **Amount Due:** | $63.90 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

**Total Amount Due:**    $63.90

### Six Courts Convert to NextGen in Q2

In the second quarter, six courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Florida Southern Bankruptcy      * Ohio Northern District (Asbestos)
* Illinois Northern District        * Texas Eastern District
* Nevada District                   * Wisconsin Western District

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 08/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $63.90, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-12



# *Invoice*

## PACER
Public Access to Court Electronic Records

Invoice Date: 10/05/2022

Usage From: 07/01/2022     to: 09/30/2022

**Account Summary**

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q32022 |
| **Due Date:** | 11/10/2022 |
| **Amount Due:** | $52.30 |

| | |
|---|---|
| **Pages:** | 523 |
| Rate: | $0.10 |
| Subtotal: | $52.30 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $52.30 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$52.30** |

**Total Amount Due:**  $52.30

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

### All Courts Now Converted to NextGen

In the third quarter, the final three courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* North Carolina Eastern District     * Texas Western District
* Texas Northern District

If you have not upgraded your PACER account, here are some helpful hints:
* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
 * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
 * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 11/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $52.30, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-13



Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

PAUL WANG

**Invoice Number:** **106830**
Invoice Date: 12/13/2021

,

In Re:   Jane Doe v. Paul Wang
Witness(s): Status Conference
Attendance Date: 04/08/2021, 1:00 p.m.
Reporter: Dyann Patterson

| Description | Amount |
|---|---|
| Audio Transcript (Copy) - Expedite | 28.80 |
| Invoice Total: | 28.80 |

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

Tax ID: 84-0979302

Exhibit A-14

**AB Litigation Services**

216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



**AB Litigation**
SERVICES

Paul Wang
Paul Wang, Pro SE
17 Cottonwood Lane
Greenwood Village, CO 80121

## *Invoice #316445*

| Date | Terms |
|------|-------|
| 07/06/2022 | Due Upon Receipt |

| Assignment #211662 on 06/02/2022 | |
|---|---|
| **Case:** Luo v. Paul Wang - DRT-20-cv-02765-RMR-MEH | **Shipped On:** 07/06/2022 |
| **Case Number#:** DRT-20-cv-02765-RMR-MEH | **Shipped Via:** Email |
| | **Delivery Type:** Transcription |

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Discovery Conference - 05/31/22** | | | |
| Court Transcription Certified Copy (76 Units) | $ 0.90 | 1.00 | $ 68.40 |
| | | | $ 68.40 |

|  | Amount Due: | $ 68.40 |
|--|-------------|---------|
|  | Paid: | $ 68.40 |

| **Balance Due:** | **$ 0.00** |
|------------------|-----------|
| **Payment Due:** | 08/05/2022 |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

**If paying by check, please detach this portion and return with your payment**

------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 316445
Job No. : 211662
Amount Due: $ 0.00

Remit To: AB Litigation Services
            216 16th Street, Suite 600
            Denver, CO 80202

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**