IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR IMPOSITION OF SANCTIONS

Wheeler Trigg O'Donnell ("WTO"), through undersigned counsel, submits this Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Imposition of Sanctions (ECF 226), Pursuant to Rule 11 of the Federal Rules of Civil Procedure Against Plaintiff and Her Counsel ("Motion"). WTO respectfully requests that the Court grant a 21-day extension of time, up to and including December 14, 2022, to file its Response in Opposition to Defendant's Motion.

1. Certificate of Conferral: Undersigned counsel conferred with counsel for Defendant, and Defendant does not oppose the relief sought in this Motion.

2. On November 2, 2022, Defendant filed his Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure Against Plaintiff and Her Counsel. WTO's Response is currently due on November 23, 2022.

3. WTO requires additional time to file its Response because lead counsel for WTO starts a two-week trial on November 28, 2022.

4. This is WTO's first request for an extension of time on this Response.

5. Granting WTO the requested 21 days will not unduly delay any proceedings or affect any other existing deadlines.

6. This request is brought in good faith and will not prejudice any party.

7. Undersigned counsel affirms that a copy of this Motion was served on WTO pursuant to D.C.COLO.LCivR 6.1.

WHEREFORE, WTO respectfully requests that the Court grant this Motion and order that WTO file its Response to the Motion on or before December 14, 2022.

Dated: November 21, 2022.

Respectfully submitted,

*s/ Hannah E. Armentrout*
Craig Stewart
Hannah E. Armentrout
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
hearmentrout@hollandhart.com
**ATTORNEYS FOR WHEELER TRIGG O'DONNELL LLP**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I have caused the foregoing to be served on the following via email:

Xingfei Luo
co20_2765@mail.com
**Plaintiff**

Katayoun A. Donnelly
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO 80238
Tel. (720) 675-8584
katy@kdonnellylaw.com
**Attorney for Defendant Paul Wang**

Sara C. Van Deusen
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver CO  80202
Tel.  (303) 244-1800
vandeusen@wtotrial.com
**Individual Receiving Service on Behalf of WTO**

*s/ Hannah E. Armentrout*
HOLLAND & HART LLP