IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR IMPOSITION OF SANCTIONS

Wheeler Trigg O'Donnell's ("WTO") Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Imposition of Sanctions is hereby GRANTED. WTO shall file its response on or before December 14, 2022.

DATED this ____ day of November 2022.

                                              Hon. Regina Rodriguez
                                              UNITED STATES DISTRICT JUDGE

20288371_v1