IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:13 am, Nov 22, 2022
JEFFREY P. COLWELL, CLERK

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR IMPOSITION OF SANCTIONS**

Plaintiff submits this Unopposed Motion for Extension of Time to Respond to Defendant's Second Motion for Imposition of Sanctions (ECF 226), Pursuant to Rule 11 of the Federal Rules of Civil Procedure Against Plaintiff and Her Counsel ("Motion"). Plaintiff respectfully requests that the Court grant a 21-day extension of time, up to and including December 14, 2022, to file her Response in Opposition to Defendant's Motion.

    1.    Certificate of Conferral: Plaintiff conferred with counsel for Defendant, and Defendant does <u>not</u> oppose the relief sought in this Motion.

    2.    On November 2, 2022, Defendant filed his Second Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure Against Plaintiff and Her Counsel. ECF 226. Response is currently due on November 23, 2022.

    3.    On November 21, 2022 Wheeler Trigg O'Donnell ("WTO") filed an unopposed motion for extension of time to respond and required additional time (21 days) to file its Response because lead counsel for WTO starts a two-week trial on November 28, 2022. ECF 237. For all parties and the court's convenience Plaintiff requests the same amount of additional time to file

1

her response because uniform briefing schedule will benefit judicial efficiency.

4. This is Plaintiff's first request for an extension of time on this Response.

5. Granting Plaintiff the requested 21 days will not unduly delay any proceedings or affect any other existing deadlines.

6. This request is brought in good faith and will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and order that Plaintiff file her Response to the Motion on or before December 14, 2022.

Dated: November 21, 2022.

Respectfully submitted,

*/s/ Xingfei Luo*
Plaintiff in Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I have filed the foregoing with the clerk of the court. CM/ECF will serve the foregoing on all registered users.

*/s/ Xingfei Luo*
Plaintiff in Pro Se