EXHIBIT 1



## Re: Activity in Case 1:20-cv-02765-RMR-MEH Luo v. Wang Order on Motion to Quash

| | |
|---|---|
| **From:** | "Katayoun Donnelly" <katy@kdonnellylaw.com> |
| **To:** | "co20_2765@mail.com" <co20_2765@mail.com> |
| **Cc:** | "Katayoun Donnelly" <katy@kdonnellylaw.com> |
| **Date:** | Sep 15, 2022 6:49:50 AM |

Dear Ms. Luo,

Mr. Wang will continue to comply with all court orders.

Best,
Katy

**Katayoun A. Donnelly**
*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**
**Denver | Colorado | 80238**
**Phone:(720) 675-8584**
**Fax:(720) 880-3142**
katy@kdonnellylaw.com
http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

On Wednesday, September 14, 2022 at 11:57:44 PM MDT, co20_2765@mail.com <co20_2765@mail.com> wrote:

This ruling is unfortunate to both sides since you already booked the hotel which I deem it as your agreement to bear my travel expenses.

There are two options before me:
1. I will be filing objection to this ruling pursuant to Fed. R. Civ. P. 72. Concurrently I will file a motion to stay deposition and reconsider.
2. We enter a stipulation that you bear all my travel expenses for the deposition on Sep 22, 2022.

Please let me know your position.
Thanks.

> **Sent:** Wednesday, September 14, 2022 at 3:16 PM
> **From:** "Katayoun Donnelly" <katy@kdonnellylaw.com>
> **To:** "co20_2765@mail.com" <co20_2765@mail.com>
> **Cc:** "Katayoun Donnelly" <katy@kdonnellylaw.com>
> **Subject:** Fw: Activity in Case 1:20-cv-02765-RMR-MEH Luo v. Wang Order on Motion to Quash
>
> Dear Ms. Luo,
>
> Please see below, the Court's order.
>
> Docket Text:
> Minute ORDER  by Magistrate Judge Michael
> E. Hegarty on 14 September 2022. Plaintiff's Motion to Quash Subpoena
> to Testify at a Deposition [192] is denied. Plaintiff's deposition is
> occurring pursuant to the Court's own order. The Court reminds Plaintiff
> that pursuant to D.C.Colo.LCivR 5.1(c), she is directed to provide her current
> contact information (e.g., mailing address, telephone number, email address,
> etc.) to the Court. On July 12, 2022, the Court ordered her to provide contact
> information at ECF [180], but to date, she has not complied. She shall bring
> herself into compliance by September 22, 2022 (the date of her courtroom
> deposition). Because the Court has no contact information for Plaintiff,
> counsel for Defendant shall forward a copy of this Minute Order to Plaintiff
> via the email address(es) that she has for her.(cmadr, )

Best,
Katy

**Katayoun A. Donnelly**
*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**
**Denver | Colorado | 80238**
Phone:(720) 675-8584
Fax:(720) 880-3142
katy@kdonnellylaw.com
http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

----- Forwarded Message -----
**From:** "cod_enotice@cod.uscourts.gov" <cod_enotice@cod.uscourts.gov>
**To:** "cod_enotice@cod.uscourts.gov" <cod_enotice@cod.uscourts.gov>
**Sent:** Wednesday, September 14, 2022 at 03:56:45 PM MDT
**Subject:** Activity in Case 1:20-cv-02765-RMR-MEH Luo v. Wang Order on Motion to Quash

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado
District of Colorado

Notice of Electronic Filing
The following transaction was entered  on 9/14/2022 3:56 PM MDT and filed on 9/14/2022

Case Name: Luo v. Wang

Case Number: 1:20-cv-02765-RMR-MEH https://ecf.cod.uscourts.gov/cgi-bin/DktRpt.pl?200789

Filer:

Document Number: 196

Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.cod.uscourts.gov/doc1/039110253241?caseid=200789&de_seq_num=508&magic_num=26526833

Docket Text:
Minute ORDER  by Magistrate Judge Michael
E. Hegarty on 14 September 2022. Plaintiff's Motion to Quash Subpoena
to Testify at a Deposition [192] is denied. Plaintiff's deposition is
occurring pursuant to the Court's own order. The Court reminds Plaintiff
that pursuant to D.C.Colo.LCivR 5.1(c), she is directed to provide her current
contact information (e.g., mailing address, telephone number, email address,
etc.) to the Court. On July 12, 2022, the Court ordered her to provide contact
information at ECF [180], but to date, she has not complied. She shall bring
herself into compliance by September 22, 2022 (the date of her courtroom
deposition). Because the Court has no contact information for Plaintiff,
counsel for Defendant shall forward a copy of this Minute Order to Plaintiff
via the email address(es) that she has for her.(cmadr, )


1:20-cv-02765-RMR-MEH Notice has been electronically mailed to:
David Jonathan Schaller (Terminated)     schaller@wtotrial.com, umaguing@wtotrial.com

Katayoun A. Donnelly    katy@kdonnellylaw.com
Clarissa M. Collier (Terminated)     collier@wtotrial.com, Lacey@wtotrial.com

Eugene Volokh   volokh@law.ucla.edu, eugenevolokh@recap.email

EXHIBIT 2



## Re: Case 20-cv-02765 deposition

**From:** "Katayoun Donnelly" <katy@kdonnellylaw.com>

**To:** "Hegarty Chambers" <hegarty_chambers@cod.uscourts.gov>, "Michael Hegarty" <michael_e_hegarty@cod.uscourts.gov>, "Rodriguez Chambers" <rodriguez_chambers@cod.uscourts.gov>, "co20_2765@mail.com" <co20_2765@mail.com>

**Date:** Sep 19, 2022 4:47:54 PM

Good evening,

Ms. Luo's statements are not accurate.

Best,
Katy

**Katayoun A. Donnelly**
*Azizpour Donnelly LLC*

**2373 Central Park Blvd. | Suite 100**
**Denver | Colorado | 80238**
Phone:(720) 675-8584
Fax:(720) 880-3142
katy@kdonnellylaw.com
http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE: The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

On Monday, September 19, 2022 at 06:45:49 PM MDT, <co20_2765@mail.com> wrote:

Dear Judge Rodriguez,
I am writing to seek guidance from the Court. One of the reasons the court overruled my objection to the magistrate judge's order is that Defendant has "stipulat[ed] to bear Plaintiff's travel expenses." ECF 210, p.4. However, Defendant withdrew his stipulation after the Sep 14 order (ECF 196) was entered and now refuses to pay any travel expenses. As I stated before I have no sufficient financial means to complete the trip. Under these circumstances would the court allow remote deposition?

Thank you.

EXHIBIT 3

Page 2

```
 1            A P P E A R A N C E S
 2   For the Plaintiff:
 3              JACOB D. JONES, ESQ.
                Greenspoon Marder, LLP
 4              1144 15th Street
                Suite 2700
 5              Denver, Colorado 80202
                jacob.jones@gmlaw.com
 6
 7   For the Defendant:
 8              STEVEN D. ZANSBERG, ESQ.
                The Law Office of Steven D. Zansberg LLC
 9              100 Fillmore Street
                Suite 500
10              Denver, Colorado 80206
                steve@zansberglaw.com
11
                KATAYOUN AZIZPOUR DONNELLY, ESQ.
12              Azizpour Donnelly LLC
                2373 Central Park Boulevard
13              Suite 100
                Denver, Colorado 80238
14              katy@kdonnellylaw.com
15
     Also Present:
16
                Magistrate Judge Hegarty
17              Paul Wang
```

Page 3

```
 1                   I N D E X
 2   EXAMINATION OF XINGFEI LUO:                    PAGE
     September 22, 2022
 3
     By Mr. Zansberg                              5, 247
 4
     By Mr. Jones                                    245
 5
 6   ATTENDANCE BY MAGISTRATE JUDGE HEGARTY:
 7   Pages 183 to 187
     Pages 188 to 197
 8   Pages 204 to 207
 9                                               INITIAL
     DEPOSITION EXHIBITS:                       REFERENCE
10
     Exhibit 1   Declaration of Xingfei Luo, 9/9/22,   33
11               Filed 9/12/22
12   Exhibit 2   Case 21-8023, Xingfei Luo v. State   40
                 of California, Motion for Leave to
13               Proceed In Forma Pauperis, 4/29/22,
                 Filed 5/6/22
14
     Exhibit 3   United States Court of Appeals for   42
15               the Ninth Circuit, Motion and
                 Affidavit for Permission to Proceed
16               In Forma Pauperis by O.L., 10/5/20
17   Exhibit 4   Xingfeiluo.blogspot.com Posting on   50
                 11/12/18, printout dated 5/19/20
18
     Exhibit 5   Gmail to Wang from Paraskevas,       55
19               12/15/13, Subject:  "I sent her
                 this, and trust me, I am not
20               bluffing.  If you have any more
                 news let me know," printout dated
21               8/16/21
22   Exhibit 6   Printout from cserinusa              58
                 couchsurfing experience titled
23               "Paraskevas Morgann," 5/6/14; with
                 attachments
```

Page 4

```
 1   Exhibit 7   Printout from cserinusa              58
                 couchsurfing experience titled
 2               "Let's see what a funny jerk did,"
                 (redacted), 12/17/13
 3
     Exhibit 8   Printout of Posting by               65
 4               Anonymous123177 titled "[REDACT]
                 Better Known as [REDACTED] and Her
 5               Chinese Scam.  Beware.  Defamation
                 Specialis...," (redacted), posted
 6               12/16/13, printout dated 2/26/20
 7   Exhibit 9   Monthly Archives:  December 2013,    67
                 Posting by Anonymous123177 titled
 8               "Xingfei Luo - Beware of this
                 scammer," posted 12/16/13
 9
     Exhibit 10  Printout of CheaterLand Posting     104
10               titled "Paul Wang, Highlands Ranch,
                 CO," undated; with attachment
11
     Exhibit 11  Printout from Insurance Company     113
12               Claim 201A713842-1, for loss date
                 8/31/13, printout dated 3/10/22;
13               with attachment
```

Page 5

```
 1           WHEREUPON, the following proceedings
 2   were taken pursuant to the Federal Rules of Civil
 3   Procedure.
 4           *       *       *       *       *
 5           (At this time Magistrate Judge Hegarty
 6   was not present.)
 7                       XINGFEI LUO,
 8   having been first duly sworn to state the whole truth,
 9   testified as follows:
10           (Response to oath:  "Yes.")
11                       EXAMINATION
12   BY MR. ZANSBERG:
13       Q.  Good morning.
14       A.  Good morning.
15       Q.  Nice to meet you.  I'm Steve Zansberg.
16   I am going to be taking the deposition pursuant to
17   Magistrate Judge Hegarty's order that it be done by an
18   English speaker, native English speaker, instead of
19   Ms. Donnelly.
20           I understand that you've been deposed
21   before, correct?
22       A.  Yes.
23       Q.  All right.  So you understand that your
24   answers have to be oral.  Simply shaking your head
25   instead of saying "no" or "yes" is not acceptable.
```