## United States District Court, District of Colorado
## Procedures for Taxation of Costs - Pursuant to 28 U.S.C. § 1920

A bill of costs shall be submitted on the District of Colorado's local version of Form AO133, a copy of which is attached to this handout.  The completed form **shall be filed by electronic means** pursuant to D.C.COLO.LCivR 5.1 – Formatting, Filing And Serving Pleadings And Documents, *unless the filing party is authorized or directed to file in paper format*; if so, an original of the completed form shall be filed with the Clerk's office at Room A-105, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589.  Please submit your bill according to the procedures laid out in the court's Case Management/ Electronic Filing Procedures (Civil), available at http://www.cod.uscourts.gov/CourtOperations/CMECF.aspx. Specifically, Section 4.15 of the CM/ECF procedures provides: "The proposed bills of costs shall be filed electronically in CM/ECF using the docket event **Proposed Bill of Costs**."

**Pursuant to D.C.COLO.LCivR 54.1, a bill of costs must be filed with the court within fourteen days after entry of the judgment or final order.  Costs will be taxed by the Clerk or a designated deputy.  Prior to appearance before the clerk, counsel for the party seeking costs MUST file a written statement that a reasonable effort has been made, in a conference with opposing counsel or an unrepresented party, to resolve disputes regarding costs. Please indicate on the statement if there is a partial agreement or lack of objection as to certain costs claimed, and please indicate what those costs are.  If costs are resolved, a stipulation setting forth the amount of costs shall be filed with the court.  If a stipulation is filed, please contact the Clerk's Office in order to vacate the taxation of costs hearing.  NOTE:  failure to file the statement of conferal will result in summary dismissal of the bill of costs.**

When filing a bill of costs, be sure to insert in the appropriate box in the lower right hand portion of the form the date and time for your hearing.  You may select any Tuesday, Wednesday, or Thursday at **8:30**, **9:00** or **9:30** a.m.  You are to confer with the opposing counsel/party regarding a mutually agreeable date and time.  Hearings will be held by the Clerk in an assigned courtroom.  YOU MUST REVIEW THE HEARING OFFICER'S GUIDE TO BILLS OF COSTS BEFORE SUBMITTING A BILL OF COSTS, AND EACH PARTY MUST REVIEW IT BEFORE THE BILL OF COSTS HEARING BEFORE THE CLERK.  NOTE – THE CLERK'S OFFICE LACKS THE RESOURCES TO CONFIRM BY PHONE THE DATE AND TIME OF YOUR HEARING.  YOU WILL ONLY HEAR FROM THE CLERK IF THERE IS A SCHEDULING CONFLICT WITH THE DATE YOU PICKED.  Per federal rule 54(d)(1); you must provide the clerk at least 14 days to hold the hearing.

## General Information

For more information on taxation of costs see 28 U.S.C. §§ 1918, 1919, 1920, 1923 and 1924; Fed. R. Civ. P. 54(d)(1); and local rule D.C.COLO.LCivR 54.1.  *See also* 28 U.S.C. § 1821 regarding per diem,  mileage, and subsistence rates generally, and policies re: taxi fares, parking fees, etc.

Motions for attorneys' fees and expenses should be filed separately for determination by the assigned judge.

Witness fees are **$40.00** a day and **$.625** per mile round trip, effective Jan. 1, 2021. Subsistence in Denver is **$278.00 (seasonal, Oct. 1 - 31, 2022; and April 1 - Sept. 30, 2023)[1]** if an overnight stay is required and **$79.00** for the final day of travel, effective Oct. 1, 2022. *See* http://www.gsa.gov/portal/category/100120 (per diem), and https://www.gsa.gov/travel/plan-book/ transportation-airfare-pov-etc/privately-owned-vehicle-pov-mileage-reimbursement-rates (mileage).

Substantiating documentation, i.e., court reporter invoices, in-house and/or vendor copying charges, process server invoices, etc., **must** be submitted in support of costs.

NOTE - EFFFECTIVE JULY 1, 2020 ONE ATTORNEY, OR AN UNREPRESENTED PARTY, FOR EACH SIDE MUST APPEAR IN PERSON FOR THE BILL OF COSTS HEARING BEFORE THE CLERK, OR SHOW GOOD CAUSE AS TO WHY A TELEPHONE APPEARANCE IS NECESSARY (i.e., a medical reason).  At the date and time of the hearing, report to the assigned courtroom that you will receive notice about from the clerk prior to the hearing.

---

[1]  Seasonal rate for Denver from Nov. 1 - Dec. 31, 2022 = $232; and from Jan. 1, 2023 - March 31, 2023 = $241.00.

**Revised Oct. 1, 2022**

*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

| BILL OF COSTS | | |
|---|---|---|
| **United States District Court** | DISTRICT | **DISTRICT OF COLORADO** |
| v. | DOCKET NO. | |
| | CASE NO. | |

Judgment having been entered in the above entitled action on
against _____ the clerk is requested to tax the following as costs:

| BILL OF COSTS | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**                            **TOTAL      $**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _____

Print Name _____            Phone Number _____

For: _____            Date _____
   Name of Claiming Party

| | |
|---|---|
| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time |
| | Amount Taxed $ |
| Costs are hereby taxed in the following amount and included in the judgment: | (BY) DEPUTY CLERK |
| CLERK OF COURT | DATE: |
| JEFFREY P. COLWELL | |

USDC Colo. Version - (Rev. 10/01/2020) AO 133

(Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (see 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1920, Title 28, U.S. Code provides:**

A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;
(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

**Rule 54(d)(1)**:  "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs:**

Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

EXHIBIT A TO BILL OF COSTS OF DEFENDANT

Case No. 1:20-cv-02765-RMR-MEH

Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920

| # | Costs incident to taking of depositions | |
|---|---|---|
| 1 | Transcript cost for the Deposition on 9-22-2022. See invoice attached as Exhibit A-1 | $2,657.05 |
| 2 | Hotel Booking non-refundable for Plaintiff's stay during the deposition period 9-22-2022 to 9-24-2022. See invoice attached as Exhibit A-2 | $100.37 |
| 3 | Cost associated with obtaining evidence for the Deposition on 9-22-2022. See invoice attached as Exhibit A-3 | $194.30 |
| 4 | Cost associated with obtaining evidence for the Deposition on 9-22-2022. See invoice attached as Exhibit A-4 | $65.81 |
| 5 | Transcript copy fee for the court date 8/24/2022. See invoice attached as Exhibit A-5 | $334.65 |
| | **Total Costs incident to taking of depositions** | $3,352.18 |
| | | |
| | **Other costs** | |
| 6 | Pacer Fee Usage From 01-01-2021 to 03-31-2021. See invoice attached as Exhibit A-6 | $446.40 |
| 7 | Pacer Fee Usage From 04-01-2021 to 06-30-2021. See invoice attached as Exhibit A-7 | $186.10 |
| 8 | Pacer Fee Usage From 07-01-2021 to 09-30-2021. See invoice attached as Exhibit A-8 | $124.10 |
| 9 | Pacer Fee Usage From 10-1-2021 to 12-31-2021. See invoice attached as Exhibit A-9 | $55.40 |
| 10 | Pacer Fee Usage From 1-1-2022 to 3-31-2022. See invoice attached as Exhibit A-10 | $23.20 |
| 11 | Pacer Fee Usage from 4-1-2022 to 6-30-2022. See invoice attached as Exhibit A-11 | $63.90 |
| 12 | Pacer Fee Usage from 7-1-2022 to 9-30-2022. See invoice attached as Exhibit A-12 | $52.30 |
| | | |
| 13 | Transcript copy fee for the court date 4/8/2021. Necessary to brief the issues. See invoice attached as Exhibit A-13 | $28.80 |
| | | |
| 14 | Transcript copy fee for the court date 5/31/2022. Necessary to brief the issues. See invoice attached as Exhibit A-14 | $68.40 |
| | | |
| | **Total Other costs** | $1,048.60 |
| | | |
| | Total Costs | $4,400.78 |

Exhibit A-1

 **U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220275463-14 | 10/6/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6230304 | 9/22/2022 | $2657.05 |

| Case Name |
|---|
| Xingfei Luo v. Paul Wang |

| Case No. |
|---|
| 120CV02765RMRMEH |

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-832-5966**

**Katayoun Azizpour Donnelly , Esquire**
**Azizpour Donnelly, L.L.C.**
**2737 Central Park Boulevard Suite 100**
**Denver CO 80238**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Alfred A Arraj United States Courthouse<br>901 19th Street<br>Denver CO 80294 | Katayoun Azizpour Donnelly , Esquire<br>Azizpour Donnelly, L.L.C.<br>2737 Central Park Boulevard Suite 100<br>Denver CO 80238 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: General | | | | |
| Non-Traditional Hours | 1.00 | Hours | $97.50 | $97.50 |
| Administration Fee | 1.00 | N/A | $32.00 | $32.00 |
| Reporter Appearance Fee Per Hour | 8.50 | Hours | $45.00 | $382.50 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| Waiting Time | 0.50 | Hours | $50.00 | $25.00 |
| Parking | 1.00 | N/A | $12.00 | $12.00 |
| ORIGINAL TRANSCRIPT OF: Xingfei Luo | | | | |
| Original | 308.00 | Pages | $4.55 | $1,401.40 |
| Exhibit | 28.00 | Pages | $0.55 | $15.40 |
| Rough Draft | 245.00 | Pages | $2.25 | $551.25 |
| Condensed Transcript | 1.00 | N/A | $15.00 | $15.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |

| | |
|---|---|
| **Total Due** | **$2657.05** |
| AFTER 11/20/2022 PAY | $2,657.05 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2657.05** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 7206758584

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220275463-14 | 10/6/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6230304 | 9/22/2022 | $2657.05 |

| Case Name |
|---|
| Xingfei Luo v. Paul Wang |

| Case No. |
|---|
| 120CV02765RMRMEH |

**SW - COLORADO**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 303-832-5966**

**Katayoun Azizpour Donnelly , Esquire**
**Azizpour Donnelly, L.L.C.**
**2737 Central Park Boulevard Suite 100**
**Denver CO 80238**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Alfred A Arraj United States Courthouse<br>901 19th Street<br>Denver CO 80294 | Katayoun Azizpour Donnelly , Esquire<br>Azizpour Donnelly, L.L.C.<br>2737 Central Park Boulevard Suite 100<br>Denver CO 80238 | Client Matter No:<br>Claim No:<br>Insured: |

ORIGINAL TRANSCRIPT OF: Xingfei Luo

| | |
|---|---|
| **Total Due** | **$2657.05** |
| AFTER 11/20/2022 PAY | $2,657.05 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2657.05** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                    Phone: 7206758584

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Katayoun Azizpour Donnelly , Esquire
Azizpour Donnelly, L.L.C.
2737 Central Park Boulevard Suite 100
Denver CO 80238

| Invoice No. | 20220275463-14 | Invoice Date | 10/6/2022 |
|---|---|---|---|
| Job No. | 6230304 | Case No. | 120CV02765RMRMEH |
| Total Due | **$2657.05** | | |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

### PAY BY CREDIT CARD    

**Cardholder's Name:** _____

**Card Number:** _____

**Exp. Date:** _____   **Phone:** _____

**Billing Address:** _____

**Zip:** _____   **Card Security Code:** _____

**Amount to Charge:** _____

**Cardholder's Signature:** _____

# Exhibit A-2

## Check Your Details

**11th Avenue Hostel**

| | |
|---|---|
| **Confirmation number** | 3569.525.979 |
| **PIN Code** | 8800 🔒 |
| **Booking Details** | 2 nights, 1 selected |
| **You booked for** | 1 adult |
| **Check-in** | Wednesday, September 21, 2022 (2:00 PM - 12:00 AM) |
| **Check-out** | Friday, September 23, 2022 (7:00 AM - 11:00 AM) |

🖉 **Change dates**    📅 **Outlook/iCal**    📅 **Google calendar**

## Payment info

**You got a US$102.13 refund for this booking. You've paid US$100.37 overall.**

22 Sept 2022

**VISA** •••• 8241                                                Refunded   **US$102.13**

**Want to track your refund?**
Contact your credit card provider and give them the following reference number: 29903C

17 Sept 2022

**VISA** •••• 8241                                                     Paid   **US$202.50**

Exhibit A-3

# Transaction History

⬇ **Download Transaction History**

### Running Your Errands

Aug 24, 2021

Tasker: Bilel K.

| | |
|---|---|
| $40/hr × 2 hrs | $80.00 |
| **Trust & Support Fee** | $24.71 |
| 0 | |
| Expenses: | $46.00 |
| Tip | $7.00 |
| Promo Value: | $10 |

| | |
|---|---|
| **Total:** | **$147.71** |
| Charged To Card: | $147.71 |

### Errands

Aug 3, 2021

Tasker: Samuel H.

| | |
|---|---|
| $30/hr × 1 hr | $30.00 |
| **Trust & Support Fee** | $10.59 |
| 0 | |
| Tip | $6.00 |

| | |
|---|---|
| **Total:** | **$46.59** |
| Charged To Card: | $46.59 |

Exhibit A-4



Español   Tiếng Việt   한국어   中文   հայերեն

Search

| Home | Online Services | Forms, Filings & Files | Self-Help | Divisions | Jury | General Info |
|------|-----------------|------------------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | For persons without attorneys | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA ... |

ONLINE SERVICES

# Receipt (Los Angeles Superior Court)

Q & A    My Account

Your credit card statement will reflect a charge from L.A. Superior Court. Your receipt number is **1220308J2903**. The actual amount charged is indicated below.
Click on the "Print this Page" button to print a copy for your records.

**You must click on the "Continue" button to view your search results or view your purchased documents.**

**Case Number:** 21STCV44757

**Case Name:** JANE DOE VS ALEX VILLANUEVA, , IN HIS INDIVIDUAL CAPACITY, ET AL.

**Case Type:** CIVIL

| Case Document Images - 21STCV44757 | Pages | Amount |
|------------------------------------|-------|--------|
| 3/4/2022 - Declaration - DECLARATION OF ERIN DUNKERLY IN SUPPORT OF DEMURRER AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT | 1-8 (8 pages total) | $6.20 |
| 3/4/2022 - Motion to Strike (not initial pleading) | 1-10 (10 pages total) | $7.00 |
| 3/4/2022 - Demurrer - with Motion to Strike (CCP 430.10) | 1-24 (24 pages total) | $12.60 |
| 3/4/2022 - Request for Judicial Notice | 1-275 (275 pages total) | $40.00 |
| **Total:** | | **$65.80** |

**Transaction Remark:**   21STCV44757

**Transaction Date:**   03/08/2022 13:34:54

**Credit Card Number:**   ...0067

**Credit Card Type:**   Visa

**Bill to:**   Wang, Paul
17 Cottonwood Lane
Greenwood Village, CO 80121

A copy of this receipt information has been sent via email to: student007@hotmail.com
Please be patient as there may be delays in receiving emails.

Print this page    Continue

Privacy Statement    |    Disclaimer    |    Employment    |    ADA    |    Holidays    |    Comment on our Website            Copyright © 2022 Superior Court of California, County of Los Angeles

Exhibit A-5

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



**AB Litigation**
SERVICES

Paul Wang
Paul Wang, Pro SE
17 Cottonwood Lane
Greenwood Village, CO 80121

### *Invoice #318063*

| Date | Terms |
|------|-------|
| 09/13/2022 | Due Upon Receipt |

| Assignment #213295 on 08/25/2022 | |
|---|---|

| | |
|---|---|
| **Case:** Luo v. Paul Wang - DRT-20-cv-02765-RMR-MEH | **Shipped On:** 09/01/2022 |
| **Case Number#:** DRT-20-cv-02765-RMR-MEH | **Shipped Via:** Email |
| | **Delivery Type:** Transcription |

| Description | Price | Qty | Amount |
|---|---|---|---|
| **STATUS CONFERENCE - 08/24/22** | | | |
| Transcription 7 Day Delivery (69 Pages) | $ 4.85 | 1.00 | $ 334.65 |
| | | | $ 334.65 |
| 8/26/22 CC Deposit | | | $ -400.00 |
| | | | $ -400.00 |

| | |
|---|---|
| Amount Due: | $ -65.35 |
| Paid: | $ -65.35 |

| | |
|---|---|
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **10/09/2022** |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

 **If paying by check, please detach this portion and return with your payment**
--------------------------------------------------------------------------------------------------------------------------------------------
**Tax ID 84-1334569**
**Invoice No. : 318063**
**Job No. : 213295**
**Amount Due: $ 0.00**

**Remit To: AB Litigation Services**
        **216 16th Street, Suite 600**
        **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Exhibit A-6



# INVOICE

Invoice Date: 04/07/2021

Usage From: 01/01/2021    to: 03/31/2021

**Account Summary**

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q12021 |
| **Due Date:** | 05/10/2021 |
| **Amount Due:** | $446.40 |

| | |
|---|---|
| **Pages:** | 4,464 |
| Rate: | $0.10 |
| Subtotal: | $446.40 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $446.40 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$446.40** |

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is: *74-2747938*

Questions about the invoice? Visit **pacer.uscourts.gov/billing**

## Total Amount Due:  $446.40

### Eight Courts Convert to NextGen in Q1

In the first quarter, eight courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:
* California Northern Bankruptcy
* Delaware Bankruptcy
* Kentucky Eastern Bankruptcy
* Mississippi Northern District
* New York Eastern Bankruptcy
* Tennessee Western Bankruptcy
* Washington Eastern District
* Wisconsin Eastern Bankruptcy

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  **Thank you!**



| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 05/10/2021 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $446.40, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-7



# INVOICE

Public Access to Court Electronic Records

Invoice Date: 07/08/2021
Usage From: 04/01/2021    to: 06/30/2021

## Account Summary

| | |
|---|---|
| **Pages:** | 1,861 |
| Rate: | $0.10 |
| Subtotal: | $186.10 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $186.10 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$186.10** |

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q22021 |
| **Due Date:** | 08/10/2021 |
| **Amount Due:** | $186.10 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

*Total Amount Due:*  $186.10

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice? Visit
**pacer.uscourts.gov/billing**

### 14 Courts Convert to NextGen in Q2

In the second quarter, 14 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Middle District
* California Central Bankruptcy
* Florida Middle District
* Illinois Central District
* Illinois Northern Bankruptcy
* JPML
* Maryland Bankruptcy
* Michigan Eastern Bankruptcy

* New York Bankruptcy
* Oklahoma Eastern Bankruptcy
* South Dakota District
* Utah Bankruptcy
* Vermont District
* Virginia Eastern District

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 08/10/2021 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $186.10, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-8



# INVOICE

Public Access to Court Electronic Records

Invoice Date:  10/10/2021
Usage From:  07/01/2021   to:  09/30/2021

**Account Summary**

| | |
|---|---|
| **Pages:** | 1,241 |
| Rate: | $0.10 |
| Subtotal: | $124.10 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $124.10 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$124.10** |

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q32021 |
| **Due Date:** | 11/10/2021 |
| **Amount Due:** | $124.10 |

## Total Amount Due:  $124.10

### Contact Us

San Antonio:  (210) 301-6440
Toll Free:  (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?Visit
**pacer.uscourts.gov/billing**

### 22 Courts Convert to NextGen in Q3

In the third quarter, 22 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Arizona Bankruptcy            * Maine Bankruptcy
* California Eastern District    * Massachusetts Bankruptcy
* Colorado District             * Massachusetts District
* Georgia Middle Bankruptcy     * Mississippi Southern District
* Georgia Northern Bankruptcy   * North Carolina Western District
* Hawaii Bankruptcy             * Ohio Northern Bankruptcy
* Illinois Southern Bankruptcy  * Ohio Southern Bankruptcy
* Illinois Southern District    * Pennsylvania Eastern District
* Kentucky Eastern District     * Rhode Island District
* Kentucky Western District     * Texas Southern Bankruptcy
* Louisiana Middle Bankruptcy   * West Virginia Northern District
 Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 11/10/2021 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $124.10, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-9


Public Access to Court Electronic Records

# INVOICE

Invoice Date:  01/06/2022

Usage From:  10/01/2021   to:  12/31/2021

**Account Summary**

| | | |
|---|---|---|
| **Account #:** | | 6657336 |
| **Invoice #:** | | 6657336-Q42021 |
| **Due Date:** | | 02/10/2022 |
| **Amount Due:** | | $55.40 |

**Pages:** 554
Rate: $0.10
Subtotal: $55.40

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $55.40

**Previous Balance:** $0.00

Current Balance: **$55.40**

## Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?Visit **pacer.uscourts.gov/billing**

**Total Amount Due:**  $55.40

### 18 Courts Convert to NextGen in Q4

In the fourth quarter, 18 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* California Eastern Bankruptcy
* California Northern District
* Connecticut Bankruptcy
* Florida Middle Bankruptcy
* Florida Northern Bankruptcy
* Georgia Southern Bankruptcy
* Hawaii District
* Illinois Central Bankruptcy
* Indiana Northern District

* Indiana Southern District
* Nevada Bankruptcy
* New York Western District
* Oklahoma Western Bankruptcy
* Puerto Rico District
* Rhode Island Bankruptcy
* South Carolina District
* Texas Northern Bankruptcy
* West Virginia Southern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***


Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 02/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $55.40, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-10



Public Access to Court Electronic Records

# *Statement of Account*

Statement Date: 04/07/2022

Usage From: 01/01/2022 to: 03/31/2022

**Account Summary**

| | | |
|---|---|---|
| **Pages:** | 232 | |
| Rate: | $0.10 | |
| Subtotal: | $23.20 | |
| **Audio Files:** | 0 | |
| Rate: | $2.40 | |
| Subtotal: | $0.00 | |
| **Current Billed Usage:** | $23.20 | |
| Credit for Usage not Exceeding $30: | <$23.20> | |
| **Previous Balance:** | $0.00 | |
| Current Balance: | **$0.00** | |

**Account #:** 6657336

**Statement #:** 6657336-Q12022

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

## *No payment is due at this time.*

### 17 Courts Convert to NextGen in Q1

Iln the first quarter, 17 courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Alabama Northern District
* Alaska District
* Arizona District
* Iowa Southern District
* Kentucky Western Bankruptcy
* Louisiana Western Bankruptcy
* Maryland District
* North Carolina Middle District
* N. Mariana Islands Bankruptcy

* N. Mariana Islands District
* Pennsylvania Western Bankruptcy
* Puerto Rico Bankruptcy
* Tennessee Eastern Bankruptcy
* Tennessee Middle Bankruptcy
* Tennessee Middle District
* Texas Southern District
* Virginia Eastern Bankruptcy

Continue to check your court's website for information on when it will convert to NextGen.

## *This Statement of Account is for your information. This is not a bill.*

## *No payment is due at this time.*

Usage for this account was $30 or less for this quarterly billing cycle. In accordance with the Electronic Public Access fee schedule, the fees for this quarter have been waived.

*Visit pacer.uscourts.gov for address changes.*

6657336

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129



Public Access to Court Electronic Records

Exhibit A-11



**Public Access to Court Electronic Records**

*Invoice*

Invoice Date: 07/07/2022

Usage From: 04/01/2022    to: 06/30/2022

Account Summary

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q22022 |
| **Due Date:** | 08/10/2022 |
| **Amount Due:** | $63.90 |

**Pages:** 639
Rate: $0.10
Subtotal: $63.90

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $63.90

**Previous Balance:** $0.00

Current Balance: **$63.90**

**Total Amount Due:**  $63.90

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

### Six Courts Convert to NextGen in Q2

In the second quarter, six courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Florida Southern Bankruptcy
* Illinois Northern District
* Nevada District
* Ohio Northern District (Asbestos)
* Texas Eastern District
* Wisconsin Western District

Continue to check your court's website for information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 08/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $63.90, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-12



Public Access to Court Electronic Records

*Invoice*

Invoice Date: 10/05/2022

Usage From: 07/01/2022      to: 09/30/2022

Account Summary

| | |
|---|---|
| **Account #:** | 6657336 |
| **Invoice #:** | 6657336-Q32023 |
| **Due Date:** | 11/10/2022 |
| **Amount Due:** | $52.30 |

*Pages:* 523
Rate: $0.10
Subtotal: $52.30

*Audio Files:* 0
Rate: $2.40
Subtotal: $0.00

*Current Billed Usage:* $52.30

*Previous Balance:* $0.00

Current Balance: **$52.30**

*Total Amount Due:*  $52.30

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement?
Visit pacer.uscourts.gov/billing.

### All Courts Now Converted to NextGen

In the third quarter, the final three courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* North Carolina Eastern District       * Texas Western District
* Texas Northern District

If you have not upgraded your PACER account, here are some helpful hints:
* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
  * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
  * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

---

*Please detach the coupon below and return with your payment.*  ***Thank you!***



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 6657336 | 11/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $52.30, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Paul Wang
8935 Southurst Street
Highlands Ranch, CO 80129

Exhibit A-13



Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
scheduling@pattersontranscription.com
303-755-4536

# INVOICE

PAUL WANG

**Invoice Number:** **106830**
Invoice Date: 12/13/2021

,

In Re:   Jane Doe v. Paul Wang
Witness(s): Status Conference
Attendance Date: 04/08/2021, 1:00 p.m.
Reporter: Dyann Patterson

| Description | Amount |
|---|---|
| Audio Transcript (Copy) - Expedite | 28.80 |
| Invoice Total: | 28.80 |

Carol Patterson
Patterson Transcription Company
P.O. Box 370837
Denver, CO 80231
303-755-4536

scheduling@pattersontranscription.com

Tax ID: 84-0979302

Exhibit A-14

**AB Litigation Services**

216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Paul Wang
Paul Wang, Pro SE
17 Cottonwood Lane
Greenwood Village, CO 80121

### *Invoice #316445*

| Date | Terms |
|------|-------|
| 07/06/2022 | Due Upon Receipt |

**Assignment #211662 on 06/02/2022**

**Case:** Luo v. Paul Wang -
DRT-20-cv-02765-RMR-MEH
**Case Number#:** DRT-20-cv-02765-RMR-MEH

**Shipped On:** 07/06/2022
**Shipped Via:** Email
**Delivery Type:** Transcription

| Description | Price | Qty | Amount |
|-------------|-------|-----|--------|
| **Discovery Conference - 05/31/22** | | | |
| Court Transcription Certified Copy (76 Units) | $ 0.90 | 1.00 | $ 68.40 |
| | | | $ 68.40 |

| | |
|---|---|
| Amount Due: | $ 68.40 |
| Paid: | $ 68.40 |

| | |
|---|---|
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | 08/05/2022 |

**\*\*Please include the invoice number on all payments.  Monthly finance charge of .667% applied after 30 days.**

 **If paying by check, please detach this portion and return with your payment**
------------------------------------------------------------------------------------------------------------------------------------------------
**Tax ID 84-1334569**
**Invoice No. : 316445**
**Job No. : 211662**
**Amount Due: $ 0.00**

**Remit To: AB Litigation Services**
          **216 16th Street, Suite 600**
          **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**