IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

## STATEMENT OF CONFERRAL REGARDING BILL OF COSTS

---

Defendant Paul Wang, pursuant to local rule LCivR 54., confirms that the parties, utilizing the Clerk's Guide to Bills of Cost Hearings in their discussion, unsuccessfully attempted to reach a settlement on the requested costs.

Respectfully submitted this 30th day of November 2022.

                                              */s/ Katayoun A. Donnelly*
                                              Katayoun A. Donnelly (#38439)
                                              Azizpour Donnelly, LLC
                                              2373 Central Park Blvd., Suite 100
                                              Denver, CO  80238
                                              Tel. (720) 675-8584
                                              katy@kdonnellylaw.com

                                              *Attorney for Paul Wang*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I served an electronic copy of the foregoing via ECF and email.

/s/ Katayoun A. Donnelly
Katayoun A. Donnelly