IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## ENTRY OF APPEARANCE

Hannah E. Armentrout hereby enters her appearance to clarify that she is appearing as counsel for Wheeler Trigg O'Donnell, Clarissa M. Collier, Esq., and David J. Schaller, Esq. Undersigned counsel further certifies that she is a member in good standing of the bar of this court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Dated: December 1, 2022.

Respectfully submitted,

*s/ Hannah E. Armentrout*
Hannah E. Armentrout
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
hearmentrout@hollandhart.com
**ATTORNEYS FOR WHEELER TRIGG O'DONNELL LLP; CLARISSA M. COLLIER, ESQ.; AND DAVID J. SCHALLER, ESQ.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I have caused the foregoing to be served on the following via email:

    Xingfei Luo
    co20_2765@mail.com
    **Plaintiff**

    Katayoun A. Donnelly
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO 80238
    Tel. (720) 675-8584
    katy@kdonnellylaw.com
    **Attorney for Defendant Paul Wang**

*s/ Hannah E. Armentrout*
HOLLAND & HART LLP

20420436_v1