IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## ENTRY OF APPEARANCE

Craig Stewart hereby enters his appearance to clarify that he is appearing as counsel for Wheeler Trigg O'Donnell, Clarissa M. Collier, Esq., and David J. Schaller, Esq. Undersigned counsel further certifies that he is a member in good standing of the bar of this court pursuant to D.C.COLO.LAttyR 5(a)(3)(c).

Dated: December 1, 2022.

Respectfully submitted,

*s/ Craig Stewart*
Craig Stewart
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
cstewart@hollandhart.com
**ATTORNEYS FOR WHEELER TRIGG O'DONNELL LLP; CLARISSA M. COLLIER, ESQ.; AND DAVID J. SCHALLER, ESQ.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2022, I have caused the foregoing to be served on the following via email:

      Xingfei Luo
co20_2765@mail.com
**Plaintiff**

      Katayoun A. Donnelly
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO 80238
Tel. (720) 675-8584
katy@kdonnellylaw.com
**Attorney for Defendant Paul Wang**

      *s/ Craig Stewart*
      HOLLAND & HART LLP