\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\*

AO 133 (Rev. 12/09) Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

**United States District Court**

DISTRICT: **DISTRICT OF COLORADO**

Xingfei Luo
v.
Paul Wng

DOCKET NO.
CASE NO. **20-cv-02765-RMR-MEH**

Judgment having been entered in the above entitled action on **10/19/2022** against **Xingfei Luo** the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ **$3,169.01** ~~3,088.90~~ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ **$223.60** ~~1,311.88~~ |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
Dec. 1, 2022
JEFFREY P. COLWELL, CLERK

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

TOTAL $ **$3,392.61** ~~4,400.78~~

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: **s/ Katayoun A. Donnelly**
Print Name: **Katayoun A. Donnelly**           Phone Number:
For: **Paul Wang**           Date: **Nov. 30, 2022**
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time: **12/1/2022, 9:30 am**

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $ **3,392.61**
(BY) DEPUTY CLERK **s/ Edward Butler**

CLERK OF COURT
JEFFREY P. COLWELL

DATE: **Dec. 1, 2022**

**Clerk's note (all notes, findings, and determinations by the Clerk are in red):** Hearing held in Courtroom A702, Arraj U.S. Courthouse, from 9:35 to 11:05 am. Hearing recorded on FTR system, A702-FTR. Appearance in person by Defense counsel and Defendant. No appearance by Plaintiff. Plaintiff's Objection to Bill of Costs, ECF 243, however, were filed and reviewed by the Clerk. A Statement of Conferral was filed by Defense. The Clerk proceeds with the hearing, finding sufficient notice was given to all parties. Clerk notes that per FRCP 54(d)(1), parties have 7 days to seek review of the clerk's award of costs.

**Clerks note (continued). The following were awarded:**

- **Deposition of 9/22/02. The deponent was the plaintiff -- the principal party in the case -- and the purpose was to seek information and evidence addressing the merits of the case. The deposition was to be used in a dispositive motion, but the Court issued a Recommendation for dismissal shortly after the deposition. It was reasonable and necessarily obtained for further use in the case. See** In re Williams Sec. Litig.-WCG Subclass, **558 F.3d 1144, 1148-1149 (10th Cir. 2009). All costs of the deposition appear standard and necessary.**
- **Items 3 and 4 below: these were investigative expenses incurred to obtain the criminal conviction records later used in motion briefing and which became part of the record.**
- **Item 5: Transcript of 8/24/22 Status Conference. Plaintiff allegedly made critical admissions; the transcript was ordered and used in preparation for the 9/22/22 depostion. The Clerk reduced the per page charge to the standard court reporter rate, striking the expedited rate.**

EXHIBIT A TO BILL OF COSTS OF DEFENDANT
Case No. 1:20-cv-02765-RMR-MEH
Itemization of Costs Requested Pursuant to 28 U.S.C. § 1920

| # | Costs incident to taking of depositions | | |
|---|---|---|---|
| 1 | Transcript cost for the Deposition on 9-22-2022. See invoice attached as Exhibit A-1 | $2,657.05 | **Awarded** |
| 2 | Hotel Booking non-refundable for Plaintiff's stay during the deposition period 9-22-2022 to 9-24-2022. See invoice attached as Exhibit A-2 | $100.37 | **NOT awarded. Plaintiff, as Real Party in Interest, cannot be awarded witness fees under § 1920.** |
| 3 | Cost associated with obtaining evidence for the Deposition on 9-22-2022. See invoice attached as Exhibit A-3 | $194.30 | **Awarded** |
| 4 | Cost associated with obtaining evidence for the Deposition on 9-22-2022. See invoice attached as Exhibit A-4 | $65.81 | **Awarded** |
| 5 | Transcript copy fee for the court date 8/24/2022. See invoice attached as Exhibit A-5 | **$251.85** ~~$334.65~~ | **Reduced to the standard $3.65 per page charge.** |
| | **Total Costs incident to taking of depositions** | ~~$3,352.18~~ $3,169.01 | |
| | **Other costs** | | |
| 6 | Pacer Fee Usage From 01-01-2021 to 03-31-2021. See invoice attached as Exhibit A-6 | ~~$446.40~~ | |
| 7 | Pacer Fee Usage From 04-01-2021 to 06-30-2021. See invoice attached as Exhibit A-7 | ~~$186.10~~ | |
| 8 | Pacer Fee Usage From 07-01-2021 to 09-30-2021. See invoice attached as Exhibit A-8 | ~~$124.10~~ | |
| 9 | Pacer Fee Usage From 10-1-2021 to 12-31-2021. See invoice attached as Exhibit A-9 | $55.40 | **Awarded** |
| 10 | Pacer Fee Usage From 1-1-2022 to 3-31-2022. See invoice attached as Exhibit A-10 | $23.20 | **Awarded** |
| 11 | Pacer Fee Usage from 4-1-2022 to 6-30-2022. See invoice attached as Exhibit A-11 | $63.90 | **Awarded** |
| 12 | Pacer Fee Usage from 7-1-2022 to 9-30-2022. See invoice attached as Exhibit A-12 | $52.30 | **Awarded** |
| 13 | Transcript copy fee for the court date 4/8/2021. Necessary to brief the issues. See invoice attached as Exhibit A-13 | $28.80 | **Awarded** |
| 14 | Transcript copy fee for the court date 5/31/2022. Necessary to brief the issues. See invoice attached as Exhibit A-14 | ~~$68.40~~ | |
| | **Total Other costs** | ~~$1,048.60~~ **$223.60** | |
| | **Total Costs** | ~~$4,400.78~~ **$3,392.61** | |

- **The Clerk treated Items 9 through 12 as** *copying* **charges under 28 USC § 1920(2). While PACER charges are not normally awarded, the documents obtained through PACER were of records of proceedings in other federal cases involving Plaintiff, and those records were obtained and used as part of the discover process (Scheduling Order entered by the Court 12/1/21, so PACER charges for discovery awarded** after **that date).**
- **The 4/8/21 Status Conference Transcript. Plaintiff's counsel, before withdrawal, cited extensively from that hearing in a response to a motion to dismiss. Defendant would logically need a copy for adequate preparation of a response.**
- **Oher PACER charges (Items 6-8), and the 5/31/22 Discovery hearing transcript, are too vague and tenuous to be awarded.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*Case No. and Name:*

*20-cv-02765-RMR-MEH*
*<u>Luo v. Wang</u>*

**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on **Dec. 1, 2022**, I electronically filed the **<u>Taxation of Costs</u>** document in this case through the U.S. District Court's Case Management / Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following e-mail addresses of CM/ECF registrants:

**Craig E. Stewart:**   cstewart@hollandhart.com, IntakeTeam@HollandHart.com, Intaketeam@hollandhart.com, bsproskey@hollandhart.com, jdfrerker@hollandhart.com

**Katayoun A. Donnelly:**   katy@kdonnellylaw.com

**Eugene Volokh:**   volokh@law.ucla.edu, eugenevolokh@recap.email

**Hannah E. Armentrout:**   hearmentrout@hollandhart.com, atupler@hollandhart.com, intaketeam@hollandhart.com

I also hereby certify that this document has been sent by U.S. Mail to the following **non-**CM/ECF e-filing participants:

**Xingfei Luo**
PO Box 4886
El Monte, CA 91734

A *courtesy* e-mail was also sent to Plaintiff Xingfei Luo, who has communicated with court staff using the following e-mail address, but has not registered with the court as a pro se e-filer:

**Xingfei Luo:**   co20_2765@mail.com


Dated this   **Dec. 1, 2022**, in Denver, Colorado.

s/ Edward Butler
Deputy Clerk