IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Wheeler Trigg O'Donnell, Clarissa M. Collier and David J. Schaller (collectively "WTO"), through undersigned counsel and pursuant to Civ. Practice Standard 10.1(c)(5), respectfully moves for leave to exceed the page limitation for its response to Defendant's Motion for Imposition of Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure Against Plaintiff and Her Counsel (ECF 226) ("Motion"), and in support state as follows:

**D.C.COLO.LCivR 7.1 Certification**.  Counsel for WTO conferred with Defendant's counsel, and Defendant does not oppose the relief sought in this Motion.

    1.    On November 2, 2022, Defendant filed his Motion for Imposition of Sanctions (ECF 226), Pursuant to Rule 11 of the Federal Rules of Civil Procedure Against Plaintiff and Her Counsel ("Motion").

    2.    Counsel for WTO sought a 21-day extension, up to and including December 14, 2022 to file its Response in Opposition to Defendant's Motion, which was granted on November 22, 2022.  WTO's response is currently due on December 14, 2022.

3. Defendant's Motion is 25 pages in length and contains serious allegations concerning whether WTO satisfied its ethical responsibilities in this matter.

4. Although WTO's counsel has made every effort to bring WTO's Response within the page limitations set forth in Civ. Practice Standard 10(c)(1), given the length of Defendant's Motion and the need to sufficiently address Defendant's arguments, good cause exists to exceed the Practice Standards' page limitation.

5. Accordingly, WTO seeks leave to file a Response in Opposition that is up to 25 pages in length.

5. The requested relief is reasonable and will permit WTO's counsel to fully present and advocate its client's position. Moreover, this request is made in good faith and not for the purpose of delay.

WHEREFORE, WTO respectfully requests that this Court enter an Order granting WTO leave to file a response to Defendant's Motion that is up to 25 pages in length.

Dated: December 13, 2022.

Respectfully submitted,

*s/ Hannah E. Armentrout*
Craig Stewart
Hannah E. Armentrout
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8000
cstewart@hollandhart.com
hearmentrout@hollandhart.com
**ATTORNEYS FOR WHEELER TRIGG O'DONNELL LLP**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 13, 2022, I have caused the foregoing to be served on the following via email:

>Xingfei Luo
>co20_2765@mail.com
>**Plaintiff**
>
>Katayoun A. Donnelly
>Azizpour Donnelly, LLC
>2373 Central Park Blvd., Suite 100
>Denver, CO 80238
>Tel. (720) 675-8584
>katy@kdonnellylaw.com
>**Attorney for Defendant Paul Wang**

            *s/ Hannah E. Armentrout*
            HOLLAND & HART LLP

20496871_v1

3