IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Wheeler Trigg O'Donnell's ("WTO") Unopposed Motion for Leave to Exceed Page Limit is hereby GRANTED. WTO is granted leave to file a Response in Opposition to Defendant's Motion for Imposition of Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure that is up to 25 pages in length.

DATED this \_\_\_\_ day of December 2022.

    Hon. Regina Rodriguez
    UNITED STATES DISTRICT JUDGE

20498679_v1