IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

     Plaintiff,

v.

PAUL WANG,

     Defendant.

---

**ORDER GRANTING
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

---

Wheeler Trigg O'Donnell's ("WTO") Unopposed Motion for Leave to Exceed Page

Limit is hereby GRANTED. WTO is granted leave to file a Response in Opposition to

Defendant's Motion for Imposition of Sanctions Pursuant to Rule 11 of the Federal Rules of

Civil Procedure that is up to 25 pages in length.

DATED this 13th day of December 2022.

_____
Hon. Regina Rodriguez
UNITED STATES DISTRICT JUDGE

20498679_v1