FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**December 14, 2022**

**FOR THE TENTH CIRCUIT**

_____

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PAUL WANG,<br><br>    Defendant - Appellee.<br><br>------------------------------<br><br>EUGENE VOLOKH,<br><br>    Intervenor - Appellee. | No. 22-1200<br>(D.C. No. 1:20-CV-02765-RMR-MEH)<br>(D. Colo.) |

_____

**ORDER**

_____

The court, sua sponte, directs the Clerk of Court to supplement the record in this pro se appeal to include the following documents from the district court record:

1. Doc. 74 – Transcript of status conference filed 6/7/2021;

2. Doc. 85 – Amended complaint filed 7/28/2021;

3. Doc. 138 – Plaintiff's response to motion to intervene and unrestrict document filed 12/10/2021;

4. Doc. 151 – Minute order with attachments filed 1/6/2022;

5. Doc. 160 – Supplement/amendment to reply filed 5/20/2022;

6. Doc. 161 –Motion to strike filed 5/23/2022;

7. Doc. 162 – Response to motion to strike filed 5/24/2022;

8. Doc. 166 – Unopposed motion to unrestrict document filed 6/23/2022;

9. Doc. 167 – Answer to amended complaint filed 6/27/2022; and

10. Doc. 168 – Notice of appeal filed 6/27/2022.

                                                  Entered for the Court

                                                  CHRISTOPHER M. WOLPERT, Clerk