# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**

---

Defendant Paul Wang, through counsel, submits this unopposed motion for extension of time to respond to Plaintiff's Motion for or Rule 11 Sanctions, Doc. 241. Mr. Wang respectfully requests that the Court grant him a 21-day extension, up to and including January 9, 2023, to respond.

Certificate of Conferral: the undersigned counsel has conferred with Plaintiff. Plaintiff does not oppose the relief sought in this motion.

1. Plaintiff's Motion for or Rule 11 Sanctions was served on Mr. Wang on November 28, 2022.[1]  The response is currently due on December 19, 2022.

3. Mr. Wang needs additional time to file his response because in the past two weeks the

---

[1] Doc. 241 indicates that Plaintiff had provided the Motion to the Clerk's office on November 25, 2022. The Motion, however, was not served on Mr. Wang until November 28, 2022. *See* notation in Doc. 241.

1

undersigned counsel, among other things, has been responsible for filing motions in *People in Interest of S.M.*, Case No. 2020CA001524 (Colorado Court of Appeals and on limited remand in the underlying Arapahoe County case) and had to travel to Oklahoma to visit a client in federal prison. In addition, in the next few weeks the undersigned counsel is responsible for filing opening briefs in *United States v. Akers*, Case No. 21-3226 (10th Cir - due on Dec. 22, 2022) and *United States v. Vontress*, Case No. 22-3119 (10th Cir - due on Dec. 30, 2022).

    4. This is Mr. Wang's first request for an extension of time.

    5. Granting Mr. Wang's request will not unduly delay any proceedings or affect any other existing deadlines.

    6. This request is brought in good faith and will not prejudice any party.

    7. The undersigned counsel affirms that, pursuant to D.C.COLO.LCivR 6.1, a copy of this motion was served on Mr. Wang.

    Based on the foregoing, Mr. Wang respectfully requests that the Court grant this motion and allow Mr. Wang to file his Response on or before January 9, 2023.

    Respectfully submitted this 14th day of December 2022.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

*Attorney for Paul Wang*

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 14, 2022, I served an electronic copy of the foregoing on:

*Plaintiff*:

Xingfei Luo
co20_2765@mail.com

                  */s/ Katayoun A. Donnelly*
                  Katayoun A. Donnelly