**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

       Plaintiff,

v.

PAUL WANG,

       Defendant.

---

**[PROPOSED] ORDER GRANTING**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S**
**MOTION FOR RULE 11 SANCTIONS**

---

Defendant Paul Wang's Unopposed Motion for Extension of Time to Respond to

Plaintiff's Motion for Rule 11 Sanctions is hereby GRANTED.  Mr. Wang is granted 21 days, up

to and including January 9, 2023, to file his response.

DATED this _____ day of December 2022.

 

_____
Hon. Regina Rodriguez
UNITED STATES DISTRICT JUDGE