

**Travelex** worldwide money
Insurance Services

## TRAVEL PROTECTION PLAN DESCRIPTION OF COVERAGE

**THIS DOCUMENT CONTAINS THE FOLLOWING INFORMATION:**

IMPORTANT NOTES...............................................................1

SCHEDULE OF COVERAGES & SERVICES....................2

ELIGIBILITY & EFFECTIVE DATES....................................2

SUMMARY OF COVERAGES..........................................2

    DEFINITIONS...........................................................2

    GENERAL PROVISIONS .........................................3

    CLAIMS PROVISIONS ...........................................4

    TRIP CANCELLATION & TRIP INTERRUPTION BENEFITS ......4

    TRIP DELAY BENEFITS ........................................5

    BAGGAGE DELAY BENEFITS ...............................5

    ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS .........5

GENERAL PLAN EXCLUSIONS.............................................5

OPTIONAL UPGRADES........................................................6

    OPTIONAL BAGGAGE & PERSONAL EFFECTS BENEFITS .. 6

    OPTIONAL MEDICAL EXPENSE BENEFITS ....................6

        OPTIONAL EMERGENCY DENTAL EXPENSE .........6

    OPTIONAL MEDICAL EVACUATION & REPATRIATION BENEFITS............................................7

    OPTIONAL FLIGHT ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS ......................................7

CLAIMS PROCEDURES .......................................................7

TRAVEL ASSISTANCE & CONCIERGE SERVICES...........8

CONTACT US.........................................................................9

### IMPORTANT NOTES

Please take your Confirmation of Coverage and this Description of Coverage with you on your Covered Trip. Refer to your Confirmation of Coverage for your specific protection plan benefits and limits chosen.

Note: Certain capitalized words are defined terms within this document.

If you are not satisfied for any reason, you may cancel your coverage within 10 days of your receipt of this document.  If you haven't already left on your Covered Trip and/or provided there has been no covered expense, you will receive a full refund of your plan cost.

After this 10-day review period, the payment for this plan is non-refundable, except in the following circumstances:
- The supplier cancels or changes the dates of your Covered Trip and all penalties are waived; or
- You cancel your Covered Trip before any cancellation penalties are in effect; or
- You have duplicate coverage for this Covered Trip or due to your death.

**EXHIBIT 1**

201A 0112

## SCHEDULE OF COVERAGES & SERVICES

| Benefits | Maximum Benefit Amount Per Person |
|---|---|
| Underwritten by Stonebridge Casualty Insurance Company | |
| Trip Cancellation | 100% of Trip Cost ($100,000 limit) |
| Trip Interruption | 100% of Trip Cost ($100,000 limit) |
| Trip Delay | $100 |
| Baggage Delay | $100 |
| Accidental Death & Dismemberment | $100,000 |
| Travel Assistance Services* | Included |

| Optional Upgrades | Maximum Benefit Amount Per Person |
|---|---|
| Underwritten by Stonebridge Casualty Insurance Company | |
| Baggage/Personal Effects | $250 ($50 Deductible) |
| Emergency Medical Expense Emergency Dental Expense | $2,000 ($50 Deductible) $500 |
| Emergency Medical Evacuation | $10,000 |
| Flight Accidental Death & Dismemberment | $1 Million |

*Travel Assistance & Concierge Services are provided by Travelex's designated provider. Additional Optional Upgrades may have been included, provided the appropriate premium has been paid.

## ELIGIBILITY & EFFECTIVE DATES

**Who Is Eligible For Coverage**
A person who has arranged to take a Covered Trip, completes the enrollment form and pays the required plan payment.

**When Coverage Begins**
All coverages (except Pre-Departure Trip Cancellation and Post-Departure Trip Interruption) will take effect on the later of 1) the date the plan payment and enrollment form has been received; 2) the date and time you start your Covered Trip; or 3) 12:01 A.M. Standard Time on the Scheduled Departure Date of your Covered Trip.

Pre-Departure Trip Cancellation coverage will take effect at 12:01 A.M. Standard Time on the day after the date your plan payment and enrollment form is received. Post-Departure Trip Interruption coverage will take effect on the Scheduled Departure Date of your Covered Trip if the required plan payment and any necessary enrollment form is received.

**When Coverage Ends**
Your coverage automatically ends on the earlier of:
1. the date the Covered Trip is completed;
2. the Scheduled Return Date;
3. cancellation of the Covered Trip covered by the plan;
4. your arrival at the return destination on a round-trip, or the destination on a one-way trip.

All coverages under the plan will be extended if your entire Covered Trip is covered by the plan and your return is delayed by unavoidable circumstances beyond your control.

If coverage is extended for the above reasons, coverage will end on the earlier of the date you reach your originally scheduled return destination or seven (7) days after the Scheduled Return Date.

## SUMMARY OF COVERAGES

**DEFINITIONS**

In this Description of Coverage, "you", "your" and "yours" refer to the Insured. "We", "us" and "our" refer to the company providing the coverage. In addition certain words and phrases are defined as follows:

**Accident** means a sudden, unexpected, unintended and external event, which causes Injury.

**Actual Cash Value** means purchase price less depreciation.

**Baggage** means luggage, personal possessions and travel documents taken by you on the Covered Trip.

**Business Partner** means an individual who is involved, as a partner, with you in a legal general partnership and shares in the management of the business.

**Common Carrier** means any land, water or air conveyance operated under a license for the transportation of passengers for hire.

**Covered Trip** means a period of travel away from Home to a destination outside your city of residence and the Trip does not exceed 180 days.

**Deductible** means the amount, which must be incurred by you before benefits are paid under the plan. The Deductible is equal to the amount shown in the Schedule for each person insured.

**Domestic Partner** means a person who is at least eighteen years of age and you can show: 1) evidence of financial interdependence, such as joint bank accounts or credit cards, jointly owned property, and mutual life insurance or pension beneficiary designations; 2) evidence of cohabitation for at least the previous 6 months; and 3) an affidavit of domestic partnership if recognized by the jurisdiction within which they reside.

**Elective Treatment And Procedures** means any medical treatment or surgical procedure that is not medically necessary including any service, treatment, or supplies that are deemed by the federal, or a state or local government authority, or by us to be research or experimental or that is not recognized as a generally accepted medical practice.

**Family Member** includes your or the Traveling Companion's dependent, spouse, child, spouse's child, son-daughter-in-law, parent(s), sibling(s), brother-sister, grandparent(s), grandchild, step brother-sister, step-parent(s), parent(s)-in-law, brother-sister-in-law, aunt, uncle, niece, nephew, guardian, Domestic Partner, foster-child, or ward.

**Home** means your primary or secondary residence.

**Hospital** means an institution, which meets all of the following requirements: (1) it must be operated according to law; (2) it must give 24 hour medical care, diagnosis and treatment to the sick or injured on an inpatient basis; (3) it must provide diagnostic and surgical facilities supervised by Physicians; (4) registered nurses must be on 24 hour call or duty; and (5) the care must be given either on the hospital's premises or in facilities available to the hospital on a pre-arranged basis.

A Hospital is not: a rest, convalescent, extended care, rehabilitation or other nursing facility; a facility which primarily treats mental illness, alcoholism, or drug addiction (or any ward, wing or other section of the hospital used for such purposes); or a facility which provides hospice care (or wing, ward or other section of a hospital used for such purposes).

**Injury** means bodily harm caused by an Accident which: 1) occurs while your coverage is in effect under the plan; and 2) requires examination and treatment by a Physician. The Injury must be the direct cause of loss and must be independent of all other causes and must not be caused by, or result from, Sickness.

**Insured** means an eligible person who arranges a Covered Trip, completes any required enrollment form, and pays any required plan payment.

**Insurer** means Stonebridge Casualty Insurance Company.

**Other Valid and Collectible Group Insurance** means any group policy or contract which provides for payment of medical expenses incurred because of Physician, nurse, dental or Hospital care or treatment; or the performance of surgery or administration of anesthesia. The policy or contract providing such benefits includes group or blanket insurance policies; service plan contracts; employee benefit plans; or any plan arranged through an employer, labor union, employee benefit association or trustee; or any group plan created or administered by the federal or a state or local government or its agencies. In the event any other group plan provides for benefits in the form of services in lieu of monetary payment, the usual and customary value of each service rendered will be considered a Covered Expense.

**Payments or Deposits** means the amount actually paid for the Insured's Covered Trip. Payments or Deposits may be made by cash, check, credit card, prepaid vouchers, incurred change fees, administrative fees, and Currency Units. Payments made in the form of a non-paid certificate, non-paid voucher or discount are not Payments or Deposits as defined herein.

**Physician** means a person licensed as a medical doctor by the jurisdiction in which he/she is resident to practice the healing arts. He/she must be practicing within the scope of his/her license for the service or treatment given and may not be you, a Traveling Companion, or a Family Member of yours.

**Policy** means the contract issued to the Policyholder providing the benefits specified herein.

**Policyholder** means the legal entity in whose name this Policy is issued, as shown on the Benefit Schedule.

**Pre-existing Condition** means an illness, disease, or other condition during the 180 day period immediately prior to your effective date for which you or your Traveling Companion, Domestic Partner, Business Partner or Family Member scheduled or booked to travel with:

1. received or received a recommendation for a diagnostic test, examination, or medical treatment; or
2. took or received a prescription for drugs or medicine.

Item (2) of this definition does not apply to a condition which is treated or controlled solely through the taking of prescription drugs or medicine and remains treated or controlled without any adjustment or change in the required prescription throughout the 180 day period before coverage is effective under this Policy.

**Schedule** means the Benefit Schedule shown on the Description of Coverage for each Insured.

**Scheduled Departure City** means the city where the scheduled trip on which you are to participate originates.

**Scheduled Departure Date** means the date on which you are originally scheduled to leave on your Covered Trip.

**Scheduled Return Date** means the date on which you are originally scheduled to return to the point where the Covered Trip started or to a different final destination.

**Sickness** means an illness or disease of the body which: 1) requires examination and treatment by a Physician, and 2) commences while the plan is in effect. An illness or disease of the body which first manifests itself and then worsens or becomes acute prior to the effective date of this plan is not a Sickness as defined herein and is not covered by the plan.

**Terrorist Act** means an act of violence, other than civil disorder or riot, (that is not an act of war, declared or undeclared) that results in loss of life or major damage to property, by any person acting alone or on behalf of or in connection with any organization which is generally recognized as having the intent to overthrow or influence the control of any government.

**Traveling Companion** means a person up to four persons whose name(s) appear(s) with you on the same Covered Trip arrangement.

**Usual and Customary Charge** means those charges for necessary treatment and services that are reasonable for the treatment of cases of comparable severity and nature. This will be derived from the mean charge based on the experience in a related area of the service delivered and the schedule of fees valued at the 100th percentile.

## GENERAL PROVISIONS

**Concealment or Fraud:** We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to the plan.

**Conformity To Law:** Any provision of the plan that is in conflict with the laws of the state in which it is issued is amended to conform with the laws of that state.

**Duplication of Coverage:** You may only purchase one certificate from us for each Covered Trip. If you do purchase more than one

certificate for a specific Covered Trip, the Maximum Limit of Coverage payable will be as specified in the certificate with the highest level of benefits. We will refund plan payments received from you under any other certificate.

**Entire Contract; Changes:** The plan, the Group Application and any other attachments is the entire contract between us. Any statement you make is a representation and not a warranty. No statement will be used by us to void or reduce benefits unless that statement is a part of any written application or enrollment form.

The plan may be changed at any time by written agreement between us. Only our President, Vice President or Secretary may change or waive the provisions of the plan. No agent or other person may change the plan or waive any of its terms. The change will be endorsed on the plan.

**Examination Under Oath:** As often as we may reasonably require, you or any person making a claim under the plan must submit to examination under oath.

**Maximum Limit of Coverage:** The Maximum Benefit Amount for each claim is listed in the Schedule, subject to the individual benefit amount and the company's Maximum Limit of Liability. The total limit of our liability for any one covered event, in which two or more persons submit a claim, is subject to the individual benefit amount and the company's Maximum Limit of Liability.

In the event of multiple claims by you for one event, the available funds will be distributed in order of notice of claim by each insured subject to the above limitations.

**Maximum Limit of Liability:** All limits are applied per Covered Trip. We will pay no more than $1,000,000 per occurrence to or on account of any person insured under the plan.

Our Maximum Limit of Liability for all claims resulting from the same occurrence will be $15,000,000 under the TAHC5000, TAHC6000 and TAHC7000 Group series of policies. We will pay no more than $1,000,000 per occurrence, under the TAHC5000, TAHC6000 and TAHC7000 Group series of policies, to or on account of any person insured under the TAHC5000, TAHC6000 and TAHC7000 Group series of policies.

**Our Right To Recover From Others:** We have the right to recover any payments we have made from anyone who may be responsible for the loss. You and anyone else we insure must sign any papers and do whatever is necessary to transfer this right to us. You and anyone else we insure will do nothing after the loss to affect our right.

## CLAIMS PROVISIONS

**Notice of Claim:** We must be given written notice of claim within 30 days after a covered loss occurs. If notice cannot be given within that time, it must be given as soon as reasonably possible. Notice may be given to us or to our authorized agent. Notice should include the claimant's name and enough information to identify him or her.

**Claim Forms:** When we receive notice of claim, you will be sent forms to file proof of loss. If the forms are not sent within 15 days after we receive notice, then the claimant will meet the proof of loss requirements by giving us a written statement of the nature and extent of the loss. This must be sent to us within the time limit stated in the Proof of Loss provision.

**Proof of Loss:** Written Proof of Loss must be sent to us within 90 days after the date the loss occurs. We will not reduce or deny a claim if it was not reasonably possible to give us written Proof of Loss within the time allowed. In any event, you must give us written Proof of Loss within twelve (12) months after the date the loss occurs unless you are legally incapacitated.

**Physical Examination and Autopsy:** At our expense, we have the right to have you examined as often as necessary while a claim is pending. At our expense, we may require an autopsy unless the law or your religion forbids it.

**Legal Actions:** No legal action may be brought to recover on the plan within 60 days after written proof of loss has been given. No such action will be brought after three years from the time written proof of loss is required to be given.

**Payment of Claims:** Claims for benefits provided by the plan will be paid as soon as written proof is received.

Benefits for loss of life will be paid to your estate, or if no estate, to your beneficiary. All other benefits are paid directly to you, unless otherwise directed. Any accrued benefits unpaid at your death will be paid to your estate, or if no estate, to your beneficiary. If you have assigned your benefits, we will honor the assignment if a signed copy has been filed with us. We are not responsible for the validity of any assignment.

## TRIP CANCELLATION & TRIP INTERRUPTION BENEFITS

**Pre-Departure Trip Cancellation**
If you are prevented from taking your Covered Trip for one of the Covered Reasons, we will reimburse you, up to the amount in the Schedule for the amount of forfeited, and prepaid, non-refundable, and unused Payments or Deposits that you paid for your Covered Trip.

We will pay your additional cost as a result of a change in the per person occupancy rate for prepaid travel arrangements if a Traveling Companion's Covered Trip is canceled and your Covered Trip is not canceled.

**Post-Departure Trip Interruption Benefits**
If you are unable to continue your Covered Trip for one of the Covered Reasons, we will reimburse you, less any refund paid or payable, for unused travel arrangements, plus the following:
1. the additional transportation expenses by the most direct route from the point you interrupted your Covered Trip: (a) to the next scheduled destination where you can catch up to your Covered Trip; or (b) to the final destination of your Covered Trip; or
2. the additional transportation expenses incurred by you by the most direct route to reach your original Covered Trip destination if you are delayed and leave after the Scheduled Departure Date.
3. your additional cost as a result of a change in the per person occupancy rate for prepaid travel arrangements if a Traveling Companion's Covered Trip is interrupted and your Covered Trip is continued.

201A 0112

However, the benefit payable under (1) and (2) above will not exceed the cost of a one-way economy air fare (or first class, if the original tickets were first class) by the most direct route less any refunds paid or payable for your unused original tickets.

**Trip Cancellation and Interruption Covered Reasons**

Coverage is provided for the following unforeseeable events or their consequences which occur while coverage is in effect under this Policy if there is a change in plans by you, a Family Member traveling with you, or Traveling Companion:

1. Sickness, Injury or death of you, your Family Member, Traveling Companion, or Business Partner. The Sickness must commence while coverage is in effect, require the examination of a Physician, in person, at the time of Trip Cancellation or Trip Interruption and, in the written opinion of the treating Physician, be so disabling as to prevent you from taking or continuing your Covered Trip.

2. arrangements cancelled by an airline, cruise line, motor coach company, or tour operator, resulting from organized labor strikes that affect public transportation;

3. being directly involved in a documented traffic accident while en route to departure;

4. being hijacked, quarantined, required to serve on a jury, or required by a court order to appear as a witness in a legal action, provided you, Family Member traveling with you or a Traveling Companion is not 1) a party to the legal action, or 2) appearing as a law enforcement officer;

5. your Home made uninhabitable by fire, flood, volcano, earthquake, hurricane or other natural disaster;

6. being called into active military service to provide aid or relief in the event of a natural disaster;

7. a documented theft of passports or visas; or

8. a Terrorist Act which occurs in your departure city or in a  city which is a scheduled destination for your Covered Trip provided the Terrorist Act occurs within 30 days of the Scheduled Departure Date for your Covered Trip.

**TRIP DELAY BENEFITS**

If your Covered Trip is delayed for 12 hours or more, we will reimburse you, up to the amount shown in the Schedule for reasonable additional expenses incurred by you for hotel accommodations, meals, telephone calls and local transportation while you are delayed. We will not pay benefits for expenses incurred after travel becomes possible.

Trip Delay must be caused by or result from:
1. Common Carrier delay; or
2. loss or theft of your passport(s), travel documents or money; or
3. quarantine; or
4. natural disaster.

**BAGGAGE DELAY BENEFITS**

We will reimburse you up to the amount shown in the Schedule for the cost of reasonable additional clothing and personal articles purchased by you, if your Baggage is delayed for 24 hours or more during the your Covered Trip.

This coverage terminates upon your arrival at the return destination of your Covered Trip.

## ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS

We will pay this benefit up to the amount on the Schedule if you are injured in an Accident which occurs while you are on a Covered Trip and covered under the plan, and you suffer one of the loses listed below within 180 days of the Accident.  The Principal Sum is the benefit amount shown on the Schedule.

| Loss: | Percentage of Principal Sum Payable: |
|---|---|
| Life | 100% |
| Both Hands and Both Feet or Sight of Both Eyes | 100% |
| One Hand and One Foot | 100% |
| One Hand and Sight of One Eye | 100% |
| One Foot and Sight of One Eye | 100% |
| One Hand, One Foot or Sight of One Eye | 50% |

If you suffer more than one loss from one Accident, we will pay only for the loss with the larger benefit.  Loss of a hand or foot means complete severance at or above the wrist or ankle joint.  Loss of sight of an eye means complete and irrecoverable loss of sight.

**Exposure and Disappearance**

If by reason of an Accident covered by the plan, you are unavoidably exposed to the elements and as a result of such exposure suffer a loss for which benefits are otherwise payable; such loss shall be covered hereunder.

If you are involved in an Accident which results in the sinking or wrecking of a conveyance in which you were riding and your body is not located within one year of such Accident, it will be presumed that you suffered loss of life resulting from Injury caused by the Accident.

## GENERAL PLAN EXCLUSIONS

**The following exclusion applies to the Accidental Death & Dismemberment coverage:**

1. We will not pay for loss caused by or resulting from Sickness of any kind.

**The following exclusion applies to the Medical Expense, Trip Cancellation, Trip Interruption, and Trip Delay coverages:**

We will not pay for loss or expense caused by or incurred resulting from:

1. a Pre-Existing Condition, as defined in the plan, including death that results therefrom. This Exclusion does not apply to benefits under covered expenses for emergency medical evacuation or repatriation of remains of the Medical Expense Benefits coverage.

**The following exclusion applies to all coverages:**

We will not pay for any loss under the plan, caused by, or resulting from:

1. Your, Traveling Companion's, Domestic Partner's Family Member's or Business Partner's suicide, attempted suicide, or intentionally self-inflicted injury, booked to travel with you, while sane or insane;

2. mental, nervous, or psychological disorders (does not apply to Medical Expense Benefits);

3. being under the influence of drugs or intoxicants, unless prescribed by a Physician;

4. normal pregnancy or resulting childbirth or elective abortion;

5. participation as a professional in athletics;

6. riding or driving in any motor competition;

7. declared or undeclared war, or any act of war;

8. civil disorder (does not apply to Trip Delay);

9. service in the armed forces of any country;

10. operating or learning to operate any aircraft, as pilot or crew;

11. mountain climbing, bungee cord jumping, skydiving, parachuting, hang gliding, parasailing or travel on any air supported device, other than on a regularly scheduled airline or air charter company;

12. any criminal acts, committed by you;

13. a loss or damage caused by detention, confiscation or destruction by customs;

14. Elective Treatment and Procedures;

15. medical treatment during or arising from a Covered Trip undertaken for the purpose or intent of securing medical treatment;

16. a loss that results from an illness, disease, or other condition, event or circumstance which occurs at a time when the plan is not in effect for you.

**The following exclusion applies to the Baggage & Personal Effects and Baggage Delay coverages:**

We will not pay for damage to or loss of:

1. animals;

2. property used in trade, business or for the production of income, household furniture, musical instruments, brittle or fragile articles, or sporting equipment if the loss results from the use thereof;

3. boats, motors, motorcycles, motor vehicles, aircraft, and other conveyances or equipment, or parts for such conveyances;

4. artificial limbs or other prosthetic devices, artificial teeth, dental bridges, dentures, dental braces, retainers or other orthodontic devices, hearing aids, any type of eyeglasses, sunglasses or contact lenses;

5. documents or tickets, except for administrative fees required to reissue tickets;

6. money, stamps, stocks and bonds, postal or money orders, securities, accounts, bills, deeds, food  stamps or credit cards, except as noted above;

7. property shipped as freight or shipped prior to the Scheduled Departure Date;

8. contraband.

**We will not pay for loss arising from:**

1. defective materials or craftsmanship; or

2. normal wear and tear, gradual deterioration, inherent vice; or

3. rodents, animals, insects or vermin; or

4. theft or pilferage from an unattended vehicle; or

5. mysterious disappearance; or

6. electrical current, including electric arcing that damages or destroys electrical devices or appliances.

## OPTIONAL UPGRADES

### OPTIONAL BAGGAGE & PERSONAL EFFECTS BENEFITS

We will reimburse you, up to the amount shown in the Schedule, for direct loss, theft, damage or destruction of your Baggage, passports or visas during your Covered Trip. We will also pay for loss due to unauthorized use of your credit cards, if you have complied with all of the credit card conditions imposed by the credit card companies.

### Valuation and Payment of Loss

Payment of loss under the Baggage and Personal Effects Benefit will be calculated based upon an Actual Cash Value basis. At our option, we may elect to repair or replace your Baggage. We will notify you within 30 days after we receive your proof of loss.

We may take all or part of a damaged Baggage as a condition for payment of loss. In the event of a loss to a pair or set of items, we will: 1) repair or replace any part to restore the pair or set to its value before the loss; or 2) pay the difference between the value of the property before and after the loss.

### Items Subject to Special Limitations

We will not pay more than $250 (or the Baggage and Personal Effects limit, if less) on all losses to jewelry; watches; precious or semi-precious gems; articles consisting in whole or in part of silver, gold, or platinum; cameras, camera equipment; digital or electronic equipment and media; and articles consisting in whole or in part of fur. Items not included above are subject to a $250 per item limit.

### Continuation of Coverage

If the covered Baggage, passports or visas are in the custody of a Common Carrier, and delivery is delayed, this coverage will continue until the property is delivered to you. This continuation of coverage does not include loss caused by or resulting from the delay.

### Your Duties in the Event of a Loss

In case of loss, theft or damage to Baggage and Personal Effects, you should: 1) immediately report the situation incident to the hotel manager, tour guide or representative, transportation official, local police or other local authorities and obtain their written report of your loss; and 2) take reasonable steps to protect your Baggage from further damage, and make necessary, reasonable and temporary repairs. We will reimburse you for these expenses. We will not pay for further damage if you fail to protect your Baggage.

### OPTIONAL MEDICAL EXPENSE BENEFITS

We will pay this benefit, up to the amount on the Schedule for the following Covered Expenses incurred by you, subject to the following: 1) Covered Expenses will only be payable at the Usual and Customary level of payment; 2) benefits will be payable only for Covered Expenses resulting from a Sickness that first manifests itself or an Injury that occurs while on a Covered Trip; 3) benefits payable as a result of incurred Covered Expenses will only be paid after benefits have been paid under any Other Valid and Collectible Group Insurance in effect for the you. We will pay that portion of Covered Expenses which exceed the amount of benefits payable for such expenses under your Other Valid and Collectible Group Insurance.

### Covered Expenses:

1. expenses for the following Physician-ordered medical services: services of legally qualified Physicians and graduate nurses, charges for Hospital confinement and services, local ambulance services, prescription drugs and medicines, and therapeutic services, incurred by you during a Covered Trip;

2. expenses for emergency dental treatment incurred by you during a Covered Trip.

Please refer to the Definitions for an explanation of Pre-Existing Conditions which are excluded under the Medical Expense/Emergency Assistance Benefits.

## OPTIONAL MEDICAL EVACUATION & REPATRIATION BENEFITS

We will pay this benefit, up to the amount on the Schedule for the following Covered Expenses incurred by you, subject to the following: 1) Covered Expenses will only be payable at the Usual and Customary level of payment; 2) benefits will be payable only for Covered Expenses resulting from a Sickness that first manifests itself or an Injury that occurs while on a Covered Trip; 3) benefits payable as a result of incurred Covered Expenses will only be paid after benefits have been paid under any Other Valid and Collectible Group Insurance in effect for the you. We will pay that portion of Covered Expenses which exceed the amount of benefits payable for such expenses under your Other Valid and Collectible Group Insurance.

**Covered Expenses:**
1. expenses incurred by you for Physician-ordered emergency medical evacuation, including medically appropriate transportation and necessary medical care en route, to the nearest suitable Hospital, when you are critically ill or injured and no suitable local care is available, subject to the Program Medical Advisors prior approval;
2. expenses incurred for non-emergency medical evacuation, including medically appropriate transportation and medical care en route, to a Hospital or to your place of residence, when deemed medically necessary by the attending Physician, subject to the Program Medical Advisors prior approval;
3. expenses for transportation not to exceed the cost of one round-trip economy class air fare to the place of hospitalization for one person chosen by you, provided that you are traveling alone and are hospitalized for more than 7 days;
4. expenses for transportation not to exceed the cost of one-way economy class air fare to your place of residence, including escort expenses, if you are 18 years of age or younger and left unattended due to the death or hospitalization of an accompanying adult(s), subject to the Program Medical Advisors prior approval;
5. expenses for one-way economy class air fare (or first class, if your original tickets were first class) to your place of residence, from a medical facility to which you were previously evacuated, less any refunds paid or payable from your unused transportation tickets, if these expenses are not covered elsewhere in the plan;
6. repatriation expenses for preparation and air transportation of your remains to your place of residence, or up to an equivalent amount for a local burial in the country where death occurred.

**Your duties in the event of a Medical Expense:**
1. You must provide us with all bills and reports for medical and/or dental expenses claimed.
2. You must provide any requested information, including but not limited to, an explanation of benefits from any other applicable insurance.
3. You must sign a patient authorization to release any information required by us, to investigate your claim.

## OPTIONAL FLIGHT ACCIDENTAL DEATH & DISMEMBERMENT BENEFITS

The benefits provided by the plan for air flight applies only if you sustain a covered loss in an Accident which occurs while a passenger in or on, boarding or alighting from an aircraft of a regularly scheduled airline or an air charter company that is licensed to carry passengers for hire.

We will pay this benefit up to the amount on the Schedule if you are injured in an Accident which occurs while you are on a Covered Trip and covered under the plan, and you suffer one of the loses listed below within 180 days of the Accident. The Principal Sum is the benefit amount shown on the Schedule.

| Loss: | Percentage of Principal Sum Payable: |
|---|---|
| Life | 100% |
| Both Hands and Both Feet or Sight of Both Eyes | 100% |
| One Hand and One Foot | 100% |
| One Hand and Sight of One Eye | 100% |
| One Foot and Sight of One Eye | 100% |
| One Hand, One Foot or Sight of One Eye | 50% |

If you suffer more than one loss from one Accident, we will pay only for the loss with the larger benefit. Loss of a hand or foot means complete severance at or above the wrist or ankle joint. Loss of sight of an eye means complete and irrecoverable loss of sight.

**Exposure and Disappearance**
If by reason of an Accident covered by the plan, you are unavoidably exposed to the elements and as a result of such exposure suffer a loss for which benefits are otherwise payable; such loss shall be covered hereunder.

If you are involved in an Accident which results in the sinking or wrecking of a conveyance in which you were riding and your body is not located within one year of such Accident, it will be presumed that you suffered loss of life resulting from Injury caused by the Accident.

## CLAIMS PROCEDURES

All claims should be presented to the Program Administrator:

Claims Administration Office for Stonebridge Casualty Insurance Company
4600 Witmer Industrial Estates, Suite 6
Niagara Falls, NY 14305

**TRIP CANCELLATION / INTERRUPTION CLAIMS**: IMMEDIATELY Call your Travel Supplier and the Claims Administrator to report your cancellation and avoid non-covered expenses due to late reporting.

The Claims Administrator will then advise you on how to obtain the appropriate forms to be completed by you and the attending Physician. Provide all unused transportation tickets, official receipts, etc.

If appropriate, obtain medical statements from the doctors in attendance in the country where Sickness or Accident occurred. These statements should give complete diagnosis, stating that the Sickness or Accident prevented traveling on the dates contracted.

**TRIP DELAY / MISSED CRUISE CONNECTION CLAIMS:** Obtain receipts for any additional expenses (i.e.: meals, lodging, etc.) and submit with written documentation from the source which caused the delay for verification (i.e.: Common Carrier, police report, etc.).

**MEDICAL EXPENSE CLAIMS:** Obtain receipts from the providers of services, etc., stating the amount paid and an incident report listing the diagnosis and treatment. Provide a copy of their final disposition of your claim.

201A 0112

**BAGGAGE CLAIMS:** In case of loss, theft, or damage to personal belongings, immediately contact the hotel manager, tour guide or representative, transportation official, or local police; report occurrence and obtain a written statement. Submit claim first to party responsible (i.e.: airline, hotel, etc.). Provide a copy of the outcome of your claim, along with the written loss statements, receipts, etc.

## TRAVEL ASSISTANCE & CONCIERGE SERVICES

Provided by Travelex's designated provider.

When outside the USA or Canada, call us collect
through a local operator (you will first have to enter the International Access Code of the country you are calling from). Within the USA or Canada, use the toll free number.

### MEDICAL SERVICES

**MEDICAL ASSISTANCE** – Our multi-lingual professionals are available 24 hours a day to provide help, advice and referrals for medical emergencies. We will help you locate local physicians, dentists, or medical facilities.

**MEDICAL CONSULTATION AND MONITORING** – If you are hospitalized, we will contact you and your treating physician to monitor your condition to assure you are receiving appropriate care and assess the need for further assistance. We will also contact your personal physician and family at home when necessary or requested to keep them informed of your situation.

**MEDICAL EVACUATION** – When medically necessary, we will arrange and pay for appropriate transportation, including an escort, if required, to a suitable hospital, treatment facility or home.

Payment for Medical Evacuation is available only for covered claims and up to the amount of coverage provided in the Policy. All medical transportation services must be authorized and arranged by Travelex's designated provider. In the event of an unauthorized Medical Evacuation, reimbursement may be limited or coverage may be invalidated.

**EMERGENCY MEDICAL PAYMENTS** – We will assist you in the advancement of funds or guarantee payments (up to the Policy limit) to a hospital or other medical provider, if required, to secure your admission, treatment or discharge.

**PRESCRIPTION ASSISTANCE** – We will assist you with replacing medications that are lost, stolen or spoiled during your Covered Trip, either locally or by special courier.

**DEPENDENT TRANSPORTATION & FAMILY VISITS** – When a minor (age 18 or younger) is left unattended on a Covered Trip due to hospitalization or death of the accompanying adult, we will arrange for his or her return home, including escort expenses. If you are traveling alone and hospitalized 7 days or more, we will arrange transportation for a person you choose to visit you.

**REPATRIATION OF REMAINS** – In the event of death while on a Covered Trip, we will arrange for the preparation and transportation required to return your remains to your home.

### 24 HOUR TRAVEL ASSISTANCE SERVICES

**24 HOUR LEGAL ASSISTANCE** – If while on your Covered Trip you encounter legal problems, we will help you find a local legal advisor. If you are required to post bail or provide immediate payment of legal fees, we will assist you in arranging a funds transfer from family or friends.

**MESSAGE SERVICES** – We will transmit emergency messages to family, friends or business associates. We will advise you if we have difficulty delivering your message and let you know that the message has been received. We will also relay non-emergency e-mail or phone messages on your behalf at any time during your Covered Trip.

**LANGUAGE INTERPRETATION SERVICES** – We provide interpretation services in major languages and will refer you to appropriate local services, if needed.

**EMERGENCY CASH TRANSFER** – We will help arrange an emergency cash transfer (wire transfer, travelers checks, etc.) of your funds from home or from friends or family in medical or travel emergency situations where additional funds are required.

**PRE-TRIP TRAVEL SERVICES** – We provide 24-Hour information, help and advice for your planned Covered Trip such as: passport and visa information, requirements and replacement; travel health information or advisories; vaccine recommendations and requirements; government agency contact information (i.e. embassies, consulates, and other departments or agencies); weather and currency information.

**TRAVEL DOCUMENT AND TICKET REPLACEMENT** – When important travel documents (such as passports and visas) are lost or stolen, we will help you to secure replacements. We will also help you when airline or other travel tickets are lost or stolen. We will assist you with reporting your loss, reissuing tickets and obtaining the money required for this purpose (you are responsible for providing the funds).

### CONCIERGE SERVICES

- restaurant, shopping, hotel recommendations/reservations
- local transport (rental car, limousine, etc) information and reservations
- sporting, theatre, night life and event information (sports, scores, stock quotes, gift suggestions, etc.), recommendations and ticketing
- golf course information, referrals, recommendations and tee times
- tracking and assisting with the return of lost or delayed baggage

### BUSINESS SERVICES

- emergency correspondence and business communication assistance
- assistance with locating available business services such as: express/overnight delivery sites, internet cafes, print and copy services
- assistance with or arrangements for telephone and web conferencing
- emergency messaging to customers, associates, and others (phone, fax, e-mail, text, etc.)
- real time weather, travel delay and flight status information
- worldwide business directory service for equipment repair replacement, warranty service, etc.
- emergency travel arrangements

201A 0112

Travel Insurance is underwritten by Stonebridge Casualty Insurance Company a Transamerica company, Columbus, Ohio; NAIC #10952 (all states except as otherwise noted) under Policy/Certificate Form series TAHC5000. In CA, HI, NE, NH, PA, TN and TX Policy/Certificate Form series TAHC5100 and TAHC5200. In IL, IN, KS, LA, OR, OH, VT, WA and WY Policy Form #'s TAHC5100IPS and TAHC5200IPS. Certain coverages are under series TAHC6000 and TAHC7000.

This is a brief Description of Coverage, which outlines benefits and amounts of coverage available to you. To view your state-filed form, please visit www.travelexinsurance.com/SBPlans.aspx or call 1-800-819-9004 to obtain your Individual Policy in the following states: IL, IN, KS, LA, OR, OH, VT, WA and WY or your Group Certificate for all other states. Your Individual Policy or Group Certificate will govern the final interpretation of any provision or claim.

## CONTACT US

**For Plan Inquiries Please Contact:**

Customer Service
1-888-215-8334
Mon-Fri 8:00 am - 5:00 pm CST

**For Emergency Travel Assistance Please Contact:**

On Call International
1-855-892-6495
Available 24 hours a day, 7 days a week

**For All Claim Inquiries:**

Refer to Your Plan Number: 201A 0112

**To Download a Claim Form Visit:**

http://www.travelexinsurance.com/SBClaims

**For Questions or Status Inquiries Contact:**

Claims Administrator:

Stonebridge Claims Administration
Travelex Claims Department
4600 Witmer Industrial Estates, Suite 6
Niagara Falls, NY 14305

Phone: 1-866-968-2061
Fax: 1-877-367-2496

Mon-Fri 7:30 am - 7:00 pm CST

3/10/22, 9:04 AM

ORIS - PROD

ORIS - PROD - Version 4.1.0.38439

RPOLICELLI

| Home | Organization | Policy | Claims | Reports | Accounting | Activities | Utilities | | Log Out |
|------|--------------|--------|--------|---------|------------|------------|-----------|---|---------|

**Policy: 201A713842 (ACTIVE)**            Return

| Policy Number: | 201A713842 | Departure Date: | 07/03/2013 | Branch: | 32-0493 - FAREPORTAL INC | Created By: | Upload (07/03/2013 23:10:41) |
|---|---|---|---|---|---|---|---|
| Status: | ACTIVE | Return Date: | 09/12/2013 | Client: | TXCOA - Travelex CheapOair | Modified By: | Upload (07/03/2013 23:10:41) |
| Application Date: | 06/18/2013 | Effective Date: | 06/19/2013 | EOC Num: | 201A-0112 | Admin Overview: | Not Available |

**View**

**Policy Info »**

Policy Connections (0)

Claims (1)

Activities (17)

Documents (11)

Tasks (0/3)

Notes (0)

Transactions (1)

Workflows (0)

NWP Info (0)

**Actions**

Change Policy

Refund Policy

Transfer Enrollment

Reinstate Policy

---

**Alerts**            ⊖

• Do NOT send TA form. (193)

| **Policy Basics** edit | **Policy Dates** edit | **Contact Information** edit |
|---|---|---|
| Agent: SYS - | Departure: 03Jul2013 | Name: XingFei Luo |
| Departure: | Return: 12Sep2013 | Address: 11505 East Virginia Place, Aurora, CO, 80012 |
| Destination: United States | Travel Days: 72 | Email: |
| | Application: 18Jun2013 | Day - Night Phone: (n/a) - (n/a) |
| Group: n/a | Effective: 19Jun2013 | Beneficiary: |
| Balance: $0.00 | Initial Deposit: | Language: English |

**Plan: TXS-cOaBase - 201A - cheapOair Base** (ACTIVE), Days: 72 (03Jul2013 - 12Sep2013), Premium: $21.54

Insured: XingFei Luo (Age: 35, Dob: 30Dec1977, English), Trip Cost: $1,346.00, After: $1,346, Premium: $21.54

| **Other Info** | | **Fulfillment** new | **Policy Contacts** edit | **Change History** |
|---|---|---|---|---|
| Sale Type: | MANUAL | (n/a) | (n/a) | PURCHASE: 24Jun2013 |
| EOC Num: | 201A-0112 | | | |
| COC Num: | | | | |
| DOC Num: | | | | |
| Source System: | Unknown | | | |
| Ref Num: | 16641208~201A0112 | | | |

**Payments**

| Date | Type | Payment Amount | Card Number | Exp (mmyy) | Card Processing |
|---|---|---|---|---|---|
| 24Jun2013 | Master Card | $21.54 | | 0101 | Complete |

ORIS - PROD - Version 4.1.0.38439                                                                                RPOLICELLI

| Home | Organization | Policy | Claims | Reports | Accounting | Activities | Utilities |                          Log Out

Claim: 201A713842-1   Policy: 201A713842          **Return**          Connections:  201A713842-1 / XingFei Luo / CLOSED / Trip Interruption  ⌄

| Insured: | XingFei Luo | Opened: | jbotelho (09/06/2013) | Travel Dates: | 07/03/2013 - 09/12/2013 | Branch: | FAREPORTAL INC (32-0493) |
| Plan: | 201A - cheapOair Base (TXS-cOaBase) | Closed: | dmcnally (09/17/2013) | Application Date: | 06/18/2013 | Reserve Available: | 0.00 |
| Benefit: | Trip Interruption (TI) | Loss Date: | 08/31/2013 | Effective Date: | 06/19/2013 | EOC Num: | 201A-0112 | Admin Overview: | Not Availab |

---

**View**

**Claim Info »**

Policy Connections (0)

Activities (17)

Documents (11)

Tasks (0/3)

Notes (0)

Workflows (0)

Policy Summary

Events (9)

Payees (0)

**Actions**

| Change Status |
| Add Payment |
| Add Recovery |
| Authorize Payments (0) |
| Delete Claim |

---

**Alerts**

- Do NOT send TA form. (195)

Claim: 201A713842-1   Policy: 201A713842

**Insured Details**   edit

| Insured: | XingFei Luo  (Age: 35, Dob: 12/30/1977) |
| Gender: | Unknown |
| Language: | English |
| Address: | 11505 East Virginia Place, Aurora, CO, 80012 |

**Plan / Benefit Details**   edit

| Plan: | 201A - cheapOair Base (TXS-cOaBase) | Benefit Type: | Sum Insured After |
| Options: | | Maximum: | 1346.00 |
| Benefit: | Trip Interruption (TI) | Coverage Period: | 07/03/2013 - 09/12/2013 |
| Travel Dates: | 03Jul2013 - 12Sep2013 | | |

**Claim Details**   edit

| Status: | CLOSED | Reserve: | $0 | Examiner: | Debbie McNally |
| Reason: | pop | Inpatient: | No | Loss Location: | |
| Opened: | jbotelho (09/06/2013) | Legal: | No | Special Occurrence: | |
| Closed: | dmcnally (09/17/2013) | Complaint: | No | Special Occ Reason: | |
| Loss Date: | 08/31/2013 | Subrogation/COB: | No | Diagnostic Info: | |
| Reported Date: | 09/06/2013 | Reference Num: | 201A0112 | |
| Booking Date: | | Assistance Case #: | | |

**Comments**

Claim Closed on 09/17/2013 8:35:21 AM

---

**Transactions (1)**   Filter by Claim:  (all) ⌄      Filter by Type:  (all) ⌄          View payment summary by

Total Payments (CDN): $0.00   Total Payments (USD): $673.00   Total Recoveries (CDN): $0.00   Total Recoveries (USD): $0.00

| ! | Trans Date | Claim Num | Type | Payee Name | Cheque Lang | Provider | Loss Class | Amount | Currency | Base Amt | Status | Payment Type | eTransfer Status | eTransfer Status Date | eTransfer Status Reason | eTransfer Setup Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/17/2013 | 201A713842-1 / XingFei / CLOSED / TI | Claim Payment | XingFei Luo | English | | TXS1345 - Theft Passport/Travel Visa | $673.00 | USD | $673.00 | PAID | Cheque | | | | |

# Cheque Centre Lookups

| Home | About |



50-937/213

Stonebridge Casualty Insurance  Company
Claims Administration Office
4600 Witmer Industrial Estates, Suite 6
Niagara Falls, NY 14305

JPMorgan Chase Bank, N.A.
Syracuse, NY

4410030999

DATE  **2013  09  17**
      Y Y Y Y   M M   D D

$ *********673.00

PAY  Six Hundred Seventy Three and 00/100 Dollars

U.S. FUNDS

TO THE
ORDER
OF

XingFei Luo
11505 East Virginia Place
Aurora  CO   80012

Old Republic Insurance Company

Per __

Per __

# VOID

**Information is not updated. Please complete a stop payment form to check actual status with accounting.**

| **Cheque Details** | | **Cheque Status** | |
|---|---|---|---|
| Cheque Number: | 4410030999 | Cashed Status: | Issued |
| Issued Date: | 17/Sep/2013 | Amount: | $673.00 usd |
| Amount: | $673.00 usd | Event Date: | 2013/Sep/17 |
| Payee: | XingFei Luo | Cheque was Printed & Issued | |
| Address: | | | |
| | XingFei Luo | | |
| | 11505 East Virginia Place | | |
| | Aurora  CO   80012 | | |

**Cheque Status History**

| Entered | Cheque# | Bank | Account# | Status | Event Date | Amount |
|---|---|---|---|---|---|---|
| 2013/Sep/17 02:07:04 | 4410030999 | JPMorgan Chase Bank, N.A. | 601874076 | **Issued** | 2013/Sep/17 12:00:00 | $673.00 |

3/10/22, 9:21 AM							ORIS - PROD

ORIS - PROD - Version 4.1.0.38439																RPOLICELLI

| Home | Organization | Policy | Claims | Reports | Accounting | Activities | Utilities | | Log Out |

Claim: 201A713842-1   Policy: 201A713842          [Return]          Connections:   201A713842-1 / XingFei Luo / CLOSED / Trip Interruption ∨

| Insured: | XingFei Luo | Opened: | jbotelho (09/06/2013) | Travel Dates: | 07/03/2013 - 09/12/2013 | Branch: | FAREPORTAL INC (32-0493) |
| Plan: | 201A - cheapOair Base (TXS-cOaBase) | Closed: | dmcnally (09/17/2013) | Application Date: | 06/18/2013 | Reserve Available: | 0.00 |
| Benefit: | Trip Interruption (TI) | Loss Date: | 08/31/2013 | Effective Date: | 06/19/2013 | EOC Num: | 201A-0112 | Admin Overview: | Not Available |

## Activities

**View**

- Claim Info
- Policy Connections (0)
- **Activities (17) »**
- Documents (11)
- Tasks (0/3)
- Notes (0)
- Workflows (0)
- Policy Summary
- Events (9)
- Payees (0)

**Actions**

- [Change Status]
- [Add Payment]
- [Add Recovery]
- [Authorize Payments (0)]
- [Delete Claim]

Ref Num:  (all) ∨    Activity Type:  (all) ∨                                [Add Activity]

| Created | Context | Ref Num | Acty Type | Title | Details | Email Subject | Email To | Email Body | Document(s) | Operator | Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/2021 01:10 PM | Claim | 201A713842-1 | Miscellaneous | Miscellaneous | Documents from file have been uploaded. | | | | Copy of RA Sheets & Notes from Examiner (394883).pdf  TINM Form (394884).pdf  Email from Mukesh Thakur (394885).pdf  Emails from Paul Wang (394886).pdf  CC Statement (394887).pdf  Police Report (394888).pdf | Sarah Williams | |
| 12/15/2021 09:59 AM | Claim | 201A713842-1 | Review | Note to File | File retrieved from to storage. File contents to be scanned to ORIS and original file to be held in the office.  No action needed regarding subpoena at until received. | | | | | Marnie English | |
| 12/07/2021 01:18 PM | Claim | 201A713842-1 | Review | Note to File | Emailed management regarding possible subpoena. | | | | | Debbie McNally | |
| 12/07/2021 01:11 PM | Claim | 201A713842-1 | Incoming Email | CL-Legal | Dec 7, 2021  Email from Paul Wang  Hello Travelex,  Please preserve all documents for Policy #: 201A713842  We will be sending subpoena for all documents and cashed check copies/information soon for a federal lawsuit.  Thanks, | | | | FW Auto Reply RE EXTERNAL - Re Policy # 201A713842 Correspondence Letter (Thread 807495) (393180).pdf | Cindy Dungavel | |

3/10/22, 9:21 AM

ORIS - PROD

| | | | | | Paul | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | show less | | | | | |
| 07/14/2021 11:23 AM | Claim | 201A713842-1 | Review | Note to File | Management has already been advised of the email received from Paul Wang. Transamerica is being contacted as per CT's activity below. Emailed CT to advise an email is now submitted from lawyer. | | | | | Debbie McNally |
| 07/14/2021 11:17 AM | Claim | 201A713842-1 | Incoming Email | CL-Legal | July 14, 2021 Email from Azizpour Donnelly, LLC | | | | FW EXTERNAL Legal Hold - Re Policy # 201A713842 (368161).pdf | Cindy Dungavel |
| 07/14/2021 11:16 AM | Policy | 201A713842 | Incoming Email | CL-Legal | From: Cassandra Timms Sent: Wednesday, July 14, 2021 11:15 AM To: Angela Madathil Cc: TIS Reviews ; CC Supervisor Subject: RE: [EXTERNAL]Policy #: 201A713842 Correspondence Letter - claims documentation request

Good morning Angela –

We are aware of an inquiry from an individual by the name of Paul Wang and his attorney. This is not the insured on this policy, so are unable to provide policy/claim details. We will be consulting Transamerica.

Thanks for providing the heads-up.

Cass

Cassandra Timms Vice President | A&S Operations

T: 905.523.5936 x1353 | F: 866.551.1704 | TF: 800.465.0661 x1353 ctimms@orican.com Old Republic Canada | Old Republic Insurance Group 100 King St W., Hamilton, ON L8N 3K9 www.orican.com show less | | | | RE EXTERNALPolicy # 201A713842 Correspondence Letter - claims documentation request (368154).msg | Brenda Lupton |
| 03/12/2021 04:36 PM | Claim | 201A713842-1 | Incoming Call | CL-Insured | Insured's friend called to ask about status of claim. He asked if payment was issued. Explained that yes, however I cannot release details as I can only provide to insured directly. He advised that this person has filed lawsuit against him. Apologized but advised legally without written auth I cannot provide at this time. He wanted me to note that they may have to subpoena records for lawsuits. Advised would note file. show less | | | | | Melissa Charko |
| 09/18/2013 06:02 PM | Claim | 201A713842-1 | Incoming Call | CL-Insured | Insured boyfriend called for status. I adv check issued Sept 17th .He insisted on the amount.I adv to have the insured contact us. | | | | | Emmanuel Kimenyi |

3/10/22, 9:21 AM                                                                ORIS - PROD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/17/2013 11:02 AM | Claim | 201A713842-1 | Incoming Mail | CL-Insured | Sept 17, 2013<br>Note from Mukesh Thakur | | | | Cindy Dungavel |
| 09/17/2013 08:32 AM | Claim | 201A713842-1 | Review | File to Checking | TICKET COST IS $1346.00. INSURANCE IS NON-REF.<br><br>UNUSED RETURN TICKET IS $673.00.<br><br>ALSO - POLICY IS FOR XINGFEI LUO. ALL DOCS ON FILE RELATE TO THIS PERSON. PAYMENT IS TO THE INSURED. THERE IS NO AUTH ON FILE TO PAY A THIRD PARTY.<br>show less | | | | Debbie McNally |
| 09/12/2013 08:40 AM | Claim | 201A713842-1 | Incoming Email | CL-Insured | Sept 11, 2013<br>Note from Paul Wang<br>CC Stat ement | | | | Cindy Dungavel |
| 09/11/2013 02:34 PM | Claim | 201A713842-1 | Incoming Call | CL-Insured | Paul called to check status. Advised requesting POP.<br>He advised insured hasnt returned home and has cancelled return ticket.<br><br>Emailed correspondence to: student007@hotmail.com | | | | Maja Dodik |
| 09/10/2013 01:39 PM | Claim | 201A713842-1 | Outgoing Letter | CL-Insured | requesting proof of payment for TINM -- if insured incurred a change fee as passport was stolen. No pop on file. Just police report.<br><br>emailed fareportal<br><br>file to pending. | | | Correspondence Merge(LTR001 - Blank with Tokens)- ENGLISH.docx | Brittany Bienker |
| 09/06/2013 03:43 PM | Claim | 201A713842-1 | Incoming Email | CL-Insured | Sept 5, 2013<br>Email from Insured<br>TINM Form<br>Police Report<br>Email from Insured<br>Email from CheapOair | | | | Jennifer Botelho |
| 09/04/2013 04:52 PM | Policy | 201A713842 | Incoming Call | CL-Insured | Insured called with general process questions - advised. Advised claim forms sent by e-mail not yet registered. | | | | Robert Steele |
| 09/03/2013 03:40 PM | Policy | 201A713842 | Outgoing Email | CL-Claim Form Sent | Claim initiated. Paul requested TINM emailed to: student007@hotmail.com. He advised passport was stolen. Advised of report. | | | Correspondence Merge(FORM-PKG010A-Trip Interruption Non-Medical)- ENGLISH.docx | Maja Dodik |

Screen Image -9/6/2013 3:45:26 PM *freeware program* http://www.stas.net/zenas

**TVX - 10.150.2.44 - Remote Desktop**

**Ra - Director**

| Home (F6) | Confirmation #: | 201A713842 | | Load | Find... |

Policy Info | Travelers | Beneficiary / RVD | Payment Details | Comments / History

**Summary Info**
Confirmation #:  201A713842          Primary Traveler:  XingFei Luo          Policy Documents
SB Policy ID:  201A0112

**Purchase Info**
Policy Status:  Claim Initiated    Init Claim      Inbound Sales Rep:  System
Purchase Date :  6/24/2013                          Effective Date:  6/19/2013
Purchased By:  Roster                               Postmark Date:  6/18/2013

**Trip Info**
Departure Date:  7/ 3/2013         Return Date:  9/12/2013
Trip Length:  72 days              Deposit Date:
Cruise Line:  None                 Destination:  United States
Tour Operator:  None               Airline:  None

**Coverage Info**
Product:  201A-0112 (Cheap0Air.com Base Plan)

**Agency**
Assigned To:  32-0493   Find ...   Info ...   Sales Rep:  Lynn Barty
Agent:                             Underwriter:  Stonebridge

SEP 17 2013

Reprint Confirmation Letter    ☐ Confirmation Letter Sent    ☐ Reprint in next batch      Save    Cancel

PostSales (F8)

Agency Maintenan...

Reporting (F10)

Tools (F11)

Exit

- Passport Stolen.
- Aug 31. 2013 - during trip.
- Police report on file.

```
0 • *
0 • *
1,346 • ÷
2 • =
673 • 00 *
```

Return ticket is unused.

$673⁰⁰ for Tl.

Qm

Screen Image -9/6/2013 3:45:31 PM  "freeware program"  http://www.stas.net/zepas

**TWX - 10.150.2.44 - Remote Desktop**

**Ra - Director**

Confirmation #:  [ 201A713842 ▼ ]   [ Load ]   [ Find... ]

| Home (F6) | Policy Info | Travelers | Beneficiary / RVD | Payment Details | Comments / History |

**Primary Traveler**

First Name: XingFei                    Last Name: Luo

DOB: 12/30/1977                        Trip Cost: $1,346.00

Address 1: 11505 East Virginia Place   Are you a US citizen?  ○ Yes  ○ No

Address 2:                             Country: United States ▼

City: Aurora        State: CO ▼        Zip: 80012

Day Phone:          Phone:

Email:              Fax:

PostSales (F8)

Agency Maintenan...

Reporting (F10)

Tools (F11)

Exit

[ Reprint Confirmation Letter ]  ☐ Confirmation Letter Sent  ☐ Reprint in next batch   [ Save ]   [ Cancel ]



**Shelly Fozard**

| | |
|---|---|
| **From:** | Brittany Bienker |
| **Sent:** | Tuesday, September 17, 2013 7:39 AM |
| **To:** | Shelly Fozard |
| **Cc:** | Caroline Chouinard |
| **Subject:** | FW: Booking No #16641208 XingFei Luo POL# 201A713842 |

Drop file

Thanks

**From:** Mukesh Thakur [mailto:mthakur@fareportal.com]
**Sent:** Monday, September 16, 2013 10:09 AM
**To:** Brittany Bienker; insuranceclaims-ch@fareportal.com
**Subject:** RE: Booking No #16641208 XingFei Luo POL# 201A713842

Hi,

Booking cancelled on 09/05/2013. No Credits/refunds issued on this booking.

Best regards,
Mukesh Thakur
Cisco Ext: 83818

**From:** Brittany Bienker [mailto:bbienker@orican.com]
**Sent:** Tuesday, September 10, 2013 11:18 PM
**To:** insuranceclaims-ch@fareportal.com
**Subject:** Booking No #16641208 XingFei Luo POL# 201A713842

To whom this may concern,

We have been notified of a claim for Trip interruption for the above mentioned insured.
In order for us to continue with the assessment of the claim, can you  please provide us with the date the booking was cancelled along with
 any refund or credit information or change fees.

Your assistance with this matter is greatly appreciated.

Yours truly,


Brittany Bienker
Travel Claims Examiner


Attention:
If you have received this transmission in error, please notify us immediately and delete this e-mail and any attachments without copying, distributing, or disclosing their contents.

**Cindy Dungavel**

2O1A713842

| | |
|---|---|
| **From:** | TravelexClaims |
| **Sent:** | Wednesday, September 11, 2013 3:46 PM |
| **To:** | Shelly Fozard; Cindy Dungavel |
| **Subject:** | FW: Credit card statement |
| **Attachments:** | creditcard.pdf |

**From:** Paul Wang [mailto:stealthzeus@gmail.com]
**Sent:** Wednesday, September 11, 2013 2:59 PM
**To:** TravelexClaims
**Subject:** Fwd: Credit card statement

Hi, this is regarding booking number 16641208. In the attached statement there are two transactions. One for the tickets, $1337, the other for the insurance $62.

Paul

Sent from my Samsung Galaxy Note® II

| Payment Due Date | New Balance | Past Due Amount | Minimum Payment | or | Blueprint Payment |
|---|---|---|---|---|---|
| 08/01/13 | $1,905.64 | $25.00 | $84.00 | | $123.86 |

Account number: ████ 6643

$ [                    ] .

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

▌▌▌▌▌▌▌▌▌▌▌▌▌ ▌430000840000190564000123860000000

33847 8EX Z 18513 D
PAUL M WANG
11505 E VIRGINIA PL
AURORA CO 80012-2257

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

5000 160 28   ████████ 66436

# CHASE ⬧
## SAPPHIRE℠

Manage your account online:
www.chase.com

Customer Service
1-800-493-3319

Additional contact
information on back ⤵

## ACCOUNT SUMMARY

Account Number:  4147 2021 1930 6643

| | |
|---|---|
| Previous Balance | $313.90 |
| Payment, Credits | $0.00 |
| Purchases | +$1,551.63 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$25.00 |
| Interest Charged | +$15.11 |
| New Balance | $1,905.64 |
| | |
| Opening/Closing Date | 06/05/13 - 07/04/13 |
| Credit Access Line | $18,700 |
| Available Credit | $0 |
| Cash Access Line | $3,740 |
| Available for Cash | $0 |

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $1,905.64 |
| Payment Due Date | 08/01/13 |
| Minimum Payment Due | $59.00 |
| Past Due Amount | $25.00 |
| Total Minimum Payment Due | $84.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35.00 and your APR's will be subject to increase to a maximum Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $3,462 |
| $66 | 3 years | $2,390 (Savings=$1,072) |

If you would like information about credit counseling services, call 1-866-797-2885.

**Please pay the Minimum Payment shown at the top of this statement.** It includes any past due and amounts over the credit access line.  The minimum payments used to calculate the estimates shown in the above table do not include past due or amounts over the credit access line.

## ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 321 |
| + 1 Point per $1 on all other purchases | 1,552 |
| + 1 Point on $1 earned on dining | 67 |
| + Bonus points on Ultimate Rewards Travel | 0 |
| + Points transferred to another account | -321 |
| = Total points available for redemption | 1,619 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

As a Chase Sapphire customer you earn 1 point per dollar on all purchases, and an additional point for each dollar you spend when dining at restaurants. Plus, you earn an additional point per dollar spent when you book airfare and hotel accommodations online through Ultimate Rewards®. Learn more about your card benefits at www.chase.com/ultimaterewards

## BLUEPRINT℠ SUMMARY



Here is a summary of your plan totals for this month:

| ☑ Full Pay | ⬡ Split | ▦ Finish It |
|---|---|---|
| $66.94 | For details go to www.chase.com/blueprint | For details go to www.chase.com/blueprint |

**BLUEPRINT Payment** [ $123.86 ]

NOTE: Pay this amount to stay on track with your Blueprint plan(s).  This amount includes your minimum payment due, so only one payment is needed.

See the **BLUEPRINT Feature Activity** section of this statement for more details on this month's activity.

**This Statement is a Facsimile - Not an original**

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___   Zip: _____

Home Phone: _____ ____ _____   Work Phone: _____ ____ _____

E-mail Address: _____

To service and manage any of your account(s), we, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us.  Please refer to your Cardmember Agreement for additional details about the use of your personal information and/or visit our website shown below to provide us with additional contact information.

---

## To contact us regarding your account:



| In U.S. Customer Service | |
|---|---|
| Specialist | 1-800-493-3319 |
| Español | 1-800-493-3319 |
| TDD | 1-800-955-8060 |
| Pay by phone | 1-800-436-7958 |
| Outside U.S. call collect | 1-614-776-7050 |

? Send Inquiries to:
P.O. Box 15298
Wilmington, DE 19850-5298

✉ Mail Payments to:
P.O. Box 94014
Palatine, IL 60094-4014

✓ Visit Our Website:
www.chase.com

---

**Information About Your Account**

**Crediting of Payments:** You may make payments by any of the options listed below. The amount of your payment should be at least your minimum payment due, payable in U.S. dollars and drawn or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. You can pay down balances faster by paying more than the minimum payment or the total unpaid balance on your account.

You may make payments by regular U.S. mail. Send your payment to the Payments address shown on this statement. Your payments by mail must comply with the instructions on this statement. Do not send cash. Write your Account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window, the envelope cannot contain more than one coupon or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day by 5:00 p.m. local time at our Payments address on this statement, we will credit the payment to your Account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 5:00 p.m. local time at the Payments address on this statement, we will credit it to your Account as of the next calendar day

You may make payments electronically through our website shown on this statement. If we receive your completed request on our website by 8 p.m. Eastern Time, we will credit your payment as of that day. If we receive your request after 8 p.m. Eastern Time, we will credit your payment as of the next calendar day. If you specify a future date, your payment will be credited as of that day.

For all other payments or for any payment type above for which you do not follow our payment instructions, crediting of your payments may be delayed for up to 5 days.

**Account Information Reported to Credit Bureaus:** We may report information about your Account to credit bureaus. Late payments, missed payments or other defaults on your Account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Inquiries address shown on this statement.

**To Service and Manage Any of Your Account(s):** We, our representatives, JPMorgan Chase representatives, and/or affiliates, may contact you at any telephone number you provide to us. Please refer to your Cardmember Agreement for additional details about the use of your personal information.

**Notice About Electronic Check Conversion:** When you pay by check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Call the Customer Service number on this statement if you have questions about electronic check collection or do not want your payments collected electronically.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the regular Payment address shown on this statement.

**Annual Renewal Notice:** If your Account Agreement has an annual membership fee and/or similar charge for issuance or availability of your account, it will be billed each year or in monthly or quarterly installments. This fee and/or charge are owed whether or not you use your Account, and you agree to pay them when billed. The annual fee and charge are non-refundable unless you notify us that you wish to close your account within 30 days or one billing cycle (whichever is less) after we provide the statement on which the annual fee or charge is billed and at the same time, you pay your outstanding balance in full. If you do this, for a charge billed more often than annually such as a monthly service charge, you will not owe the last billed charge; however, prior billed charges are non-refundable and must be paid as part of paying your outstanding balance in full. Your payment of the annual fee or charge does not affect our rights to close your Account and to limit your right to make transactions on your Account. If your Account is closed by you or us, we will continue to impose the annual fee and/or charge until you pay your outstanding balance in full and terminate your Account relationship.

**Calculation of Balance Subject to Interest Rate:** To figure your periodic interest charges for each billing cycle when a daily periodic rate(s) applies, we use the daily balance method (including current transactions). To figure your periodic interest charges for each billing cycle when a monthly periodic rate(s) applies, we use the average daily balance method (including current transactions). For an explanation of either method, or questions about a particular interest charge calculation on your statement, please call us at the toll free customer service phone number listed above.

We calculate periodic interest charges separately for each feature (for example, purchases, balance transfers, cash advances or overdraft advances). These calculations may combine different categories with the same periodic rates. Variable rates will vary with the market based on the Prime Rate or such index described in your Account Agreement. If any interest charge is due, we will charge you at least a minimum interest charge of $1.50, or such amount stated in your Account Agreement. There is a transaction fee for each balance transfer, cash advance, or check transaction in the amount stated in your Account Agreement. There is a foreign transaction fee of 3% of the U.S. dollar amount of any foreign transaction for some accounts. Please see your Account Agreement for information about these fees.

We add transactions and fees to your daily balance no earlier than:

1) the date of the transaction – for new purchases, balance transfers, overdraft advances or cash advances;

2) the date the payee deposits the check – for new cash advance checks or balance transfer checks;

3) the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle, whichever we may choose – for fees

**How to Avoid Paying Interest on Purchases:** Your due date will be a minimum of 21 days after the close of each billing cycle. If you pay your account in full each billing period by the date and time due, no interest is charged on new purchases month-to-month. Also, we will not impose interest charges on any portion of a purchase balance you repay while that balance is subject to an interest-free period. Subject to any interest-free period for new purchases, we will begin charging interest from the date a transaction (including any balance transfer, cash advance or overdraft advance), fee or interest charge is added to your daily balance until your account is paid in full. Because we apply payments in excess of your minimum payment first to higher rate balances, you may not be able to avoid interest charges on new purchases if you have another balance at a higher interest rate unless you pay your balance in full each month.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us on a separate sheet at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299. You may also contact us on the web at chase.com.

In your letter, give us the following information:

- **Account information:** Your name and Account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing on the web at chase.com. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card Account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Customer Service, P.O. Box 15299 Wilmington, DE 19850-5299 or on the web at chase.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

MA11042011

Statement Date:    06/05/13 - 07/04/13
Account Number:    4147 2021 1930 6643
Page 2 of 3
OVER

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | | | $ Amount |
|---|---|---|---|---|
| | **PURCHASES** | | | |
| 06/03 | IKEA CENTENNIAL CENTENNIAL CO | | | 8.83 |
| 06/02 | THE HOME DEPOT 1501 AURORA CO | | | 53.31 |
| 06/05 | BROCK & COMPANY - 352 MALVERN PA | | | 3.42 |
| 06/03 | HARBOR FREIGHT TOOLS 59 AURORA CO | | | 32.38 |
| 06/15 | SUSHI KATSU GREENWOOD VLG CO | | | 29.69 |
| 06/19 | CHEAPOAIR.COM AIR 888-793-4229 NY | | | 62.00 |
| 06/18 | AMERICAN AI 0017287055136 NEW YORK NY | | | 1,337.00 |
| | 070313 1 N | HKG | NRT | |
| | 2 N | NRT | LAX | |
| | 3 NX | LAX | DEN | |
| | 4 NO | DEN | ORD | |
| 06/22 | SUSHI KATSU GREENWOOD VLG CO | | | 25.00 |
| | **FEES CHARGED** | | | |
| 07/01 | LATE FEE | | | 25.00 |
| | TOTAL FEES FOR THIS PERIOD | | | $25.00 |
| | **INTEREST CHARGED** | | | |
| 07/04 | PURCHASE INTEREST CHARGE | | | 15.11 |
| | TOTAL INTEREST FOR THIS PERIOD | | | $15.11 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $25.00 |
| Total interest charged in 2013 | $15.11 |

Year-to-date totals reflect all charges minus any refunds applied to your account.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 15.24% (v) | $1,206.28 | $15.11 |
| **CASH ADVANCES** | | | |
| Cash Advances | 19.24% (v) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 15.24% (v) | -0- | -0- |

(v) = Variable Rate                                                   30 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

## BLUEPRINT FEATURE ACTIVITY

 **Full Pay**                                      **Full Pay Payment Due:  $66.94**

Below is your spending in your Full Pay categories.  You can avoid interest when you pay these purchases in full each month, even when you carry a balance.  Remember, you can change your categories any time.

| Full Pay Category | Category Spending | Number of Transactions |
|---|---|---|
| Restaurants | $66.94 | 4 |
| Departmt/Clothing Store | $0.00 | 0 |
| Drugstores | $0.00 | 0 |
| Entertainment | $0.00 | 0 |
| Gas Stations | $0.00 | 0 |
| Grocery Stores | $0.00 | 0 |
| Health Club/Memberships | $0.00 | 0 |
| Dry Cleaner/Laundromats | $0.00 | 0 |
| Office Supply Stores | $0.00 | 0 |
| Salon/Beauty Supply | $0.00 | 0 |
| Transit | $0.00 | 0 |
| Utilities | $0.00 | 0 |
| Wholesale/Discount Club | $0.00 | 0 |
| All Blink Purchases | $0.00 | 0 |
| Total | $66.94 | |

**This Statement is a Facsimile - Not an original**

X 000001   FIS33338 D 13          000  N  Z  04  13/07/04       Page 2 of 3       06530   MA MA  33847   18510000130003384702

**BLUEPRINT FEATURE ACTIVITY CONTINUED**

Full Pay Historical Spending



Your Full Pay has been activated, as requested.  To avoid interest on your Full Pay purchases, make purchases in these categories and pay them in full each month.  Paying your Blueprint payment will satisfy your account minimum due and your Full Pay purchases.



**This Statement is a Facsimile - Not an original**

*Claims Administration Office for Stonebridge Casualty Insurance*
**Travelex Claims**
4600 Witmer Industrial Estates, Suite 6
Niagara Falls, NY 14305
Telephone: 1-855-876-3447  Fax: 877-367-2496

> **TRIP INTERRUPTION**
> **NON MEDICAL CLAIM FORM**

**Please Note:** *Benefits under any coverage will not be paid for expenses reimbursed or services provided by any other source. Benefits cannot be duplicated under this Protection Plan.*

### PROOF OF CLAIM MUST BE SUBMITTED WITHIN 90 DAYS OF THE OCCURRENCE

| Part I | GENERAL INFORMATION |
|---|---|

Claimant's Name *(Last, First)*  WANG , PAUL

Conf. No./Booking No.  16641208

Date of Birth  ▓▓▓▓▓▓▓

Full Address  11505 E. Virginia Place, Aurora, CO 80012

Home Phone No.  720 323 1113

Business Phone No.

Full name of all persons claiming   1) N/A   2)   3)   4)

Ages

Relationship to Claimant

Policy No.

Tour Operator's Name (e.g. Cruise Line, Airline, etc)  Cheap Oair

Travel Supplier's Name  Cheap O air

Telephone No.

Travel Supplier's Address  135 W 50th Street, Suite 500, New York, NY 10020

| Date Initial Deposit Paid for Trip | Date of Final Payment for Trip | Departure Date | Scheduled Return Date | Actual Return Date |
|---|---|---|---|---|
| 06 / 17 / 2013 | 06 / 17 / 2013 | 07 / 03 / 2013 | 09 / 11 / 2013 | |
| *( MM / DD / YY )* | *( MM / DD / YY )* | *( MM / DD / YY )* | *( MM / DD / YY )* | *( MM / DD / YY )* |

Departure City  Hong Kong, China

Destination *(City, Country)*  Denver, USA

| Part II | EXPLANATION OF LOSS |
|---|---|

Type of claim   ☐ Cancellation   ☒ Interruption

Reason for cancellation/interruption/delay

Passport lost /stolen

| Total Amount of Claim (in US $) | Tour Cost Per Person (in US $) | Cruise Cost Per Person (in US $) | Air Fare Per Person (in US $) |
|---|---|---|---|
| 1364 00 | 1364.00 | N/A | 1364.00 |

| Date trip was cancelled, interrupted or delayed | Length of delay (hours, days) | Did you receive a refund from the Travel Agent/Tour Operator after cancellation? | If Yes, please indicate amount |
|---|---|---|---|
| 08/31/2013  *( MM / DD / YY )* | N/A | ☐ Yes  ☒ No | N/A |

**For Trip Interruption, please indicate any additional transportation cost incurred**

| Type of Expense | Date incurred *( MM / DD / YY )* | Amount |
|---|---|---|
| 1) N/A | | |
| 2) | | |
| 3) | | |

Please enclose the original receipts for the above claimed expenses

**IMPORTANT – CLAIM CANNOT BE PROCESSED IF THIS FORM IS INCOMPLETE. PLEASE COMPLETE ALL APPLICABLE AREAS.**

## EXPLANATION OF LOSS CONTINUED

| Scheduled number of nights on Trip | Number of nights missed due to Interruption | Was the Interruption caused by the Common Carrier? (i.e. Airline, Cruise Line, etc) ☐ Yes ☒ No | If Yes, was any compensation received? ☐ Yes ☐ No |
|---|---|---|---|
| N/A | N/A | | |

| If Yes, please explain or indicate amount *(in US $)* | Name of Airline on which you returned home or rejoined Trip |
|---|---|
| N/A | |

| Point of departure | Destination |
|---|---|
| Denver, CO, USA | Hong Kong, China |

| Date returned home or rejoined Trip | Was this the lowest fare available? | Was a substitute flight provided by the Tour Operator/Airline? | Did you receive a credit for future travel? |
|---|---|---|---|
| N/A  *( MM / DD / YY )* | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Is the original unused return ticket enclosed? | If Not, Please Explain |
|---|---|
| ☒ Yes ☐ No | N/A |

IF THE INTERRUPTION WAS CAUSED BY THE COMMON CARRIER, PLEASE ATTACH WRITTEN NOTIFICATION FROM THE COMMON CARRIER REGARDING CANCELLATION OR PROVIDE DETAILS REGARDING DELAY AND TIMES.

## Part III                                      OTHER COVERAGE

| Did you purchase any portion of your trip on a Credit Card? ☒ Yes ☐ No | If Yes, name and type of Credit Card (e.g. Visa Gold card) Chase Sapphire |
|---|---|

| Do you have any other Insurance Coverage/Plans? (e.g. Travel, Credit Cards, etc) ☐ Yes ☒ No | Has your loss been reported to any other Insurance Company? ☐ Yes ☒ No | If Yes, which Company? N/A |
|---|---|---|

| 1) Name of Insurance Company | Policy No. | Telephone No. |
|---|---|---|
| | | |

Address of Insurance Company

| 2) Name of Insurance Company | Policy No. | Telephone No. |
|---|---|---|
| | | |

Address of Insurance Company

**I DECLARE THAT THE ABOVE INFORMATION IS TRUE, COMPLETE AND CORRECT.**
*I/We authorize any other insurance plan, under which I/We have coverage, to disclose information as may be necessary or to make payment in respect of my/our claim to Stonebridge Casualty Insurance Company directly. I/We also authorize Stonebridge Casualty Insurance Company to disclose to any other Plan, under which I/We have coverage, any and all information as may be necessary with respect to my/our claim.*

| Signature of Insured/Claimant | Date  9/2/2013  *( MM / DD / YY )* |
|---|---|

| Signature of Insured/Claimant | Date  *( MM / DD / YY )* |
|---|---|



**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

GO# 2013-81717 NON CRIMINAL | 2851-0 LOST/FOUND PROPERTY

## General Offense Information

Operational status: **NON CRIMINAL**
Reported on: **Aug-31-2013  (Sat.) 1523**
Occurred between: **Aug-31-2013  (Sat.) 1520** and **Aug-31-2013  (Sat.) 1520**
Approved on: **Sep-01-2013  (Sun.)** by:  **21681 - HOLMES, SHARON**
Report submitted by: **COPLOG - APD ON-LINE CRIME REPORTING**
Org unit: **CIV TECHS (DO NOT USE)**
Accompanied by: **21681 - HOLMES, SHARON**
Address: **11505 E VIRGINIA PL**
  Municipality: **AURORA** County: **ARAPAHOE**
  District: **1**  Beat: **8**  Grid: **9D1**
Felony/Misdemeanor: **MISDEMEANOR**
Bias: **NONE (NO BIAS)**
Family violence: **NO**

## Offenses (Completed/Attempted)

Offense: # **1  2851-0  LOST/FOUND PROPERTY  -  COMPLETED**
Location: **OTHER/UNKNOWN**
Offender suspected of using: **NOT APPLICABLE**

---



**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# 2013-81717 NON CRIMINAL | 2851-0 LOST/FOUND PROPERTY

## Related Person(s)

**1.  VICTIM # 1 – LUO, XINGFEI**

**(Case Specific Information)**
Sex: **FEMALE**
Race: **UNKNOWN**
Date of birth: ████████
Address: **11505 E VIRGINIA PL**
       Municipality: **AURORA , COLORADO  80012**
**Phone Numbers**
    HOME:  **(720)  210-3688**
    Email:  **GZ0123@HOTMAIL.COM**

**Particulars**
Ethnicity: **UNKNOWN**

**Master Name Index Reference**
Name: **LUO, XINGFEI**
Sex: **FEMALE**
Race: **UNKNOWN**
Date of birth: ████████
Ethnicity: **UNKNOWN**
Address: **11505 E VIRGINIA PL**
       Municipality: **AURORA , COLORADO  80012**
**Phone numbers**
HOME:  **(720)  210-3688**

**Linkage factors**
Resident status : **NONRESIDENT**
Age range : **30-49 YEARS**
Victim of :
**2851- 0  LOST/FOUND PROPERTY –  COMPLETED**



**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# 2013-81717 NON CRIMINAL                    2851-0 LOST/FOUND PROPERTY

## Related Text Page(s)

Document: **NARRATIVE/REMARKS**
Author: **COPLOG - APD ON-LINE CRIME REPORTING**
Related date/time: **Aug-31-2013  (Sat.) 1523**

Passport was lost.



**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

| GO# 2013-81717 NON CRIMINAL | 2851-0 LOST/FOUND PROPERTY |
|---|---|

## Clearance Information

Agency: **AURORA P.D.**
Cleared status: **NOT APPLICABLE  - NOT APPLICABLE**
Cleared on: **Sep-02-2013  (Mon.)**
Cleared by Officer 1: **21681 -  HOLMES, SHARON**
Org Unit: **DIST2 -  OPERATIONS DIST 2**
Complainant/Victim notified: **NO**



**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# 2013-81717 NON CRIMINAL | 2851-0 LOST/FOUND PROPERTY

## Related Property Report(s)

### Report Information

**Property Report #: 1381717**
Property case status: **LOST/STOLEN**
Submitted on: **Aug-31-2013 (Sat.)**   by: **APD ON-LINE CRIME REPORTING**
**Related:**
Offense: **GO 2013- 81717**
Related items: **1**

### Articles

Status: **LOST/STOLEN**
Article: **IPASSPO- IDENTIFICATION CARDS**
Model:                                          # of pieces: **1**
Serial # 1: **UNKNOWN**                          OAN:
Value: **$1.00**                                 Color:
Description: **CHINA PASSPORT**
Recovered date: -                                Recovered value: **$0.00**
Current Location: **UNKNOWN**

Flags = d (disposed) x (x-reference) n (entered on NCIC) *e (evidence)



**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**

GO# 2013-81717 NON CRIMINAL                                    2851-0 LOST/FOUND PROPERTY

*** END OF HARDCOPY ***

201A713842

**Shelly Fozard**

| | |
|---|---|
| **From:** | TravelexClaims |
| **Sent:** | Thursday, September 05, 2013 5:28 PM |
| **To:** | Shelly Fozard; Cindy Dungavel |
| **Subject:** | FW: CheapOair.com Booking # 16641208 |

**From:** Paul Wang [mailto:stealthzeus@gmail.com]
**Sent:** Thursday, September 05, 2013 5:24 PM
**To:** TravelexClaims
**Subject:** Fwd: CheapOair.com Booking # 16641208

This is regarding the claim for booking number 16681208. The attached email is from cheapoair confirming the cancellation of reservation.

Paul

Sent from my Samsung Galaxy Note® II

-------- Original message --------
From: cheapoair@cheapoair.com
Date: 09/05/2013 3:20 PM (GMT-07:00)
To: stealthzeus@gmail.com
Subject: CheapOair.com Booking # 16641208

Dear XingFei

Thank you for choosing CheapOair.com.

This is in reference to booking #16641208
As per our telephone conversation, we would like to reconfirm the following details:
The ticket you have purchased is non-refundable but can be changed with a penalty of $103.00 plus difference in fare if any. The Changes have to be made prior to the departure date. We have cancelled the return reservation as per your request.
Please reply to this email to confirm this conversation.

Thank You,
CheapOair.com

**Shelly Fozard**

| | |
|---|---|
| **From:** | TravelexClaims |
| **Sent:** | Wednesday, September 04, 2013 4:29 PM |
| **To:** | Shelly Fozard |
| **Cc:** | Cindy Dungavel |
| **Subject:** | FW: Booking Number 16641208 Trip Interruption Claim |
| **Attachments:** | OpheliaClaim023.pdf |

**From:** Paul Wang [mailto:student007@hotmail.com]
**Sent:** Wednesday, September 04, 2013 4:25 PM
**To:** TravelexClaims; Me Haha
**Subject:** Booking Number 16641208 Trip Interruption Claim

Hi,

I am claiming trip interruption for booking number 16641208 due to theft of passport.
Please find the form and police report attached. Please let me know what else we need to provide.

Thank you.

Paul

**From:**      TravelexClaims
**Sent:**      7 Dec 2021 17:47:15 +0000
**To:**        Cindy Dungavel;Caroline Rivais;Sarah Williams
**Cc:**        Marnie English;Jennifer Scriver
**Subject:**   FW: Auto Reply RE: [EXTERNAL] - Re: Policy #: 201A713842 Correspondence
Letter (Thread:807495)

Hi,

Can we please have this registered?

Jen & Marnie, I have copied you as an FYI as they do mention potential legal proceedings.

Thanks,
Melissa

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Tuesday, December 7, 2021 1:34 AM
**To:** Travelex Customer Solutions <customersolutions@travelexinsurance.com>; TravelexClaims
<travelexclaims@claims-admin.com>
**Subject:** Re: Auto Reply RE: [EXTERNAL] - Re: Policy #: 201A713842 Correspondence Letter
(Thread:807495)

This email originated from outside our organization. Please DO NOT click on any links or
attachments unless you trust the sender. If you are suspicious of this email, please
contact Help Desk.

Hello Travelex,

Please preserve all documents for **Policy #: 201A713842**

**We will be sending subpoena for all documents and cashed check copies/information soon for a federal lawsuit.**

**Thanks,**

**Paul**

**From:** Travelex Customer Solutions <customersolutions@travelexinsurance.com>
**Sent:** Friday, July 9, 2021 12:28 PM
**To:** student007@hotmail.com <student007@hotmail.com>
**Subject:** Auto Reply RE: [EXTERNAL] - Re: Policy #: 201A713842 Correspondence Letter (Thread:807495)

Thank you for contacting Travelex Insurance Services.

Our goal is to reply to your email within 2-3 business days. Please note this email serves as a timestamp for your request and email requests are worked in the order of receipt.

Regular business hours: 8:00 a.m. - 7:00 p.m. CT, Monday - Friday. During regular business hours, if you need immediate assistance with quotes, enrollments, or benefit clarifications, please call us at 800-228-9792.

**Need Claims Assistance, please contact Berkshire Hathaway Specialty Insurance**

855-205-6054, option 2 (Monday-Friday 7:30 a.m.-7:30 p.m., CST)

Email:  **travelex.claims@bhspecialty.com**

**If you are currently traveling and require immediate assistance 24/7, please contact :**

**World Travel Protection**

844-215-1672 (traveling within the USA and Canada)

**647-775-8042 (traveling outside the USA and Canada)**

**Email:** assist@wtpassist.com**.**

**On Call International (For policies purchased prior to 12-1-2020)**

855-892-6495 (traveling within the USA and Canada)

**603-328-1373 (traveling outside the USA and Canada)**

Email: mail@oncallinternational.com

**Kind regards,**

**Travelex Insurance Services**

**www.travelexinsurance.com**



**Dream. Explore. Travel On.**

**Travelex Insurance Services Inc. Email Disclaimer:**

1)   All terms, conditions, exclusions and provisions of the policy discussed, reviewed, quoted, or purchased apply. All benefits associated with the policy will be determined by the claims administrator at the time a claim is filed based on the information and documentation submitted.

2)   All information collected by Travelex Insurance Services is subject to its privacy policy located at //travelexinsurance.com/company/privacy.

3)   Information in this email including any attachment ('email') is confidential, may be privileged and is intended solely for the addressee. Unauthorized recipients are requested to preserve the confidentiality of this email, advise the sender immediately of any error in transmission, and then delete the email from the recipient's mailbox without making copies. Any disclosure, copying, distribution or action taken, or omitted to be taken, in reliance upon the contents of this email by unauthorized recipients is prohibited and may be unlawful. Please note that no contracts or commitments may be concluded on behalf of Travelex Insurance Services, Inc or its groups of companies by means of email, and no statement or representation made in this email is binding on behalf of Travelex Insurance Services Inc. DISCLAIMER: Whilst this message has been scanned for viruses, Travelex Insurance Services Inc. disclaims any responsibility or liability for viruses contained therein. It is therefore recommended that all emails should be scanned for viruses.

| **From:** | TravelexClaims |
|---|---|
| **Sent:** | 14 Jul 2021 15:14:44 +0000 |
| **To:** | Caroline Rivais;Cindy Dungavel;Sarah Williams |
| **SCcuebt:** | FW: [EXTERNAL]Legal Hold - Re: Policy #: 201A713842 |

**From:** Katayoun Donnelly <katy@kdonnellylaw.com>
**Sent:** Monday, July 12, 2021 6:07 PM
**To:** TravelexClaims <travelexclaims@claims-admin.com>; Paul Wang <student007@hotmail.com>
**j b:** Katayoun Donnelly <katy@kdonnellylaw.com>
**SCcuebt:** [EXTERNAL]Legal Hold - Re: Policy #: 201A713842

This email originated from outside our organization. Please DO NOT click on any links or attachments unless you trust the sender. If you are suspicious of this email, please contact Help Desk.

Dear Ms. Charko,

Please notify your legal department to consider this email as an official request to preserve all information related to Mr. Wang and the below mentioned policy (Policy #: 201A713842), for the purpose of a pending litigation.

Thanks,
Katy

**Katayoun A. Donnelly**

*Azizpour Donnelly LLC*
**2373 Central Park Blvd. | Suite 100**
**Denver | Colorado | 80238**
**Phone:(720) 675-8584**
**Fax:(720) 880-3142**
**katy@kdonnellylaw.com**
http://www.kdonnellylaw.com

This is a transmission from the law firm of Azizpour Donnelly LLC and may contain information which is privileged, confidential and protected by the Electronic Communications Privacy Act, 18 U.S.C Section 2510 et. seq. and the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you receive this transmission in error, please delete all copies of it and notify the sender immediately.

IRS NOTICE:  The IRS requires that I advise you that any advice given in this communication, including any attachments, cannot be used for the purpose of avoiding any penalties that may be imposed by any governmental taxing authority or agency.

On Monday, July 12, 2021, 2:36:28 PM MDT, Paul Wang <student007@hotmail.com> wrote:

Adding my lawyer Katy Donnelly.

Get Outlook for iOS

**From:** TravelexClaims <travelexclaims@claims-admin.com>
**Sent:** Monday, July 12, 2021 10:51 AM
**To:** Paul Wang
**SCcuebt:** RE: [EXTERNAL]Re: Policy #: 201A713842 Correspondence Letter

Good Day Paul,

Thank you for your email.

Please be advised we are only able to release claims documentation to the named insured on the policy, unless we have written authorization otherwise.

Kind Regards,

**Melissa Charko** | Client Services Representative

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Friday, July 9, 2021 2:28 PM
**To:** TravelexClaims <travelexclaims@claims-admin.com>;
customersolutions@travelexinsurance.com; Katayoun Donnelly <katy@kdonnellylaw.com>
**Subject:** [EXTERNAL]Re: Policy #: 201A713842 Correspondence Letter

This email originated from outside our organization. Please DO NOT click on any links or attachments unless you trust the sender. If you are suspicious of this email, please contact Help Desk.

Re: Travelex Insurance Group/Confirmation No: 201A713842

Dear Travelex Insurance Group/ Stonebridge Casualty Insurance Company,

My name is Paul Wang. I am requesting a copy of the documents filed in this claim referenced above confirmation# 201A713842, including forms filled out, checks issued and copy of cashed check. This is for a pending litigation in Colorado District Court.

Please respond ASAP.

Thank you,

Paul

---

**From:** TravelexClaims <travelexclaims@claims-admin.com>
**Sent:** Wednesday, September 11, 2013 1:50 PM
**To:** student007@hotmail.com <student007@hotmail.com>
**SCᴄᴜᴇᴛ:** Policy #: 201A713842 Correspondence Letter


Dear Paul,

I am writing further to our telephone conversation today.  At this time, please find attached the letter correspondence letter.   Please do not hesitate to contact us if you have any questions regarding this document.

Kind Regards,


Maja Dodik
Client Services Representative

---

Attention:
If you have received this transmission in error, please notify us immediately and delete this e-mail and any attachments without copying, distributing, or disclosing their contents.
Attention: If you have received this transmission in error, please notify us immediately and delete this e-mail and any attachments without copying, distributing, or disclosing their contents.

| From: | Cassandra Timms |
|---|---|
| To: | Angela Madathil |
| Cc: | TIS Reviews; CC Supervisor |
| Subject: | RE: [EXTERNAL]Policy #: 201A713842 Correspondence Letter - claims documentation request |
| Date: | Wednesday, July 14, 2021 11:14:41 AM |
| Attachments: | image001.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.jpg |
| | image008.jpg |

Good morning Angela –

We are aware of an inquiry from an individual by the name of Paul Wang and his attorney.  This is not the insured on this policy, so are unable to provide policy/claim details.  We will be consulting Transamerica.

Thanks for providing the heads-up.

Cass

**Cassandra Timms**
Vice President | A&S Operations

T: 905.523.5936 x1353 | F: 866.551.1704 | TF: 800.465.0661 x1353
ctimms@orican.com
Old Republic Canada | Old Republic Insurance Group
100 King St W., Hamilton, ON L8N 3K9
www.orican.com

---

**From:** Angela Madathil <angela.madathil@travelexinsurance.com>
**Sent:** Tuesday, July 13, 2021 6:31 PM
**To:** Cassandra Timms <CTIMMS@orican.com>
**Cc:** TIS Reviews <tisreviews@travelexinsurance.com>
**Subject:** [EXTERNAL]Policy #: 201A713842 Correspondence Letter - claims documentation request

This email originated from outside our organization. Please DO NOT click on any links or attachments unless you trust the sender. If you are suspicious of this email, please contact Help Desk.

Cassandra,

Sally Dunlap asked me to forward the attached/below inquiry to you.  There has been a request for the claims records related to Policy 201A713842.  The trip and policy purchase were in 2013, so we are not sure if Old Republic would even have this information any longer.  Is there a certain email address we should direct Mr. Wang to?

We intend to send the response below back.

------
Mr. Wang,

We have forwarded your request to the Claims Administrator for Travelex Insurance Services Inc ("Travelex"). Travelex is not the claims administrator, and does not hold claims documentation.  However, we believe a subpoena or some other legal authorization regarding the records request may be required given that your name is not listed as the policyholder.

Additionally, this policy was issued more than seven years ago so the Claims Administrator may no longer have the information.

-----
Sincerely,

**Angela Madathil**
**Director of Compliance, Risk and Administration**
**Travelex Insurance Services Inc.**
**P:** 402.505.7017  |  **F:** 800.394.4113  |  **M:** 913.636.2564
**E:** angela.madathil@travelexinsurance.com
**O:** 810 N. 96th Street, Suite 300, Omaha, NE 68114
**StrengthsFinder:** Connectedness| Harmony | Empathy | Developer | Belief
**Dream. Explore. Travel On.**
https://www.travelinsurance.com/" style='position:absolute;margin-left:-4pt;margin-top:266pt;width:288.7pt;height:90pt;z-index:-251657216;visibility:visible;mso-wrap-style:square;mso-width-percent:0;mso-height-percent:0;mso-wrap-distance-left:0;mso-wrap-distance-top:0;mso-wrap-distance-right:0;mso-wrap-distance-bottom:0;mso-position-horizontal:absolute;mso-position-horizontal-relative:margin;mso-position-vertical:absolute;mso-position-vertical-relative:page;mso-width-percent:0;mso-height-percent:0;mso-width-relative:margin;mso-height-relative:margin' o:button="t">

  

Please note: All terms, conditions, exclusions and provisions of the plan apply. All benefits will be determined at the time a claim may occur based on the information and documentation submitted.

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Friday, July 9, 2021 1:28 PM
**To:** TravelexClaims <travelexclaims@claims-admin.com>; customersolutions@travelexinsurance.com; Katayoun Donnelly <katy@kdonnellylaw.com>
**Subject:** [EXTERNAL] - Re: Policy #: 201A713842 Correspondence Letter (Thread:807495)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Re: Travelex Insurance Group/Confirmation No: 201A713842

Dear Travelex Insurance Group/ Stonebridge Casualty Insurance Company,

My name is Paul Wang. I am requesting a copy of the documents filed in this claim referenced above confirmation# 201A713842, including forms filled out, checks issued and copy of cashed check. This is for a pending litigation in Colorado District Court.

Please respond ASAP.

Thank you,

Paul

**From:** TravelexClaims <travelexclaims@claims-admin.com>
**Sent:** Wednesday, September 11, 2013 1:50 PM
**To:** student007@hotmail.com <student007@hotmail.com>
**Subject:** Policy #: 201A713842 Correspondence Letter


Dear Paul,

I am writing further to our telephone conversation today.  At this time, please find attached the letter correspondence letter.   Please do not hesitate to contact us if you have any questions regarding this document.

Kind Regards,


Maja Dodik

Client Services Representative

---

Attention:
If you have received this transmission in error, please notify us immediately and delete this e-mail and any attachments without copying, distributing, or disclosing their contents.

**Travelex Insurance Services Inc. Email Disclaimer:**

1)   All terms, conditions, exclusions and provisions of the policy discussed, reviewed, quoted, or purchased apply. All benefits associated with the policy will be determined by the claims administrator at the time a claim is filed based on the information and documentation submitted.
2)   All information collected by Travelex Insurance Services is subject to its privacy policy located at //travelexinsurance.com/company/privacy.
3)   Information in this email including any attachment ('email') is confidential, may be privileged and is intended solely for the addressee. Unauthorized recipients are requested to preserve the confidentiality of this email, advise the sender immediately of any error in transmission, and then delete the email from the recipient's mailbox without making copies. Any disclosure, copying, distribution or action taken, or omitted to be taken, in reliance upon the contents of this email by unauthorized recipients is prohibited and may be unlawful. Please note that no contracts or commitments may be concluded on behalf of Travelex Insurance Services, Inc or its groups of companies by means of email, and no statement or representation made in this email is binding on behalf of Travelex Insurance Services Inc. DISCLAIMER: Whilst this message has been scanned for viruses, Travelex Insurance Services Inc. disclaims any responsibility or liability for viruses contained therein. It is therefore recommended that all emails should be scanned for viruses.

**Claims Administration Office For**
**STONEBRIDGE CASUALTY INSURANCE COMPANY**
4600 Witmer Industrial Estates, Suite 6
Niagara Falls, NY  14305
Phone:  855-876-3447
Fax:  877-367-2496



September 10, 2013

XingFei Luo
11505 East Virginia Place
Aurora, CO 80012

Dear XingFei Luo:

**Re:     Travelex Insurance**
        **Group/Confirmation No: 201A713842**

We acknowledge receipt of your claim form.

As originally requested, in order to complete the assessment of your claim, we require a copy of your travel invoice/ticket confirmation page and proof of payment (i.e. cancelled check/credit card statement) showing the amount paid for your return airline ticket/change fee.

Please also indicate the date you actually returned home.

Upon receipt of this information, we will continue with the assessment of your claim.

Should you have any questions please do not hesitate to contact our Claims Customer Service Unit at 1-866-968-2061.

Yours truly,

Brittany Bienker
Travel Claims Department