IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**MOTION FOR EXTENSION OF TIME TO file a Reply in support of motion for sanctions**

---

    Defendant Paul Wang, through counsel, submits his motion for extension of time to file a reply in support of his Rule 11 motion, Doc. 226. Mr. Wang respectfully requests that the Court grant him a 5-week extension, up to and including February 1, 2023.

    *Certificate of Conferral:* the undersigned counsel has conferred with Ms. Xingfei Luo and counsel for Wheeler Trigg O'Donnell LLP (WTO). They do oppose a 5-week but not a 3-week extension.

    1. The responses to Mr. Wang's motion were due on November 23, 2022. Ms. Xingfei Luo and WTO each filed an unopposed motion for a 3-week extension to file their responses, which were granted and put the deadline for Mr. Wang's reply on December 28, 2022.

    2. Mr. Wang needs additional time to file his reply because in the past ten days the undersigned counsel, among other things, has been responsible for filing an opening brief in *United States v. Akers*, Case No. 21-3226 (10th Cir. – filed on Dec. 22, 2022) and reconstructing

1

the appellate record in *In Interest of S.M.*, Case No. 2020CA001524. In addition, in the next 5 weeks the undersigned counsel, among other things, will be responsible for filing: a response to Ms. Luo's Rule 11 motion (due on Jan. 9, 2023), expedited opening briefs in *In Interest of N.M. and A.G*, 2022CA001321 and *In Interest of S.M.*, Case No. 2020CA001524, and an opening brief in *United States v. Vontress*, Case No. 22-3119 (10th Cir - due on Jan. 30, 2023).

4. In addition, the undersigned counsel is scheduled to have surgery on January 4, 2023. The surgery will substantially restrict her movements for at least 10 days.

4. This is Mr. Wang's first request for an extension of time to file a reply.

5. Granting Mr. Wang's request will not unduly delay any proceedings or affect any other existing deadlines.

6. This request is brought in good faith and will not prejudice any party.

7. The undersigned counsel affirms that, pursuant to D.C.COLO.LCivR 6.1, a copy of this motion was served on Mr. Wang.

Based on the foregoing, Mr. Wang respectfully requests that the Court grant this motion and allow Mr. Wang to file his Response on or before February 1, 2023.

Respectfully submitted this 23rd day of December 2022.

    */s/ Katayoun A. Donnelly*
    Katayoun A. Donnelly (#38439)
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO  80238
    Tel. (720) 675-8584
    katy@kdonnellylaw.com

    *Attorney for Paul Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2022, I served an electronic copy of the foregoing on the parties.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly