**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
9:21 am, Dec 27, 2022
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

    Plaintiff submits this Response in opposition to Defendant's Motion for Extension of Time. ECF 259. Plaintiff does not oppose an extension of 3 weeks, but does oppose an extension beyond that limit because, under the unique circumstances of this case, a five-week extension of time is unwarranted.

    On December 3, 2021 Defendant filed his first Rule 11 motion. ECF 132. The First Rule 11 Motion was substantially duplicative of the Second Rule 11 motion, with Defendant arguing that because of legal deficiencies with Plaintiff's claims, both Plaintiff and her counsel should be required to pay Defendant's fees as a sanction. ECF 226.

    Defendant fails to provide any precedent or procedural rule that would support granting an extension of time to file his reply in support of a motion that is substantially identical to a previously filed motion because Defendant and defense counsel are busy with other matters. Importantly, this is not a case where Defendant has to engage in extensive research or conduct an investigation to file his reply. The arguments in Defendant's second Rule 11 motion are indeed very similar to those in Defendant's first Rule 11 motion and motion to dismiss. Defense counsel's involvement in other litigations does not establish good cause to an extension of five weeks. Nor does her purported 10-day restriction of movement due to surgery. See *Stonkus*

*v. Brockton Sch. Dep't*, 322 F.2d 97, 101 (1st Cir. 2003) (recognizing that "most attorneys are busy most of the time and they must organize their work so as to be able to meet the time requirements of matters they are handling or suffer the consequences"); see also *Symbionics Inc. v. Ortlieb*, 432 F. App'x 216, 219 (4th Cir. 2011) (finding "nothing extraordinary or unusual about counsel's calendaring error that should relieve [the party] of its duty to comply with the time limit").

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendant's Motion for Extension of five weeks for Defendant to file his reply in support of his Second Rule 11 motion.

Dated: December 26, 2022.

Respectfully submitted,

*/s/ Xingfei Luo*
Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 26, 2022 the foregoing was electronically served upon the following persons:

Katayoun Donnelly katy@kdonnellylaw.com

Craig Stewart CStewart@hollandhart.com

Hannah E. Armentrout HEArmentrout@hollandhart.com

Dated: December 26, 2022

                                        */s/ Xingfei Luo*
                                        Plaintiff in Pro Se