IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

___

**RESPONS TO PLAINTIFF'S MOTION FOR RULE 11 SANCTIONS**
___

    Ms. Xingfei Luo's vexatious allegations and arguments in her Motion for Rule 11 Sanctions (Doc. 241) are nearly identical to those in her response (Doc. 256) to Mr. Wang's Rule 11 motion (Doc. 226). As such, to avoid further costs of this frivolous litigation, which has drained Mr. Wang's financial resources, and in the interest of judicial economy, Mr. Wang will include any response that might be necessary in the reply he will be filing in support of his Rule 11 motion (due on February 1, 2023).

    Respectfully submitted this 9th day of January 2023.

    */s/ Katayoun A. Donnelly*
    Katayoun A. Donnelly (#38439)
    Azizpour Donnelly, LLC
    2373 Central Park Blvd., Suite 100
    Denver, CO  80238
    Tel. (720) 675-8584
    katy@kdonnellylaw.com

    *Attorney for Paul Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, I served an electronic copy of the foregoing on:

*Plaintiff*:

Xingfei Luo
co20_2765@mail.com

                                                 */s/ Katayoun A. Donnelly*
                                                 Katayoun A. Donnelly