FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
01/13/2023
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR IMPOSITION OF SANCTIONS

Plaintiff submits this Unopposed Motion for Extension of Time to file reply in support of Plaintiff's Motion for Imposition of Sanctions (ECF 241). Plaintiff respectfully requests that the Court grant an extension of time, up to and including February 15, 2023, to file her reply in support of Plaintiff's Motion.

1. Certificate of Conferral: Plaintiff conferred with counsel for Defendant, and Defendant does not oppose the relief sought in this Motion.

2. On November 25, 2022, Plaintiff filed her first Motion for Imposition of Sanctions, Pursuant to Rule 11 of the Federal Rules of Civil Procedure. ECF 241. Response was initially due on December 19, 2022.

3. On December 14, 2022 Defendant filed an unopposed motion for extension of time to respond and required additional time (21 days) to file his Response due to defense counsel's hectic schedule. ECF 253. The Court subsequently granted relief.

4. On January 9, 2023 Defendant filed a response with no meaningful argument. ECF 262. In his response, Defendant stated that he "will include any response that might be necessary in the reply he

1

will be filing in support of his Rule 11 motion (due on February 1, 2023)."

5. As such, Plaintiff cannot file a meaningful reply ISO her motion based on a response with no meaningful argument. Plaintiff hereby requests an extension of time, up to and including February 15, 2023 (14 days after February 1, 2023), to file her reply in support of her Motion.

6. This is Plaintiff's first request for an extension of time to file a reply ISO her motion.

7. Granting Plaintiff the requested extension will not unduly delay any proceedings or affect any other existing deadlines.

8. This request is brought in good faith and will not prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and order that Plaintiff file her reply ISO the Motion on or before February 15, 2023.

Dated: January 13, 2023.

Respectfully submitted,

*/s/ Xingfei Luo*
Plaintiff in Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I have filed the foregoing with the clerk of the court. CM/ECF will serve the foregoing on all registered users.


*/s/ Xingfei Luo*
Plaintiff in Pro Se