| # | Jurisdiction | Party | Type | Case Name | Case Number | Date Filed | Link | How to Search | Case Status | Date Ended |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | S.C.L.A. | Plaintiff | State Civil | Xingfei Luo v. Chengchen Li | 19STLC04180 | 4/30/2019 | https://www.lacourt.org/casesummary/ui/ | Search by case number 19STLC04180 | Dismissed | 12/11/2019 |
| 2 | C.D. Cal. (W. D. - LA) | Plaintiff | Federal Civil | O.L. v. City of El Monte et al | 2:20-cv-00797-RGK-JDE | 1/27/2020 | https://www.courtlistener.com/docket/16763519/ol-v-city-of-el-monte/ | | Dismissed | 7/2/2021 |
| 3 | C.D. Cal. (S. D. - Santa Ana) | Plaintiff | Federal Civil | Jane Doe v. County of Orange et al | 8:20-cv-00322-JWH-GJS | 2/18/2020 | https://www.courtlistener.com/docket/16867269/jane-Doe-v-county-of-orange/ | | Complete Dismissal Recommended | |
| 4 | N.D. Cal. (SF) | Plaintiff | Federal Civil | Doe v. City Of Concord et al | 3:20-cv-02432-JD | 4/9/2020 | https://www.courtlistener.com/docket/17071722/Doe-v-city-of-concord/ | | Terminated | 3/14/2022 |
| 5 | S.C.C.C. | Plaintiff | State Civil | Doe v. Weamer | CIVMSC20-00827 | 5/7/2020 | https://odyportal.cc-courts.org/Portal/Home/WorkspaceMode?p | Search by MSC20-00827 | Dismissed w/ prejudice | 11/12/2021 |
| 6 | C.D. Cal. (W. D. - LA) | Plaintiff | Federal Civil | Jane Doe v. Gavin Newsom et al | 2:20-cv-04525-JAK-PVC | 5/20/2020 | https://www.courtlistener.com/docket/17180654/jane-Doe-v-gavin-newsom/ | | Dismissed | 3/26/2021 |
| 7 | 9th Cir. | Plaintiff | Federal Appeal | O. L. v. City of El Monte, et al | 20-55785 | 8/3/2020 | https://dockets.justia.com/docket/circuit-courts/ca9/20-55785 | Not latest; Latest Info in PACER | Denied | 11/20/2020 |
| 8 | D. Colo. | Plaintiff | Federal Civil | Luo v. Wang | 1:20-cv-02765-RMR-MEH | 9/11/2020 | https://www.courtlistener.com/docket/18432158/luo-v-wang/ | | Dismissed w/ prejudice | 10/19/2022 |
| 9 | S.C.C.C. | Plaintiff | State Civil | Jane Doe v. County of Contra Costa | CIVMSN20-1440 | 9/22/2020 | https://odyportal.cc-courts.org/Portal/Home/WorkspaceMode?p | Search by MSN20-1440 | Terminated | 12/10/2021 |
| 10 | 9th Cir. | Plaintiff | Federal Appeal | O. L. v. USDC-CALA | 20-72968 | 10/5/2020 | https://dockets.justia.com/docket/circuit-courts/ca9/20-72968 | Not latest; Latest Info in PACER | Terminated | 11/19/2020 |
| 11 | S.C.C.S | Plaintiff | State Civil | Doe v. County of Sonoma | SCV-267189 | 10/5/2020 | https://cmsportal.sonomacourt.org/IPortal/Home/Dashboard/29 | Accept terms then search by SCV-267189 | Terminated | 12/15/2021 |
| 12 | S.C.L.A. | Plaintiff | State Civil | Xingfei Luo v. County of Los Angeles, et al. | 20STCP03258 | 10/8/2020 | https://www.lacourt.org/casesummary/ui/ | Search by case number 20STCP03258 | Terminated, Appeal | 1/20/2022 |
| 13 | Cal. Ct. App. 1 Div. 2 | Plaintiff | State Appeal | Doe v. Superior Court for the County of Contra Costa | A161713 | 1/4/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=1 | Search by case number A161713 | Terminated | 1/13/2021 |
| 14 | Cal. Division SF | Plaintiff | State Supreme | Jane Doe v. S.C. (Weamer) | S266764 | 1/22/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=0 | Search by case number S266764 | Terminated | 2/10/2021 |
| 15 | S.C.L.A. | Plaintiff | State Civil | Jane Doe v. County of Los Angeles | 21STCP00312 | 2/2/2021 | https://www.lacourt.org/casesummary/ui/ | Search by case number 21STCP00312 | After Trial | 4/8/2022 |
| 16 | 9th Cir. | Plaintiff | Federal Appeal | O. L. v. City of El Monte, et al | 21-55246 | 3/17/2021 | https://dockets.justia.com/docket/circuit-courts/ca9/21-55246 | Not latest; Latest Info in PACER | Terminated | 4/19/2021 |
| 17 | 9th Cir. | Plaintiff | Federal Appeal | Jane Doe v. Gavin Newsom, et al | 21-55362 | 4/15/2021 | https://dockets.justia.com/docket/circuit-courts/ca9/21-55362 | Not latest; Latest Info in PACER | Denied; Affirmed | 3/24/2022 |
| 18 | S.C.O.C. | Plaintiff | State Civil | Jane Doe v. Kerry Torres | 30-2021-01199121-CU-DF-CJC | 5/7/2021 | https://civilwebshopping.occourts.org/ShowCase.do?index=0&nu | Accept terms then search by 30-2021-01199121 | Open | |
| 19 | S.C.L.A. | Plaintiff | State Civil | Xingfei Luo v. City of El Monte | 21STCP01890 | 6/14/2021 | https://www.lacourt.org/casesummary/ui/ | Search by case number 21STCP01890 | Dismissed | 1/10/2022 |
| 20 | 9th Cir. | Plaintiff | Federal Appeal | O. L. v. Liliana Jara, et al | 21-55740 | 7/15/2021 | https://dockets.justia.com/docket/circuit-courts/ca9/21-55740 | Not latest; Latest Info in PACER | Denied; Affirmed | 5/12/2022 |
| 21 | S.C.L.A. | Plaintiff | State Civil | Xingfei Luo v. County of Los Angeles | 21STCP02804 | 8/26/2021 | https://www.lacourt.org/casesummary/ui/ | Search by case number 21STCP02804 | Denied | 10/4/2022 |
| 22 | S.C.O.C. | Plaintiff | State Civil | Xingfei Luo v. City of Santa Ana | 30-2021-01229348-CU-WM-CJC | 10/28/2021 | https://civilwebshopping.occourts.org/Search.do#searchAnchor | Search by case number 30-2021-01229348 | Dismissed | 1/25/2022 |
| 23 | Cal. Ct. App. 1 Div. 2 | Plaintiff | State Appeal | Doe v. Weamer | A164140 | 12/6/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=1 | Search by case number A164140 | Open | |
| 24 | S.C.L.A. | Plaintiff | State Civil | Jane Doe v. County of Los Angeles | 21STCV44756 | 12/8/2021 | https://www.lacourt.org/casesummary/ui/ | Search by case number 21STCV44756 | Open | |
| 25 | S.C.L.A. | Plaintiff | State Civil | Jane Doe v. Alex Villanueva, et al. | 21STCV44757 | 12/8/2021 | https://www.lacourt.org/casesummary/ui/ | Search by case number 21STCV44757 | Terminated | 9/21/2022 |
| 26 | Cal. Ct. App. 1 Div. 3 | Plaintiff | State Appeal | Doe v. Superior Court for the County of Contra Costa | A164220 | 12/29/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=1 | Search by case number A164220 | Denied; Affirmed | 3/18/2022 |
| 27 | Cal. Ct. App. 1 Div. 1 | Plaintiff | State Appeal | Doe v. Superior Court of Sonoma County | A164221 | 12/29/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=1 | Search by case number A164221 | Denied; Affirmed | 1/27/2022 |
| 28 | Cal. Ct. App. 2 Div. P | Plaintiff | State Appeal | Doe v. County of Los Angeles | B318070 | 1/19/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2 | Search by case number B318070 | Open | |
| 29 | 9th Cir. | Plaintiff | Federal Appeal | Doe v. City Of Concord et al | 22-15384 | 3/14/2022 | https://dockets.justia.com/docket/circuit-courts/ca9/22-15384 | Not latest; Latest Info in PACER | Open; IFP Revoked | |
| 30 | 9th Cir. | Plaintiff | Federal Appeal | Jane Doe v. USDC-CASA | 22-70056 | 3/28/2022 | https://dockets.justia.com/docket/circuit-courts/ca9/22-70056 | Not latest; Latest Info in PACER | Denied; Affirmed | 4/19/2022 |
| 31 | Cal. Ct. App. 2 Div. P | Plaintiff | State Appeal | Doe v. County of Los Angeles | B320315 | 5/16/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2 | Search by case number B320315 | Open | |
| 32 | S.C.L.A. | Plaintiff | State Civil | Xingfei Luo v. County of Los Angeles | 22STCP02386 | 6/24/2022 | https://www.lacourt.org/casesummary/ui/ | Search by case number 22STCP02386 | Open | |
| 33 | 10th Cir. | Plaintiff | Federal Appeal | Doe v. Wang | 22-1200 | 6/29/2022 | https://dockets.justia.com/docket/circuit-courts/ca10/22-1200 | Not latest; Latest Info in PACER | Open | |
| 34 | US Supreme Court | Plaintiff | Supreme Court | O. L. v. City of El Monte, et al | 22-5065 | 7/6/2022 | https://www.supremecourt.gov/search.aspx?filename=/docket/DocketFiles/html/Public/22-5065.html | | Denied | 9/28/2022 |
| 35 | S.C.L.A. | Plaintiff | State Civil | Jane Doe v. Eugene Voloky | 22STRO04352 | 7/18/2022 | https://www.lacourt.org/casesummary/ui/ | Search by case number 22STRO04352 | Statistical Disposition | 8/15/2022 |
| 36 | S.C.L.A. | Plaintiff | State Civil | Jane Doe v. Eugene Volokh | 22STRO05198 | 8/17/2022 | https://www.lacourt.org/casesummary/ui/ | Search by case number 22STRO05198 | Dismissed | 9/30/2022 |
| 37 | C.D. Cal. (S. D. - Santa Ana) | Plaintiff | Federal Civil | Xingfei Luo v. People of California | 8:22-cv-01640-MEMF-KES | 9/6/2022 | https://www.courtlistener.com/docket/65264517/xingfei-luo-v-the-people-of-california | | Open | |
| 38 | Cal. Ct. App. 2 Div. P | Plaintiff | State Appeal | Luo v. County of Los Angeles | B323457 | 9/12/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2 | Searcy by case number B323457 | Open | |
| 39 | 10th Cir. | Plaintiff | Federal Appeal | Doe v. District Court of Colorado (Wang) | 22-1302 | 9/21/2022 | https://dockets.justia.com/docket/circuit-courts/ca10/22-1302 | Not latest; Latest Info in PACER | Denied | 10/21/2022 |
| 40 | Cal. Ct. App. 2 Div. P | Plaintiff | State Appeal | Doe v. Volokh | B323878 | 10/3/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2 | Searcy by case number B323878 | Open | |
| 41 | Cal. Ct. App. 2 Div. P | Plaintiff | State Appeal | Doe v. Alex Villanueva, in his individual capacity | B323926 | 10/3/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2 | Searcy by case number B323926 | Open | |
| 42 | Cal. Ct. App. 2 Div. P | Plaintiff | State Appeal | Doe v. Volokh | B324566 | 11/7/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=2 | Searcy by case number B324566 | Open | |
| 43 | 10th Cir. | Plaintiff | Federal Appeal | Luo v Wang et al. | 22-1403 | 11/15/2022 | https://dockets.justia.com/docket/circuit-courts/ca10/22-1403 | Not latest; Latest Info in PACER | Open | |
| 44 | C.D. Cal. (S. D. - Santa Ana) | Plaintiff | Federal Civil | Xingfei Luo v. Todd Spitzer | 8:23-cv-00096 | 1/16/2023 | https://www.courtlistener.com/docket/66740097/xingfei-luo-v-todd-spitzer/ | | Dismissed | 1/23/2023 |
| 45 | Cal. Ct. App. 4 Div. 3 | Defendant | Criminal Appeal | Czodor v. Luo | G056955 | 10/19/2018 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=43 | Search by case number G056955 | Affirmed In Full | 10/31/2019 |
| 46 | S.C.O.C. | Defendant | Criminal Appeal | People of the State of California v. Luo | 30-2021-01216615-CL-MC-CJC | 8/19/2021 | https://civilwebshopping.occourts.org/ShowCase.do | Accept terms then search by 30-2021-01216615 | Denied; Affirmed | 4/27/2022 |
| 47 | Cal. Ct. App. 4 Div. 3 | Defendant | Criminal Appeal | Czodor v. Luo | G060756 | 10/6/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=43 | Search by case number G060756 | Denied; Affirmed | 1/10/2023 |
| 48 | S.C.O.C. | Defendant | Criminal Appeal | Xingfei Luo Habeas Corpus Petition | M-19285 | 10/19/2021 | https://visionpublic.occourts.org/Search.do | Accept terms then search by M-19285 | Dismissed | 10/19/2021 |
| 49 | Cal. Ct. App. 4 Div. 3 | Defendant | Criminal Appeal | In re Xingfei Luo on Habeas Corpus | G060841 | 11/8/2021 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=43 | Search by case number G060841 | Denied | 11/10/2021 |
| 50 | Cal. Ct. App. 4 Div. 3 | Defendant | Criminal Appeal | In re Xingfei Luo on Habeas Corpus | G061132 | 2/18/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=43 | Search by case number G061132 | Denied | 3/3/2022 |
| 51 | Cal. Division SF | Defendant | State Supreme | Xingfei Luo Habeas Corpus Petition | S274343 | 5/2/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=0 | Search by case number S274343 | Denied | 8/31/2022 |
| 52 | US Supreme Court | Defendant | Supreme Court | Xingfei Luo v. California | 21-8023 | 6/1/2022 | https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/21-8023.html | | Denied | 9/28/2022 |
| 53 | Cal. Ct. App. 4 Div. 3 | Defendant | Criminal Appeal | Luo v. Czodor | G061643 | 7/29/2022 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=43 | Search by case number G061643 | Open | |
| 54 | S.C.O.C. | Defendant | Criminal Appeal | Xingfei Luo Habeas Corpus Petition | M-20069 | 10/10/2022 | https://visionpublic.occourts.org/Search.do | Accept terms then search by M-20069 | Open | |
| 55 | S.C.O.C. | Defendant | Criminal Appeal | In re XINGFEI LUO on Habeas Corpus | G062169 | 1/5/2023 | https://appellatecases.courtinfo.ca.gov/search.cfm?dist=43 | Search by case number G062169 | Denied | 1/26/2023 |