Case 1:20-cv-02765-RMR-MEH   Document 265-2   Filed 02/01/23   USDC Colorado   Page 1 of 1

8/16/2021                                              Gmail - I sent her this, and trust me, I am not bluffing. If you have any more news let me know.



Paul Wang <stealthzeus@gmail.com>

**I sent her this, and trust me, I am not bluffing. If you have any more news let me know.**

**Morgann Paraskevas** <morgann070@yahoo.fr>                                                                Sun, Dec 15, 2013 at 11:22 PM
Reply-To: Morgann Paraskevas <morgann070@yahoo.fr>
To: Paul Wang <stealthzeus@gmail.com>

This is the last chance I am giving you to remove your blog.

I have received calls offering me money to get it removed, so apparently it's a typical chinese scam from what my lawyers told me. People write a bad blog, then someone contacts you and offers to remove it for a fee, or money. I will never pay for this of course.

We did not have a good experience but I don't think anyone wins by bringing harm to the other. We can put this behind now or there will be legal consequences.

Take if off now and we can put it behind. If you don't, tomorrow I will file my police report (that I already made right after you left my place) and file it with the commissioners office. Meaning that at that point, they will put a warrant for your arrest when you return back to the US.

I hired a private investigator so I know more about you then you think. For example, 12/30/1977.
10462923@qq.com
011-86-13668986088 广州市天河区车陂广氮小区17栋201房


Guang Zhou City
Tian He District
Che Po Guang Dan Xiao District
Building 17
Room 201

I have more stuff including the rape case you have in China and other people who you have harassed.

If I don't hear from you by tomorrow morning my time, I will be heading to the commissioners office. When your police friend in the US sees what you have been doing, I don't think he will be your friend anymore. I also have a copy of a passport you claimed was stolen or lost and then you went to San Francisco airport with that same passport, so you lied in your claim.

The list of things I have go on, but for now, if you ever plan on setting foot in the US again, remove your blog immediately.

This is your last and final warning. If you think I am bluffing, I can send you a copy of the police report. Until I take that report to the commissioner, that report won't have an effect. So it's your choice.

I will also file another police report for extortion. Maybe you don't know what that means in the US, but you will find out the hard way. I will also take the report to Homeland Security, so maybe they won't be able to arrest you, but it will be because you will never have a visa in the US again.

Your choice.

CONFIDENTIAL
Defendant_000068