```
                                                               1

 1                   UNITED STATES DISTRICT COURT
                        DISTRICT OF COLORADO
 2

 3   XINGFEI LUO,                   .  Case No.  20-cv-02765-RMR-MEH
                                    .
 4             Plaintiff,           .
                                    .
 5   vs.                            .
                                    .  Alfred A. Arraj Courthouse
 6   PAUL WANG,                     .  901 19th Street
                                    .  Denver, CO  80294
 7                                  .
               Defendant.           .  August 24, 2022
 8                                  .  1:01 p.m.
     . . . . . . . . . . . . . . .
 9
           TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
10         MICHAEL E. HEGARTY, UNITED STATES MAGISTRATE JUDGE

11   APPEARANCES:

12   For the Plaintiff:          Xingfei Luo, pro se

13
     For the Defendants:         Azizpour Donnelly, LLC
14                               By:  Katayoun  A. Donnelly
                                 2373 Central Park Boulevard
15                               Suite 100
                                 Denver, CO  80238
16                               (702) 675-8584

17   Also Present:               Paul Wang*

18   Court Recorder:             Clerk's Office
                                 U.S. District Court
19                               901 19th Street
                                 Denver, CO  80294
20
     Transcription Service:      AB Litigation Services
21                               216 16th Street, Suite 600
                                 Denver, CO  80202
22                               (303) 296-0017

23
     *Appearing by telephone
24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

```
 1  Paraskevas to her.
 2              THE COURT:  Hold on.
 3         (Brief pause)
 4              MS. DONNELLY:  And may I approach the bench?  This
 5  is the --
 6              THE COURT:  Okay.  So I said --
 7              MS. DONNELLY:  This is the case --
 8              THE COURT:  -- "For whatever it's worth, I'm going
 9  to give you one extra interrogatory or request for
10  production, whatever it takes, and I'd like that document
11  produced if it's -- if she has a copy of it, unredacted."
12              So what's the document dated?  Give me a reference
13  to what we were talking about.
14              MS. DONNELLY:  If I may approach the bench?
15              THE COURT:  Yes.  That's fine.
16              MS. DONNELLY:  Okay.
17              THE COURT:  Okay.  So Ms. Luo, I have a document
18  that's titled, "Let's see what a funny jerk did," posted on
19  December 17th, 2013, and there's some blacked out portions.
20  Do you have a copy of that that does not have anything
21  blacked out?
22              MS. LUO:  No.
23              THE COURT:  Is this all --
24              MS. LUO:  That's not --
25              THE COURT:  This is all you have?
```

```
 1                MS. LUO:  It's not in my possession.
 2                THE COURT:  Well, possession is construed as
 3   possession, custody, or control.  If you could get it easily
 4   from someone who -- well, do you know where a copy exists,
 5   without this redaction?
 6                MS. LUO:  No.
 7                THE COURT:  Okay.  So what do you want me to do?
 8   She --
 9                MS. DONNELLY:  How about we ask her if she posted
10   that, Your Honor?
11                THE COURT:  Posted this?
12                MS. DONNELLY:  Yes.
13                THE COURT:  In a redacted form?
14                MS. DONNELLY:  Yes, Your Honor.
15                THE COURT:  Did you post this in redacted form?
16                MS. LUO:  Yes.
17                THE COURT:  Okay.
18                MS. DONNELLY:  So may I ask the questions as to --
19   so she -- I'm not sure exactly what I'm doing here.  Am I
20   asking the questions, or the Court -- or am I asking the
21   Court to ask the question?
22                THE COURT:  Go ahead.  You can ask a question and
23   I'll determine whether she needs to answer it or not.
24                MS. DONNELLY:  Okay.
25                So Ms. Luo, do you recall that in your responses
```

```
 1                MS. DONNELLY:  Do you see the redacted portions?
 2                MS. LUO:  Yes.
 3                MS. DONNELLY:  Great.  Did you redact them?
 4                MS. LUO:  Yes.
 5                MS. DONNELLY:  So you had the unredacted version
 6  of that letter in your possession?
 7                MS. LUO:  No, I don't have --
 8                THE COURT:  But you did --
 9                MS. DONNELLY:  You had the --
10                THE COURT:  You did at one time.  I mean, if you
11  took a marker and blacked it out, then you had a copy of it
12  at one time, without it blacked out.  Correct?
13                MS. LUO:  But that's 10 years ago.
14                THE COURT:  Right.  But did you have it at one
15  time?
16                MS. LUO:  Yes.
17                THE COURT:  And you no longer have it?
18                MS. LUO:  I no longer have it.
19                THE COURT:  Okay.  So what else do you want to
20  ask?
21                MS. DONNELLY:  So if I show you the unredacted
22  version would you remember that if that is the same letter
23  that's unredacted?  So sorry, that you redacted.
24                MS. LUO:  Probably.
25                THE COURT:  Well, I don't know if she'll remember
```

```
 1                         CERTIFICATE
 2        I, RANDEL RAISON, certify that the foregoing is a
 3   correct transcript from the official electronic sound
 4   recording of the proceedings in the above-entitled matter, to
 5   the best of my ability.
 6
 7
 8   _____        September 1, 2022
 9   Randel Raison
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```