```
                                                                      1

 1                      UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO
 2

 3   XINGFEI LUO,                      .   Case No. 20-cv-02765-RMR-MEH
                                       .
 4             Plaintiff,              .
                                       .
 5   vs.                               .
                                       .   Alfred A. Arraj Courthouse
 6   PAUL WANG,                        .   901 19th Street
                                       .   Denver, CO  80294
 7                                     .
               Defendant.              .   August 24, 2022
 8                                     .   1:01 p.m.
     . . . . . . . . . . . . . . . .
 9
           TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
10          MICHAEL E. HEGARTY, UNITED STATES MAGISTRATE JUDGE

11   APPEARANCES:

12   For the Plaintiff:           Xingfei Luo, pro se

13
     For the Defendants:          Azizpour Donnelly, LLC
14                                By:  Katayoun  A. Donnelly
                                  2373 Central Park Boulevard
15                                Suite 100
                                  Denver, CO  80238
16                                (702) 675-8584

17   Also Present:                Paul Wang*

18   Court Recorder:              Clerk's Office
                                  U.S. District Court
19                                901 19th Street
                                  Denver, CO  80294
20
     Transcription Service:       AB Litigation Services
21                                216 16th Street, Suite 600
                                  Denver, CO  80202
22                                (303) 296-0017

23
     *Appearing by telephone
24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.
```

1            MS. DONNELLY:  So that is the one that doesn't
2  have any date, and that is the --
3            THE COURT:  Okay.
4            MS. DONNELLY:  -- heart of our claim.  Judge
5  Jackson ordered her to claim anything that she has proof of,
6  so this statement that we just looked at, Your Honor, that is
7  before you by Mr. Paraskevas, the only thing that we have
8  seen in this litigation that has the word "rape" in.  And
9  that has the same letter that Mr. Paraskevas sent to Ms. Luo
10 that she published the redacted version of it online.  That
11 is the only -- the word of rape only shows up on that.
12           THE COURT:  Okay.  So let's start there.
13           MS. LUO:  So the rape part.
14           THE COURT:  Okay.  So is there anything about rape
15 that, after 2013, that you're aware of, in writing, or
16 published, or on the internet?
17           MS. LUO:  No.
18           THE COURT:  Okay.  So she has just made it an
19 admission that there's nothing after 2013.
20           Now, with regard to the fraud, when was that
21 published, do you believe?
22           MS. LUO:  I don't know.
23           THE COURT:  And how are you going to prove -- what
24 is the limitations period?  What does it go back?
25           MS. DONNELLY:  One year?

1                THE COURT:  What?

2                MS. DONNELLY:  One year, Your Honor.

3                THE COURT:  From the date of the lawsuit?

4                MS. DONNELLY:  Correct.

5                THE COURT:  And this is a 20 --

6                MS. DONNELLY:  September 11th, 2020.

7                THE COURT:  Okay.  So Ms. Luo, it would have to

8    have been -- you said 2020 or 2021?

9                MS. DONNELLY:  2020.

10                THE COURT:  2020.  It would have to have been

11   September of 2019 or later.  If it's not, we just have this

12   doctrine in our laws that says lawsuits need to be brought

13   really quick in certain respects.

14                Sometimes the statute of limitations is never.

15   For some crimes, there's no statute of limitations.  You can

16   prosecute somebody for a crime that occurred 30 years ago.

17   Sometimes statute of limitations are as long as six years or

18   other, but sometimes they're short, and this one happens to

19   be short, so it's one year.  So you have to file a lawsuit

20   within a year of the statement being published.  Do you think

21   you did that?

22                MS. LUO:  I don't have the date of publish, but it

23   came to my attention within the one year of statute of

24   limitation.

25                THE COURT:  How did it come to your attention?

```
 1              MS. LUO:  Through Weimer litigation.
 2              THE COURT:  And that's a California lawsuit?
 3              MS. LUO:  Yes.
 4              THE COURT:  But how did it come to your attention
 5  in that lawsuit?  What happened that made you aware of it?
 6              MS. LUO:  They produced the statement.
 7              THE COURT:  And is that a statement that you have?
 8              MS. DONNELLY:  Yes, Your Honor.
 9              THE COURT:  Okay.
10              MS. DONNELLY:  But --
11              THE COURT:  So you became aware of it, but you
12  have no idea when it was published.  Correct?
13              MS. LUO:  I don't know.  I don't have the exact
14  date.
15              THE COURT:  Well, you don't even -- no.  You
16  became aware of it, you say, after September of 2019, but
17  that's because it was shown to you, right?
18              MS. LUO:  Yes.
19              THE COURT:  What was shown to you, you don't know
20  what the date of that was, do you?
21              MS. LUO:  I don't.
22              THE COURT:  Okay.  Is there a -- is there a notice
23  element to a limitations period?
24              MS. DONNELLY:  Publication, date of publication.
25  If she cannot prove that it was published within the one
```

```
 1                          CERTIFICATE
 2        I, RANDEL RAISON, certify that the foregoing is a
 3   correct transcript from the official electronic sound
 4   recording of the proceedings in the above-entitled matter, to
 5   the best of my ability.
 6
 7   [signature: Randel Raison]
 8   _____        September 1, 2022
 9   Randel Raison
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```