IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**MOTION TO SEEK LEAVE TO REPOND TO NEW MATERIAL
RAISED IN DOC 266
(WITH ATTACHMENTS)**

---

Defendant Paul Wang respectfully requests that this Honorable Court allow him to respond to the new material raised in Ms. Luo's latest filing. As grounds he sates:

***Conferral***—Mr. Wang has conferred with Ms. Luo. She objects to this motion.

***Mr. Wang should be given an opportunity to respond to new material raised for the first time in Ms. Luo's latest filing***

For the first time since filing her complaint on September 11, 2020, Doc. 1, Ms. Luo, in the reply in support of her Rule 11 motion, claims that "[w]hile in fact at the hearing it has been determined that circumstantial evidence, the birth date of Defendant's Plaintiff's daughter, could prove the date of publication and Defendant's online statement was published within one year before Plaintiff filed suit." Doc. 266, at 1-2. She is incorrect.

But more importantly, this argument has not been raised in Ms. Luo's initial motion, Doc. 241, or any other pleadings filed by her or her former counsel since this case started. Nor was it

1

included in her discovery responses. As such, Mr. Wang requests that the Court accept the attached declarations, which explain why Ms. Luo's new assertion is incorrect, *see* Attachments A (Declaration of Mr. Surya Yelaswarapu) and B (Declaration of Mr. Paul Wang). *See Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005) ("Generally, the nonmoving party should be given an opportunity to respond to new material raised for the first time in the movant's reply." (citation omitted)); *Pippin v. Burlington Res. Oil & Gas Co.*, 440 F.3d 1186, 1191-92 (10th Cir. 2006) (holding that granting leave to file a surreply is part of the "supervision of litigation" and thus falls within the discretion of the district court).

Based on the foregoing, Mr. Wang respectfully requests that the Court grant him leave to submit attachments A and B.

Respectfully submitted this 1st day of March 2023.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

*Attorney for Paul Wang*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, I served an electronic copy of the foregoing on the parties.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly

# Attachment A

*Declaration of Mr. Surya Yelaswarapu*

# Affidavit of support

Surya Yelaswarapu

**Date**: Feb 17th, 2023

**Subject** : Affidavit letter of support for Paul Wang.

I am writing to confirm that I know Paul Wang as a Developer in the middleware team working at Dish Network, we both worked for the same team for about 3 years designing solutions for business to business integrations.

Paul was responsible for designing and developing solutions for Equipment configuration services. After him leaving Dish in Aug 2018 we were responsible to maintain solutions he worked on. In the first week of Aug 2019 I ran into an information page of one of the tools he developed and it had some random guy's image and I was wondering as Paul did the work it should have his image so I started to google his name to look for his picture and I ran into the webpage https://cheaterland.com/paul-wang-highlands-ranch-co.html. I wanted to call him but as we were planning to meet for team lunch later that week I wanted to tell him in person.

During the lunch gathering around Aug 7th, 2019 as it was near Paul's anniversary out of Dish we met and I brought this website and how to find it to his attention. I was assuming he would already know, but to my surprise he didn't know that.

Please contact me if you require any additional information.

Regards,

*[signature]*

Surya Yelaswarapu

STEPHANIE FULLER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046850
MY COMMISSION EXPIRES DECEMBER 13, 2026

State of CO   County of Douglas
Subscribed and sworn before me on Feb. 17 2023
                                          (Date)
*Stephanie Fuller* (Notary Signature)

**Attachment B**

*Declaration of Mr. Paul Wang*

State of Colorado

County of Douglas   Feb 17th, 2023
                    PMW.
Affidavit of Paul Wang

My name is Paul Wang. On or about August 7th, 2019, during a lunch gathering with my ex-coworkers from Dish Network, one of my ex coworkers, Surya Yelaswarapu, told me to google myself with the keywords "Paul Wang Highlands Ranch", which I did, and I saw one of the top results with those keywords was the URL https://cheaterland.com/paul-wang-highlands-ranch-co.html which appears to be a "doxing page" authored in September 2018 by an ex-girlfriend, Xingfei Luo, as it contains a photo that Xingfei Luo has taken of me during her stay in 2013, with the word "Cheater" plastered across my face. It contains my birth month and year, birth place, my two addresses, a private cell number, my previous Employer, my job title information, as well as defamatory statements about me. I had not even talked to Luo since 2013. This defamation page had done a lot of professional damage to my reputation. Based on the best of my knowledge, on or about August 9th, 2019, I replied to this post by adding a comment, telling my side of the story.

In the reply, I specifically used the words "I have a young daughter now" as a way to highlight the contrast between August 2019 and August 2013 --some 6 years ago-- when my relationship with Luo ended. But time and situations had changed greatly for me, and my life as a father was to about to begin. I did not want to divulge to the internet, including to Luo about when my daughter, being an IVF baby, would be born, and I also didn't want my daughter to find that page one day and not have the full context of what really happened in 2013.

_____   Feb 17th, 2023

Paul Ming Wang

SAFIEH ARMAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164035125
MY COMMISSION EXPIRES SEPTEMBER 12, 2024

State of COLORADO  County of DOUGLAS
Subscribed and sworn before me on 2-17-2023
                                      (Date)
_____
(Notary Signature)