FILED
United States Court of Appeals
Tenth Circuit

July 3, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

XINGFEI LUO,

   Plaintiff - Appellant,

v.

PAUL WANG,

   Defendant - Appellee.

------------------------------

THE COLORADO FREEDOM OF INFORMATION COALITION; THE COLORADO PRESS ASSOCIATION; EUGENE VOLOKH,

   Amici Curiae.

No. 22-1200
(D.C. No. 1:20-CV-02765-RMR-MEH)
(D. Colo.)

---

**JUDGMENT**

---

Before **HOLMES**, Chief Judge, **HARTZ**, and **ROSSMAN**, Circuit Judges.

---

This case originated in the District of Colorado and was submitted on the briefs at the direction of the court.

The judgment of that court is affirmed.

                            Entered for the Court

                            CHRISTOPHER M. WOLPERT, Clerk