IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to D.C.COLO.LAttyR 5(b), Katayoun A. Donnelly of Azizpour Donnelly LLC, hereby submits this Motion to Withdraw as counsel for Defendant Paul Wang. In support of this Motion, counsel states:

1. Pursuant to D.C.COLO.LCivR 7.1(b)(4), a certificate of conferral is not necessary for this Motion.

2. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon a showing of good cause.

3. Good cause exists for counsel to withdraw because Mr. Wang no longer needs assistance of counsel as the case has been closed and the Tenth Circuit has affirmed the Court's decisions in Mr. Wang's favor.

4. In accordance with D.C.COLO.LAttyR 5(b), counsel has served a Notice of Withdrawal on Ms. Xingfei Luo and Mr. Wang. *See* Notice of Withdrawal, attached hereto as **Exhibit 1**.

1

5. Defendant has been notified that he is "personally responsible for complying with all court orders and time limitations established by applicable statutes and rules." *Id.* Defendant has also been notified that he has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served.

6. The relief requested in this Motion is in good faith.

Based on the foregoing, counsel respectfully requests that the Court grant this Motion and enter an Order allowing her to withdraw as counsel for Mr. Wang.

Respectfully submitted this 7th day of February 2024.

*/s/ Katayoun A. Donnelly*
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

*Attorney for Paul Wang*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I served an electronic copy of the foregoing via email to Ms. Xingfei Luo.

                                                      */s/ Katayoun A. Donnelly*
                                                     Katayoun A. Donnelly