## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

---

### NOTICE OF WITHDRAWAL AS COUNSEL

---

Pursuant to D.C.COLO.LAttyR 5(b), Katayoun A. Donnelly of Azizpour Donnelly LLC, hereby serve this Notice of Withdrawal as counsel, as follows:

1. Counsel has filed a Motion to Withdraw.

2. Through the Motion, counsel seeks to withdraw from representation of Defendant Paul Wang pursuant to D.C.COLO.LAttyR 5(b).

3. Counsel's withdrawal "shall be effectively only on court order entered after service" of this Notice. *See* D.C.COLO.LAttyR 5(b).

4. Upon counsel's withdrawal, Mr. Wang will be personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

5. Mr. Wang has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served.

6. The dates of any proceedings will not be affected by this withdrawal.

Respectfully submitted this 7th day of February 2024.

/s/ Katayoun A. Donnelly
Katayoun A. Donnelly (#38439)
Azizpour Donnelly, LLC
2373 Central Park Blvd., Suite 100
Denver, CO  80238
Tel. (720) 675-8584
katy@kdonnellylaw.com

*Attorney for Paul Wang*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I served an electronic copy of the foregoing via email to Mr. Paul Wang and Ms. Xingfei Luo.

>*/s/ Katayoun A. Donnelly*
>Katayoun A. Donnelly