UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02765-RMR-MEH

XINGFEI LUO,

    Plaintiff,

v.

PAUL WANG,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:26 am, Feb 20, 2024
JEFFREY P. COLWELL, CLERK

### DEFENDANT'S MOTION FOR FINAL JUDGEMENT AMOUNT INCLUDING ATTORNY FEES AGAINST PLAINTIFF POST-APPEAL

Defendant Paul Wang("Defendant"), in Propria Persona, hereby submits the following motion for the Court to enter a Final Judgement Amount against Xingfei Luo ("Plaintiff") for both Attorney Fees and adjusted Bill of Costs associated with the September 22, 2022 Deposition, pursuant to the Court's Final Judgement October 19th, 2022 Order (ECF 223).

### Certificate of Conferral

Defendant conferred with the Plaintiff on February 16th, February 18th, and February 19th via email. As of the time of filing, Defendant had clearly fulfilled the duty to confer. A true and correct copy of the conferral emails is attached as Exhibit 1.

### Background:

1. The case was finally dismissed with prejudice on October 19, 2022, as per the Final

1

Judgment entered by Judge Regina M. Rodriguez (ECF No. 223).

2. The Final Judgment explicitly states that the Defendant is entitled to expenses and fees for the Plaintiff's deposition on September 22, 2022.

3. The court ordered the Defendant to file a Bill of Costs within fourteen days after the entry of judgment (pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1).

## Recent Developments:

1. Within the stipulated time, the Defendant submitted "Proposed Bill of Cost" for Attorney's Fees (ECF 227) and Expenses (ECF 228) associated with the September 22, 2022 deposition.

2. The Plaintiff subsequently filed objections to the Defendant's submission of both Attorney's Fees (ECF 242) and Expenses (ECF 243).

3. Costs Taxed by Clerk in the amount of $3,392.61 against Plaintiff and in favor of Defendant was entered on December 1st, 2022 (ECF 247)

4. Plaintiff filed a Motion for Review of Taxation Award on December 8th, 2022 (ECF 249) which was denied by the Court's Order on July 13, 2023 (ECF 274)

5. To date, the Court has not issued a final ruling on the Defendant's submission for Attorney Fees (ECF 227) or enters a final judgement amount against the Plaintiff regarding the total of Attorney Fees and the adjusted Expenses Bill of Cost, after appeal.

## Further Proceedings:

1. Plaintiff appealed the case-dismissal and the fees-award judgment on November 15, 2022 (ECF 234) to the United States 10th Circuit (Case #22-1403), which resulted in an affirmation of the judgment in full on December 13, 2023 (ECF 277).

2. The mandate from the 10th Circuit was issued on January 26, 2024 (ECF 278).

3. Following the issuance of the mandate, Defendant's attorney, Katayoun A. Donnelly, withdrew from the case, and the withdrawal was granted by the court (ECF 279 and 280).

**Motion for Final Judgment Amount:**

Given the affirmed judgment and the absence of any ruling on the Defendant's submissions for attorney's fees and the adjusted Taxation Bill of Cost, the Defendant respectfully requests this honorable court to enter an Order stating the Final Judgment Amount against the Plaintiff and in favor of Defendant regarding all fees associated with the September 22, 2022 deposition. This is essential to initiate the collection process, allowing the Defendant to recoup the costs entitled to him by the Final Judgment (ECF 223).

**Conclusion:**

The Defendant urges the court to promptly address this matter and enter an order specifying the Final Judgment Amount against the Plaintiff, as provided for in the Final Judgment (ECF 223). This will enable the Defendant to proceed with the necessary legal steps to recover the awarded expenses and fees.

Respectfully Submitted on:  Feb 20, 2024.

*/s/Paul Wang*

Defendant in Pro Per

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2024, I served an electronic copy of the foregoing via email on:

Plaintiff:

Xingfei Luo
co20_2765@mail.com,

*/s/Paul Wang*

Defendant in Pro Per