Re: Case 1:20-cv-02765 - meet and confer

**Paul Wang** <student007@hotmail.com>
Mon 2/19/2024 9:23 AM
To:co20_2765@mail.com <co20_2765@mail.com>

In case you haven't noticed, I replied to the conferral email you sent on Friday Feb 11, 2011 at 1:16 PM demanding that I gave an answer by end of day that day a mere 4 hour window, and then you filed your motion on President's day, Feb 15, 2011 which was a Federal Holiday. So the notice I afforded you was more than what you gave me. Stop being a hypocrite.

The legal authority is the final order, Final Judgement October 19th, 2022 Order (ECF 223). I have submitted "Proposed Bill of Cost" for Attorney's Fees (ECF 227) and Expenses (ECF 228) associated with the September 22, 2022 deposition. You filed motion to oppose them, both Attorney's Fees (ECF 242) and Expenses (ECF 243). Costs Taxed by Clerk in the amount of $3,392.61 against Plaintiff and in favor of Defendant was entered on December 1st, 2022 (ECF 247) The court had denied your ECF 243 with an Order on July 13, 2023 (ECF 274). My motion is to ask the court to rule on ECF 227 and issue a final order in the amount including both Attorney fees and Expenses associated with the Sep 22, 2022 deposition.

Am I understanding correctly that your position is to oppose?

---

**From:** co20_2765@mail.com <co20_2765@mail.com>
**Sent:** Sunday, February 18, 2024 8:19 PM
**To:** Paul Wang <student007@hotmail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

While I acknowledge receipt of your communication, I must express my concern regarding the lack of engagement in good faith meet and confer prior to your decision to pursue the motion. It is imperative that parties engage in meaningful dialogue, exchange relevant legal authority, and discuss the amount in question before resorting to formal proceedings. Your failure to provide legal authority and specify the amount involved in your email is troubling and contrary to the spirit of cooperation expected in local rules.
Additionally, I must remind you that while I am committed to addressing legal matters promptly, I respectfully request that you refrain from demanding or expecting correspondence during weekends and holidays unless there is an emergency motion. It is essential to allow reasonable time for response, especially during non-business hours. I also caution against making contact through channels no longer registered with this court.

> **Sent:** Sunday, February 18, 2024 at 4:53 PM
> **From:** "Paul Wang" <student007@hotmail.com>
> **To:** "Jane Doe" <courtproceeding9@gmail.com>, "co20_2765@mail.com" <co20_2765@mail.com>
> **Subject:** Re: Case 1:20-cv-02765 - meet and confer
>
> Ms Luo,

This is the 2nd attempt to meet and confer about this motion. I have not received any response from you.

Please state by the end of tomorrow (2/19/2024) your position, including but not limited to whether you would oppose the motion, and on what grounds you would oppose the motion.

Paul

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Friday, February 16, 2024 7:37 AM
**To:** Jane Doe <courtproceeding9@gmail.com>; co20_2765@mail.com <co20_2765@mail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

Ms Luo,

I am writing to inform you of a forthcoming post-judgment motion I intend to file in the Colorado District Court for a final judgement amount on the attorney fees and cost associated with the 9/22/2022 deposition, following the recent affirmation in the Tenth Circuit. As you are aware, the case was dismissed with prejudice, and subsequent appeals and applications for en banc review were unsuccessful.

In accordance with the Colorado District Court Local Rules, specifically D.C.COLO.LCivR 7.1(a), I am obliged to confer with opposing parties before filing such motions. Therefore, I kindly request your response to the proposed motion by Sunday, Feb 18 at 5 pm.

Let me know your position, including but not limited to whether you would oppose the motion, and on what grounds you would oppose the motion.

Sincerely,

Paul Wang


Get [Outlook for iOS](https://aka.ms/o0ukef)

---

**From:** Jane Doe <courtproceeding9@gmail.com>
**Sent:** Thursday, February 11, 2021 1:16 PM
**To:** student007@hotmail.com <student007@hotmail.com>
**Subject:** Case 1:20-cv-02765 - meet and confer

Mr Wang,
This email is an attempt to meet and confer pursuant to D.C.COLO.LCivR 7.1. Plaintiff intends to file a motion for appointment of counsel. Please let me know by the end of today your position, including but not limited to whether you would oppose the motion, and on what grounds you would oppose the motion.
Thank you.

Doe