# Re: Case 1:20-cv-02765

**Paul Wang** <student007@hotmail.com>
Fri 2/23/2024 11:49 AM
To:co20_2765@mail.com <co20_2765@mail.com>

Please refrain from including the Judge Chamber on future communications.

As stated clearly, you seem to have been avoiding paying the judgement on the expenses that the court already decided against you. And your bad faith argument that you "didn't send a conferral email in 2011" is extremely misleading because you DID in fact, emailed a conferral to me on Feb 11th, 2021, giving me less than 4 hours window notice.

Of course you want the court to reopen this case, but the court should not waste more than on your endless and frivolous motions. Since 2020, you have filed more than 1500 motions in the 63 federal and state cases you have filed in various states. Don't you have a vexatious litigant hearing coming up on March 18 in California? You can keep filing more motion to demonstrate that you are one. You should submit this as part of the exhibit because it's all true.

My position on you filing this document is to oppose. My motion is simply to remind the court to give a final judgement amount as they seem to have been overwhelmed by your 3 failed appeals to the 10th circuit court and your endless frivolous arguments, and somehow missed to finalize the amount due on my Attorney fees. This is not an invitation to re-litigate this frivolous and baseless case that was Dismissed with Prejudice by the court for the Civil Contempt you committed in court during deposition! See final opinion on 22-1403(10 Cir.)

Get [Outlook for iOS](#)

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Friday, February 23, 2024 10:20:52 AM
**To:** Rodriguez Chambers <Rodriguez_Chambers@cod.uscourts.gov>; co20_2765@mail.com <co20_2765@mail.com>
**Subject:** Re: Case 1:20-cv-02765

My apologies. I didn't noticed that Luo added your email in the chain. Will not be sending any more communication to the Judge Chamber.

Paul

Get [Outlook for iOS](#)

---

**From:** Rodriguez Chambers <Rodriguez_Chambers@cod.uscourts.gov>
**Sent:** Friday, February 23, 2024 9:02:05 AM
**To:** Paul Wang <student007@hotmail.com>; co20_2765@mail.com <co20_2765@mail.com>; Rodriguez

Chambers <Rodriguez_Chambers@cod.uscourts.gov>
**Subject:** RE: Case 1:20-cv-02765

Parties,

Please refrain from including Judge Rodriguez's Chambers from your back-and-forth communications. If you want your communications to be part of the case as an exhibit, please send them directly to the Clerk's Office.

Thank you,

*Darla J. Pearsall*
Darla J. Pearsall
Paralegal/Judicial Assistant to Judge Regina M. Rodriguez
United States District Court
Alfred A. Arraj Courthouse
901 19th Street, Room A-941
Denver, CO 80294
(303) 335-2170

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Thursday, February 22, 2024 7:08 PM
**To:** co20_2765@mail.com; Rodriguez Chambers <Rodriguez_Chambers@cod.uscourts.gov>
**Subject:** Re: Case 1:20-cv-02765

**CAUTION - EXTERNAL:**

It was 2021, not 2011. You knew the date was on the email and we all have eyes, right? The 2011 was obviously a typo and everyone would know it, including you. Filing this opposition based on that would be the definition of bad faith. Are you denying that in 2021 you didn't just give me 4 hour window on your conferral? You did it twice. This was just one of the occurrences.

And the court had not made a final judgement, my motion was to ask them to make that judgement, based on the final order. Are you going to pay me the amount I proposed in ECF 227? When are you going to pay me what the court said you owe me?

Get [Outlook for iOS](Outlook for iOS)

**From:** [co20_2765@mail.com](co20_2765@mail.com) <[co20_2765@mail.com](co20_2765@mail.com)>
**Sent:** Wednesday, February 21, 2024 8:53:04 PM
**To:** Paul Wang <[student007@hotmail.com](student007@hotmail.com)>; [Rodriguez_Chambers@cod.uscourts.gov](Rodriguez_Chambers@cod.uscourts.gov) <[Rodriguez_Chambers@cod.uscourts.gov](Rodriguez_Chambers@cod.uscourts.gov)>
**Subject:** Re: Case 1:20-cv-02765

Attched please find plaintiff's opposition.

**Sent:** Monday, February 19, 2024 at 8:44 AM
**From:** "Paul Wang" <student007@hotmail.com>
**To:** "co20_2765@mail.com" <co20_2765@mail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

📄 0-DefendantsPostAppealMotionForFinalJudgementAmount-Main.pdf
📄 1-DefendantsPostAppealMotionForFinalJudgementAmount-Exhibit1.pdf

This is to serve you the copy of the motion. I will file it today.

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Monday, February 19, 2024 9:23 AM
**To:** co20_2765@mail.com <co20_2765@mail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

In case you haven't noticed, I replied to the conferral email you sent on Friday Feb 11, 2011 at 1:16 PM demanding that I gave an answer by end of day that day a mere 4 hour window, and then you filed your motion on President's day, Feb 15, 2011 which was a Federal Holiday. So the notice I afforded you was more than what you gave me. Stop being a hypocrite.

The legal authority is the final order, Final Judgement October 19th, 2022 Order (ECF 223). I have submitted "Proposed Bill of Cost" for Attorney's Fees (ECF 227) and Expenses (ECF 228) associated with the September 22, 2022 deposition. You filed motion to oppose them, both Attorney's Fees (ECF 242) and Expenses (ECF 243). Costs Taxed by Clerk in the amount of $3,392.61 against Plaintiff and in favor of Defendant was entered on December 1st, 2022 (ECF 247) The court had denied your ECF 243 with an Order on July 13, 2023 (ECF 274). My motion is to ask the court to rule on ECF 227 and issue a final order in the amount including both Attorney fees and Expenses associated with the Sep 22, 2022 deposition.

Am I understanding correctly that your position is to oppose?

---

**From:** co20_2765@mail.com <co20_2765@mail.com>
**Sent:** Sunday, February 18, 2024 8:19 PM
**To:** Paul Wang <student007@hotmail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

While I acknowledge receipt of your communication, I must express my concern regarding the lack of engagement in good faith meet and confer prior to your decision to pursue the motion. It is imperative that parties engage in meaningful dialogue, exchange relevant legal authority, and discuss the amount in question before resorting to formal proceedings. Your failure to provide legal authority and specify the amount involved in your email is troubling and contrary to the spirit of cooperation expected in local rules.

Additionally, I must remind you that while I am committed to addressing legal matters promptly, I respectfully request that you refrain from demanding or expecting correspondence during weekends and holidays unless there is an emergency motion. It is essential to allow reasonable time for response, especially during non-business hours. I also caution against making contact through channels no longer registered with this court.

**Sent:** Sunday, February 18, 2024 at 4:53 PM
**From:** "Paul Wang" <student007@hotmail.com>
**To:** "Jane Doe" <courtproceeding9@gmail.com>, "co20_2765@mail.com" <co20_2765@mail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

Ms Luo,

This is the 2nd attempt to meet and confer about this motion. I have not received any response from you.

Please state by the end of tomorrow (2/19/2024) your position, including but not limited to whether you would oppose the motion, and on what grounds you would oppose the motion.

Paul

---

**From:** Paul Wang <student007@hotmail.com>
**Sent:** Friday, February 16, 2024 7:37 AM
**To:** Jane Doe <courtproceeding9@gmail.com>; co20_2765@mail.com <co20_2765@mail.com>
**Subject:** Re: Case 1:20-cv-02765 - meet and confer

Ms Luo,

I am writing to inform you of a forthcoming post-judgment motion I intend to file in the Colorado District Court for a final judgement amount on the attorney fees and cost associated with the 9/22/2022 deposition, following the recent affirmation in the Tenth Circuit. As you are aware, the case was dismissed with prejudice, and subsequent appeals and applications for en banc review were unsuccessful.

In accordance with the Colorado District Court Local Rules, specifically D.C.COLO.LCivR 7.1(a), I am obliged to confer with opposing parties before filing such motions. Therefore, I kindly request your response to the proposed motion by Sunday, Feb 18 at 5 pm.

Let me know your position, including but not limited to whether you would oppose the motion, and on what grounds you would oppose the motion.

Sincerely,

Paul Wang


Get Outlook for iOS

---

**From:** Jane Doe <courtproceeding9@gmail.com>
**Sent:** Thursday, February 11, 2021 1:16 PM
**To:** student007@hotmail.com <student007@hotmail.com>
**Subject:** Case 1:20-cv-02765 - meet and confer

Mr Wang,
This email is an attempt to meet and confer pursuant to D.C.COLO.LCivR 7.1. Plaintiff intends to file a motion for appointment of counsel. Please let me know by the end of today your position, including

> but not limited to whether you would oppose the motion, and on what grounds you would oppose the motion.
> Thank you.
> Doe

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.